These five declarations show proof that plaintiff was ~~ncrutches~~ walking with crutches, limping after he returned the crutches, hopping around on his right leg because Dr. David didn't give him crutches and that plaintiff walks around like his left leg is shorter than his right leg in further/ worse injury as witnessed by these five individuals.

In the United States District Court
for the Southern District of Illinois

Richard White,
Plaintiff

V.

John Baldwin, et al.,
Defendants

Declaration of
Johnnie L. Yarborough

Civil Action
No. _N/A_

I have been incarcerated at the Illinois Department of Corrections, Shawnee Correctional Center since February of 2015. Since June of 2017, I have been housed in unit 3-D-77. I am currently in cell 3-D-77, which is across and approximately ten cells down from cell 64. Richard White and Martell Wiley are currently in cell 64, and have been for several months.

In August of 2017, I saw Richard White being escorted by wheelchair to the healthcare unit from which he came back to 3-D walking on crutches. Approximately a week later I saw him walking with a limp without the crutches as if his leg was aggravated. On 11-4-17, I saw an inmate escorting him by wheelchair to the healthcare unit from which he came back in a wheelchair to the door of 3-D, and he hopped on one leg from the door to and up the stairs to his cell (64). He hopped around until 11-6-17.

On 11-6-17, I saw Martell Wiley help Richard White walk to the door of 3-D. Upon information An inmate escort him to healthcare in a wheelchair. He came back walking in a limp. I observed him go from walking with a limp to walking like one leg is shorter than the other as if his injury has gotten worse.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Shawnee Correctional Center Vienna, IL. on _11-9-17_

X _Johnnie L. Yarbrough_
Johnnie L. Yarbrough
#S-09655

In the United States District Court
for the Southern District of Illinois

Richard White,                              Declaration of
    Plaintiff                               Robert Rimmer
        V.
John Baldwin, et al.,                       Civil Action
    Defendants                              No. __N/A__

I have been Incarcerated at Illinois Department of Corrections, Shawnee Correctional Center since March, 2017. Since July of 2017, I have been housed in unit 3-D-63. I am currently in cell 3-D-63, which is directly next to cell 64. Richard White and Martell Wiley are currently in cell 64, and have been for several months.

In August of 2017, I saw Richard White being escorted by wheelchair to the healthcare unit from which he came back to the cell walking on crutches. Approximately one week later I saw him walking with a limp without crutches as if his leg was aggravated. On 11-4-17, I saw an inmate escorting him by wheelchair to healthcare from which he came back in a wheelchair to the door of 3-D, and he hopped from the door to and up the stairs to his cell (64). He hopped around until 11-6-17.

On 11-6-17, I saw Martell Wiley help Richard White walk to the door of 3-D. I observed an inmate escort him to healthcare in a wheelchair. He came back walking in a limp of slow paced short steps. I observed him go from walking with a limp to walking like his leg don't fully extend or kick out when he walks, as if his injury has gotten worse.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Shawnee Correctional Center, Vienna, IL on __11-9-17__

X _____
Robert   Rimmer
    #R45425

In the United States District Court
For the Southern District of Illinois

Richard White
   Plaintiff
    V.
Dr. David, et al.,
   Defendants

Declaration of
Philip Shoemaker

Civil Action
NO. ___N/a___

   I have been incarcerated at the Illinois Department of Corrections, Shawnee Correctional Center since June of 2017. Since June of 2017, I have been housed in unit 3-D-63. I am currently in cell 3-D-63, which is directly next to cell 64. Richard White and Martell Wiley are currently in cell 64, and have been for several months.

   In August of 2017, I saw Richard White being escorted by wheelchair to the healthcare unit from which he came back to 3-D walking on crutches. Approximately one week later I saw him walking with a limp without the crutches as if his leg was aggravated. On 11-4-17, I saw an inmate escorting him by wheelchair to the healthcare unit from which he came back in a wheelchair to the door of 3-D, and he hopped on one leg from the door to and up the stairs to his cell (64). He hopped around until 11-6-17.

   On 11-6-17, I saw Martell Wiley help Richard White walk to the door of 3-D. Upon information, an inmate escorted him to healthcare in a wheelchair. He came back walking in a limp. I observed him go from walking with a limp to walking like one leg is shorter than the other as if his injury has gotten worse.

   I declare under penalty of perjury that the foregoing is true and correct. Executed at Shawnee Correctional Center Vienna, IL. on ___11-9-17___

                                           x *Philip Shoemaker*
                                             Philip Shoemaker

In the United States District Court
For the Southern District of Illinois

Richard White
    Plaintiff
    V.

John Baldwin, et al.,
    Defendants

Declaration of
Martell Wiley

Civil Action
No. ___N/A___

I have been incarcerated at Illinois Department of Corrections, Shawnee Correctional Center since January of 2017. Since June of 2017, I have been housed in unit 3-D-64. I am currently in cell 3-D-64, with Plaintiff Richard White and have been since June of 2017.

In August of 2017, I saw Richard White being escorted by wheelchair to the healthcare unit from which he came back to the cell walking on crutches. Approximately a week later I saw him walking with a limp without crutches as if his leg was aggravated. On 11-4-17, I saw an inmate escorting him by wheelchair to the healthcare unit from which he came back in a wheelchair to the door of 3-D, and he hopped from the door to and up the stairs to our cell (64). He hopped around until 11-6-17.

On 11-6-17, I helped him walk to the door of 3-D. I observed an inmate escort him to healthcare in a wheelchair. He came back walking in a limp. I observed him go from walking with a limp to walking like one leg is shorter than the other as if his injury has gotten worse.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Shawnee Correctional Center Vienna, IL. on ___11-9-17___

x _Martell Wiley_
Martell Wiley R64121

In the United States District Court
for the Southern District of Illinois

Richard White,
Plaintiff
v.

John Baldwin, et al.,
Defendants

Declaration of
Lanell Simmons

Civil Action
No. __N/A__

I have been incarcerated at the Illinois Department of Corrections, Shawnee Correctional Center since March 2017. Since July of 2017, I have been housed in unit 3-D-66. I am currently in cell 3-D-66, which is directly across from cell 64. Richard White and Martell Wiley are currently in cell 64, and have been for several months.

In August of 2017, I saw Richard White being escorted by wheelchair to the healthcare unit from which he came back to 3-D walking on crutches. Approximately a week later I saw him walking with a limp without the crutches as if his leg was aggravated. On 11-4-17, I saw an inmate escorting him by wheelchair to the healthcare unit from which he came back in a wheelchair to the door of 3-D, and he hopped from the door to and up the stairs to his cell (64). He hopped around until 11-6-17.

On 11-6-17, I saw Martell Wiley help Richard White walk to the door of 3-D. Upon information, another escorted him to healthcare in a wheelchair. He came back walking in a limp. I observed him go from walking with a limp to walking like one leg is shorter than the other as if his injury has gotten worse.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Shawnee Correctional Center Vienna, IL. On __11-9-17__

X _Lanell Simmons_
M44716