Exhibit (A), gives proof that plaintiff was given physical therapy exercises from union County Hospital, crutches permits as proof plaintiff was on crutches, (but not limited to those date) proof that plaintiff was given an ace bandage for his left knee for the first time (but not limited to those dates) approx. one week after his initial injury, restriction memorandums as proof that plaintiff was placed on sports, gym and yard restrictions, medical lay-in permit, proof that plaintiff was denied a MRI on 9-9-15, by Dr. David and his superiors and that nothing was done to collectly identify and remedy plaintiff's injury.

Sep 18, 2015

Routine For: White, Richard
Created By: KIm Booker, PT

---

**HIP / KNEE - 11  Strengthening: Quadriceps Set**

Tighten muscles on top of thighs by pushing knees down into surface. Hold __5__ seconds.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

*towel roll under knee*

---

**HIP / KNEE - 6  Self-Mobilization: Knee Flexion / Extension (Sitting)**

Gently push _left_ leg back with other leg until a stretch is felt. Hold __10__ seconds. Relax. Recross bent legs at ankles. Slowly straighten legs, pushing with lower leg. Hold __10__ seconds.

Repeat __10__ times per set.
Do __1__ sets per session.
Do __1__ sessions per day.

---

**HIP / KNEE - 9  Self-Mobilization: Knee Flexion (Hook-Lying)**

Bend _left_ knee as far as possible, then use other leg to gently push until stretch is felt. Hold __5__ seconds. Relax.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

---

**HIP / KNEE - 16  Strengthening: Hip Adduction – Isometric**

With ball or folded pillow between knees, squeeze knees together. Hold __5__ seconds.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

*can be a towel rolled up*

---

**HIP / KNEE - 23  Strengthening: Terminal Knee Extension (Supine)**

With _left_ knee over bolster, straighten leg by tightening muscles on top of thigh. Keep bottom of knee on bolster.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

*pillow*

---

**HIP / KNEE - 17  Strengthening: Straight Leg Raise (Phase 1)**

Tighten muscles on front of _left_ thigh, then lift leg __8__ inches from surface, keeping knee locked.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

---

**HIP / KNEE - 21  Strengthening: Hip Abduction (Side-Lying)**

Tighten muscles on front of _left_ thigh, then lift leg __8__ inches from surface, keeping knee locked.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

---

**HIP / KNEE - 20  Strengthening: Hip Extension (Prone)**

Tighten muscles on front of _left_ thigh, then lift leg __8__ inches from surface, keeping knee locked.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

---

**HIP / KNEE - 22  Strengthening: Hip Adduction (Side-Lying)**

Tighten muscles on front of _left_ thigh, then lift leg __6__ inches from surface, keeping knee locked.

Repeat __10__ times per set.  Do __1__ sets per session.
Do __1__ sessions per day.

*Exhibit (A) Pg. 1 of 10*

Copyright © VHI. All rights reserved.

Exhibit (A)

Pg. 2 of 10

**SHAWNEE CORRECTIONAL CENTER – VIENNA, IL**
**POSSESSIONS CARD**

OFFENDER: _White Richard_

HOUSING UNIT: _DD 29_

Is authorized to have the following items:

_1 PR crutches #8_

_____   _____

_____   _____

_____   _____

_____   _____

Length of time: _5 days_

Nurses/M.D.
Authorization: _Terry Boyd_

Date given: _6/26/15_

Date to be returned: _~~6/3~~ 7/1/15_
_10_

IL 426 9080 (Rev. 9/93)

DCA 23 402

Exhist (A)
1g. 3 of 10



## Illinois
## Department of
## Corrections

**Bruce Rauner**
Governor

**Gladyse C. Taylor**
Acting Director

**Shawnee Correctional Center**
**6665 State Route 146 East**
**Vienna, IL  62995**

**Telephone: (618) 658-8331**
**TDD: (800) 526-0844**

DATE: 6/30/15

TO:          Correctional Officers

FROM:      Dr. David,
             Medical Director

SUBJECT:    Slow Walk Pass

Offender Name _White, Richard_    Offender Number: _R14550_

Housing Unit: _2D29_

This is a slow walk permit for the above mentioned offender.  This permit is valid for

Date: _6/30/15_            and will expire _7/14/15_        .

Thank you for your assistance in this matter.

F. W—— PC
7/1/15

cc: Offender
    Medical Record

*Exhibit (A)*
*Pg. 4 of 10*



# Illinois
# Department of
# Corrections

**Bruce Rauner**
Governor

**Gladyse C. Taylor**
Acting Director

**Shawnee Correctional Center**
**6665 State Route 146 East**
**Vienna, IL  62995**

Telephone: (618) 658-8331
TDD: (800) 526-0844

**MEMORANDUM**

DATE: 6/30/15

TO: White, Richard R14550 (20-29)
     OFFENDER

FROM:        HEALTH CARE UNIT – MEDICAL-DIRECTOR

SUBJECT:        SPORTS RESTRICTION

OFFENDER: White, Richard        NUMBER: R14 550

LOCATION: 2D29

ASSIGNMENT: 0

At this time, offender was ordered to refrain from all sports for a period of **30** days.  This order will expire on **7/30/15**.

