Exhibit (B), shows call passes to the healthcare unit as proof that plaintiff was seen by Dr. David, Physician's Assistant Blake, other nurses and the x-ray technician on the dates he mentioned (but is not limited to those dates). It shows that plaintiff didn't receive a call pass on 10-9-15, to 10-14-15 and 11-10-15, to 11-25-15, to the healthcare unit for therapy on his left knee.

2

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: R14550 WHITE,RICHARD          Minimum   A   Low           SHA:SHA:03:D:64:L1
PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009

DESTINATION: HCU                    DAY: 11/16/2017   AT:
                                                      10:00:0
                                                      0 AM

PASS TYPE: DOCTOR CALL LINE
COMMENTS: MDSC mandatory
AUTHORIZED: Kaley Hughes

CELL HOUSE SIGNATURE: _____   TIME: 10:03
DESTINATION SIGNATURE: _____   TIME: 10:03
EXIT SIGNATURE: _____   TIME: 10:02
RETURN SIGNATURE: _____   TIME: _____

Exhibit (B)
pg. 16 of 16

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                DAY: 6/30/15    AT:  10:00 A
  PASS TYPE: PHYSICIAN'S ASSISTANT
  COMMENTS: NURSE PRACTITIONER - MANDATORY
AUTHORIZED: JOHNSTON, K.

CELL HOUSE SIGNATURE: _____ TIME: 10:04
DESTINATION SIGNATURE: _____ TIME: 10:06    Exhibit (B)
EXIT SIGNATURE: _____ TIME: _____  Pg. 1 of 16
RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                DAY: 7/10/15    AT:  1:00 P
  PASS TYPE: PHYSICIAN'S ASSISTANT
  COMMENTS: NURSE PRACTITIONER - MANDATORY
AUTHORIZED: JOHNSTON, K.

CELL HOUSE SIGNATURE: _____ TIME: 104
DESTINATION SIGNATURE: _____ TIME: 105
EXIT SIGNATURE: _____ TIME: 205
RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                DAY: 7/13/15    AT:  9:15 A
  PASS TYPE: PHYSICIAN'S ASSISTANT
  COMMENTS: NPSC - MANDATORY
AUTHORIZED: SKELCHER, L.

CELL HOUSE SIGNATURE: _____ TIME: 917
DESTINATION SIGNATURE: _____ TIME: _____
EXIT SIGNATURE: _____ TIME: _____
RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                DAY: 7/14/15    AT:  10:15 A
  PASS TYPE: DOCTOR CALL LINE
  COMMENTS: MANDATORY-MDSC-MUST HONOR PASS
AUTHORIZED: WOLLARD, T.

CELL HOUSE SIGNATURE: _____ TIME: 1032
DESTINATION SIGNATURE: _____ TIME: 1045
EXIT SIGNATURE: _____ TIME: 1046
                                               TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
IDOC#: R14550 WHITE, RICHARD           3 A L  SH/
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                DAY: 7/17/15    ☐ Yes; expedite emergency grievance
  PASS TYPE: REGISTERED NURSE                   ☐ No; an emergency is not substantiated.
  COMMENTS: SICK CALL  --  MANDATORY            Offender should submit this grievance
AUTHORIZED: HERRING, L.                         in the normal manner.

CELL HOUSE SIGNATURE: _____ TIME: _____     ____/____/____
DESTINATION SIGNATURE: _____ TIME: _____           Date
EXIT SIGNATURE: _____ TIME: _____
RETURN SIGNATURE: _____                 DOC 0046 (Rev.
```

```
    IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

 DESTINATION: HCU                     DAY:  8/11/15   AT:   1:00 P
    PASS TYPE: PHYSICIAN'S ASSISTANT
    COMMENTS: NPSC  --   MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: _____ TIME: 1225    Exhibit (B)

    DESTINATION SIGNATURE: _____ TIME: _____   Pg. 2 of 16

          EXIT SIGNATURE: _____ TIME: 2:00

        RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
    IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

 DESTINATION: HCU                     DAY:  8/13/15   AT:  10:00 A
    PASS TYPE: DOCTOR CALL LINE
    COMMENTS: MD SICK CALL - MANDATORY
    AUTHORIZED: JOHNSTON, K.

