Exhibit (c), shows proof that plaintiff did complete the grievance procedure available to him at Shawnee Correctional Center and sent the grievances to Springfield. It shows that his grievances were denied by Shawnee and Springfield

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-29-16 | Offender: (Please Print) Richard White | ID#: R14550 |
|---|---|---|
| Present Facility: Shawnee Correctional Center | Facility where grievance issue occurred: Shawnee Correctional Center | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____ Shawnee Correctional Center
  Date of Report / Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above date at approx. 1:00 p.m., I (Richard White, R14550) was scheduled to see the Physician's Assistant Blake in healthcare concerning my left knee that was injured on 6-26-15. After 7 months, I still haven't received the proper/necessary medical treatment for my knee. On 1-29-16, I told Physician's Assistant Blake that my knee hasn't gotten any better and that at any given moment it can go out on me if I shift wrong or put weight on that knee. He just gave me some Naproxen pain pills, the likes of which I've received several times before, during the 7 months (past) since the initial injury. I've been receiving inadequate medical treatment on my knee since day one of the injury. I was given crutches and pain pills throughout the course of the past 7 months, regardless of me telling the nurses and Dr. David of Shawnee Correctional Center healthcare staff that it's not working. I put in an emergency grievance on 7-27-15 because I've been receiving

**Relief Requested:** The necessary MRI and surgery to be done on my knee and all the adequate medical treatment thereafter. I would also like for all staff/nurses/doctors in healthcare to be disciplined and held accountable for their actions.

- [✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Richard White | R14550 | 1/29/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| | | ____/____/____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: 2/17/16 | Is this determined to be of an emergency nature? | [✓] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| [signature] | | 2/17/16 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Distribution: Master File, Offender          Page 1          DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

inadequate medical treatment on my knee. I never got a response or the grievance back. I put in another grievance on the healthcare, staff of healthcare and the administration on 8-27-15 approx 60 days after my initial injury and my complaints about the mistreatment of medical mistreatment if you will. I've been receiving about my knee. I never got a response back. I wrote another grievance concerning the same issue on 11-28-15 approx. 60 days after I was told to do some exercises on my knee for 2 months to see if it gets better. During that 2 months I told several nursing staff, Physician's Assistant Blake, and Dr. David that the exercises aren't helping my knee and that my ACL is torn and that I need a MRI and surgery on my knee. All my efforts were being ignored then, just as well as now. I'm scared for my safety because if I walk too hard, my knee will snap out of place like it's done several times before over the course of these past 7 months. It's definitely a hazard to my health, in all possible scenarios. I write this 4th grievance on Dr. David, all the nurses and the whole healthcare/administration at Shawnee Correctional Center. A MRI still hasn't been done on my knee.

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | |
|---|---|

2016-03-08

Date Received: 2/29/16          Date of Review: 2/29/16          Grievance # (optional): _____

Committed Person: **WHITE, RICHARD**          ID#: **R14550**   Exhibit (c)

Nature of Grievance: MEDICAL-TX          Pg. 2 of 6

Facts Reviewed: <u>GRIEVANCE STATES INMATE HAS ISSUES WITH HIS KNEE. REQUEST A MRI AND SURGERY..</u>

<u>REVIEWED-</u>

<u>1) INMATE GRIEVANCE</u>

<u>2) L. LECRONE-WEXFORD-PER REVIEW OF MEDICAL JACKET-INMATE HAS BEEN SEEN ON MULTIPLE OCCASIONS FOR HIS COMPLAINTS, AND HAS RECEIVED THERAPY FOR HIS KNEE AND IS RECEIVING NSAID THERAPY. HE HAS NOT BEEN TO THE HCU OR REQUESTED FURTHER SERVICES SINCE 1/29/16. IF HE CONTINUES TO HAVE COMPLAINTS HE MAY REQUEST NSC.</u>

