Exhibit (D), shows plaintiff's MRI results as proof that he has suffered an ACL tear, that the ACL injury worsened causing plaintiff to suffer further injury. It shows information about an ACL tear, the symptoms of an ACL tear that plaintiff has been experiencing and explaining to defendants and healthcare officials at Shawnee Correctional Center since his injury occurred, the treatment of an ACL tear and the dangers/risks of further injury if it goes untreated and if surgery is not performed.

From:HIM                          6188335198               12/27/2017 08:34   #605 P.002/005

R14550

Exhibit (D)

Pg 1 of 11

Union County Hospital
517 North Main Street
Anna, IL 62906
618 833 4511

RADIOLOGY REPORT

NAME: WHITE, RICHARD

MRN: 1049738                    ROOM:
ACCOUNT#: 4325381               BED:                DOB: 10/08/1981
ACCESSION#: 43253810000100                          AGE: 36 Y
EXAM: MRLJS MRI LOWER JOINT WO                      SEX: M
                                                    DOS: 12/19/2017

DICTATED BY:
ORDERED BY:               MUELLER, DAVID
ATTENDING PHYSICIAN:      DAVID, ALFONSO C
PRIMARY CARE PHYSICIAN:   DAVID, ALFONSO C

EXAM: MRI lower joint / left knee without contrast.

HISTORY: Left knee pain. No left knee surgery reported..

TECHNIQUE: Using a local extremity coil on a high field strength magnet multiplanar multisequence MRI was performed of the left knee without intravenous or intra-articular gadolinium contrast.

FINDINGS: I do not have prior radiographs of the left knee available for comparison at the time of this dictation.

Within the medial compartment there is a large bucket-handle tear medial meniscus involving portions of the body as well as anterior and posterior horn with torn/displaced portion of meniscus along the medial aspect of the intercondylar notch. The medial compartment cartilage congruent. Trace joint centered subchondral bone marrow edema over the medial weightbearing aspect of the medial compartment as well as some seen over the medial tibial spine.

Within the lateral compartment the lateral meniscus is intact without discrete surfacing meniscal tear. The lateral compartment cartilage congruent without underlying subchondral edema.

Within the patellofemoral compartment there is a lateral tilt/subluxation of the patella with respect to the trochlear groove. Patella high-riding. Patellar and trochlear groove cartilage otherwise congruent without focal underlying subchondral edema.

Moderate sized left knee effusion. Prominent plica. No large osteochondral loose bodies. Intact PCL fibers. High-grade partial/near full-thickness tearing of the ACL. There are thought to be some stretched/lax diminutive fibers remaining.. No definitive anterior translation of the tibia with respect to the femur. The extensor mechanism is intact. The medial collateral ligament as well as lateral collateral ligament complex and posterolateral corner intact. Overall bone marrow signal intensity shows no acute fracture or bone erosions..

M.D. Review
Date 12-27-17
Signature

Pull Chart ☐
See Patient ☐
File ☑

Exhibit (D)
Pg. 3 of 11

IMPRESSION: Large bucket-handle tear medial meniscus.

Page 1 of 2

RADIOLOGY REPORT

NAME: WHITE, RICHARD

| | | | | |
|---|---|---|---|---|
| MRN: | 1049738 | ROOM: | DOB: | 10/08/1981 |
| ACCOUNT#: | 4325381 | BED: | AGE: | 36 Y |
| ACCESSION#: | 43253810000100 | | SEX: | M |
| EXAM: | MRLJS MRI LOWER JOINT WO | | DOS: | 12/19/2017 |

DICTATED BY:           MUELLER, DAVID
ORDERED BY:            DAVID, ALFONSO C
ATTENDING PHYSICIAN:   DAVID, ALFONSO C
PRIMARY CARE PHYSICIAN: DAVID, ALFONSO C

Trace joint centered subchondral bone marrow edema over the medial weightbearing aspect of the medial compartment.

Moderate sized left effusion. Prominent plica.

Lateral tilt/subluxation of the patella which is high-riding.

High-grade partial/near full-thickness tearing of the ACL. There are thought to be some stretched/lax diminutive fibers remaining. Intact PCL. Intact collateral ligaments.

Recommendation is obtainment and correlation with plain film radiographs of the left knee to include tangential view as none are available for comparison at the time of this dictation.

