# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

**FILED**
FEB 02 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Plaintiff(s) Richard White

vs.

Case Number: 18-165-MJR

Defendant(s) Wexford Health Sources, Inc. et al.,

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1. I, Richard White, am the (check appropriate box) ☑ plaintiff ☐ defendant in this case, I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2. I have tried to find an attorney to take my case by doing the following: (Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.) I, Richard White, do not know the names of any law firms. I asked friends, family, and loved ones to seek representation for me in this lawsuit that I was not successful at. Neither has looked for a lawyer or written me back.

   In spite of my efforts, I have been unable to find an attorney, because: I do not know of any law firms and the friends, family and loved ones I asked to seek out law firms never looked or responded to my letters I sent to them.

3. Check the appropriate box:
   ☑ I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
   ☐ I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

pg. 22

4. Check the appropriate box:
   - [✓] I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.
   - [ ] I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5. The highest level of education I have completed is (check appropriate box):
   - [ ] Grade school only   [ ] Some high school   [ ] High school graduate
   - [✓] Some college         [ ] College graduate   [ ] Post-graduate

6. I believe that I am not able to represent myself, because
   - [ ] English is not my primary language (**check only if applicable**); and/or
   - [ ] I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):
   - [✓] Other (**please explain**): I am not competent in law. I am not competent in medical law.

7. Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): N/A

8. As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary): N/A

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ ||
| Attorney Name: _____ ||
| If this case is still pending, please check box [ ] ||

| Assigned Judge: _____ | Case Number: _____ |
|---|---|
| Case Title: _____ ||
| Attorney Name: _____ ||
| If this case is still pending, please check box [ ] ||

I declare under penalty of perjury that the foregoing is true and correct.

_Richard White_  
Movant's Signature

1-19-18  
Date

6665 State Route 146 East  
Street Address

Vienna, IL. 62995  
City, State, Zip

Pg. 23

FIRST-CLASS MAIL
neopost
01/30/2018
US POSTAGE $003.52
ZIP 62995
041M12251977

MAIL CL[...]
US MAR[...]

Richard White R14550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995

U.S. Courthouse
750 Missouri Avenue
East St. Louis, IL 62201


