044073/019344/TPD

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD WHITE, #R14550,<br><br>    Plaintiff,<br><br>v.<br><br>NURSE BLAKE, ALFONSO DAVID, NURSES JOHN/JANE DOE #1-6, AND WARDEN OF SHAWNEE CORRECTIONAL CENTER,<br><br>    Defendants. | No. 3:18-cv-00165-MJR-SCW |

## **ANSWER TO COMPLAINT**

COMES NOW Defendant, ALFONSO DAVID, M.D., by and through his attorneys CASSIDAY SCHADE LLP, and for his Answer to plaintiff, RICHARD WHITE'S Complaint [DOC. 1], states as follows:

### COMPLAINT

RESPONSE: The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

    I.    FEDERAL JURISDICTION

RESPONSE: The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

    II.    PARTIES

    A.    Admitted, upon information and belief.

B. As the statements in this section are not directed towards this defendant no response is required or made. In the event the statements in this section are construed as against this defendant they are denied.

4. As the statements in this section are not directed towards this defendant no response is required or made. In the event the statements in this section are construed as against this defendant they are denied.

5. Defendant admits that he is a Medical Doctor, employed by Wexford Health Sources, Inc. and provides certain medical care and treatment to inmates at Shawnee Correctional Center. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

6. As the statements in this section are not directed towards this defendant no response is required or made. In the event the statements in this section are construed as against this defendant they are denied.

III. LITIGATION HISTORY

RESPONSE: Defendant has insufficient information or knowledge as to Plaintiff's prior litigation to formulate a response to the statements in this section, including subparts A and B (paragraphs 7 and 8) and, therefore denies the same.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Admitted.

B-C. RESPONSE: Defendant has insufficient information or knowledge as to Plaintiff's use of the grievance system to formulate a response to the statements in these paragraphs and, therefore, denies the same.

V. STATEMENT OF CLAIM FACTS

12. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

13. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

14. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

15. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

16-17. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

18. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical

records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

19. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

20. Defendant has insufficient information or knowledge as to Plaintiff's use of the grievance system to formulate a response to the statement in this paragraph and, therefore, denies the same.

21-22. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

23. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

24. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

25-26. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical

records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

27. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

28. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

VI. LEGAL CLAIMS

Defendant restates and reincorporates his answers to paragraphs 1-28.

29. The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

30. The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

31. The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

32. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical

records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

33. The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

34. The statements made in this paragraph are legal conclusions to which no response is required or made. In the event the statements in this paragraph are construed as against this defendant, they are denied.

35. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

36. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

37. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

38. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

39. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

40. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

41. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

42. Defendant admits that he is a Medical Doctor employed by Wexford Health Sources, Inc. and provides certain medical care and treatment to inmates at Shawnee Correctional Center. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

43. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

44. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

45. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

46. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

47. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

48. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he violated Plaintiff's Constitutional Rights.

49. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

50. As the allegations contained in this paragraph are not directed towards this defendant no response is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

51. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph. Defendant specifically denies that he was deliberately indifferent to Plaintiff's serious medical needs.

52. As the allegations contained in this paragraph are not directed towards this defendant no response is require or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

53. Defendant admits that Plaintiff has certain medical conditions, and received certain medical care and treatment, all of which is more fully set forth in his IDOC medical records. Except as expressly admitted herein, Defendant denies the remaining statements in this paragraph.

54. As the allegations contained in this paragraph are not directed towards this defendant no responses is required or made. In the event the allegations in this paragraph are construed as against this defendant, they are denied.

VII. PRAYER FOR RELIEF

55-62. Defendant denies that Plaintiff is entitled to the relief that he seeks.

**AFFIRMATIVE DEFENSES:**

1. At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional

rights of which a reasonable person would have known. Thus, Defendant is protected from suit by the Doctrine of Qualified Immunity.

2. To the extent the Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prison Litigation Reform Act and other applicable statutes.

3. To the extent Plaintiff's claims are against Defendant in his official capacity, the claims are barred by the Eleventh Amendment.

WHEREFORE, having fully answered Plaintiff's Complaint [Doc. 1], Defendant Alfonso David, M.D. respectfully requests to be dismissed with cost to Plaintiff and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Carla G. Tolbert
     Attorneys for Defendant,

Carla G. Tolbert
ARDC No. 6305104
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
ctolbert@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing Answer to Plaintiff's Complaint with the Clerk of the Southern District of Illinois using the CM/ECF system. The electronic case filing system sent a "Notice all counsel of record;

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on July 27, 2018. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE
Richard White, #R14550
Shawnee Correctional Center
6665 Route 146 East
Vienna , IL  62995

/s/Carla G. Tolbert

CTOLBERT;CTOLBERT