FILED

SEP 13 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

To: The Clerk of Souther District of Illinois

I (Richard White) have a claim in this court —
3:18-cv-00165-MJR-SCW, White v. Wexford Health Sources, Inc.
et al. I've been receiving mail from the defendants lawyers' that I
really have trouble understanding. I don't know if I'm supposed to be
filing something or not. If this court haven't appointed me counsel, I
humbly ask that you do so, for I am incompetent in law. I've written
to:

 The John Marshall Law School
 315 South Plymouth Court
 Chicago, IL. 60604, who has denied my request for representation
in my claim. They referred me to:

 Northwestern University Center on Wrongful Convictions
  357 East Chicago Avenue
  Chicago, IL. 60611, and,

 Chicago Lawyer's Committee for Civil Rights Under Law, Inc.
  100 N. Lasalle St., Suite 600
  Chicago, IL. 60602, whom I've written to both but
haven't received a response. I also didn't receive a response
from:

  Burns, Terrence
  10 S. Wacker Dr. Suite 2300
  Chicago, IL. 60606, and,

  Burden, Mack M.
  140 S. Dearborn St. Suite 800
  Chicago, IL. 60603

Again, I humbly ask this court to appoint me counsel. Thank you very much.

       Richard White

# THE JOHN MARSHALL LAW SCHOOL
## PRO BONO PROGRAM & CLINIC
### - A DIVISION OF THE COMMUNITY LEGAL CLINICS -

Pro Bono Program & Clinic
Phone: 312.427.2737 ext. 477
Fax: 312.427.0430
probono@jmls.edu
www.jmls.edu/pro-bono/

July 24, 2018

Richard White
R14550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995

*RE: Case Number 23314-WHIT.R*

Dear Mr. White:

Thank you for contacting the Pro Bono Clinic. We have reviewed the information provided to the Clinic in the referenced matter and determined that we cannot help you and are not accepting your matter.

We highly recommend that you immediately contact the following agencies for legal assistance with your inquiries:

**CARPLS Legal Aid Hotline**
312.738.9200
Coordinated Advice & Referral Program for Legal Services
Walk-ins not accepted; call for an appointment

**Northwestern University Center on Wrongful Convictions**
312.503.2391
357 East Chicago Avenue
Chicago, IL 60611

**Chicago Lawyer's Committee for Civil Rights Under Law, Inc.**
302.630.1127
100 N LaSalle St., Suite 600
Chicago, IL 60602

Thank you for contacting our Clinic. Please do not hesitate to contact us if you need any further information.

Best regards,

Pro Bono Clinic/AL



Richard White R14550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995

SAINT LOUIS MO 630

11 SEP 2018 PM 7 L

USA

FOREVER

Southern District of Illinois
United States District Court

750 Missouri Avenue
East St. Louis, IL 62201

RECEIVED

this correspondence is
from an inmate in the
Illinois Department
of Corrections.

62201 2980



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

RECEIVED

SEP 1 · ·

CLERK U.S.
SOUTHERN DISTRICT
EAST ST. LOUIS OFFICE