IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD WHITE, #R-14550         ) | |
| )  | |
| Plaintiff,             ) | |
| )  | |
| vs.                       ) | No. 18-165 |
| )  | |
| WEXFORD HEALTH SOURCES, INC., et al.,  ) | |
| )  | |
| Defendants.            ) | |

**MOTION TO DISMISS**

NOW COMES the Defendant, JEFFREY DENNISON (in his official capacity), by and through his attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby moves for Defendant's dismissal from this action, stating as follows:

1. On February 2, 2018, Plaintiff, an incarcerated individual in the custody of the Illinois Department of Corrections, filed a complaint, pursuant to 42 U.S.C. § 1983, alleging Co-Defendants and Doe Defendants were deliberately indifferent to a knee injury sustained on or around June of 2016. [Doc. 1].

2. On March 5, 2018, this Court, in its Merit Review Order, found Plaintiff successfully stated an Eighth Amendment claim against Co-Defendants and the Doe Defendants. [Doc. 5].

3. Additionally, in its Merit Review Order, the Court added the prison warden as a Defendant, in his official capacity only, to be responsible for responding to discovery aimed at identifying the unknown Doe Defendant-nurses. [Doc. 5, pg. 11].

4. On March 26, 2019, the Court found Plaintiff failed to prosecute the Doe Defendants, and dismissed those Defendants. [Doc. 63].

5. As Defendant's sole purpose in this lawsuit was to respond to discovery aimed at identifying unknown Defendants, and those Defendants have been dismissed from this action, Defendant has fulfilled his responsibilities and should be dismissed from this action.

WHEREFORE, for the above reasons, Defendant requests this Court dismiss him from this lawsuit.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | JEFFREY DENNISON, |
|  | Defendant, |
| R. Kolton Ray, #6327476 |  |
| Assistant Attorney General | KWAME RAOUL, Attorney General, |
| 500 South Second Street | State of Illinois, |
| Springfield, Illinois 62701 |  |
| Telephone: (217) 557-0261 | Attorney for Defendant, |
| Facsimile: (217) 782-8767 |  |
| Email: RRay@atg.state.il.us | By: /s/ R. Kolton Ray_____ |
|  | R. Kolton Ray |
|  | Assistant Attorney General |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICHARD WHITE, #R-14550, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 18-165-MJR-SCW |
| ) | |
| WEXFORD HEALTH SOURCES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019 I caused the foregoing document, *Motion to Dismiss*, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Timothy P. Dugan              tdugan@cassiday.com
      Carla G. Tolbert                ctolbert@cassiday.com

and I hereby certify on that same date, I caused to be mailed by United States Postal Service, the document to the following non-registered participant:

      Richard White, #R14550
      Shawnee Correctional Center
      Inmate Mail/Parcels
      6665 Route 146 East
      Vienna, IL  62995

      Respectfully Submitted,

      /s/ R. Kolton Ray_____
      R. Kolton Ray, #6327476
      Assistant Attorney General
      500 South Second Street
      Springfield, Illinois 62701
      Telephone: (217) 557-0261
      Facsimile: (217) 782-8767
      Email: RRay@atg.state.il.us