To: Whom it may concern,

Hello, I (Richard White) have a civil case before this court. I wrote to this court approx. 2 months ago seeking representation in my case. I explained that I've written countless lawyers asking them to represent me in my case. Some I've gotten responses from (denying my request) which I've sent to this court and the others I haven't received a response from as of today. I further explained that I am able to read and write but is still unable to meet deadlines concerning my case without complications and assistance. Although, I am able to read and write, I am still incompetent in law, yet alone medical law. I'm begging for this courts assistance to please appoint me counsel in my civil suit that is before this court. I am incompetent in law and medical law and don't know what to do next in my case. Could you please appoint me counsel? Thank you so much for your time.

Richard White

Richard White 4-26-19
Richard White (R14550)
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL. 62995

Richard White R14550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL. 62995

United States District Court
750 Missouri Ave.
East St. Louis, IL. 62201

Privileged/Legal
Mail

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

**RECEIVED**

MAY -2 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

© USPS 2013