18-165-NJR/MAB

To: Chief Judge Nancy J. Rosenstengel                5-15-19

    I (Richard White) have a case before your court. Last week I received mail from Magistrate Judge Mark A. Beatty denying my Motion to Appoint Counsel. In that motions denial, he said there was a motion to dismiss my case pending which I never received in the mail and to this date. I respectfully ask that you have the defendants in my case to send a copy of their motion to dismiss to me, for you to extend the deadline for me to respond to that motion to dismiss for 2 months and for you to reconsider my motion to appoint counsel on the grounds that I am incompetent in law yet alone medical law, I am indigent and I don't have adequate access to the law library. Could you please consider the issues I've brought to you today to help me move forward with my civil suit. Thank you so much for your time.

                                                               Date: 5-15-19
                                                               Signed: Richard White

Richard White R14550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL. 62995

Richard White RH539
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL. 62995

MAIL CLEARED
US MARSH[AL]

This correspondence is
from an inmate in the
Illinois Department
of Corrections.

SAINT LOUIS MO 630
21 MAY 2019 PM 4 L

Privileged/Legal
Mail

United States District Court
750 Missouri Avenue
East St. Louis, IL. 62201

62201-295499

0165-SPM    Document 72    Filed 05/22/19    Page 3 of 3

