To: Magistrate Judge Mark A. Beatty                                           pg. 1 of 2
From: Richard White   Case Number 3:18-cv-00165-MJR-SCW

## Answer to Warden Dennison's Motion to Dismiss

Plaintiff asks this court to keep Warden Jeffery Dennison added to this complaint. Warden Dennison didn't fulfill his obligation to this complaint in his official capacity. He never named four of the six John/Jane Does. Warden Dennison named Ethan Wilke who was an authority figure over the nurses that plaintiff couldn't add as a defendant because he wasn't a tending nurse and Dwayne Burrows. Plaintiff wasn't able to amend his complaint with the addition of the John/Jane Does because sufficient information wasn't given from Warden Dennison in his official capacity.

In Warden Dennison's "Answers and Affirmative Defenses", he admits to having knowledge and receiving an emergency grievance from plaintiff concerning his serious medical needs on 2-17-16, and concurred with the denial of that grievance on 3-1-16. On 9-1-17, Warden Dennison admits that plaintiff's other grievance was deemed an emergency and that he concurred with the denial of that grievance on 9-13-17, and Warden Dennison admits that plaintiff wrote another grievance dated 11-8-17, that was not deemed an emergency so, Counselor Hilliard answered and denied the grievance which Warden Dennison signed, that was sent to Springfield and denied on 1-19-18. In his official capacity, Warden Dennison knew about plaintiff's serious medical needs and decided to do nothing at least three times where two of the times were emergencies.

pg. 2 of 2

Had warden Dennison approved plaintiff's grievances for adequate medical treatment the outcome would be different. Although Warden Dennison wasn't initially named in this complaint, he is as culpable as all other defendants named in this complaint. Plaintiff prays this court keep Warden ~~Dennison~~ Jeffery Dennison added to this complaint in his official capacity.

Signed: [signature]
Date: 10-14-19

Richard White R14550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL. 62995

**MAIL CLEARED US MARSHALS**

United States District Court
750 Missouri Ave.
East St. Louis, IL 62201

Legal / Privileged
Mail

Richard White #M550
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL 62995

neoposc
FIRST-CLASS MAIL
10/15/2019
US POSTAGE $000.50⁰
ZIP 62995
041M11225 1977

RECEIVED

OCT 18 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE