IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**White**

*Plaintiff(s)*

v.

**Wexford, et al.,**

*Defendant(s)*

Case Number: 3:18-cv-00165-NJR-MAB

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[✓] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Blake Woods | *[signature]* | 12-4-19 |
| Alfonso David, MD | *[signature]* | 12-4-19 |
| | | |
| | | |

Submitted By: Timothy P. Dugan          Dated: 12-4-19

Note: Corporations may execute this election only by counsel.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: 12-4-19          Signature: *[signature]*