IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Richard White
_____
Plaintiff(s)

v.

Wexford Health Sources, Inc, et al
_____
Defendant(s)

Case Number: 3:18-cv-00165-NJR-MAB — MJR - scw

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter **shall** select one of the following two options indicating whether the party **will** consent or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[✓] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Richard White | Richard White | 12-6-19 |
|  |  |  |
|  |  |  |

Submitted By: _Richard White_    Dated: _12-6-19_

Note: Corporations may execute this election only by counsel.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: 12-6-19    Signature: Richard White

Richard White
11139 W. 115th Place
Chicago, IL. 60643

United States District Court
750 Missouri Ave.
East St. Louis, IL. 62201

CLEAR
US MARSHAL

S SUBURBAN IL 604
13 DEC 2019 PM 1 L

FOREVER / USA



RECEIVED
DEC 17 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE