044073/19344/TPD/CGT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD WHITE, #R14550,<br><br>Plaintiff,<br><br>v.<br><br>NURSE BLAKE, ALFONSO DAVID,<br>NURSES JOHN/JANE DOE #1-6, and<br>WARDEN OF SHAWNEE CORRECTIONAL<br>CENTER,<br><br>Defendants. | Case Number 3:18-cv-00165-MJR-SCW<br><br>Magistrate Judge Mark A. Beatty |

## DECLARATION OF ALFONSO DAVID, M.D.

I, Alfonso David, M.D., soundly affirm the following statements:

1. My name is Alfonso David, M.D. I am of sound mind, over the age of 21 years and capable of making this declaration.

2. I received my Medical Degree from the University of Sto. Thomas in 1974. I completed a residency in Internal Medicine at Sto. Tomas University Hospital in 1979. I was a resident research fellow in the Pulmonary Medicine Department at the University of Chicago from 1983-1984, and completed a two-year clinical fellowship in Pulmonary Medicine at Loyola University Medical Center and Hines VA Hospital from 1984- 1986.

3. I am employed by Wexford Health Sources, Inc. as the Medical Director at Shawnee Correctional Center.

4. I have reviewed Mr. White's IDOC medical records provided to me by my attorney. They are the kinds of records upon which I routinely base my medical decision making.

5. Mr. White's IDOC medical records document that he injured his left knee on June 26, 2015. A Nurse Sick Call (NSC) note indicates that he reported his pain as a 5 (on a pain scale of

0-10), and that she spoke with NP Woods who ordered the nonsteroidal anti-inflammatory agent Motrin to be taken three times a day, and that Plaintiff utilize crutches until seen by Mr. Woods.

6. Mr. White was seen by Mr. Woods on June 30, 2015. Mr. Woods documented that Mr. White's gait was slow, and he was walking with a limp. Mr. White had no left knee swelling, no bruising, no deformity. Mr. Woods advised Mr. White to use crutches, gave him a slow walk permit for two weeks, sports restriction for one month, and scheduled him for a follow-up appointment in 10 days and noted that he would consider an X-ray if Mr. White was not better.

7. On July 3, 2015, prior to his follow-up appointment, Mr. White was seen by a nurse and reported that his knee "popped again." The nurse contacted Mr. Woods who ordered Decadron (a steroid) injection, Naproxen (another nonsteroidal anti-inflammatory medication), an X-ray of Mr. White's left knee, and an ACE wrap. An X-ray of Mr. White's left knee was done on July 6, 2015.

8. Mr. White was evaluated by Mr. Woods on July 10, 2015. He documented that Mr. White reported that his left knee was slightly better, and that he was walking without his crutches. He further documented that the X-ray of Mr. White's left knee showed early arthritis with a small effusion (a collection of fluid, typically due to a collection of fluid in the joint which can be due to arthritis, and no fracture. Mr. Woods advised Mr. White to gradually increase his activity and discontinue use of the crutches, and ordered Indocin (a nonsteroidal anti-inflammatory medication) for one month.

9. On August 11, 2015 Mr. Woods documented that Mr. White told him that his left knee was "worse." Mr. Woods documented that Mr. White's left patella (knee cap) was midline, and a drawer test to determine if there was excessive laxity of his anterior cruciate ligament

(ACL) was negative. Mr. White had a moderate amount of left knee swelling and mild warmth, and Mr. Woods entered a note referring Plaintiff to see me.

10. I saw Mr. White on August 13, 2015, noted that nurse's notes indicate that he had been noncompliant with use of crutches (was walking and running). I documented that Mr. White did not have any significant swelling of his left knee, but was slightly tender around his patella (knee cap), and was not able to fully extend his knee. I diagnosed Mr. White with a ligament strain, and again placed him in a non-weigh bearing status with use of crutches for three weeks, ordered a nonsteroidal anti-inflammatory medication and a repeat left knee x-ray, and noted that I would see him again after the x-ray report was available.

11. I saw Mr. White again on September 8, 2015. He told me that he still had left knee pain, and certain movements caused his knee to "pop" or "give out," but told me that he had been using his crutches and not bearing weight. I documented that Mr. White walked with a limp, and was not able to fully extend or flex his knee, although a Lachman's test (to diagnose an ACL injury) was negative. My diagnosis was to rule out a ligament tear, and advised Mr. White to continue to use his crutches and not bear weight on his left leg. I documented that I would present Mr. White in Collegial and request a referral for an MRI of his left knee.

12. On September 9, 2015 I documented that his request for a referral for an MRI had not been approved, but Mr. White was approved for a physical therapy (PT) evaluation to develop a home exercise program (HEP) that would be done for four to six weeks.