**THIS OFFENDER IS NOT TO PARTICIPATE IN ANY SPORTS FOR THE ABOVE PERIOD OF TIME. YOUR COOPERATION IN THIS MATTER IS GREATLY APPRECIATED.**

Original:        Offender
                 Medical Record
                 Housing Unit 2D29
                 Gym Officer
                 Assignment Officer

Exhibit (A)
Pg. 5 of 10

SHAWNEE CORRECTIONAL CENTER – VIENNA, IL
<u>POSSESSIONS CARD</u>

OFFENDER: <u>White, Richard</u>

HOUSING UNIT: <u>2D2q</u>

Is authorized to have the following items:

_____

<u>ACE Bandage</u>

_____

_____

_____

Length of time: <u>2 weeks</u>

Nurses/M.D.
Authorization: <u>LW</u>

Date given: <u>7-3-15</u>

Date to be returned: <u>7-17-15</u>

IL 426 9080 (Rev. 9/93)

DCA 23 402

Exhibit (A)
Pg. 6 of 10

## MEDICAL LAY-IN

Number ___R/4550___   Name ___White Richard___

The above named inmate has been issued a medical

(Date) ___8/5/17___   (Time) ___1 PM___   to (Date) ___

An inmate issued a medical lay-n is restricted to
may have dietary, church services, count line, He
visiting privileges unless specified below.   Shou
regularly schedules.   Lay-ins beyond a 24-hour pe
the physician.   Lay-ins may not be lifted without
physician.

Special restrictions, etc.: ___No yard / C___

___Meals i'n cell___

___

___

___

___Keny___
HCU Staff Sign

cc:   Medical Record
      Housing Unit ___2D 29___
      Assignment Supervisor ___①___

SHAWNEE CORRECTIONAL CENTER – VIENNA, IL
POSSESSIONS CARD

Exhibit (A)
Pg. 7 of 10

OFFENDER: _____ White K14550 _____

HOUSING UNIT: _____ Unit 2 D _____

Is authorized to have the following items:

_____ 1 Pr Crutches _____

_____

_____

_____

_____

Length of time: _____ X (walk or until seen by
MD

Nurses/M.D.
Authorization: _____ Jerry Befu _____ MD

Date given: 8/10/15

Date to be returned: _____ 8/17/15 _____

IL  426  9080  (Rev. 9/93)

DCA  23  402

Exhibit (A)
Pg. 8 of 10

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Service Referral Denial or Revision**

Offender's Name: _White, Richard_   ID# _R10530_   2D29

Referral Date: _9-9-15_

Initial Proposed Course of Action: _____

MRI left knee
On. Rev of Collegial Review did not
approve this.

Alternative Care Recommended: _____

One time PT evaluation to recommend
Home Exercise Program Patient to do the
HEP & the monitored in the HCU
for 4-6 weeks.

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

_DR. DAVID_                          _9-9-15_
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender, Offender's Medical File, and          DOC 0255 (Eff.4/2007)
Heath Care Unit Administrator          (Printed on Recycled Paper)

Q14

Exhibit (A)
Pg. 9 of 10

### SHAWNEE CORRECTIONAL CENTER – VIENNA, IL
### POSSESSIONS CARD

OFFENDER: _White R14550_

HOUSING UNIT: _2 D 29_

Is authorized to have the following items:

_Quad Cane_

Length of time: _X1mo_

Nurses/M.D.
Authorization: _Austa_

Date given: _9/29/15_

Date to be returned: _10/29/15_

IL 426 9080 (Rev. 9/93)

DCA 23 402

# Shawnee Correctional Center

## Medical Permit

Exhibit (A)
Pg. 10 of 10

**Offender Name & Number:** White Richard   R14550

**Housing Unit:** 3D64

| | |
|---|---|
| □ New Order | □ Change |
| □ Renewal | □ Cancel |
| **Reason** | |
| □ Low Bunk | □ Orthotic Shoes |
| □ Low Gallery | Size: _____ |
| □ Cane | □ C-PAP Machine |
| □ Crutches | □ Sports Restriction |
| □ Walker | ☒ Medical Lay-In |
| □ Slow Walk | |
| □ Slow Eat | |
| □ Hearing Aid(s) | |
| □ Other _____ | □ Other _____ |
| _____ | _____ |

**Start Date:** 11-4-17        **Expiration Date:** 11-6-17

**Authorized By:** _____        **Date:** _____

**Nursing Staff Signature:** _____   **Date:** 11-4-17

**Distribution:**      Offender
                Medical File
                Assignment Office
                Gym Officer
                Housing Unit   3D64