    CELL HOUSE SIGNATURE: _____ TIME: 10:05

    DESTINATION SIGNATURE: _____ TIME: 1648

          EXIT SIGNATURE: _____ TIME: 1205

        RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS
INMATE CALL PASS ISSUED

```
    IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29-01
    PRIMARY: UNASSIGNED, PARTICIPANT                    LOW

 DESTINATION: HEALTH CARE OFFICER      DAY:  8/16/15   AT: 10:15 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: MED PICK UP
    AUTHORIZED: BEEGLE, T.

    CELL HOUSE SIGNATURE: _____ TIME: 11:07

    DESTINATION SIGNATURE: _____ TIME: ____

          EXIT SIGNATURE: _____ TIME: _____

        RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
    IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

 DESTINATION: HCU                     DAY:  8/24/15   AT:  12:30 P
    PASS TYPE: DOCTOR CALL LINE
    COMMENTS: MDSC  --   MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: _____ TIME: 11:30

    DESTINATION SIGNATURE: _____ TIME: 12:32

          EXIT SIGNATURE: _____ TIME: 12:50

        RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
    IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

 DESTINATION: HEALTH CARE OFFICER      DAY:  8/27/15   AT:   8:30 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: X-RAY - MANDATORY
    AUTHORIZED: JOHNSTON, K.

    CELL HOUSE SIGNATURE: _____ TIME: 8:30

    DESTINATION SIGNATURE: _____ TIME: ____

          EXIT SIGNATURE: _____ TIME: 9:15

        RETURN SIGNATURE: _____ TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

IDOC#: R14550 WHITE, RICHARD                 3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                    DAY: 9/ 8/15   AT:   1:00 P
PASS TYPE: DOCTOR CALL LINE
COMMENTS: MDSC  --  MANDATORY
AUTHORIZED: HERRING, L.

CELL HOUSE SIGNATURE: _____  TIME: 105       Exhibit (B)
DESTINATION SIGNATURE: _____  TIME: 1010      pg. 3 of 16
EXIT SIGNATURE: _____  TIME: _____
RETURN SIGNATURE: _____  TIME: _____

ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS
INMATE CALL PASS ISSUED

IDOC#: R14550 WHITE, RICHARD                 3 A L  SHA-02-D -29-01
PRIMARY: UNASSIGNED, PARTICIPANT                            LOW

DESTINATION: BUREAU OF IDENTIFICATION  DAY: 9/17/15  AT: 12:00 P
PASS TYPE: BUREAU OF IDENTIFICATION
COMMENTS: NO BRAIDS
AUTHORIZED: SMITH, J.

CELL HOUSE SIGNATURE: _____  TIME: 12:11
DESTINATION SIGNATURE: _____  TIME: 12:20 p
EXIT SIGNATURE: _____  TIME: 12:21 p
RETURN SIGNATURE: _____  TIME: _____

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

IDOC#: R14550 WHITE, RICHARD                 3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HCU                    DAY: 9/22/15   AT:   1:00 P
PASS TYPE: DOCTOR CALL LINE
COMMENTS: MDSC  --  MANDATORY
AUTHORIZED: HERRING, L.

CELL HOUSE SIGNATURE: _____  TIME: 1243
DESTINATION SIGNATURE: _____  TIME: 1245
EXIT SIGNATURE: _____  TIME: _____
RETURN SIGNATURE: _____  TIME: _____

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

IDOC#: R14550 WHITE, RICHARD                 3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 9/24/15   AT:   9:45 A
PASS TYPE: HEALTH CARE UNIT
COMMENTS: TREATMENT  --  MANDATORY
AUTHORIZED: HERRING, L.

CELL HOUSE SIGNATURE: _____  TIME: 935
DESTINATION SIGNATURE: _____  TIME: 937
EXIT SIGNATURE: _____  TIME: 1106
RETURN SIGNATURE: _____  TIME: _____

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

IDOC#: R14550 WHITE, RICHARD                 3 A L  SHA-02-D -29
PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 9/25/15   AT:  12:30 P
PASS TYPE: HEALTH CARE UNIT
COMMENTS: TREATMENT - MANDATORY
AUTHORIZED: SKELCHER, L.

CELL HOUSE SIGNATURE: _____  TIME: 1237
DESTINATION SIGNATURE: _____  TIME: 1240
EXIT SIGNATURE: _____  TIME: _____
RETURN SIGNATURE: _____  TIME: _____

```
            ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                     INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER    DAY: 9/26/15  AT:  9:15 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT  --  MANDATORY
     AUTHORIZED: HERRING, L.
                                                              Exhibit (B)
     CELL HOUSE SIGNATURE: _____  TIME: 9²¹
                                                              pg. 4 of 16
  DESTINATION SIGNATURE: _____Rath_____  TIME: 9²⁶

         EXIT SIGNATURE: _____Rath_____  TIME: 10⁰¹

       RETURN SIGNATURE: _____    TIME: ____
```

```
            ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                     INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER    DAY: 9/27/15  AT:  9:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT  --  MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: _____  TIME: 955
  DESTINATION SIGNATURE: _____    TIME: 957
         EXIT SIGNATURE: _____    TIME: 10²⁵
       RETURN SIGNATURE: _____    TIME: ____
```