Recommendation: <u>GRIEVANCE BE DENIED.</u>

_____          _____
**S. Rhine**
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

Date Received: 3/1/16          ☑ I concur   ☐ I do not concur   ☐ Remand

Comments: _____

_____

_____          3/1/16
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          __/__/__
Committed Person's Signature          ID#          Date



Bruce Rauner
Governor

John Baldwin
Acting Director

*Exhibit (c)*
*Pg. 3 of 6*

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: White, Richard                    Date: 9/30/16

Register #  R14550

Facility: Shawnee

This is in response to your grievance received on 3/23/16. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/29/16  Grievance Number: 2016-03-08  Griev Loc: Shawnee

- ◯ Transfer denied by the Facility or Transfer Coordinator
- ◯ Dietary _____
- ◯ Personal Property _____
- ◯ Mailroom/Publications _____
- ◯ Assignment (job, cell) _____

- ◯ Commissary _____
- ◯ Trust Fund _____
- ◯ Conditions (cell conditions, cleaning supplies)
- ◯ Disciplinary Report dated _____
  Incident # _____
- ☒ Other  Medical (left Knee)

Based on a review of all available information, this office has determined your grievance to be:

- ◯ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ◯ Denied, in accordance with DR504F, this is an administrative decision.
- ☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ◯ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ◯ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ◯ Denied as the facility is following the procedures outlined in DR525.
- ◯ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ◯ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ◯ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Offender has had therapy and being treated per MAR. If symptoms persist sign up for NSC.

FOR THE BOARD: Lisa Qualls
Lisa Qualls
Administrative Review Board

CONCURRED: John R. Baldwin
John R. Baldwin
Acting Director
10/7/16

CC: Warden  Shawnee  Correctional Center
White, Richard , Register No. R14550

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

E 334

**OFFENDER'S GRIEVANCE**

| Date: 8-30-17 | Offender (Please Print) Richard White | IDs: R14550 |
|---|---|---|
| Present Facility: Shawnee Correctional Center | | Facility where grievance issue occurred: Shawnee Correctional Center |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [x] Disciplinary Report    8 , 30 , 17        Shawnee Correctional Center
   Date of Report                Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification. **RECEIVED**

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board. **SEP 01 2017**
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance. **SHAWNEE C.C.WARDEN'S OFFICE**
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 8-30-17, I went the sic appointment to see Dr. David in healthcare. He denied my request for an MRI on my left knee. On 6-26-15, in the gym at the present facility I hurt ligament in my left knee that I believe to be an ACL tear because my knee continues to pop out of place. I was denied the MRI back then to identify the injury as an ACL tear which would have lead to surgery on my left knee. I saw Dr. David on 8-30-17, about my LEFT knee which snapped out of place causing me to fall down the stairs in housing unit 3-D, with my medical records in front of him stating this, Dr. David denied my request for a MRI on my left knee. My left knee has been snapping out of place for over 2 years and all healthcare keeps doing for the on going problem is taking 5 dollars from me as my injury worsens. I'm not receiving adequate healthcare for my injury. I fear for my life. The next time I fall or fall down the stairs, I could end up a cripple, or even worse, die. My injured left knee is a

Relief Requested:    Dr. David should be fired. I would like a MRI on my left knee and surgery done.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Richard White | R14550 | 8 , 30 , 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___ / ___ / ___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response:

| Print Counselor's Name | Counselor's Signature | Date of Response ___ / ___ / ___ |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: 9 , 1 , 17 | Is this determined to be of an emergency nature? | [x] Yes; expedite emergency grievance<br>[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature        9 / 1 / 17
                                                          Date

Distribution: Master File; Offender                Page 1                                    DOC 0046 (Eff. 10/2001)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

increased to my health and well beings. I am distraught, distressed, depressed and stressed over this situation with my left knee and the lack of medical treatment/proper medical treatment I receive. Dr. David send my medical File to me that I fell down some stairs and he still refused me proper medical treatment.