This document is electronically signed by: David Mueller on 12/19/2017 at 11:51 AM (CST).

DAVID MUELLER M.D.

D Date/Time: 12/19/2017 11:51 AM CT
T Date/Time: 12/19/2017 11:51 AM CT
MT: DAM

Page 2 of 2

**Medscape**

# MRI for Anterior Cruciate Ligament Injury

Updated: Jan 24, 2016
Author: Anton M Allen, MD; Chief Editor: Felix S Chew, MD, MBA, MEd  more...

Exhibit (D)
Pg. 3 of 11

## OVERVIEW

## Overview

The anterior cruciate ligament (ACL) is the most commonly injured of the major knee ligaments. These injuries plague both athletes and nonathletes. The ACL is a vital ligamentous stabilizer of the knee that resists anterior translation and secondarily resists varus and valgus forces. [1] The ACL also functions as a mechanoreceptor that relays information about knee tension to the central nervous system. Patients with ACL injury have variable knee instability that may limit even ordinary daily activities. They experience particular difficulty pivoting and ambulating on uneven surfaces. The torn ACL undergoes limited healing. Long-term morbidity is common with sequelae including osteoarthritis and secondary meniscal tears. [2, 3, 4, 5, 6]

See the image below.



Acute anterior cruciate ligament (ACL) tear. T2-weighted sagittal image in 22-year-old woman. Females have a variably increased incidence of ACL injury per hour of participation in activities at risk.

meniscal injury settings, a negative MRI largely excludes derangements that will benefit from arthroscopy. [13]

Exhibit (D)
Pg. 4 of 11

While accurate in the diagnosis of ACL injury, MRI findings are not helpful in ruling in or ruling out knee instability. Evaluation of instability enters strongly into the decision to opt for conservative or surgical treatment, and this remains a clinical assessment. [14]

## Clinical diagnosis

The skilled clinician can diagnose as many as 90% of ACL tears based on history and physical examination findings. [15, 16] Patients typically report an audible pop and "giving way" at the time of injury. A knee effusion usually develops over the next 24 hours. A tear is confirmed by physical examination, primarily by performing the Lachman test. [1] The anterior drawer and pivot shift tests are often helpful, and arthrometric examination may be contributory. Arthroscopy and arthrotomy are the criterion standards for diagnosis, but they are obviously more invasive and costly. [17, 18, 19, 20, 21]

Physical diagnosis is particularly difficult in large patients, in patients with strong secondary muscular restraints, and in patients with an acute injury and soft-tissue swelling and guarding. Partial ACL tears are also difficult to diagnose on physical examination. [22] MRI may provide pivotal diagnostic information about the ACL in all of these settings. [7, 23]

## Treatment

Treatment of ACL tears ranges from conservative therapies (bracing and physical rehabilitation) to surgical ACL reconstruction. [24] More limited surgical interventions such as native ligament repair or augmentation have gained little traction in the orthopedic community.

The patient's activity level (and expectation for activity in the future) is the most important factor guiding the choice of treatment. [1] Associated meniscal and ligamentous injuries, the degree of laxity, and the patient's age and willingness to pursue vigorous postoperative physical therapy are other major determinants.

ACL graft reconstruction stabilizes the ACL-deficient knee, thus increasing the range of activities tolerated and preventing reinjury from repeated subluxation. ACL reconstruction, however, has not been proven definitively to prevent long-term osteoarthritic deterioration. [1, 25] A study by Potter et al provides some evidence of chondroprotective effects of surgery in the medial and patellofemoral compartments. This study, however, concluded that all patients with an ACL injury incur articular chondral injuries and that variable progression of osteoarthritis develops over time in any or all of the 3 knee compartments, accelerating at 5-7 years after injury. [26]

ACL reconstruction is typically delayed several weeks or months until swelling has subsided and range of motion is restored. It is purported that late surgery decreases postprocedural stiffness; however, the effect on long-term outcomes is less clear. [1] Longer delays before

Exhibit (D)
Pg. 5 of 11

surgery (>1 year) have been associated with an increasing incidence of various internal derangements, especially medial meniscal tears. [27, 28]

For patient education information, see the Sprains and Strains Center, as well as Knee Injury, Knee Pain, and Magnetic Resonance Imaging (MRI).