13. Mr. White had a PT evaluation on September 18, 2015, and participated in monitored PT in the HCU from September 24, 2015 through November 27, 2015. On November 30, 2015 I examined him and found that his left knee was unremarkable, with no limitation of motion of his left leg and good strength. Mr. White was able to walk normally, and squat without any

problems. I then discontinued the monitored PT, and advised Mr. White to continue the HEP exercises on his own and to follow-up in three to four months.

14. Mr. White was seen by Mr. Woods on January 29, 2016. Mr. Woods documented that Mr. White complained of knee pain, and reported that he was not doing his HEP exercises all the time. Mr. Woods prescribed a nonsteroidal anti-inflammatory medication and advised Mr. White to do his exercises as previously prescribed.

15. Mr. White was seen by me on March 14, 2016 and reported that he was doing his HEP, and had occasional left knee pain. He was walking normally, and his left knee was not tender or swollen, he had no limitation in movement, no crepitation, and was able to squat without problems. I advised Mr. White to continue the HEP for range of motion.

16. Mr. White was seen in NSC on July 14, 2017 for complaints of left knee pain; he was not referred to see me or any other provider. He was seen in NSC for left knee pain again on August 19, 2017, and I was notified by the nurse. I ordered a nonsteroidal anti-inflammatory medication, an X-ray of Mr. White's left knee, and a low bunk, low gallery permit, and crutches for two weeks. The left knee X-rays was done on August 21, 2017.

17. A nurse's note entered on August 22, 2017 documents that the nurse saw Mr. White walking without using his crutches, and on August 26, 2017 a nurse documented that he had come to the HCU without his crutches, and had a normal gait.

18. I saw Mr. White on August 30, 2017 at which time he told me that he had stopped using his crutches two days before. He was walking normally, his left knee was not swollen or tender, he had no limitation of movement of his left leg, and a Lachman test was negative. I documented the results of the left knee X-ray showing only mild early arthritis and a small joint

4

effusion, and advised Mr. White that he could stop using his crutches, and should follow-up as needed.

19. Mr. White was seen in NSC for left knee pain on November 4, 2017. The nurse contacted me and I ordered an anti-inflammatory medication, and a left knee X-ray.

20. Mr. White saw me in follow-up on November 16, 2017. I documented that his left knee X-ray was unchanged, but he was again unable to fully extend his leg. I also documented that I would submit a request for an MRI to Collegial. That request was approved, and Mr. White had an MRI of his left knee on December 19, 2017. The MRI showed a large bucket-handle tear of his medial meniscus, and a partial/near full thickness tear of his ACL.

21. I saw Mr. White on December 27. 2017 and advised him of the MRI results, and requested that his left knee X-rays from November 6, 2017 be sent to the radiologist for comparison. I also sent a recommendation for a referral to an orthopedic surgery consultation to Collegial. That recommendation was approved on January 17, 2018 and Mr. White was scheduled for an orthopedic consultation on January 23, 2018.

22. On January 23, 2018 Mr. White saw Dr. J.T. Davis at The Orthopedic Institute of Southern Illinois. Dr. Davis recommended that Mr. White undergo a repair of his meniscus, but did not recommend surgical intervention for his ACL.

23. I saw Mr. White on February 6, 2018 and advised him of the surgeon's recommendations, and then submitted a request to Collegial for the recommended surgical procedure. That request was approved on February 26, 2018 and Mr. White underwent a left knee arthroscopic partial medial meniscectomy, left knee arthroscopic complete synovectomy of patellofemoral, medial, and lateral compartments, and left knee injection of Marcaine and Decadron on March 22, 2018.

24. Mr. White was admitted to the Infirmary upon return to Shawnee after surgery, and remained there until March 27, 2018.

25. Mr. White was seen by the orthopedic surgeon in follow-up for his surgery on April 4, 2018 and May 16, 2018. On May 16, 2018 no surgery for his left ACL was recommended, and Mr. White was advised that he could start PT and increase his activity.

26. I evaluated Mr. White on May 21, 2018 and discussed the surgeon's recommendation and treatment Plan with him. He was walking normally, and doing well postoperatively. I entered an order that the surgeon's office was to be contacted regarding recommendations for the type, and frequency, of exercises that Mr. White should do.

27. Mr. White was evaluated by me on June 21, 2018 after finishing a course of PT as recommended by the orthopedic surgeon. He told me that his left knee still felt weak, and he would like to do the HEP PT for another month. On exam, I found that his left knee was not swollen or tender, he had no limitation of movement, and all his muscle strength was good. I advised Mr. White to do his HEP exercises daily in the HCU, monitored by a nurse, for two more months and to follow-up once that was completed.