```
            ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                     INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER    DAY: 9/28/15  AT: 11:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT  --  MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: ___Rath____     TIME: 11:22
  DESTINATION SIGNATURE: _____    TIME: 11:26
         EXIT SIGNATURE: _____    TIME: 12:28
       RETURN SIGNATURE: _____    TIME: 12:35
```

```
            ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                     INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER    DAY: 9/29/15  AT:  9:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT  --  MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: _____  TIME: 935
  DESTINATION SIGNATURE: _____    TIME: 938
         EXIT SIGNATURE: _____    TIME: 10²⁵
       RETURN SIGNATURE: _____    TIME: ____
```

```
            ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                     INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER    DAY: 9/30/15  AT:  9:15 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT  --  MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: _____  TIME: 915
  DESTINATION SIGNATURE: _____    TIME: 916
         EXIT SIGNATURE: _____    TIME: 10⁰⁵
       RETURN SIGNATURE: _____    TIME: ____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 1/15   AT:    9:45 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE:_____  TIME: 9:__     Exhbt (6)
   DESTINATION SIGNATURE:_____  TIME: 9:17     pg. 5 of 16
        EXIT SIGNATURE:_____   TIME: 10:10
      RETURN SIGNATURE:_____   TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 2/15   AT:    9:30 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE:_____  TIME: 9:30
   DESTINATION SIGNATURE:_____  TIME: _____
        EXIT SIGNATURE:_____   TIME: 1050
      RETURN SIGNATURE:_____   TIME: 11:10
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 4/15   AT:    9:15 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE:_____  TIME: 933
   DESTINATION SIGNATURE:_____  TIME: 935
        EXIT SIGNATURE:_____   TIME: 958
      RETURN SIGNATURE:_____   TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 5/15   AT:    9:15 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE:_____  TIME: 923
   DESTINATION SIGNATURE:_____  TIME: 925
        EXIT SIGNATURE:_____   TIME: 950
      RETURN SIGNATURE:_____   TIME: _____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 6/15   AT:    9:15 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE:_____  TIME: 916
   DESTINATION SIGNATURE:_____  TIME: 920
        EXIT SIGNATURE:_____   TIME: 950
      RETURN SIGNATURE:_____   TIME: _____
```

```
                  ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                           INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD          3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 7/15   AT: 11:15 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT - MANDATORY
     AUTHORIZED: SKELCHER, L.

     CELL HOUSE SIGNATURE: _____  TIME: 11:10

     DESTINATION SIGNATURE: _____  TIME: 11:30

            EXIT SIGNATURE: _____  TIME: 12:20

          RETURN SIGNATURE: _____  TIME:
                  ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                           INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD          3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 8/15   AT: 11:15 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT - MANDATORY
     AUTHORIZED: SKELCHER, L.

     CELL HOUSE SIGNATURE: _____  TIME: 11:14

     DESTINATION SIGNATURE: _____  TIME: 11:16

            EXIT SIGNATURE: _____  TIME: 11:40

          RETURN SIGNATURE: _____  TIME:
                  ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                           INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD          3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER     DAY: 10/ 9/15   AT:  9:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: _____  TIME: 9:56

     DESTINATION SIGNATURE: _____  TIME: 10:02

            EXIT SIGNATURE: _____  TIME: 11:20

          RETURN SIGNATURE: _____  TIME:
                  ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                           INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD          3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER     DAY: 10/14/15   AT:  9:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: _____  TIME: 9:22

     DESTINATION SIGNATURE: _____  TIME: 9:22

            EXIT SIGNATURE: _____  TIME: 11:24

          RETURN SIGNATURE: _____  TIME:
                  ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                           INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD          3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER     DAY: 10/15/15   AT: 11:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE: _____  TIME: 11:36

     DESTINATION SIGNATURE: _____  TIME: 11:40

            EXIT SIGNATURE: _____  TIME: 12:35

          RETURN SIGNATURE: _____  TIME:
```

Exhibit (B)
Pg. 6 of 16

```
                ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                         INMATE CALL PASS ISSUED

      IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
      PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER      DAY: 10/16/15   AT:  9:15 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT - MANDATORY
    AUTHORIZED: SKELCHER, L.
                                                            Exhibit (B)
   CELL HOUSE SIGNATURE: _____     TIME: 920      pg. 7 of 18
   DESTINATION SIGNATURE: _____     TIME: 920
         EXIT SIGNATURE: _____      TIME: 1130
       RETURN SIGNATURE: _____      TIME: _____
```

```
                ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                         INMATE CALL PASS ISSUED

      IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
      PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER      DAY: 10/17/15   AT: 10:00 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT - MANDATORY
    AUTHORIZED: JOHNSTON, K.