Exhibit (C)
pg. 5 of 6

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**
ILLINOIS DEPARTMENT OF CORRECTIONS

| Grievance Officer's Report |
|---|

Date Received: <u>09-2-17</u>     Date of Review: <u>09-12-17</u>     Grievance # (optional): <u>2017-09-18   (E)</u>

Committed Person: <u>Richard White</u>     ~~RECEIVED~~ ID#: <u>R14550</u>

Nature of Grievance: <u>MEDICAL- TREATMENT</u>

RECEIVED

SEP 1 3 2017

SHAWNEE C.C.WARDEN'S OFFICE

Facts Reviewed:

Grievance states– On 8/3017, I went to my appointment to see Dr. David. He denied my request for a MRI on my left knee. On 6/26/15 in the gym at Shawnee CC, I tore a ligament in my left knee, and that I believe to be an ACL tear because my knee continues to pop out of place. I was denied MRI back then to identify the injury as an ACL tear which would have lend to surgery on my left knee. I saw Dr. David on 8/30, with my medical records in front of him; he denied my request for a MRI on my left knee.

Relief Requested –Dr. David should be fired, I would like a MRI on my left knee and surgery done.

Inmate Grievance – Reviewed

Per K. Smoot MSN HCUA – Offender medical chart review it is noted that on 8/30/17 Offender White was seen and thoroughly assessed by Dr. David; there were no findings at that time that would warrant any further diagnostic testing; it was noted that a physical exam of Offender White's left knee revealed no abnormalities that would warrant an MRI, and it was noted that Offender White had stopped utilizing crutches 2 days prior to the appointment; it was also noted that Offender White was seen on numerous occasion ambulating without crutches with no s/s of pain or distress. Offender White has received the appropriate medical treatment per Dr. David professional opinion/standards.

Recommendation: Based upon a total review of all available information, the Grievance officer deems this grievance –DENIED
Offender White has received the appropriate medical treatment per Dr. David professional opinion/standards.

<u>BOB ALLARD</u>
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: <u>9/13/17</u>     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

Chief Administrative Officer's Signature                    <u>9, 13, 17</u>
Date

| Committed Person's Appeal to the Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

<u>Richard White</u>     <u>R14550</u>     <u>9, 14, 17</u>
Committed Person's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS

Exhibit (c)
Pg. 6 of 6

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 09-2-17          Date of Review: 09-12-17     Grievance # (optional):    2017-09-18    (E)

Committed Person:  Richard White                                                 ID#:  R14550

Nature of Grievance:  MEDICAL- TREATMENT

RECEIVED

SEP 13 2017

SHAWNEE C.C.WARDEN'S OFFICE

Bruce Rauner
Governor

John Baldwin
Acting Director

Exhibit (c)
Pg. 3 of 6

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: White , Richard                                    Date:  9/30/16

Register #  R14550

Facility:  Shawnee

This is in response to your grievance received on  3/23/16 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/29/16  Grievance Number: 2016-03-08  Griev Loc: Shawnee

○ Transfer denied by the Facility or Transfer Coordinator                ○ Commissary _____

○ Dietary _____                                                ○ Trust Fund _____

○ Personal Property _____                                      ○ Conditions (cell conditions, cleaning supplies)

○ Mailroom/Publications _____                                  ○ Disciplinary Report dated _____
                                                                            Incident #_____
○ Assignment (job, cell) _____
                                                                         ☒ Other Medical  (left knee)

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Offender has had therapy and being treated per MAR. If symptoms persist sign up for NSC.

FOR THE BOARD: Lisa Qualls                CONCURRED: R C Baldwin
                    Lisa Qualls                              John R. Baldwin
            Administrative Review Board                      Acting Director    10/7/16

CC:  Warden, Shawnee                       Correctional Center
     White, Richard                        , Register No. R14550

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Distribution:   Master File; Committed Person                                      Printed on Recycled Paper