## Anatomy

The anterior cruciate ligament (ACL) is a dense fibrous band composed of collagen fibrils. It is approximately 3.5-3.8 cm long and 1 cm in transverse diameter. [29] The ligament originates from the posteromedial aspect of the lateral femoral condyle (well posterior to the longitudinal mid axis of the femur) in the intercondylar notch. It courses through the notch in an anterior, inferior, and medial direction. [2] The distal ligament diverges, forming a roughly 11-19 mm horseshoe-shaped tibial insertion footprint. It inserts well posterior on the tibia, averaging 23 mm posterior to the anterior edge. The ligament does not typically insert directly on the medial intercondylar eminence (medial tibial spine), instead inserting just anterior and lateral to it. [29, 30] The ACL is not as strong as the posterior cruciate ligament (PCL), and it is less strong at its femoral origin than at its tibial insertion. [29]

See the images below.



Anterior cruciate ligament (ACL) anatomy in the sagittal plane. Sagittal T1-weighted image. The ACL arises from the posterior aspect of the medial surface of the lateral femoral condyle, high in the intercondylar notch. It courses obliquely anterior, bands diverging distally, to insert on the tibia well posterior to the anterior margin. The ligament is low signal in nature due to its collagenous nature, but higher signal than the posterior cruciate ligament (PCL).

View Media Gallery

Exhibit (D)
Pg. 6 of 11



ACL anatomy in the coronal plane. Coronal T1-weighted MRI shows the lateral position of the ACL in the intercondylar notch (arrow), surrounded by high-signal fat. Note the slanted course of the ligament. The ACL bundles diverge distally at their tibial insertion medial to the anterior intercondylar eminence.

View Media Gallery



Anterior cruciate ligament (ACL) anatomy in the axial plane. A fat-saturated neutral-weighted MRI shows the collagenous low-signal ACL positioned in the lateral aspect of the intercondylar notch (arrow). Distally (not shown) the ACL moves away from the wall and diverges into a horseshoe-array of multiple fascicles.

Exhibit (D)
Pg. 7 of 11

View Media Gallery

The ACL is organized into anteromedial and posterolateral bundles. The bundles are named for their locations relative to each other at their tibial insertion.[29, 31] The biomechanics of the bundles are complex and are under increasing investigation. It is generally stated that the anteromedial bundle tightens with flexion of the knee and resists anterior translation of the tibia in flexion, while the bulkier and less isometric posterolateral bundle tightens with knee extension and resists hyperextension.[29] The physiologic property in which different parts of the spriraled ACL are taut at different points in the normal range of motion is termed isometry. Graft isometry is a stated goal of reconstructive surgery: the differing attachments and roles of the 2 bundles are the basis for the current intense investigational interest in double-bundle ACL reconstruction surgery.

Interestingly, Smigielski et al dissected 111 cadavers and found that the ACL consistently demonstrates a flattened ribbon-like segment just 2mm from its femoral origin that is devoid of double bundle anatomy.[32]

Cadaver and clinical studies have shown the normal anteromedial and posterolateral bundles to be distinguishable in most patients at 3-Tesla.[33, 34, 35] Visualization of bundle anatomy is limited at 1.5 Tesla and low-field MRI imaging.

See the image below.



Normal double bundle anterior cruciate ligament (ACL) anatomy. Axial and coronal proton density-weighted fat-saturation 3-Tesla images demonstrate normal anteromedial and posterolateral bundles in 2 different patients.

View Media Gallery

The ACL is an extrasynovial and intracapsular ligament. Bands of mesentery-like synovium, arising from the posterior intercondylar region of the tibia, surround the cruciate ligaments.[29] This feature accounts for fluid often seen anterior to the normal ACL (and posterior to the PCL) on MRI. The extrasynovial location also helps explain why hemarthrosis is often delayed in the setting of an acute ACL tear.

The primary blood supply to the ACL derives from arteries to the surrounding synovial membrane. These, in turn, derive from branches of the middle geniculate artery piercing the posterior capsule.[29] The central core of the ACL is relatively avascular. This helps explain the generally ineffective healing of ACL tears. Tibial nerve terminal branches

innervate the ACL. [29] Sensory mechanoreceptors are present, and this causes loss of proprioception in ACL-injured patients that can be clinically significant.