28. Mr. White completed his HEP exercises, monitored by nursing staff, from June 22, 2018 through July 23, 2018. On July 28, 2018 he was seen in NSC for left knee pain; he was not referred to see me. He continued his monitored PT from August 1, 2018 through August 27, 2018. He was scheduled to see a Nurse Practitioner on August 31, 2018 but did not come to health care for his appointment. He was rescheduled to be seen at 10:00 AM on September 5, 2018 but went to the commissary and came to the HCU late, at 11:48 AM.

29. I saw Mr. White on September 17, 2018 and he claimed he still had pain in his left knee. He was walking normally, but told me that his knee would give out on him after doing

6

slight jogging and running. I reviewed the recommendation of the orthopedic surgeon, Dr. Davis on 5-16-2018. Dr. Davis expressed concern that he would not be able to complete post-op rehab if he will do his ACL reconstruction surgery, thus significantly negating the benefit of such procedure. However, he indicated that he would like to follow up with him if Mr. White had persistent left knee instability to further discuss ACL reconstruction. On September 19, 2018 I submitted a request to Collegial that Mr. White have a follow-up appointment with Dr. Davis; that request was approved.

30. Mr. White was sent to Dr. Davis for his follow up appointment on September 28, 2018. On physical examination, Dr. Davis found that Mr. White the incision from the surgery on Mr. White's meniscus was healing well, and he had no joint line tenderness in his knee, which indicated that the meniscus was not the source of pain. Dr. Davis found that Mr. White had normal strength in his extremities. Dr. Davis reported a positive finding in a Lachman test, which indicated ACL injury. His assessment was that Mr. White had persistent left knee instability, with an ACL tear. Dr. Davis reported that he had a lengthy discussion with Mr. White on the potential benefits and risks of ACL surgery, versus continued home exercises. After that discussion, Dr. Davis reported, Mr. White stated that he would like to proceed with the ACL surgery.

31. Dr. Davis's office informed me that Dr. Davis would notify the medical staff at Shawnee of the requirements for the measures that would need to be taken by and for Mr. White after ACL surgery to facilitate his recovery. They informed me that if such measures were not available at Shawnee, Dr. Davis's office informed me that it would be in Mr. White's interest to defer the ACL surgery until Mr. White was released from prison.

32. On October 2, 2018, I met with Mr. White to discuss the findings and recommendations of Dr. Davis with him. The same day, I also requested that nursing staff follow up with Dr. Davis's office to obtain the information about the requirements for recovery from ACL surgery.

33. Dr. Davis's office responded that Mr. White would need physical therapy beyond his HEP after ACL surgery. After receiving this information, I requested Collegial Review to discuss the physical therapy and surgery. I participated in Collegial Review on December 12, 2018, at which time it was decided to ask Dr. Davis to consult with a Wexford orthopedist, and to inform Dr. Davis that we could not be sure that Mr. White would have consistent access to physical therapy, due to factors beyond the control of the medical staff.

34. On December 13, 2018, I spoke to an assistant to Dr. Davis, and asked her to relay the concern to him that Mr. White would not have consistent access to physical therapy offsite from the prison after the ACL surgery. I stated that we could ensure that he received one physical therapy session after the surgery, and that he could continue with his HEP.

35. On December 14, 2018, Dr. Davis's staff informed us that the single physical therapy session after the ACL surgery, supplemented by Mr. White doing his HEP, would be sufficient to make the surgery advisable. Mr. White was then scheduled for ACL surgery on January 10, 2019.

36. Dr. Davis performed the ACL surgery on January 10, 2019. Per Dr. Davis's surgical report, he conducted a left knee arthroscopic ACL reconstruction, grafting tissue from his hamstring onto the injured ACL. The surgical report suggests that the surgery was successful, and without undue complications. Upon his return to Shawnee, Mr. White was kept in the infirmary to recover from his surgery, and he was given a knee brace.

37. Mr. White was scheduled for a follow up appointment with Dr. Davis on January 23, 2019. I met Mr. White before he was sent off site, and discussed with him how his left leg was feeling. Dr. Davis had ordered that the surgical dressing on his leg not be removed at that time.

38. Dr. Davis examined Mr. White on January 23, 2019. He reported that Mr. White was healing well from the ACL surgery, and that he could stop using the knee brace within two weeks.

39. Also on January 23, 2019, I participated in Collegial Review to gain approval for a physical therapy session for Mr. White after his initial recovery from his surgical wound, and approval for a second follow up appointment with Dr. Davis. The request was approved.

40. Mr. White received the physical therapy session at Union County Hospital with Cody Hubble, DPT, on January 30, 2019. Dr. Hubble noted that he took extra time to explain the Home Exercise Program for Mr. White to follow to assist in his recovery.

41. Mr. White participated in his HEP to aid in his healing.

42. I and other medical staff at Shawnee provided and facilitated medical care that addressed Mr. White's left knee injury that was attentive and within the standard of care.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Alfonso C. David, M.D.