   CELL HOUSE SIGNATURE: _____     TIME: 030
   DESTINATION SIGNATURE: _____     TIME: 1002
         EXIT SIGNATURE: _____      TIME: 1025
       RETURN SIGNATURE: _____      TIME: _____
```

```
                ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                         INMATE CALL PASS ISSUED

      IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
      PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER      DAY: 10/18/15   AT:  9:15 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT - MANDATORY
    AUTHORIZED: JOHNSTON, K.

   CELL HOUSE SIGNATURE: _____     TIME: 925
   DESTINATION SIGNATURE: _____     TIME: 9:27
         EXIT SIGNATURE: _____      TIME: 9:48
       RETURN SIGNATURE: _____      TIME: _____
```

```
                ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                         INMATE CALL PASS ISSUED

      IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
      PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER      DAY: 10/19/15   AT:  8:45 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT - MANDATORY
    AUTHORIZED: JOHNSTON, K.

   CELL HOUSE SIGNATURE: _____     TIME: 847
   DESTINATION SIGNATURE: _____     TIME: 849
         EXIT SIGNATURE: _____      TIME: 900
       RETURN SIGNATURE: _____      TIME: _____
```

```
                ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                         INMATE CALL PASS ISSUED

      IDOC#: R14550 WHITE, RICHARD              3 A L  SHA-02-D -29
      PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER      DAY: 10/21/15   AT:  9:30 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT -- MANDATORY
    AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____     TIME: 924
   DESTINATION SIGNATURE: _____     TIME: 929
         EXIT SIGNATURE: _____      TIME: 939
       RETURN SIGNATURE: _____      TIME: _____
```

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
        INMATE CALL PASS ISSUED

   IDOC#: R14550 WHITE, RICHARD            3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/22/15    AT:  12:15 P
  PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
 AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____ TIME: 12:10     Exhibit (B)
  DESTINATION SIGNATURE: _____ TIME: 12:20
         EXIT SIGNATURE: _____ TIME: 12:45    Pg. 8 of 16
       RETURN SIGNATURE: _____ TIME: _____
```

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
        INMATE CALL PASS ISSUED

   IDOC#: R14550 WHITE, RICHARD            3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/23/15    AT:   9:30 A
  PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
 AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____ TIME: 931
  DESTINATION SIGNATURE: _____ TIME: 932
         EXIT SIGNATURE: _____ TIME: 950
       RETURN SIGNATURE: _____ TIME: 1000
```

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
        INMATE CALL PASS ISSUED

   IDOC#: R14550 WHITE, RICHARD            3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/24/15    AT:   9:15 A
  PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
 AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____ TIME: 919
  DESTINATION SIGNATURE: _____ TIME: 920
         EXIT SIGNATURE: _____ TIME: ___
       RETURN SIGNATURE: _____ TIME: ___
```

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
        INMATE CALL PASS ISSUED

   IDOC#: R14550 WHITE, RICHARD            3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/25/15    AT:   8:45 A
  PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
 AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____ TIME: 900
  DESTINATION SIGNATURE: _____ TIME: 900
         EXIT SIGNATURE: _____ TIME: 916
       RETURN SIGNATURE: _____ TIME: ___
```

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
        INMATE CALL PASS ISSUED

   IDOC#: R14550 WHITE, RICHARD            3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/26/15    AT:   9:45 A
  PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT  --  MANDATORY
 AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: Stay          TIME: 9:58
  DESTINATION SIGNATURE: _____ TIME: 957
         EXIT SIGNATURE: _____ TIME: 11:06
       RETURN SIGNATURE: Stay          TIME: 11:11
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
     IDOC#: R14550  WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/27/15   AT:   9:30 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT - MANDATORY
     AUTHORIZED: SKELCHER, L.

     CELL HOUSE SIGNATURE:_____  TIME: 8:10

     DESTINATION SIGNATURE:_____  TIME: 8:14    Exhibit (B)

         EXIT SIGNATURE:_____     TIME: 8:27    pg. 9 of 16

       RETURN SIGNATURE:_____     TIME:
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
     IDOC#: R14550  WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/28/15   AT:  12:00 P
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 1225

     DESTINATION SIGNATURE:_____  TIME: 1229

         EXIT SIGNATURE:_____     TIME: 1247

       RETURN SIGNATURE:_____     TIME:
```

ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS
INMATE CALL PASS ISSUED

```
     IDOC#: R14550  WHITE, RICHARD           3 A L  SHA-02-D -29-01
     PRIMARY: UNASSIGNED, PARTICIPANT                     LOW

DESTINATION: HCU                      DAY: 10/29/15   AT:  9 : 45 A
     PASS TYPE: DOCTOR CALL LINE
     COMMENTS: MDSC -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME:_____

     DESTINATION SIGNATURE:_____  TIME:_____

         EXIT SIGNATURE:_____     TIME:_____

       RETURN SIGNATURE:_____     TIME:
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
     IDOC#: R14550  WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/29/15   AT:   9:45 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 10:18

     DESTINATION SIGNATURE:_____  TIME: 10:14

         EXIT SIGNATURE:_____     TIME: 11:57

       RETURN SIGNATURE:_____     TIME:
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
     IDOC#: R14550  WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER      DAY: 10/30/15   AT:   9:15 A
     PASS TYPE: HEALTH CARE UNIT
     COMMENTS: TREATMENT -- MANDATORY
     AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 914

     DESTINATION SIGNATURE:_____  TIME: 919

         EXIT SIGNATURE:_____     TIME: 1005

       RETURN SIGNATURE:_____     TIME:
```

```
         ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS
                   INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HCU                    DAY: 10/30/15  AT:   9:30 A
     PASS TYPE: REGISTERED NURSE
      COMMENTS: SICK CALL  --  MANDATORY
    AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 914

     DESTINATION SIGNATURE:_____  TIME: 919   Exhibit (B)
                                                        pg. 10 of 16
             EXIT SIGNATURE:_____  TIME:_____

           RETURN SIGNATURE:_____  TIME:_____
```

```
         ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS
                   INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29-01
     PRIMARY: UNASSIGNED, PARTICIPANT                LOW

  DESTINATION: HEALTH CARE OFFICER      DAY: 11/ 2/15  AT:  9 : 00 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 1005

     DESTINATION SIGNATURE:_____  TIME: 1007

             EXIT SIGNATURE:_____  TIME: 1026

           RETURN SIGNATURE:_____  TIME:_____
```

```
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                   INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER      DAY: 11/ 3/15  AT:  9:45 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 942

     DESTINATION SIGNATURE:_____  TIME: 945

             EXIT SIGNATURE:_____  TIME: 1010

           RETURN SIGNATURE:_____  TIME:_____
```

```
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                   INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER      DAY: 11/ 4/15  AT:  9:30 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 925

     DESTINATION SIGNATURE:_____  TIME: 937

             EXIT SIGNATURE:_____  TIME: 1010

           RETURN SIGNATURE:_____  TIME:_____
```

```
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
                   INMATE CALL PASS ISSUED

     IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
     PRIMARY: UNASSIGNED, PARTICIPANT

  DESTINATION: HEALTH CARE OFFICER      DAY: 11/ 5/15  AT:  9:45 A
     PASS TYPE: HEALTH CARE UNIT
      COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

     CELL HOUSE SIGNATURE:_____  TIME: 1015

     DESTINATION SIGNATURE:_____  TIME: 1015

             EXIT SIGNATURE:_____  TIME: 1050

           RETURN SIGNATURE:_____  TIME:_____
```

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
         INMATE CALL PASS ISSUED

    IDOC#: R14550 WHITE, RICHARD        3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER    DAY: 11/ 6/15   AT:  9:45 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: ____d/o_____  TIME: 9:4)

    DESTINATION SIGNATURE: _____  TIME: 9~6     Exhibit (B)

          EXIT SIGNATURE: _____  TIME: 10^=    pg. 11 of 16

        RETURN SIGNATURE: ____d/o_____   TIME: 10:0
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
              INMATE CALL PASS ISSUED

    IDOC#: R14550 WHITE, RICHARD        3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER    DAY: 11/ 7/15   AT:  9:30 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: _____  TIME: 933

    DESTINATION SIGNATURE: _____  TIME: 93\

          EXIT SIGNATURE: _____  TIME: 10^0 8

        RETURN SIGNATURE: _____    TIME: ____
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
              INMATE CALL PASS ISSUED

    IDOC#: R14550 WHITE, RICHARD        3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER    DAY: 11/ 8/15   AT:  9:15 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: _____  TIME: 921

    DESTINATION SIGNATURE: _____  TIME: 926

          EXIT SIGNATURE: _____  TIME: 94c

        RETURN SIGNATURE: _____    TIME: ____
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
              INMATE CALL PASS ISSUED

    IDOC#: R14550 WHITE, RICHARD        3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER    DAY: 11/ 9/15   AT:  9:15 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: _____  TIME: 924

    DESTINATION SIGNATURE: _____  TIME: ____

          EXIT SIGNATURE: ___Sh_____    TIME: 808

        RETURN SIGNATURE: _____    TIME: ____
         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
              INMATE CALL PASS ISSUED

    IDOC#: R14550 WHITE, RICHARD        3 A L  SHA-02-D -29
    PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: HEALTH CARE OFFICER    DAY: 11/10/15   AT: 11:30 A
    PASS TYPE: HEALTH CARE UNIT
    COMMENTS: TREATMENT  --  MANDATORY
    AUTHORIZED: HERRING, L.