Exhibit (D)
Pg. 8 of 11

## Mechanism of Injury

Mechanisms of anterior cruciate ligament (ACL) injury are numerous. Alpine-skiing ACL injury studies have served to demonstrate the complexity of this subject: a welter of characteristic mechanisms of injury have been identified in skiers, including aggressive quadriceps contraction, boot-induced injuries, "phantom foot" injuries, hit-from-behind injuries, and various types of valgus, rotatory, and hyperextension injuries. ACL tear mechanisms in fact will be only superficially discussed in this article.

ACL tears occur with or without contact and with the knee in any position from flexed to fully extended. A well-known contact mechanism of injury is the valgus-abduction clip injury. [30] These injuries are frequent in football players and occur with a lateral blow to the partially flexed knee. Coexisting medial and lateral meniscal tears are common, as are medial collateral ligament (MCL) injuries.

Hyperextension or varus-hyperextension from an anterior blow (eg, injury from a motor vehicle accident or contact sports) is the second most common contact mechanism of ACL injury. The posterior cruciate ligament (PCL) and posterolateral-corner structures are also frequently injured. With more severe hyperextension, the knee may dislocate; the popliteal neurovascular bundle or peroneal nerve may be injured in this setting.

See the image below.



Hyperextension anterior "kissing" bone bruises in patient with anterior cruciate ligament (ACL) tear. Sagittal T2-weighted image in 25-year-old man. Anterior bone bruises of this nature indicate a

hyperextension mechanism of injury. The reader should thus be alert for the possibility of ACL, posterior cruciate ligament (PCL), lateral collateral ligament (LCL), and neurovascular injuries. (This patient had ACL and LCL tears.)

Exhibit (D)
Pg. 9 of 11

View Media Gallery

However, noncontact mechanisms account for the majority (70-80%) of ACL tears. [30, 36] The pivot-shift mechanism (see the images below) is most commonly implicated: the slightly flexed knee incurs a valgus load, with internal rotation of the tibia or external rotation of the femur. Some studies indicate that the initial loading of the ACL is actually due to anterior drawer translation of the lateral tibia (marked quadriceps loading implicated), with the pivot-shift rotation occurring microseconds later. [36] These pivot-shift injuries often occur with rapid simultaneous deceleration and directional movements in skiers and football, basketball, and soccer players. Again, associated meniscal tears and collateral ligament injuries are common (much less often, lateral patellar subluxation).

See the image below.



Pivot-shift twisting mechanism lateral bone bruises in a patient with anterior cruciate ligament (ACL) tear. T2-weighted sagittal image in 22-year-old woman. This pattern of lateral bone bruises occurs with lateral rotation of the femur relative to the tibia and indicates a very high likelihood of an associated ACL injury. This patient had meniscal and medial collateral ligament (MCL) injuries in addition to an ACL tear.

View Media Gallery

Noncontact hyperextension, such as that occurring in a gymnast or cheerleader who misses a landing, is another mechanism of injury that often injures the ACL. [30]



Exhibit (D)
Pg. 10 of 11

Nonvisualization as a primary sign of ACL tear. Complete (or near-complete) nonvisualization of the ACL on sagittal images with ill-defined edema and hemorrhage in the usual location of the ACL is a very common presentation of an acute tear. Note: the normal ACL is sometimes poorly seen on low –echo-time (T1 or gradient echo) sagittal images; this usually does not present a problem in interpretation if T2 images, and images in other planes are carefully correlated.

View Media Gallery



Nonvisualization of the ACL as a primary sign of a tear in a T2-weighted sequence. Sagittal T2-weighted fat-saturated fast spin-echo (FSE) image shows replacement of the ACL in the intercondylar notch by extensive edema-fluid signal intensity.

View Media Gallery





Exhibit (D)
Pg. 11 of 11

Primary signs of an ACL tear. Sagittal image (top left) demonstrates high-signal disruption of the ACL with multifragmented appearance. Coronal T2 (top right) and T1 (below) images show nonvisualization of ACL fibers and abnormal increased edema and fluid in the lateral intercondylar notch.

View Media Gallery



Flattened axis of the distal ACL as a primary sign of ACL tear. This sign has very high specificity for ACL injury. Visualization of the proximal ACL is poor, further confirming tear.

View Media Gallery



https://emedicine.medscape.com/article/400547-overview                                          12/12/2017