    CELL HOUSE SIGNATURE: _____  TIME: 1132

    DESTINATION SIGNATURE: _____  TIME: ____

          EXIT SIGNATURE: _____   TIME: 1205

        RETURN SIGNATURE: _____    TIME: ____
```

ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29-01
   PRIMARY: UNASSIGNED, PARTICIPANT                  LOW

   DESTINATION: HEALTH CARE OFFICER       DAY: 11/25/15  AT:  9 : 15 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT   --   MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____       TIME: 11:15
   DESTINATION SIGNATURE: _____       TIME: 1115
   EXIT SIGNATURE: _____       TIME: 1147
   RETURN SIGNATURE: _____       TIME: ____
```

Exhibit (B)
Pg. 12 of 16

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER       DAY: 11/26/15  AT:  8:45 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT   --   MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____       TIME: ____
   DESTINATION SIGNATURE: _____       TIME: 858
   EXIT SIGNATURE: _____       TIME: 911
   RETURN SIGNATURE: _____       TIME: ____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HCU                       DAY: 11/30/15  AT: 10:30 A
   PASS TYPE: DOCTOR CALL LINE
   COMMENTS: MDSC   --   MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____       TIME: 1052
   DESTINATION SIGNATURE: _____       TIME: 1050
   EXIT SIGNATURE: _____       TIME: ____
   RETURN SIGNATURE: _____       TIME: ____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
INMATE CALL PASS ISSUED

```
   IDOC#: R14550 WHITE, RICHARD           3 A L  SHA-02-D -29
   PRIMARY: UNASSIGNED, PARTICIPANT

   DESTINATION: HEALTH CARE OFFICER       DAY: 11/27/15  AT:  9:45 A
   PASS TYPE: HEALTH CARE UNIT
   COMMENTS: TREATMENT   --   MANDATORY
   AUTHORIZED: HERRING, L.

   CELL HOUSE SIGNATURE: _____       TIME: 1005
   DESTINATION SIGNATURE: _____       TIME: 1005
   EXIT SIGNATURE: _____       TIME: 1115
   RETURN SIGNATURE: _____       TIME: ____
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

```
                                     Minimum   A    Low       SHA:SHA:02:D:77:L1
   IDOC: R14550 WHITE, RICHARD
   PRIMARY: CAREER TECHNOLOGIES, STUDENT-SHA021210490


   DESTINATION: Health Care Unit          DAY: 1/29/2016     AT: 1:00:00 PM
   PASS TYPE: PHYSICIAN'S ASSISTANT
   COMMENTS: NPSC - Mandatory
   AUTHORIZED: LANA SKELCHER

   CELL HOUSE SIGNATURE: _____       TIME: 1:05
   DESTINATION SIGNATURE: _____       TIME: 1:08
   EXIT SIGNATURE: _____       TIME: ____
   RETURN SIGNATURE: _____       TIME: ____
```

IDOC: R14550 WHITE, RICHARD     Minimum   A   Low     SHA:SHA:02:D:66:L1
PRIMARY: UNASSIGNED , PARTICIPANT-SHA710010009

DESTINATION: Health Care Unit     DAY: 2/23/2016     AT: 9:15:00 AM
PASS TYPE: REGISTERED NURSE
COMMENTS: NSC - Mandatory
AUTHORIZED: LANA SKELCHER

CELL HOUSE SIGNATURE: _____     TIME: 9:40
DESTINATION SIGNATURE: _____     TIME: 9:48
EXIT SIGNATURE: _____     TIME: 10:00
RETURN SIGNATURE: _____     TIME: ____

Exhibit (B)
Pg. 13 of 16

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: R14550 WHITE, RICHARD     Minimum   A   Low     SHA:SHA:02:D:66:L1
PRIMARY: G.E.D. I , STUDENT-SHA127460490

DESTINATION: health care unit     DAY: 3/14/2016     AT: 12:30:00 PM
PASS TYPE: DOCTOR CALL LINE
COMMENTS: MDSC - Mandatory
AUTHORIZED: LANA SKELCHER

CELL HOUSE SIGNATURE: _____     TIME: 12:36
DESTINATION SIGNATURE: _____     TIME: ____
EXIT SIGNATURE: _____     TIME: ____

OERCP107

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
IMMEDIATE CALL PASS

PAGE: 1
RUN DATE: 8/21/2017
RUN TIME: 7:23:07 AM

IDOC#: R14550 WHITE, RICHARD     Minimum A Low     SHA:SHA:03:D:64:L1     5/29/2020
PRIMARY: UNASSIGNED , PARTICIPANT-SHA710010009

LOCATION: SHAWNEE:SHAWNEE     HOUSE: 03
CURRENT ISSUE: 25
PASS TYPE: HEALTH CARE UNIT

DESTINATION: HCU

APPOINTMENT AT: 8:30 AM     TILL 8:45 AM

COMMENTS: X-ray - Mandatory

CELL HOUSE SIGNATURE: _____     TIME: 8:40
DESTINATION SIGNATURE: _____     TIME: ____
EXIT SIGNATURE: _____     TIME: ____

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: R14550 WHITE, RICHARD     Minimum   A   Low     SHA:SHA:03:D:64:L1
PRIMARY: UNASSIGNED , PARTICIPANT-SHA710010009

DESTINATION: HCU     "cancelled"     DAY: 8/22/2017     AT: 1:00:00 PM
PASS TYPE: PHYSICIAN'S ASSISTANT
COMMENTS: NPSC - Mandatory
AUTHORIZED: LANA SKELCHER

CELL HOUSE SIGNATURE: _____     TIME: ____
DESTINATION SIGNATURE: _____     TIME: ____

____/____/____
Date

DOC 0046 (8/2012)

```
     IDOC: R14550 WHITE,RICHARD              Minimum   A   Low        SHA:SHA:03:D:64:L1
  PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009
```

DESTINATION: HCU              DAY: 8/22/2017       AT:
                                                   6:30:00
                                                   PM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: Treatment - Mandatory
AUTHORIZED: LANA SKELCHER

Exhibit (B.)
Pg. 14 of 16

```
  CELL HOUSE SIGNATURE:  _____        TIME: ___:___
DESTINATION SIGNATURE:   _____        TIME: ___:___
       EXIT SIGNATURE:   _____        TIME: ___:___
     RETURN SIGNATURE:   _____        TIME: ___:___
```
Note:

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

```
     IDOC: R14550 WHITE,RICHARD              Minimum   A   Low        SHA:SHA:03:D:64:L1
  PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009
```

DESTINATION: HCU              DAY: 8/23/2017       AT:
                                                   6:30:00
                                                   PM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: mandatory treatment
AUTHORIZED: Kaley Hughes

```
  CELL HOUSE SIGNATURE:  _____        TIME: ___:___
DESTINATION SIGNATURE:   _____        TIME: ___:___
       EXIT SIGNATURE:   _____        TIME: ___:___
     RETURN SIGNATURE:   _____        TIME: ___:___
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

```
     IDOC: R14550 WHITE,RICHARD              Minimum   A   Low        SHA:SHA:03:D:64:L1
  PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009
```

DESTINATION: HCU              DAY: 8/24/2017       AT:
                                                   6:00:00
                                                   PM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: mandatory treatment
AUTHORIZED: Kaley Hughes

```
  CELL HOUSE SIGNATURE:  _____        TIME: ___:___
DESTINATION SIGNATURE:   _____        TIME: ___:___
       EXIT SIGNATURE:   _____        TIME: ___:___
     RETURN SIGNATURE:   _____        TIME: ___:___
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

```
     IDOC: R14550 WHITE,RICHARD              Minimum   A   Low        SHA:SHA:03:D:64:L1
  PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009
```

DESTINATION: HCU              DAY: 8/25/2017       AT:
                                                   6:30:00
                                                   PM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: Treatment - Mandatory
AUTHORIZED: LANA SKELCHER

```
  CELL HOUSE SIGNATURE:  _____        TIME: ___:___
DESTINATION SIGNATURE:   _____        TIME: ___:___
       EXIT SIGNATURE:   _____        TIME: ___:___
     RETURN SIGNATURE:   _____        TIME: ___:___
```

In the normal manner.

_____ / / Date

Chief Administrative Officer's Signature

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: R14550 WHITE, RICHARD   Minimum   A   Low   SHA:SHA:03:D:64:L1
PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009

DESTINATION: HCU           DAY: 8/26/2017    AT: 6:30:00 PM

PASS TYPE: HEALTH CARE UNIT
  COMMENTS: mandatory treatment
AUTHORIZED: Kaley Hughes

Exhibit (B)
Pg. 15 of 16

CELL HOUSE SIGNATURE: _____    TIME: ___:___
DESTINATION SIGNATURE: _____   TIME: ___:___
       EXIT SIGNATURE: _____    TIME: ___:___
     RETURN SIGNATURE: _____    TIME: ___:___

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: R14550 WHITE, RICHARD   Minimum   A   Low   SHA:SHA:03:D:64:L1
PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009

DESTINATION: HCU           DAY: 8/30/2017    AT: 10:30:00 AM

PASS TYPE: DOCTOR CALL LINE
  COMMENTS: MDSC - Mandatory
AUTHORIZED: LANA SKELCHER

CELL HOUSE SIGNATURE: _____    TIME: ___:___
DESTINATION SIGNATURE: _____   TIME: 10:10
       EXIT SIGNATURE: _____    TIME: 11:16
     RETURN SIGNATURE: _____    TIME: ___:___

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: R14550 WHITE, RICHARD   Minimum   A   Low   SHA:SHA:03:D:64:L1
PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009

DESTINATION: HCU           DAY: 9/19/2017    AT: 10:30:00 AM

PASS TYPE: REGISTERED NURSE
  COMMENTS: NSC mandatory
AUTHORIZED: Kaley Hughes

CELL HOUSE SIGNATURE: _____    TIME: 10:28
DESTINATION SIGNATURE: _____   TIME: 10:51
       EXIT SIGNATURE: _____    TIME: 11:__
     RETURN SIGNATURE: _____    TIME: ___:___

DERCP107

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
IMMEDIATE CALL PASS

PAGE: 1
RUN DATE: 11/6/2017
RUN TIME: 8:15:54 AM

IDOC#: R14550 WHITE, RICHARD    3 A L    SHA:SHA:03:D:64:L1    5/29/2020
PRIMARY: UNASSIGNED ,PARTICIPANT-SHA710010009

         LOCATION: SHAWNEE:SHAWNEE    HOUSE: 03
    CURRENT ISSUE: 32
        PASS TYPE: HEALTH CARE UNIT

      DESTINATION: health care

   APPOINTMENT AT: 10:15 am   TILL: 10:30 am

         COMMENTS: x-ray - mandatory

CELL HOUSE SIGNATURE: _____    TIME: 10:08

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

Case 3:18-cv-00165-MAB Document 1-3 Filed 02/02/18 Page 18 of 18 Page ID #54

IDOC: R14550 WHITE, RICHARD         Minimum    A    Low         SHA:SHA:03:D:64:L1
PRIMARY: UNASSIGNED , PARTICIPANT-SHA710010009

DESTINATION: HCU              DAY: 11/16/2017    AT: 10:00:00 AM

PASS TYPE: DOCTOR CALL LINE
COMMENTS: MDSC mandatory
AUTHORIZED: Haley Hughes

CELL HOUSE SIGNATURE:                             TIME: 10:03
DESTINATION SIGNATURE:                            TIME: 10:02
EXIT SIGNATURE:                                   TIME: 10:52
RETURN SIGNATURE:                                 TIME:

Exhibit (B)
pg. 16 of 16

Exhibit (A), gives proof that plaintiff was given physical therapy exercises from Union County Hospital, crutches permits as proof plaintiff was on crutches, (but not limited to those dates) proof that plaintiff was given an ace bandage for his left knee for the first time (but not limited to those dates) approx. one week after his initial injury, restriction memorandums as proof that plaintiff was placed on sports, gym and yard restrictions, medical lay-in permit, proof that plaintiff was denied a MRI on 9-9-15, by Dr. David and his superiors and that nothing was done to collectly identify and remedy plaintiff's injury.

Exhibit (B), shows call passes to the healthcare unit as proof that plaintiff was seen by Dr. David, Physician's Assistant Blake, other nurses and the x-ray technician on the dates he mentioned (but is not limited to those dates). It shows that plaintiff didn't receive a call pass on 10-9-15, to 10-14-15 and 11-10-15, to 11-25-15, to the healthcare unit for therapy on his left knee.

Exhibit (C), shows proof that plaintiff did complete the grievance procedure available to him at Shawnee Correctional Center and sent the grievances to Springfield. It shows that his grievances were denied by Shawnee and Springfield.

Exhibit (D), shows plaintiff's MRI results as proof that he has suffered an ACL tear, that the ACL injury worsened causing plaintiff to suffer further injury. It shows information about an ACL tear, the symptoms of an ACL tear that plaintiff has been experiencing and explaining to defendants and healthcare officials at Shawnee Correctional Center since his injury occurred, the treatment of an ACL tear and the dangers/risks of further injury if it goes untreated and if surgery is not performed.

These five declarations show proof that plaintiff was ~~on crutches~~ walking with crutches, limping after he returned the crutches, hopping around on his right leg because Dr. David didn't give him crutches and that plaintiff walks around like his left leg is shorter than his right leg in further/worse injury as witnessed by these five individuals.