Exhibit B

STATE OF ILLINOIS          )

COUNTY OF _Johnson_)

## AFFIDAVIT OF CUSTODIAN OF MEDICAL RECORDS

Before me, the undersigned Notary Public, personally appeared _Kim Johnston_

who, being by me duly sworn, deposed as follows:

My name is _Kim Johnston_ (Custodian of Records), I am of sound

mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of medical records of Shawnee Correctional Center (hereinafter "this

facility." Attached to this affidavit are _____ pages of records from this facility regarding

**Richard White, #R14550.** These __ pages of records are kept by this facility in the regular

course of business, and it was the regular course of business of this facility for an employee or

representative to make a record of or to transmit information thereof to be included in such

record; and the record was made at or near the time of the act or event.  The records attached

hereto are the original or exact duplicates of the original.

_Kim Johnston_
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official

seal this _30th_ day of _Aug_, 2018

_Heidi L Wiggs_
Notary Public

My Commission Expires: _10-20-2018_

```
OFFICIAL SEAL
HEIDI L. WIGGS
Notary Public - State of Illinois
My Commission Expires 10/20/2018
```

(Page 1)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

RICHARD WHITE, #R14550,

             Plaintiff,

v.

NURSE BLAKE, et al.,

             Defendants.

Civil Action No. 3:18-cv-00165-MJR-SCW

Judge Michael J. Reagan
Magistrate Judge Stephen C. Williams

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   Litigation Coordinator, Shawnee Correctional Center, 6665 State Route 146 East, Vienna, IL 62995

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying testing, or sampling of the material: **See Attached Exhibit A**

| Place: | Date and Time: |
|---|---|
| Cassiday Schade LLP<br>100 North Broadway, Suite 1580<br>St. Louis, MO 63102 | September 10, 2018 |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: August 8, 2018

          *CLERK OF COURT*

          _____  OR  _____
          *Signature of Clerk or Deputy Clerk*      *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) BLAKE WOODS. and ALFONSO DAVID, M.D., who issues or requests this subpoena, are: Carla G. Tolbert (ctolbert@cassiday.com), Cassiday Schade LLP, 100 North Broadway, Suite 1580, St. Louis, MO 63102, (314) 241-1377.

August 8, 2018

CARLA G. TOLBERT

WRITER'S DIRECT DIAL 314-655-4713

CTOLBERT@CASSIDAY.COM

Shawnee Correctional Center
Attn: Litigation Coordinator
6665 State Route 146 East
Vienna, IL 62995

> Re:   RICHARD WHITE, #R14550 v. NURSE BLAKE, et al.
> Court No.:   3:18-cv-00165-MJR-SCW
> Our File No.:   044073/19344/TPD/CGT

Dear Sir or Madam:

This firm represents Blake Woods and Alfonso David, M.D. in an action brought by RICHARD WHITE, #R14550. In preparing this case for trial, we need to obtain CERTIFIED copies of all records listed on the attached Subpoena concerning RICHARD WHITE, #R14550. **Please note that we need these records no later than September 10, 2018.**

Also enclosed is an Order of the Court, permitting the release of records to our office. It is our understanding you will mail these records to our office, in lieu of appearing for a deposition. In addition, as the Records Custodian, please read and execute the enclosed Affidavit. If the records are returned without a properly executed Affidavit, it will increase the likelihood that a representative of your facility will have to appear before the Court to certify the records.

If you should have any questions or concerns, please contact me. Any charges associated with this request should be billed to this firm and directed to my attention. Thank you for your assistance.

Sincerely,

Cassiday Schade LLP

Carla G. Tolbert
Enclosure

cc:   Richard White, #R14550 (w/encl.)
      R. Kolton Ray, Esq. (w/encl.)

8911828 CTOLBERT:MJANINI

ATTORNEYS AT LAW          ILLINOIS          INDIANA          MISSOURI          WISCONSIN          CS LLP


WHITE SCC (MR) 0003

(Page 4)

# EXHIBIT A

To:                          Litigation Coordinator, Shawnee Correctional Center, 6665 State Route 146 East, Vienna, IL 62995

Name of Patient:             RICHARD WHITE, #R14550

Please provide any and all documents, including but not limited to:

## GRIEVANCE RECORDS

All grievances, grievance logs, emergency grievance logs and related documents relating to **RICHARD WHITE, #R14550**, and any and all grievance officer decisions, decisions of the Administrative Review Board and Director from *June 1, 2015  to current date.* Grievance logs requested are to include both logged and processed, and any other entry referring to the named inmate.

## MEDICAL RECORDS

All medical records of **RICHARD WHITE, #R14550**, including, but not limited to progress notes, round sheets, prescriptions, test results, physician orders, lab work, radiology reports, sick call requests and records from outside providers for the period from *June 1, 2013  to current date.*, as well as all off-site referral requests and denials.

## COUNSELING RECORDS

The Case History Management (CHAMPS) summary, formerly known as the cumulative counseling summary, of **RICHARD WHITE, #R14550.**

## TRUST FUND & COMMISSARY RECORDS

Any and all trust fund records, to include commissary purchase records, of inmate **RICHARD WHITE, #R14550**, for the period of *June 1, 2013 to current date.*

## INMATE MOVEMENT RECORDS

The Inmate Movement History Report for **RICHARD WHITE, #R14550.**

## INMATE DISCIPLINARY RECORDS

Any and all disciplinary records, including current disciplinary card, of inmate **RICHARD WHITE, #R14550.**

## INMATE ORIENTATION HANDBOOK

The current Inmate Orientation Handbook for **RICHARD WHITE, #R14550.**

8911797 CTOLBERT:MJANINI

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD WHITE, #R14550,       )
                     )
       Plaintiff,        )
                     )
vs.                  )    Case No.  18-cv-00165-MJR-SCW
                     )
NURSE BLAKE, ALFONSO DAVID,   )
NURSES JOHN/JANE DOE #1-6, and  )
WARDEN OF SHAWNEE        )
CORRECTIONAL CENTER,       )
                     )
       Defendants.      )

### HIPAA QUALIFIED PROTECTIVE ORDER

**WILLIAMS, Magistrate Judge:**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), the Court finds good cause for the issuance of a qualified protective order and **ORDERS** as follows:

1.    The parties and their attorneys are hereby authorized to receive, subpoena and transmit "protected health information" pertaining to Plaintiff to the extent and subject to the conditions outlined herein.

2.    For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either (a) the past, present, or future physical or mental condition of an individual, (b) the provision of care to an

individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3.    All "covered entities" (as defined by 45 C.F.R. § 160.13) are hereby authorized to disclose protected health information pertaining to Plaintiff to attorneys representing the Plaintiff and Defendant in the above-captioned litigation.

4.    The parties and their attorneys shall be permitted to use or disclose the protected health information of Plaintiff for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process.

5.    Prior to disclosing Plaintiff's protected health information to persons involved in this litigation, counsel shall inform each such person that Plaintiff's protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving Plaintiff's protected health information do not use or disclose such information for any purpose other than this litigation.

6.    Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return Plaintiffs protected health information to the covered entity or destroy any and all copies of protected health information pertaining to Plaintiff, except that counsel are not

WHITE SCC (MR) 0006

required to secure the return or destruction of protected health information submitted to the court.

7.     This Order does not control or limit the use of protected health information pertaining to Plaintiff that comes into the possession of the parties or their attorneys from a source other than a "covered entity," as that term is defined in 45 C.F.R. § 160.103.

8.     Nothing in this Order authorizes counsel for the Defendants to obtain medical records or information through means other than formal discovery requests, subpoenas, depositions, pursuant to a patient authorization, or other lawful process.

9.     This Order does not authorize either party to seal court filings or court proceedings.  The Court will make a good cause determination for filing under seal if and when the parties seek to file Plaintiff's protected health information under seal.

**IT IS SO ORDERED.**
DATED:        August 6, 2018

/s/ Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge

WHITE SCC (MR) 0007

(Page 2)

Civil Action No. 3:18-cv-00165-MJR-SCW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☒ I served the subpoena by delivering a copy to the named person as follows: Litigation Coordinator, Shawnee Correctional Center, 6665 State Route 146 East, Vienna, IL 62995 via U.S. Mail on August 8, 2018; or

☐ I returned the subpoena unexecuted because: _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fee or one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __August 8, 2018_____

_Michele Janini_
_____
*Server's Signature*

Michele Janini, Paralegal
_____
*Printed Name and Title*

Cassiday Schade LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
_____
*Server's Address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

(c) Protecting a Person Subject to a Subpoena. (1) *Avoiding Undue Burden or Expense; Sanctions. A* party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance. (3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

(d) Duties in Responding to a Subpoena.

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(e)     Contempt. The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

WHITE SCC (MR) 0009

**\*BEGIN USING FROM BOTTOM UP**

---

State of Illinois                    **PRESCRIPTION ORDER**
Dept. of Corrections                 **Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____
_____
_____

DEA/Illinois Lic. #_____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417            Noted by: _____ Date: _____

---

State of Illinois                    **PRESCRIPTION ORDER**
Dept. of Corrections                 **Chart Copy (Not a prescription)**

Patient _White, Richard_____ Reg. # _R14550_____ Date: _4-3-18_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____ ultram 50mg QD × 1 month _____

DEA/Illinois Lic. #_____ Physician (Print) _Dr David_

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D. _4-3-18_
DCA 7000
IL 426-1417            Noted by: __Chief LPN__ Date: _4-3-18_

---

DOB 10.8.81     DKA

State of Illinois                    **PRESCRIPTION ORDER**
Dept. of Corrections                 **< Chart Copy (Not a prescription)**

Patient _White, Richard_____ Reg. # _R10570_____ Date: _3.27.18_

Problem _____

ORDER: (Physician's Signature After Last Order) _Baclofen 40 ? ½ TID × 1 year_

_Motrin 600 mg H TID prn × 10 g → stock_

DEA/Illinois Lic. #_____ Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____ M.D.
7000            Noted by: _M Little LPN_   WHITE SCC (MR) 0010   _3/27/18_

# STATEVILLE NRC CENTER

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical Problem List

| Offender I | R14550   WHITE, RICHARD |
|---|---|
| | Age:   33            DOB: 10/08/1981 |
| | Race: BLK           Sex: M |
| | NRC 12/19/2014                79 |

| Problem Number | Date Entered | Problem List | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 12-19-14 | NKDA | | |
| 2 | | S/R HSV – genital | | |
| 3 | | Polysubstance Abuse | | |
| | 10/5/15 | Current | | |
| | 10/12/16 | annual PPD | | |
| | 10-4-17 | Prephysical + annual PPD | | |
| | 10/6/17 | current | | |

WHITE SCC (MR) 0011

# DATA BASE

**Chronic Conditions**

**Allergies**

_____

_____

_____

| INMATE/ YOUTH NAME  White, Richard | IDOC NUMBER  R14550 |
|---|---|

| IMMUNIZATION AND EXAMS | | | | | DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diphtheria/Tetanus | | | | | | | | | |
| MMR | | | | | | | | | |
| Polio | | | | | | | | | |
| Hepatitis B | | | | | | | | | |
| Influenza | | | | | | | | | |
| Pneumococcal Vaccine | | | | | | | | | |
| PPD Date | 12.21.11 | 10/13/15 | 10/2/16 | 10/4/17 | | | | | |
| PPD Reading mm | 0mm | 0mm | 0mm | 0- | | | | | |
| Chest X-Ray | | | | | | | | | |
| RPR | 12-21-11 | | | | | | | | |
| EKG | | | | | | | | | |
| Sickle Cell | | | | | | | | | |
| Pap Smear | | | | | | | | | |
| Mammogram | | | | | | | | | |
| Food Handler | 12/15 | 10/15/15 | 10/14/16 | 10/4/17 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

NRC

Facility

UNKNOWN

**HIV Opt-Out:**
☐ Test
☒ Refused
☒ Reception History
☐ Periodic History

Date: 12, 19, 14

Time: 1:40  ☐ a.m.  ☒ p.m.

| Offer | | |
|---|---|---|
| — | R14550  WHITE, RICHARD | ID#: |
| | Age: 33   DOB: 10/08/1981 | rican ☐ Other___ |
| Race | Race: BLK   Sex: M | |
| Gen | NRC 12/19/2014   79 | / |

**Subjective:** Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | | ✓ | | |
| Smoking | | ✓ | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | | ✓ | | |
| Diabetic | | ✓ | | |
| Disability (vision, hearing, etc.) | | ✓ | | |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☒ | | |
| b. Hx + PPD/Active TB | ☐ | ☒ | | |
| c. STD | ☐ | ☒ | | |
| d. HIV +/AIDS | ☐ | ☒ | | |
| Surgeries | ☐ | ☒ | | |
| Hx of Psych Tx | ☐ | ☒ | | |
| a. Past Suicide Attempt | ☐ | ☒ | | |
| b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☐ | | Hx MANY DRUGS PCP: ALCOHOL USE |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☒ | | |
| b. Prosthetics | ☐ | ☒ | | |
| c. Specialized Equipment | ☐ | ☒ | | |
| Other Medications | | ✓ | | ACYCLOVIR VISTARIL |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: | | ✓ | | DENIES 4/o SHOULDER ⊙ PAIN X 2 MONTHS |

**Objective:** T: 96.0  P: 68  ☒ regular ☐ Irregular   R: 16  ☒ regular ☐ irregular   B/P: 102, 64

Height: 6'0  Weight: 175  Vision: RT 20/ 20  LT 20/ 20  Corrected: RT 20/___  LT 20/___

Behavioral appearance. Hearing loss. Mental status. Evidence of deformity, trauma, and skin conditions. DENIES LESIONS

**Assessment:** NKDA
Hx MULTIPLE DRUG USE

**Plan:** (Check and complete as appropriate)
1. Physical Examination: ☒ Urgent ☐ Routine
2. Mental Health Referral: ☐ Urgent ☒ Routine
3. Health Information Given: ☒ Yes ☐ Refused
4. PPD Results: ☐ Positive ☐ Negative
5. Chest X-ray performed: ☐ N/A ☐ Yes ☐ No
6. Other: ___

Date PPD Administered: 12, 19, 14  Date PPD Read: 12, 21, 14

Reading: 0 mm  By: MP  ENCARNACIÓN
Print Name of Interviewer

**R & C Use Only**

LAB: DEC 19 2014  Sickle Cell: ☐ Yes ☐ No  Dental: ___  Panorex: ___

EKG: ___ CXR: DEC 19 2014  Female Only: PAP: ___  Mamo: ___

Distribution:  Offender's Medical Record

Printed on Recycled Paper

DCC 0092 (Rev. 11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Physical Examination
_____ Center

| | Offender Ir | |
|---|---|---|
| Date: 12/19/14 | | R14550   WHITE, RICHARD |
| | Race: ☐ | Age:   33          DOB: 10/08/1981      ☐ Other____ |
| Time: 245  ☐ a.m. ☐ p.m. | Race: BLK        Sex: M | |
| | Gender: | NRC 12/19/2014                      79 |

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ | | Hx Pneumothorax c tube placement, HSV |
| Lab reviewed | ✓ | | pending |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | | ✓ | |
| Substance Abuse | | | |
| a. Alcohol | ☐ | ☐ | Liquor 1/8 pint occas |
| b. IV Drugs | ☐ | ☑ | |
| c. Other Drugs | ☑ | ☐ | Weed, PCP |
| d. Hx, drug/alcohol withdrawal | ☐ | ☑ | |
| Shared Needles | | ✓ | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☑ | |
| b. Prostitute(s) | ☐ | ☑ | |
| c. Multiple Partners | ☐ | ☑ | |
| Homosexual Activity | | ✓ | |
| STD | ✓ | | GC, Chlamydia, HSV |
| HIV+/AIDS | | ✓ | |
| Blood Transfusions | | ✓ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☑ | |
| b. Diarrhea | ☐ | ☑ | |
| c. Night Sweats | ☐ | ☑ | |
| d. Persistent URI | ☐ | ☑ | |
| Weight Loss (>15 Lbs.) | | ✓ | |
| Lymphadenopathy | | ✓ | |
| Fatigue | | ✓ | |
| Other (Female) | | | |
| a. Mammography | ☐ | ☐ | G ___N/A___ P_____ AB_____ LNMP_____ <br> Date/Results: _____ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member:_____ |
| c. PAP Smear | ☐ | ☐ | Date/Results: _____ |

**Past Hospitalizations:**

| | |
|---|---|
| Diagnosis: Hx Pneumothorax | Diagnosis: _____ |
| Date(s): 2011 | Date(s): _____ |
| Hospital: Stroger | Hospital: _____ |
| Location: Chicago | Location: _____ |

WHITE SCC (MR) 0014

**Offender Information:**

Last Name _____ First Name _____ MI ____ ID#: _____

Date: ___/___/___

Race: ☐ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other____

Time: ___ ☐ a.m. ☐ p.m.

Gender: ☐ Male ☐ Female   Date of Birth: ___/___/___

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | | | Supple |
| Nose and Sinuses | | | |
| Mouth and Throat | | | Oral Condition: _Red dentition_ |
| Ears | | | Drums _Clear_ ®  Normal/Grossly Intact:   Hearing: R - _WNL_ L-_WNL_  Diminished: |
| Eyes | | | Pupils: _PERLA_ ® _ECMI_ ®  Accommodation:   Fundoscopic: |
| Lungs and Chest including Breast | | | Auscultation: _CTA_ ® |
| Heart | | | Rate: _RRR S₁S₂_   Size:  Rhythm:   Murmurs: ∅ |
| Vascular | W | | |
| Abdomen | N L | | Consistency: _soft_   Tenderness: _NT_  Masses:   Scars: ∅ |
| Anus, Rectum (Prostate – 40+ Male Only) | | | Visual: _WN_  Digital: _Reigns_   Guaiac + / – / R:  _no lesion noted_ _awnl_ |
| Genito-Urinary System | | | |
| Upper Extremities | | | Strength:  ROM: _WNL_ ® |
| Lower Extremities | | | Strength:  ROM: _WNL_ |
| Spine and Musculo-Skeletal | | | _WNL_ |
| Skin and Lymphatics | | | _Intact_ |
| Neurologic DTR's | | | Romberg: ∅  Biceps: / _WNL_ ®  Patella: / |
| Mental Status | | | _A &0x3_ |
| Pelvis (Female Only) | | | Cervix:   Vaginal Canal:  Fundus: _N/A_   PAP: ☐ Y ☐ N ☐ R |

Assessment: Problem # _NKDA_

S/R HSV - genital
Polysubstance Abuse

**Plan:** (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☒ No

HR: ☐ Yes ☐ No

Food Handler Status:

given
#158 Acyclovir 400 mg po TID x 5d

Noted
~~JK~~ RN
2/19/14

Examiners Signature:

_CLAUDE P. OWIKOTI PA_      _Claude awikoto_      12.19.14
Print Name                          Signature                          Date

WHITE SCC (MR) 0015

**Offender Medical History**

Facility: Shawnee CC

HIV Opt-Out: ☐ Test   ☐ Refused

☐ Reception History
☐ Periodic History

Offender Information
Last, First, Middle Initial: White, Richard
ID#: R14550

Date: 10 / 4 / 17
Time: 5:00 ☐ a.m. ☒ p.m.

Race: ☒ African American  ☐ Asian  ☐ Hispanic  ☐ Native American  ☐ White  ☐ Other
Gender: ☒ Male  ☐ Female
Date of Birth: 10 / 8 / 1981

## Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | ☐ | ☒ | | |
| Smoking | ☒ | ☐ | | |
| Pediculosis | ☐ | ☒ | | |
| Seizures or cerebral trauma | ☐ | ☒ | | |
| Asthma | ☐ | ☒ | | |
| Cardiac/HTN | ☐ | ☒ | | |
| Diabetic | ☐ | ☒ | | |
| Disability (vision, hearing, etc.) | ☐ | ☒ | | wears reading glasses |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☒ | | |
| b. Hx + PPD/Active TB | ☐ | ☒ | | |
| c. STD | ☒ | ☐ | | hx HSV |
| d. HIV +/AIDS | ☐ | ☒ | | |

Recent Communicable Illness Symptoms: ☐ Chronic cough ☐ Coughing blood ☐ Lethargy ☐ Weakness ☐ Weight loss ☐ Loss of appetite ☐ Fever ☐ Night sweats

| | Yes | No | | |
|---|---|---|---|---|
| Surgeries | ☒ | ☐ | | ear sx (2010) |
| Hx of Psych Tx | ☐ | ☒ | | |
| a. Past Suicide Attempt | ☐ | ☒ | | |
| b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☒ | | |

Type: ___  Amount: ___  Time of last use: ___

| | Yes | No | |
|---|---|---|---|
| Substance Abuse Hospitalizations | ☐ | ☒ | |

Withdrawal symptoms: ☐ Current ☐ Prior

| Mobility Problems | Yes | No | |
|---|---|---|---|
| a. Assistive Devices | ☐ | ☒ | |
| b. Prosthetics | ☐ | ☒ | |
| c. Specialized Equipment | ☐ | ☒ | |
| Other Medications | ☐ | ☒ | |
| History of Sexual Abuse or Predator | ☐ | ☒ | |
| Oriented x3 | ☒ | ☐ | |

State of consciousness (e.g., alert, responsive, lethargic): Alert + responsive
Past mental illness including hospitalizations: 
Dental problems: 
Breathing (e.g., persistent cough, hyperventilation): SOB @ times
Other:

**Objective:** T: 96.3 P: 62 ☒ regular ☐ irregular  R: 20 ☐ regular ☐ irregular  B/P: 128 / 98
Height: 6'0  Weight: 195  Vision: RT 20/ 13  LT 20/ 13  Corrected: RT 20/ ___ LT 20/ ___

Behavioral appearance, Hearing loss, Mental status, Evidence of deformity, trauma, and skin conditions: Calm, no deformities or skin conditions noted. denies hearing loss, A&Ox4 - no evidence of mental illness

Assessment: IVDA, A&Ox4, skin intact

**Plan:** (Check and complete as appropriate)

| | | |
|---|---|---|
| 1. Physical Examination: | ☐ Urgent | ☒ Routine |
| 2. Mental Health Referral: | ☐ Urgent | ☒ Routine |
| 3. Placement in General Population: | ☒ Yes | ☐ No |
| 4. Health Information Given: | ☒ Yes | ☐ Refused |
| 5. PPD Results: | ☐ Positive | ☐ Negative |
| 6. Chest X-ray Performed: | ☐ N/A ☐ Yes | ☐ No |
| 7. Other: | | |

Date PPD Administered: 10 / 4 / 17  Date PPD Read: 10 / 6 / 17
Reading: 0 mm  By: L. Miller
C. Bramlett LPN — Print Name of Interviewer
Signature

### R & C Use Only

LAB: ___  Sickle Cell: ☐ Yes ☐ No  Dental: ___  Pharmacy: ___
EKG: ___  CXR: ___  Female Only: PAP: ___  Mamo: ___

Distribution: Offender's Medical Record

**Offender Physical Examination**
_Shawnee_ Center

TT. 6 0
Ht: 185
SP: 124/92
P: 64
T: 98.2
R: 16

Date: 10, 20, 17

Time: 1112  ☐ a.m. ☐ p.m.

| Offender Information: | | | | | |
|---|---|---|---|---|---|
| White | | Richard | | | ID#: R14550 |
| Last Name | | First Name | | MI | |

Race: ☐ White  ☑ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other____

Gender: ☑ Male  ☐ Female  Date of Birth: 10, 08, 81

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ | | ① knee – see Dr. David, HPV, |
| Lab reviewed | ✓ | | |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | ✓ | | |
| Substance Abuse | | | |
| a. Alcohol | ☑ | ☐ | couple x's week 1/5th beers |
| b. IV Drugs | ☐ | ☑ | |
| c. Other Drugs | ☑ | ☐ | THC, Ecstasy, PCP, leaf |
| d. Hx, drug/alcohol withdrawal | ☐ | ☑ | |
| Shared Needles | | | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☑ | |
| b. Prostitute(s) | ☑ | ☐ | |
| c. Multiple Partners | ☑ | ☐ | |
| Homosexual Activity | | ✓ | |
| STD | ✓ | | Gonorrhea, HPV, Chalmydia |
| HIV+/AIDS | | ✓ | |
| Blood Transfusions | | ✓ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☑ | |
| b. Diarrhea | ☐ | ☑ | |
| c. Night Sweats | ☐ | ☑ | |
| d. Persistent URI | ☐ | ☑ | |
| Weight Loss (>15 Lbs.) | | ✓ | |
| Lymphadenopathy | | ✓ | |
| Fatigue | | ✓ | |
| Other (Female) | | | |
| a. Mammography   N/A | ☐ | ☐ | G_____ P_____ AB_____ LNMP_____ Date/Results:_____ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member:_____ |
| c. PAP Smear | ☐ | ☐ | Date/Results:_____ |

**Past Hospitalizations:**

Diagnosis: _Stab wound to back_   Diagnosis: _____

Date(s): _2012_   Date(s): _____

Hospital: _____   Hospital: _____

Location: _Chicago, IL_   Location: _____

Distribution:   Offender's Medical Record

Side 1
Printed on Recycled Paper

DOC 0099 (Rev. 11/2012)

WHITE SCC (MR) 0017

**Offender Information:**

Last Name: White
First Name: Richard
MI:
ID#: R14550

Date: 10, 20, 17

Time: ☐ a.m.  ☐ p.m.

Race: ☐ White  ☒ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other_____

Gender: ☒ Male  ☐ Female

Date of Birth: 10, 08, 81

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | |
| Nose and Sinuses | | ✓ | Swollen turbinates |
| Mouth and Throat | | ✓ | Oral Condition: |
| Ears | ✓ | | Drums: Pearly grey Normal/Grossly Intact: | Hearing: R - ✓  L - ✓  Diminished: ↓ |
| Eyes | ✓ | | Pupils: Accommodation: PERRLA | Fundoscopic: |
| Lungs and Chest including Breast | ✓ | | Auscultation: CTAB |
| Heart | ✓ | | Rate: RRR DM1R1G1B  Rhythm: | Size: Murmurs: |
| Vascular | ✓ | | |
| Abdomen | ✓ | | Consistency: Soft, Flat, NT,  Masses: NB, Bowel sounds | Tenderness:  Scars: ↓ hepatosplenomegaly |
| Anus, Rectum (Prostate – 40+ Male Only) | refused | ⊙ | Visual:  Digital: | Guaiac + / - / R: |
| Genito-Urinary System | ✓ | | |
| Upper Extremities | ✓ | | Strength: 5/5  ROM: |
| Lower Extremities | ✓ | | Strength: 5/5  ROM |
| Spine and Musculo-Skeletal | ✓ | | |
| Skin and Lymphatics | ✓ | | |
| Neurologic DTR's | ✓ | | Romberg: Intact  Biceps:  Patella: |
| Mental Status | ✓ | | |
| Pelvis (Female Only) | N/A | | Cervix:  Fundus: | Vaginal Canal:  PAP: ☐ Y  ☐ N  ☐ R |

Assessment: Problem # 1  Allergic rhinitis

#2  Possible PUD/GERD

Plan: (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes  ☒ No
HR: ☐ Yes  ☒ No
Food Handler Status: FHA

#1  Nasocort 1 spray each nostril
Q daily x 3 months
#2  Pepcid  20 mg PO BID PRN x #30

Noted 10/20/17 2:36P
J Jaegers, LPN

Examiners Signature:

T. Pittayathikhun FNP BC
Print Name

Signature

10, 20, 17
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

Offender In

R14550   WHITE, RICHARD
Age:    33              DOB: 10/08/1981
Race: BLK               Sex: M
NRC 12/19/2014                      79

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/19/14  1:30 P | Objective: Patient here for flu vaccine | |
| | Temp: | |
| | Lot #: | |
| | Exp. Date: | N/A |
| | Site: | |
| | Amount Given: | REFUSED |
| | Post injection education give: | |
| | | |
| | Allergy to eggs:   Yes   No | |
| | Refused:   Yes   No | |
| | Refusal Signed:   Yes   No | |
| | Nurse Signature: _____ | |
| | | GIVE INFLUENZA VACCINE |
| | | 0.5 cc IM NOW |
| | | M.D. Initial _____ |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

| Offender | R14550   WHITE, RICHARD |
| | Age:   33 |
| | Race: BLK     DOB: 10/08/1981 |
| | NRC 12/19/2014     Sex: M |

79

| Date/Time | Subjective, Objective, Assessment | | | Plans |
|---|---|---|---|---|
| 12/19/14 1:40 PL | <u>**Intake Screening for EBOLA virus disease form.**</u> | | | |
| **Travel Screen** | **Have you traveled to West Africa (Guinea, Sierra Leone, Liberia) in the last 21 days** | | | **Have you had contact with blood or body fluids of a person known or suspected to have Ebola in the last 21 days** |
| | | YES ☐  NO ☑ | | YES ☐  NO ☐ |
| | Note: If answered "NO" to above questions, there is no need to proceed past this point with the screening. | | | |
| | Note: If answered "YES" to either question above, please continue with symptom screen. | | | |
| **Symptom Screen** | ~~Do you have any of the following:~~ | YES | NO | ***NOTE: TEMPERATURES OF 100.5 OR GREATER ARE CONSIDERED SIGNIFICANT*** |
| | Fever | ☐ | ☐ | |
| | Muscle Pain | ☐ | ☐ | |
| | Diarrhea | ☐ | ☐ | |
| | Vomiting | ☐ | ☐ | |
| | Abdominal Pain | ☐ | ☐ | |
| | | | | |
| **Patient Education** | **CDC Patient Education on Ebola given to patient?** | | | |
| | YES ☒  NO ☐ | | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

WHITE SCC (MR) 0020

**Offender Outpatient Progress Notes**

_____ **Center**

| Offender I |
|---|
| R14550   WHITE, RICHARD |
| Age:    33          DOB: 10/08/1981 **Da** |
| Race: BLK          Sex: M |
| NRC 12/19/2014 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| **Plan** | If patient answered NO to travel question | Sign form, file into patient record. |
| | If patient answered YES to travel questions and NO to symptom questions: | Single Cell Placement<br>Initiate 21 day flow sheet |
| | If patient answered YES to travel questions and YES to symptom questions: | Staff should don PPE (Masks, Gloves, Gown, and eye protection) |
| | | Note: CDC web based videos for PPE donning and doffing procedures:<br>http://www.cdc.gov/vhf/ebola/hcp/ppe-training/index.html |
| | | Isolate patient in TB Isolation Room (Negative Air Pressure Room) |
| | | Initiate Contact, Droplet, and Airborne Precautions |
| | | Notify Site Manager/HCUA/Office of Health Services |
| | | Provide PPE to transport officer |
| | | Contact County Infection Control Program |
| | | Contact Health Department for transfer arrangements to hospital for further testing |
| | Note: If a 21 day quarantine process has taken place prior to arrival into IDOC, there is no reason to repeat quarantine. | |

Interviewer name (printed with title): ENCAMNAEN

Interviewer signature: _____   Date: 12/19/14

Distribution: Offender's Medical Record

WHITE SO(MR) 00020

**ILLINOIS DEPARTMENT OF OFFENDER**
Off—————— Health Status Transfer Summary

| Transferring Facility: | Offend— | R14550   WHITE, RICHARD | |
|---|---|---|---|
| STA~VIRE Center | | Age:   33 | DOB: 10/08/1981   ID#:____ |
| Date: 1.16.15   Time:____ | | Race: BLK | Sex: M |
| | | NRC 12/19/2014 | 79 |

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or ———————)

Allergies: _____ NKDA _____   Food Handler Approved: _____

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: _____

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: _____

Chronic Psychotropic: _____

Current Treatments: _____

Therapeutic Diets: _____

Follow-Up Care: _____

Chronic Clinics: _____

Specialty Referrals: _____

Significant Medical History: STR HSV — genital, Pneumothorax

Physical Disabilities / Limitations: _____

Assistive Devices / Prosthetics: _____   ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____   ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB? ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____   ☐ Packet Complete

| Bohonimi RN | U | 1.16.15 |
|---|---|---|
| Print Name and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____   Date: __/__/__   Time: _____   ☐ a.m. ☐ p.m.

Subjective:

Current Complaint: _____   Assessment: _____

Current Medications/Treatment: _____

Objective:

Physical Appearance/Behavior: _____

Plan: Disposition:
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____

Deformities: Acute/Chronic: _____

☐ Infirmary Placement:
☐ Other (specify): _____

T: ___ P: ___ R: ___ B/P: ___/___

| _____ | _____ | __/__/__ |
|---|---|---|
| Printed Name and Title | Signature | Date |

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| _____ | _____ | _____ | ☐ a.m. ☐ p.m. |
|---|---|---|---|
| Offenders Signature | Date | Time | |

Distribution:  Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev. 11/2012)

WHITE SCC (MR) 0022

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional Center/Hardin County Work Camp

Offender Information:

White                    Richard                    ID#: R14550
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/17/15 4:00 am | RN/LPN Nurse Note: Intake Chart Review<br>S/O: Intake Chart Review Completed.<br>Age: | P: Appropriate plans/intervention provided.<br>1. Problem list, DOC 0088 updated: |
| | Acute Medical Conditions: | 2. Medical Referrals: |
| | | 3. Optometry Referrals (Place on tx line if no snellen chart completed on recent physical.): |
| | Optometry Conditions: (indicate wire frames, contacts, glaucoma, injury, cataracts, etc) | 4. Mental Health Referrals: |
| | Chronic Medical Conditions: | 5. Dental Referrals: |
| | | 6. Labs Referrals: |
| | | 7. Treatment Referrals: |
| | | 8. Based Upon Review, HCWC consideration status: yes |
| | Mental Health Conditions:<br>ↄ | 9. Based Upon Review & Assessment, Food Handler Status: yes |
| | | 10. Other Referrals/Interventions:<br>RHC |
| | Other Pertinent Medical Information/History Noted:<br>NKA<br>S/R HSR - genital C | |
| | A. Intake Chart Review | D. Dickneg |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0023

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Note

Shawnee Correctional Center Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: Q14553 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 0/17/15 12:55 P | PLEASE RESPOND TO EACH QUESTION WITH YES OR NO | |
| | Have you ever had an allergic reaction to flu vaccine? | Yes _____ No _____ |
| | Do you have a history of Guillain-Barré Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes _____ No _____ |
| | Are you allergic to Thimerosal (a mercury-based preservative)? | Yes _____ No _____ |
| | Are you allergic to latex? | Yes _____ No _____ |
| | Do you feel ill today or do you have a fever? | Yes _____ No _____ |
| | Are you currently taking an Antibiotic for infection? | Yes _____ No _____ |
| | Are you allergic to eggs? | Yes _____ No _____ |
| | _____ I consent to have the vaccine  Signature _____ Date _____ | |
| | X I refuse a flu vaccination at this time  Signature _Richard White_ Date 1-17-81 | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: bioCSL Pty Ltd. - Afluria     Lot#: 10149211A | |
| | Expiration Date: June 30, 2015 | |
| | Site of Injection _____ Right Deltoid_____ Left Deltoid _____ Other _____ | |
| | Signature and Title of Vaccine Administrator _____ | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0024

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Shawnee Correctional Center/Hardin County Work Camp

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | M14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 01/17/15 1255 pm | RN/LPN Nurse Note: Intake Interview Orientation interview complete. | |
| | May also refer to Health Status Transfer Summary (Reception Screening). S: | P: Circle appropriate plans/intervention provided: |
| | Contacts: NO Wire Frame/Tinted/Non-state issued eyeglasses: | 1. Health Care Unit Services paperwork education reviewed and provided (Includes education on Sexual Assault Prevention & Intervention). |
| | Do you have any open lesions/wounds/rashes: (If yes, then describe): NO | 2. HIV Education/Information reviewed and provided. 3. Orientation HIV counseling & testing form completed. 4. Evaluation of Suicide Potential DOC 0379 completed. |
| | Have you had any flu-like symptoms or been in close contact with anyone with flu-like symptoms within the last 7 days: NO | 5. Food Handler Status based upon Intake Interview assessment: |
| | Recent exposure or evidence of crabs, lice, or scabies: NO # incarceration (i.e. – 1st, 2nd, etc.): 5th Ever been a victim of sexual assault/abuse & when: NO | Referrals or intervention initiated based upon Intake Interview (include emergency referrals, infirmary placements, sick call with reasons): |
| | Ever been charged with sex offense & when: NO | |
| | Do you have any emergent health care concerns: (If yes, then describe): NO | |
| | acyclovir For current medications/treatment, review HSTS & medical record. | |
| | O: Vital signs, including weight: 97³ 64 16 120/74 175 Offender stature: Small (Medium) Large Physical Appearance: Neat | |
| | Behavior: appropriate Deformities: Ø | |
| | A: Orientation/Intake Interview: | |

Printed on Recycled Paper

DCC 0064 (Eff. 9/2002)

WHITE SCC (MR) 0025

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional/Hardin County Work Camp _____ Center

**Non-Specific Discomfort**

Offender Information:

White          Richard          R14550
Last Name        First Name       MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 01/23/15 11:10 A | S) - Any Allergies NKDA | P) MD Referral |
| | - Location of pain / discomfort Penis - S/R has genital herpes | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain Stabbing  Throbbing  Constant  Intermittent  Etc. Itching / Stinging type pain | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated Acyclovir | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10 10 | |
| | - Duration of pain 3-4 days | No MD referral |
| | O) T 98  P 68  R 16  BP 124/74  WT 170 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort Lesion Noted under head of penis | ✓ Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | |
| | | |
| | | |
| | | Nurse Signature |
| | (A) Non-Specific Discomfort | Payment voucher      YES      NO |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0026

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

STATEVILLE   NRC _____ Center

Shawnee

Offender
R14550   WHITE, RICHARD
Age:   33          DOB: 10/08/1981   ID#: _____
Race: BLK          Sex: M
NRC 12/19/2014                      79

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/26/15 10:09 | MD SICK CALL T 98.1 P 72 R 14 B/P 116/80 WT 175 | |
| | Genital herpes outbreak | |
| | S. SR dx'd c genital | P. Advise |
| | herpes last year while | acyclovir 400 g PO |
| | at Co. Jail. He was | TID x 10 d |
| | give acyclovir | Fu prn |
| | O. Abd: gentle - | |
| | unremarkable exap for | |
| | 2 adjacent small st. raised | |
| | sore areas i penile head | |
| | exa done c Nurse BW present | |
| | A. genital herpes | |
| | | Noted 1/26/15 @ 2:10 P |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional          Center

**Non-Specific Discomfort**

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richond | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/10/15 10:30r | S) - Any Allergies<br>NKDA | P) MD Referral |
| | - Location of pain / discomfort<br>on pencles shaft | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing (Throbbing) Constant Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>Yes 12-9-15 Acyclovir 400mg Tid | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10    10 | |
| | - Duration of pain<br>week to 10days | No MD referral |
| | O)  T 97.8 P 43 R 20  BP 120/82  WT 170 lb  97% | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort | Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | |
| | | |
| | | Nurse Signature |
| | A) Non-Specific Discomfort | Payment voucher   YES   NO |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0028

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Shawnee Correctional _____ Center

| Offender Information: |
| White   Richard   ID#: R45SO |
| Last Name   First Name   MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 02/13/15 9:55/A | NP MD SICK CALL — Herpes Outbreak<br>T 97 P 76 R 16 B/P 112 WT 110 | |
| | S) Reports Finished Acyclovir<br>+ still has Lesions on Penis. | P) ① Advised POC<br>② F/U PRN |
| | O) VSS, Penis c̄ 3 sores on<br>Shaft, New since outbreak<br>in 1/2015, Nurse Parun<br>McGruee present | ③ Acyclovir 400mg<br>PO TID X 10 days |
| | A) Genital Herpes | Date 02/13/15<br>1:30P<br>RN McGruee<br>✓ LNP |

WHITE SCC (MR) 0029

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Shawnee Correctional/Hardin County Work Camp** _____ **Center**

**Toothache/Dental Pain**

Offender Information:

_White_ _Richard_ _R14550_
Last Name     First Name     MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/20/15 1:10p | **S)** Onset, duration, and location of pain — *front* — *teeth x2 / L T molar* <br> - Describe the pain — *Sharp throbbing* <br> - Past history of this pain — *X 6 mo* <br> - Rate pain scale 1-10 — *"10"* <br> - Last dental exam or treatment — *X 1 yr ago* <br> - Any restriction jaw movement — *NO* <br> - Any recent trauma to the area — *NO* <br> **O)** *98² 78 16 122/74 / 75* <br> - General appearance — *WM* <br> - Note any swelling, bleeding or discharge, foul smell — *(foul smell circled)* <br> - Difficulty swallowing — Yes **(No)** <br> - Airway compromised — Yes **(No)** <br> *C/o abscess, Broken teeth et filling out* | **P) MD Referral** *Referral sent to Dentist* <br> Call physician immediately if — *(Dentist)* <br> - Facial swelling is extreme, swelling under tongue or throat is present and/or airway is compromised or threatened and temp is greater than 101° <br> - Any severe, continuous, uncontrolled bleeding <br> - Signs and symptoms of infection <br> - Foul smell <br> - Restricted jaw movement or s/p trauma <br> **No MD referral** <br> - Topical cold compresses as able for relief of discomfort, may offer <br> - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) <br>     OR <br> - Ibuprofen 200 mg, 1-2 tablets t.i.d. with meal PRN x 3 days (18 tabs) *(circled)* <br> **ORAL BLEEDING** <br> - Have patient bite on 2x2 gauze pad for 20 minute intervals until bleeding stops <br> - Keep patient's head elevated <br> - May apply ice pack to site <br>   <br> OVER |

WHITE SCC (MR) 0030

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional/Hardin County Work Camp    Center

**Toothache/Dental Pain (Cont.)**

Offender Information:

White _____ Richard _____  MI ___ ID#: R14550
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | Trauma – Fracture Tooth |
| | | - Refer to dentist on next dental clinic day<br>- Advise patient to avoid area when chewing or drinking hot/cold liquids |
| | | Displaced tooth (still in socket, but out of place) |
| | | - Instruct patient to reposition tooth to correct position not already done<br>- Instruct patient to hold tooth in place |
| | | - Call Dentist for direction |
| | | Avulsed tooth (out of mouth/socket LESS than 1 hour) |
| | | - Instruct patient to replant tooth at site of injury by gently easing tooth into socket<br>- Instruct patient to hold tooth in place<br>- Call Dentist for direction |
| | | **Avulsed tooth (out of mouth/socket MORE than 1 hour)** |
| | | - DO NOT replant tooth<br>- If still bleeding, have patient hold 2x2 gauze in place for 2 minute intervals until bleeding stops |
| | | - Schedule dental evaluation on next dental clinic |
| | | **Infection Or Toothache** |
| | | - If pain is constant, throbbing, swelling is present next to tooth only and no fever is present, refer to MD or DDS for evaluation within 24 hours.  If fever |
| | | is present or any facial swelling, call MD on-call |
| | | **Bleeding Gums** |
| | | - For non-emergent condition, refer chart to Dental department the next day for evaluation |
| | | |
| | | OVER |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0031

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

Shawnee Correctional/Hardin County Work Camp _____ Center

**Toothache/Dental Pain (Cont.)**

**Offender Information**

*White*          *Richard*          ID#: R14550

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/20/15 | | Patient Teaching |
| | | - Avoid extreme hot or cold substances |
| | | - Use of medication |
| | | - Need for follow-up by dentist in two days id no relief of symptoms |
| | | Instruct Patient Against |
| | | - Spitting (patient may allow any blood in mouth to passively drip into cup)<br>- Sucking through straws |
| | | - Drinking carbonated drinks<br>- Rinsing out mouth<br>- Chewing on gauze pads |
| | | - Excessive talking<br>- Strenuous Exercise<br>- If bleeding continues, return to clinic or notify nurse |
| | | Follow-Up |
| | | - As per dentist |
| | | |
| | | |
| | | Nurse Signature |
| | A)  Alteration in dental comfort | Payment voucher          YES          NO |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

WHITE SCC (MR) 0032 

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Shawnee Correctional/Hardin County Work Camp** _____ **Center**

Offender Information:

White          Richard          ID#: R14550

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DCC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0033

## Offender Outpatient Progress Notes

### Shawnee Correctional/Hardin County Work Camp _____ Center

**Non-Specific Discomfort**

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14556 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/26/15 | **S)** - Any Allergies<br>NKA | **P) MD Referral** |
| 205 pm | - Location of pain / discomfort<br>(L) Knee | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing (Throbbing) Constant Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>Just prophend | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10   5/10 | |
| | - Duration of pain  7 Monthly | **No MD referral** |
| | **O)**  T 98 2  P 82  R 18  BP 120/80  WT 175 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  yes<br>no | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) ✓ |
| | | **Patient Teaching** |
| | Observations related to body part affected | Return to see provider if symptoms worsen or interfere with daily functioning<br>Crutches X 3 days until seen by M<br>f/u CNP Next wun?<br>Motrin Loopng - tip fc<br>X 10 days  Stux ass-t<br>VO BWoods NP review |
| | | Nurse Signature  T Beeg CPN |
| | **A)** Non-Specific Discomfort | Payment voucher   YES  (NO) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7117)

WHITE SCC (MR) 0034

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

Shawnee Correctional/Hardin County Work Camp          Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/30/15 | MD SICK CALL<br>T 97 P 86 R 20 B/P 152/86 WT 175 | 1) Advised Terry gone |
| 1030a | F/u (L) Knee injury | 2) Crutches, slow Terry gone |
| | per NP | walk x 2 weeks |
| | S) c/o (L) Knee Pain d/t | 3) Sports Restriction Terry sent |
| | strike from side ē | x 1 Month |
| | sports. | 4) F/u 10 days, will 7/10 |
| | O) NAD, Gait slow ē | consider XR if Not |
| | Limp, No Swelling, | better. |
| | bruise or deformity. | |
| | A) (L) Knee Pain. | |
| | | noted by 6/30/15 4:35P |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

Last Name: White

First Name: Richard

MI:

ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7-3-15 | RN dret | p. T.O B. Woods |
| 8:30p | S. My knee popped again. | • Decadron 8mg IM now |
| | O- IM to HCU on crutches | • Naproxen 500mg BIDv10days |
| | complaining of noise heard while | • x-ray |
| | walking it out. IM unable to | • ACE wrap |
| | extend leg fully. Unable to | • F/u |
| | bend to 90°. Ø Swelling noted. | |
| | Ø obvious deformity. | |
| | A- Call to B Woods | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 5/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0036

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White                    Richard                    ID#: R14550
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/6/15 10:16A | Radiology Note  O) (LP) knee | p) X-ray done Jermice Merchant RT(R) |
| 7-9-15 12¹⁵p | RN W/o  S "Still same thing "Have a bad feeling about this, will I be messed up all the time now"  O: ⊘ major swelling x-ray done c̄ small knee joint effusion, ⊘ break, ⊘ dislocation advised warm compress + cont meds as prescribed VS deferred  A: S/P (L) knee pain | Flu c̄ NP as sched.  (Chgularzo) |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White                  Richard                    ID#: R14550
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/18/15 12PM | MD SICK CALL T 97 P 72 R 16 B/P 120/80 WT 173 | P) Advised Gradually ↑ Activity D/C crutches Indocin 50 mg PO tid ✗ 1 Mo F/u PRN |
| | Flu in NP (L) knee pn. ✗ Xray | |
| | S) S/R Pain to (L) knee slightly better but still swollen. - Seen 6/30/15 c sports injury | |
| | O) NAD, Walking, Not using crutches, XR 7/8/15 No Fx early OE c small effusion | |
| | A) (L) Knee Pain - early OE - small Effusion | |

WHITE SCC (MR) 0038

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White _____ Richard _____ MI ___ ID#: B14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/17/15 | LPN Note | P: 1) Advised by NP |
| 12P | S: "I still walk c̄ a limp & cont | B. woods to cont Rx |
| | straighten my (L) leg out" | as sched. |
| | O: Offender seen in NRC | 2) F/u c̄ NP Ī Rx |
| | 7/10/15 c̄ Rx presented, offd | Complete Jun 8/13 |
| | s/25 he started the indocin yesterday. | |
| | A: c/o (L) leg issues | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional Center

**Non-Specific Discomfort**

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R 14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/10/15 1 PM | S) - Any Allergies NKA | P) MD Referal |
| | - Location of pain / discomfort (L) Knee | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain Stabbing Throbbing Constant Intermittent Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated Yes se Multible time, | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10 10/10 S/P ⊘ relief | |
| | - Duration of pain ongoing sine June 26th | No MD referral |
| | O) T   P   defered BP   WT | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort Yes | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected (L) Knee / warmer than the (R) ↑ ROM to knee defered VIS D/C Offender attitude Problem (a the of evaluation | - Return to see provider if symptoms worsen or interfere with daily functioning "Lay in x 5day, crutches x 5days |
| | | Nurse Signature |
| | A) Non-Specific Discomfort | Payment voucher   YES   NO |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White          Richard          R14550

Last Name        First Name        MI    ID#:

| Date/Time | NP Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/11/15 1:05P | ~~MD SICK CALL~~ T 97.6 P 72 R 18 B/P 70 WT 175 | |
| | Unresolved Ⓛ Knee Pain | ① Advised ② Refer to Dr. David |
| | S) C/O Ⓛ Knee "worse", seen in 6/2015 c̄ c/o side strike c̄ sports, Tried NSAIDS + Was followed up c̄ a XR +x c̄ Small Effusieum. | Sch 6-13-15 |
| | O) NAD, Ⓛ Knee c̄ inline Patella, Drawer ⊖ for Excessive Laxicity, Mod. Ant. Swelling + mild warmthr. | |
| | A) Ⓛ Knee pain. | BR NP 8-11-15 |
| | | |
| | | |

Printed on Recycled Paper

WHITE SCC (MR) 0041

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

Last Name: White    First Name: Richard    MI: ___    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/13/15 11A | MD SICK CALL T 99.2 R 74 B/P 134/84 WT 175 Per NP F/u unresolved Knee pain + Indocin S- Injured (L) knee playing basketball 6-26-15 when another player came down on his left knee. He was placed on NWB c crutches + Indocin but was non-compliant. Started walking s crutches & then running. Wk 4 claimed he tolerated it. X-ray (L) knee 7-6-15 min early tricompartment OA c small knee jt effusion. He claims his left knee "popped out" | P- Advised: NWB (L) knee use crutches x 3 wks. Naprosyn 500 y td BLP c food x 3wks Repeat X-ray (L) knee x 2 wks Fu c X-ray result |

Distribution: Offender's Medical Record    — next pg —

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| _White_ | _Richard_ | | ID#: _R14550_ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-13-15 | Cont MD SC | |
| | c few sm aso c few | |
| | days ago & put back on | |
| | crutches but was still | |
| | putting weight on (L) foot | |
| | O. (L) knee - no significant | |
| | swelling. sl. tender | |
| | around patella. Unable | |
| | to fully extend knee to | |
| | go 180°, only 160°. | |
| | A. (L) knee ligament strain | |
| | | noted gh 3/15 8/17 12:58 |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0043

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/24/15 1:50A | MD SICK CALL<br>T____ P____ R____ B/P____ WT____<br>FU T x-ray<br>X-ray not scheduled until 8/27/15. Will schedule FU for 9/8/15 ——— M Ritchell | |
| | | |
| 8/27/15 8:47A | Radiology Note<br>0) (L) knee | p) X-ray done<br>Twonica Merchant RT(R) |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 3/2002)
(Replaces DC 7347)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ___ ID#: R14550
Last Name           First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/8/15 1:30 | MD SICK CALL 98⁶ P 74 R 18 B/P 120/88 WT 170 F/u x-Ray (L) Knee. S. Claim still c̄ pain to his (L) knee on ific's c̄ both sides. Claim certain move-ment causes his knee to pop or give out. He has been using his crutches c̄ NWB. O. ambulates c̄ a limp unable to extend leg to 180° only up to 160°. and not able to flex leg 90°. no muscle atrophy. Dickman test - neg. A. (L) knee injury R/o ligament tear. | P. Advised to continue crutch c̄ NWB Naprosyn 500 q h.s. BID × 2 wks. will present to Coll. Rev. for MRI (L) knee. |

Distribution: Offender's Medical Record

DOC 0084 (Eff 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0045

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional            Center

Offender Information:

White                    Richard            ID#: R14550
Last Name                First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9.9.15 1400 | No J Discussed in Col. Rev. Dr. Ritz did not approve request for MRI. Alternate recommendation do a one time PT eval 5 months c HCU the HEP they recom- ment x 4-6 weeks Continue NSAID) | |
| 9/11/15 10:40a | Medical Records note Received approval # from Wexford UR for one-time physical therapy evaluation for home exercise program. | Continued next page RHIT Kim Johnston Medical Records Di |

*noted MD/Ritzeval 9/9/15 248 2pm*

Printed on Recycled Paper

WHITE SCC (MR) 0046

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name                    First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/11/15 10:40a | Medical Records Note Called Union County Hospital a scheduled appt for 9:15am on 9/18/15. | Keri Johnston RHIT Medical Records Di |
| | | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0047

ILLINOIS DEPARTMENT OF OFFENDER
Offender Health Status Transfer Summary

**Transferring Facility:** SHAWNEE Center

**Offender Information:**
White Richard ID#: R14550
Last Name     First Name

**Date:** 9.14.15   **Time:** / ☐ a.m. ☑ p.m.

---

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Current / Acute Conditions / Problems:** _____   **Food Handler Approved:** 12-21-14 0nm FHA

**Chronic Conditions / Problems:** _____

**Current Medications** (name, dosage, frequency, and duration):
- **Acute Short-term:** Naprosyn 500mg po BID ends 9/22/15
- **Chronic Long-term:** _____
- **Chronic Psychotropic:** _____

**Current Treatments:** _____

**Therapeutic Diets:** _____

**Follow-Up Care:** Routine

**Chronic Clinics:** _____

**Specialty Referrals:** _____

**Significant Medical History:** Hx pneumothorax '11, S/R HSV-genital

**Physical Disabilities / Limitations:** _____

**Assistive Devices / Prosthetics:** _____

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: __/__/__   ☐ Hx Psych Med   ☐ Hx MPC / STC   **Substance Abuse:** ☐ Glasses ☐ Dentures ☐ Hearing Aid   ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ Labs ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ☐ Packet Complete:

M Littrell RN
Print Name and Title

[signature] M Littrell
Signature

9.14.15
Date

---

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____

**Subjective:**   **Date:** __/__/__   **Time:** _____ ☐ a.m. ☐ p.m.

**Current Complaint:** _____   **Assessment:** _____

**Current Medications/Treatment:** _____

**Objective:**
**Physical Appearance/Behavior:** _____

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine

**Deformities: Acute/Chronic:** _____
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____

T: ___  P: ___  R: ___  B/P: ___/___
☐ Infirmary Placement
☐ Other (specify): _____

_____
Printed Name and Title

_____
Signature

_____
Date

---

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____
Offender Signature

_____
Date

_____ ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 11 2012)

WHITE SCC (MR) 0048

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/18/15 8:05a | LPN Note | P: HCV as ordered |
| | S: Ø | |
| | O: I/m out on med furlough, | |
| | Papers sent c̄ officer | |
| | A: Med furlough | B Burnous LPN |
| | | |
| 9/18/15 1130 a | RN Note | |
| | S: Ø | P: flag chart |
| | O: I/m return from med furlough | |
| | Papers/chart flag for MD | |
| | A: return | McKesson RN |

WHITE SCC (MR) 0049

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White          Richard          ID#: R14550
Last Name      First Name    MI

| Data/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/22/15 | MD SICK CALL<br>T 97.7 P 60 R 16 Br 120/78 wt 170<br>FU outside appt<br>S. explained the recommen-<br>dation of PT - Daily HEP<br>as ordered.<br>O. same PE<br>A. ① knee pain. Rto bygint<br>gme. | P. Schedule for<br>daily HEP<br>exercise as<br>directed by PT<br>in HCU supervised<br>& documented<br>in progress note<br>by the nurse<br>X 2 mos.<br>RTC in 2 mo<br>9.22.15<br>[signature] |

WHITE SCC (MR) 0050

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/24/15 1045A | TX Inmate SO k Oriento HCU Im Completed PT Exercises Daily HEP exercises Unable to Complete Strenghining Hip adduction Solidying Exercisn Nurse during + Informing exercises + repetitions A HEP Exercises | PT Cont + Exercises in HCU |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White                    Richard                              R14550
Last Name                First Name              MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/25/15 1⁰⁰ p | LPN tx note<br>S: ∅<br>O: Offender @ HCU performed physical therapy exercises completely. Observed per this nurse<br>A: tx | ℞ Cont as sched |
| 9/26/15 949 am | RN Note<br>S: no c/o voiced.<br>O: Offender here to do physical therapy exercises. Tolerated well.<br>A: Tx | P: Cont as scheduled<br><br>Whitteller |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14558

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/15  11A | LPN tx  S: Ø  O: Physical tx done per offdr  A: tx | P: cont as sched  —— See LPN |
| 9/28/15  1230P | LPN NOTE  S: Ø  O: Physical tx done per F/M  A: tx | P: cont as sched  —— See LPN done |
| 9/29/15  9:30A | — LPN tx —  S: Ø  O: Reg Cane + PT exercises done per I/M.  A: MD Order / tx | P: Give Quad  Cane (Q14) X1mo  Cont tx as  Ordered  V0. Dr. David |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0053

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name              First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-30-15 9:15 A | RN tx note | P: continue |
| | S:Ø | c̄ tx, per |
| | O: Inm to HCU & did own | order. |
| | physical therapy. | |
| | therapy was observed, | |
| | per this nurse. | |
| | A: Tx | XmcCleeprn RN |
| 10-1-15 1015 R | LPN Note | P: Cont w/ Sched. |
| | S:Ø | |
| | O: Exercise therapy done | |
| | in HCU. | |
| | A:tx | |
| 10/2/15 11A | Tx minute | |
| | S ok | |
| | O Physical therapy exercise | |
| | done in HCU | |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0054

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

Last Name: Whit    First Name: Richard    MI: ___    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-3-15 | RN Note | p. Tx l-e |
| 1005 A | S-∅ | |
| | O- Physical therapy exercises | |
| | completed in HCU. | |
| | A-Tx | EW |
| 10/4/15 | RN Note | P. Continue as scheduled |
| 9:15am | S - ∅ | |
| | O- Physical therapy exercises | |
| | completed by inmate in health care. | |
| | A-TX | a. Cle____, RN |
| 10-5-15 | LPN Note | P: cont as sched. |
| 9³⁰am | S: ∅ | |
| | O: Physical therapy exercises done | |
| | for offender. | |
| | A: tx | T. Beeghs |
| | | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0055

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/6/? | LPN Not | P: cont as sched. |
| 1:00 | S: ∅ | |
| | O: Physical therapy exercise done in HCU. | |
| | A: ✗ | T. Sayler |
| 10-7-15 12⁵⁵ | RNnote | |
| | S∅ | |
| | O Physical therapy completed in HCU by 1:m nurse observed | Ofother |
| | A p.t. Tx | |
| 10/8/15 11:15A | — LPN tx — | P: cont tx as ordered |
| | S: ∅ | |
| | O: PT Completed per I/m | |
| | A: tx | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0056

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White                    Richard                    R14550
Last Name                First Name        MI        ID

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/9/15 9:30a | — LPN tx — S:∅ O: PT Completed per Tim Airty | P: Cont tx as ordered |
| 10/14/15 10:30a | LPN tx S:∅ O: PT completed per offender A: tx | P: Rolen as schedi |
| 10/15/15 (11:30AM) | RN Note: S) ∅ O) PT completed in HCU. A) Tx | P) Cont as ordered. G. Clu, RN |
| 10/16/15 10a | Ilm signed Refusal for NSL | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0057

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Shawnee Correctional** _____ Center

**Offender Information:**

White                    Richard           ID#: R14550
Last Name              First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/13/15 12:30P | Lab Note: | P) Read in 48-72 hours |
| | S) PPD | Repeat Annually |
| | O) PPD Lot # C4651AA | |
| | Exp. Date 1/15/17<br>0.1cc in Left forearm | |
| | A) PPD | _(nurse signature)_ 10/13/15<br>Nurse signature          Date |
| 10/15/15 8:50A | S) PPD Read | P) If Positive: Per Order of the MD |
| | O) ____ Ø ____ mm | Schedule for LFT, _____<br>                              Date |
| | A) PPD Read | Schedule HBsAg _____<br>                              Date |
| | | Chest X-ray _____<br>                              Date |
| | | HIV test _____<br>                              Date |
| | | HCV Ab _____<br>                              Date |
| | | Baseline TB Clinic _____<br>                              Date |
| | | Notify CC Nurse _____<br>                              Date |
| | | Food Handler Status Update 10/15/15 yes<br>                              Date |
| | | _(nurse signature)_ 10/15/15<br>Nurse Signature          Date |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0058

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Note

_Shaunee_ _____ **Center**

| Offender Information: |
|---|
| _White_ _____ _Richard_ _____ __ ID#: _R14550_ |
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/20/15 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| | Have you ever had an allergic reaction to flu vaccine? | Yes _____ No _____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes _____ No _____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative)? | Yes _____ No _____ |
| | Are you allergic to latex? | Yes _____ No _____ |
| | Do you feel ill today or do you have a fever? | Yes _____ No _____ |
| | Are you currently taking an Antibiotic for infection? | Yes _____ No _____ |
| | Are you allergic to eggs? | Yes _____ No _____ |
| | I consent to have the vaccine  Signature _____ Date _____ | |
| | X I refuse a flu vaccination at this time  Signature _Richard White_ Date _10/20/15_ | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: _____ Lot#: _____ | |
| | Expiration Date: | |
| | Site of Injection _____ Right _____ Left Deltoid _____ Other _____ | |
| | Signature and Title of Vaccine Administrator _____ | |

Distribution: Offender's Medical Record

DOC 0064 (Eff. 9/2002
(Replaces DC 7147)

_Printed on Recycled Paper_

WHITE SCC (MR) 0059

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

out of sequence

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|
| White | Richard | | R4550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/17/15 10:2am | RN Note<br>S: Ø<br>O: Therapy completed per offender in HCU.<br>A: Tx | P: Cont as ordered<br><br>(Mwhittaker) |
| 10/18/15 9:30am | RN Note<br>S: Ø<br>O: Therapy completed per Offender in HCU.<br>A: Tx | P: Cont. as ordered<br><br>(Mwhittaker) |
| 10-19-15 9A | LPN tx<br>S: Ø<br>O: Physical therapy done in HCU per offender.<br>A: tx | P: cont as ordd<br><br>TBeugler LPN |
| 10-20-15 1150A | LPN tx<br>S: Ø<br>O: therapy done<br>A: tx | P: Cont as sched<br><br>B___ LPN |

WHITE SCC (MR) 0060

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14550 |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/21/15 | HN note | P: cont as Schd |
| 6A | S: Ø | |
| | O: therapy done in text 5-4-upnodes | |
| | A) ++ | TBooglion |
| 10/22/15 | — LPN tx — | P: Cont tx as |
| 12:15p | S: Ø | Ordered |
| | O PT done per I/m | |
| | in HCU | |
| | A: tx | |
| 10-23-15 | RN tx note | |
| 9:30a | S: "I think I'm ready for | |
| | the next step in my | |
| | therapy." "although I | |
| | can "breeze" through | |
| | my therapy — I'm not | |
| | sure it's really helping | |

continued. DmClellon R

ILLINOIS DEPARTMENT OF CORRECTIONS
Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0061

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White _____ Richard _____ __ ID#: R14550
Last Name                First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10-23-15 9³⁰ᴬ | LPN tx note continued: O: pt "I'm ready to start the next step, if any, in my therapy. I'm to HCU to do PT. No s/s facial grimacing, noted. A: PT done per Im. Im: Does PT exercises ? noted complications or difficultys. A: PT done in HCU, per Im | P continue c tx, as ordered. Xma Cleeama |
| 10-24-15 925a | LPN TX NOTE S: Ø O: PT done per Im in HCU A: tx | P: Cont tx B Sman aPRN |

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: _____   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/23/15 9am/A | RN Note<br>S: & I still feal the tear<br>O: Offender to HCU Completed<br>therapy, & en voiced C/O pain relt to back<br>A: tx | R. Barnard RN |
| 10/26/15 104TuA | LPN tx Note<br>S: Ø<br>O: therapy done per offender<br>A: tx | P: cont as sched.<br>T. Bryd RN |
| 10/27/15 8¹³am | Lpn Tx note<br>S. Ø<br>O. Therapy dose per I/m @ HCu<br>A. TX | P. Cont as<br>Sched.<br>D. Maurer |

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

**Offender Information:**

White _____ Richard _____ ID#: R14550
Last Name                First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/25/13 1239 | # Rx Note S 5 yrs O Physical therapy exercises done to L knee in contrust caⒷ knee pain Exercises completed 3 diff will refer Im to NP dmd for Im request A exercises done A cⒶin retention in comfort | P Ref to mp (signature) |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0064

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White          Richard          R14550
Last Name         First Name         MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/29/15 10:35A | MD SICK CALL T 99² P 74 R 14 B/P 140 WT 173 ↑ pain to L Knee c̄ therapy Continued | Sch d error 11/20 ✓ |
| 10/5/15 11:20A | Kytnote I spoke c̄ Dr David Rt Scheduling Fu c̄ im Rt c̄ L Knee pain to cont for continuing & im requesting 2 months to See md Pn Dr David Tx c̄ PT Should cont order ud | Per Dr David Scheduling appear Tx to cont for 2 months Var Dr David Whitor |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0065

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White                    Richard                  ID#: R14550
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
| 10/2/15 11:45A | S OK Inmate | |
| | O im returned Quad Care, im also Completed Physical therapy exercises as Ordered | Dr [signature] |
| | A | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0066

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White          Richard                    R14550
Last Name        First Name        MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0034 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0067

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: _____   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/30/15 93?A | RN Note S: Ø O: Offender to HCU completed therapy | R. Barnard RN |
| 10/30/15 940A | RN Note S: I was seen by MD yesterday O: Refused NSC, refusal signed. A: NSC | R. Barnard |
| 11-1-15 1340P | RN note S Ø O into HCU for therapy exercises Therapy completed | D Stone? |

ILLINOIS DEPARTMENT OF CORRECTIONS

tribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White            Richard            R14770
Last Name        First Name      MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11/2/15 10⁷ᵃ | RN/TX Note | P/cont PT |
| | S: ∅ | |
| | O: Hm to HCU to do PT exercises | |
| | A: TX | Phelan RN |
| 11/3/15 | Rn TX note | |
| | S ∅ | |
| | O Physical therapy TX Completed by Inm. Exercises observed by this nurse | Cont Tx |
| | A Tx | |
| | | ✗ |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0069

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White                    Richard                  R14550
Last Name                First Name          MI    ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/4/15 10A | — LPN ty — S: Ø O: PT Completed per I/m A: ty | P: Cont tx as Ordered |
| 11/5/15 10⁵⁰A | RN Note S: Ø O: Offender to HCU, therapy Completed A: Tx | R.B. Quinn RN |
| 11/6/15 9:45A | — LPN ty — S: Ø O: I/m to Hcu, Physical Therapy Completed per I/m A: ty | P: Cont tx as Ordered |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0064 (Eff. 9/2002)
(Replaces DC 71-7)

WHITE SCC (MR) 0070

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL

_____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14558 |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/11/15 10ᴬ | LPN tx note | P: RNCC as sched |
| | S: Ø | |
| | O: Offender @ HCU. completed Physical Therapy | |
| | A: Tx | |
| 11-8-15 C2A | LPN TX note | |
| | S Ø | |
| | O BP ERRO2 Ø Physical therapy Tx completed by Im in HCU | |
| 11/9/15 10ᴬ | LPN TX Note | |
| | S. Ø | P. Cont TX as ordered |
| | O. Offender to HCU & completed Physical Therapy. | |
| | A TX | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White _____ Richard _____ MI _____ ID# 1214550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11/10/15 10³⁰ p | LPN tx note | |
| | S: 0 | |
| | O. Offender chose ∅ to honor scheduled cell pass for PT | |
| 11/2/15 | LPN tx note | P: follow PRN |
| | S: 0 | |
| | O: PT completed in Hall by offender | |
| | A: tx | |
| 11/22/15 11⁴⁵ A | LPN TX Note | P. Cont TX as ordered |
| | S. 0 | |
| | O. Offender completed PT in HCU by offender. | |
| | A TX | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0072

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL _____ Center

**Offender Information:**

White _____ Richard _____ ID#: R14550
Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11/24/15 | LPN Note | P: cont as sched. |
| 11T A | S: 0 | |
| | O: Exercises per in done in Her | |
| | A: tx | T.Bee Jew |
| 11/25/15 | LPN Note | P: cont as sched. |
| 12 P | S: ∅ | |
| | O: Exercises done in Her per offender. | |
| | A: tx | T.B. eee Je LPN |
| 11/26/15 | LPN Note | P: cont as sched |
| 9A | S: ∅ | |
| | O: Exercises done in Her per offend | |
| | A: tx | T.B. Jew |
| 11/27/15 | LPN Tx note | |
| | S: OK Exercises. | |
| | O: ∅ Exercises done b/f | |
| | In Rt physical therapy | |
| | orders | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0073

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: _____   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/30/15 11A | F/U Physical therapy<br>MD SICK CALL   138<br>T 98° P 88 R 20 BP 84 WT 175 | |
| | S- Finished HEP for<br>① knee x2 months.<br>Claim occa. hurts.<br>O. ① knee - immovable<br>is LOM of ① leg.<br>good strength. able<br>to walk normally c<br>able to squat s pro-<br>blem.<br>A. ① knee pa - ? lig.<br>spra- | P. Advised.<br>DC HEP to HCU.<br>Cont HEP exprain<br>or to own.<br>F/u 3-4 mos 4/16 [signature] 3/1/16<br><br>[signature] B. Lau<br>11/30/15 |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0074

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional          Center

| Offender Information: |
|---|
| White                    Richard           ID#: AJ4550 |
| Last Name                First Name      MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/28/16 130P | LPN Note | P: MD/NPSC |
| | S: "I am having an HSV outbreak" | |
| | O: 97.8 80 18 140/86 wt. 170 | |
| | Hx of HSV c̄ - acyclovir Rx Script | |
| | 1 bump to penis | |
| | A: R/O HSV outbrk  B.Lujan | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0075

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional Center

**Non-Specific Discomfort**

**Offender Information:**

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/28/19 1:30P | S) - Any Allergies  NEA | P) MD Referral |
| | - Location of pain / discomfort (L) Knee ACL | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  Stabbing  Throbbing  Constant  Intermittent   Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  yes since June 2017 | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  8/10 | |
| | - Duration of pain  since June 2015 | No MD referral |
| | O)   T 97.8  P 88   R 18   BP 140/82  WT. 177 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  ē movement | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected  ∅ deformity | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | Seen in MD/NPSC, NSC had HEP exercises ē resolve of discomfort | |
| | | Nurse Signature  TB Lee |
| | A) Non-Specific Discomfort | Payment voucher   YES    NO |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0076

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Shawnee Correctional__   Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/9/16 | NP ~~SICK CALL~~ T 99⁵ 96 R 14 B/P 102/64 WT 175lb | P) Advised + Educate |
| | Ach unresolved | Naproxen 500 |
| | R/O HSU outbreak | PO Bid x 14 days |
| | S) still c/o knee pain | Advised compliance |
| | s/R not doing HEP | c̄ self HEP. |
| | all the time, c/o | F/U as sch |
| | Herpes outbreak x3 | |
| | damp ago, s/R still | |
| | has lesions | |
| | O)NAD, Able to walk | |
| | No knee swelling, | |
| | Nurse L. Crank present, | |
| | Genital Exam WNL, No | |
| | Lesions | |
| | A) Hx (L) ACL sprain | |
| | Hx HSV | B.R. (signature) |

FILL NAPROXEN 500MG TAB SHAWNEE STOCK 51613385 09/10/16 - 12/29/15 09/08/16

given firms to ce
noted 1/29/19

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0077

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Shawnee Correctional__   Center

Offender Information:

White     Richard     RJ4550
Last Name        First Name      MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/23/16 10A | —LPN NSC— S: "I'm not gonna play for something that you all ain't gonna fix anyway." O: I'm refused NSC et refused to sign money voucher or refused A: NSC > refused | P: RAw PRN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: _____   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/14/14 2P | MD SICK CALL T99 P68 R18 B/P 140/90 WT 17+ | |
| | 4 month f/u Sx "30 wks | |
| | S - Claim occasionly have (L) knee pain. SR doing HEP exercise but upset claiming not doing any good. | P. Advised to continue ROM exercise. Naprosyn 500mg ↓ to BID prn x 10 ↓s. Fu prn |
| | O - Ambulates normally c normal gait & no problem. | |
| | (L) knee / leg - un-remarkble. no tenderness swelling, warm, crepitation or disfigurement. Able to extend & flex. | |
| | A. Hx of ACL sprain. | |
| | | T Boyden MD 3/14/14 226PM |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/15/16 2:50p | Inmate S in CO I have herpes out break on penis Yeshave Hx O im warts Hx s Acyclovir doses Natil July 2015 last dosing notified Im on NSC for tomorrow A Non Emergency request | P NSC 4/15/16 [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0080

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

### Shawnee Correctional Center

**Non-Specific Discomfort**

Offender Information:

Last Name: White    First Name: Richard    MI: ___    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/14/16 9:20A | S) - Any Allergies  NKDA | P) MD Referral   mJSC  4/8-16 |
| | - Location of pain / discomfort  Penis | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  (Stabbing) Throbbing (Constant) Intermittent   Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  Yes   Acyclovir | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  10 | |
| | - Duration of pain  3rd days | No MD referral |
| | O)  T 97.3  68  R 16  BP 122/80  WT 180 lb | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  Notes raised bumps on glans penis white at base | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)  Patient Teaching |
| | - Observations related to body part affected  HX of Herpes | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | |
| | | |
| | | |
| | | |
| | | Nurse Signature   D Thuroath |
| | A) Non-Specific Discomfort | Payment voucher   YES   NO |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0081

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional Center

Offender Information:

Last Name: White    First Name: Richard    MI:    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/17/16 9:20a | NSC fu note S Ø O im refused NSC Im signed refusal A refusal | H cu Pun |
| 4/18/16 2:30p | MD SICK CALL T 97.9 P 72 R 18 B/P WT 182 no pain raised areas on genitals S. Claims he has a hx of genital herpes c 2011. He had recurrences lesions c pain 1 wk ago. O. Genitalia - 2-3 small flat ruptured lesion on ga sides penile shaft Exam done c nurse present little present A. Genital herpes recurrence. | P. Advised Aciclovir 800 bid TID x 1 wk Fu prn 4-18-16 (initials) |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

Last Name: White    First Name: Richard    MI: ___    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/12/16 11p | Lab Note: | P) Read in 48-72 hours |
| | S) PPD | Repeat Annually |
| | O) PPD Lot # C4862AA | |
| | Exp. Date 1-6-18 0.1cc in Left forearm | |
| | A) PPD | Nurse signature _____ Date 10/12/16 |
| | S) PPD Read | P) If Positive: Per Order of the MD |
| 10/14/16 9:15A | O) ___ mm | Schedule for LFT, _____ Date |
| | A) PPD Read | Schedule HBsAg _____ Date |
| | | Chest X-ray _____ Date |
| | | HIV test _____ Date |
| | | HCV Ab _____ Date |
| | | Baseline TB Clinic _____ Date |
| | | Notify CC Nurse _____ Date |
| | | Food Handler Status Update 10/14/16 Date |
| | | Nurse Signature _____ Date 10/14/16 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0083

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Shawnee Correctional_____ Center

**Offender Information:**

Last Name: white     First Name: Richard     MI: _____     ID#: R14850

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/1/16 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| | Have you ever had an allergic reaction to flu vaccine? | Yes _____ No _____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes _____ No _____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative)? | Yes _____ No _____ |
| | Are you allergic to latex? | Yes _____ No _____ |
| | Do you feel ill today or do you have a fever? | Yes _____ No _____ |
| | Are you currently taking an Antibiotic for infection? | Yes _____ No _____ |
| | | |
| | _____ I consent to have the vaccine  Signature _____ Date _____ | |
| | I refuse a flu vaccination at this time  Signature _____ Date 1-2-16  nurse | |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: Afluria          Lot#: 13149211A | |
| | Expiration Date: June 9, 2017 | |
| | Site of Injection _____ Right _____ Left Deltoid _____ Other_____ Vaccine Information State Provided: _____ Yes _____ No | |
| | Signature and Title of Vaccine Administrator _____ | |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0084

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Shawnee Correctional__ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/9/16 730 A | CPN Nurse note S: Ø O Refused g NSC in Seg A: I/m did not sign | P: F/u if any Problems _____ A Reilly LPN |
| 11/30/16 9:30 | LPN Note S-Ø O- I/m refused seg NSC A- Refusal signed | P- F/U prn _____ C. Bran |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0085

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ___ ID#: R14550
Last Name         First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/28/17 | LPN NSC mole | P: Return to HCU PRN |
| 10:20A | S: ∅ | |
| | O: I/m to HCU for NSC. I/m | |
| | states "not paying for | |
| | something that was never | |
| | fixed." NSC procedure | |
| | explained to I/m. I/m | |
| | got up and walked out | |
| | of NSC. When asked to | |
| | sign refusal I/m | |
| | refused. | |
| | A: Refused NSC. | J. Jaegers, LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0086

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Non-Specific Discomfort**

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/14/17 11:52A | **RN NOTE   LPN/CMT NOTE**<br>S) - Any Allergies? NKDA<br>- Location of pain / discomfort?<br>Ⓛ knee pain | **P) MD Referral if:**<br>MD Referral<br>- Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing  Throbbing  Constant  Intermittent  Etc.<br>Sharp, My leg feels like a noodle | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated?<br>Yes - Pain pills, ROM exercises | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10?<br>Denies pain - "something wrong" | |
| | - Duration of pain? Not pain, "Nothing is there to support my knee" | **No MD referral:** |
| | O) T 98.2  P 64  R 16  BP 140/88  WT 190 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort<br>Ø swelling, Ø brusing<br>Knee click with ROM.<br>Denies pain | ⟨- Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)⟩<br><br>**Patient Teaching:** |
| | - Observations related to body part affected<br>I/m s/r Ⓛ knee issue<br>began in 2015. I/m s/r<br>Ø relief at pain cont.<br>despite not following up<br>in NSC.<br>-I/m s/r "tore ACL" playing<br>basketball. I/m insist on<br>needing MRI. Ø c/o knee<br>pain since 3/14/16. No need<br>for referral at this time | - Return to see provider if symptoms worsen or interfere with daily functioning<br>JK<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>IBUPROFEN 200MG TAB<br>52291621  SHAWNEE, STOCK<br>09/07/16  06/27/17  09/08/17<br>flu in NSC PRN. |
| | A) **Non-Specific Discomfort**<br>d/t I/m stating "my knee<br>doesn't hurt." I/m states<br>he just knows something is wrong c̄ Ⓛ knee. | Nurse Signature<br>Jaegers, LPN<br>Payment voucher  YES  NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0087

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

White          Richard          R14550
Last Name          First Name          MI          ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Nausea and Vomiting**

| Offender Information: | | |
|---|---|---|
| White | Richard | ID# R14556 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/20/17 4:50 p | (RN NOTE) LPN/CMT NOTE | **P) Refer to MD if:** |
| | S) - Duration of symptoms? | |
| | - Are you vomiting (Yes) No | - Temperature greater than 101° |
| | - If so, what is the frequency and type of vomitus? SIB 3X'S Unsure details noted | - Abnormal orthostatic blood pressure or signs of dehydration |
| | - Is there weakness, vertigo, headache, fever, anorexia or abdominal pain? NO | - Head trauma, abdominal trauma, diabetes, chest pain |
| | NO | - Extreme pain |
| | - On any medications? NO | - Blood in emesis |
| | | - Symptoms persist after 24 hours despite implementing treatment protocol |
| | - Polyuria, polydipsia, or polyphagia or other signs of Diabetes? N/A | - Prior recent abdominal surgery |
| | NO | - Persistent Vomiting |
| | - Is the person diabetic? NO | - Jaundice – refer to jaundice protocol |
| | - Any exposure to noxious fumes, chemical or recent Trauma? | |
| | - Recent emotional stress? | **NO MD Referral:** |
| | - Bowel habits, last BM? SIB yesterday | ✓ Clear liquids as tolerated times 24 hours |
| | - LMP? N/A | ✓ Bed rest PRN |
| | O) 9T  916  79  18  122/88  128/88 | ✓ Avoid laxatives and aspirin use |
| | - Orthostatic blood pressure | OVER |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0089

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

**Nausea and Vomiting (Cont.)**

Offender Information:

_White_          _Richard_          ID#: _R14550_
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/29/17 5:26A | - Signs of dehydration  NA | **Patient Teaching:** |
| | - General appearance, signs of distress  WNL, skin warm & dry | - **Importance of fluids to prevent dehydration** |
| | - Bowels sounds  x4 norm | Importance of rest to conserve energy |
| | - Areas of tenderness  None | |
| | - If complaining of emesis, observe for 30 minutes. If emesis present, note color and consistency  No production of emesis | **Follow-up:** |
| | - Abdomen: Distention, guarding, rebound  WNL | Return to sick call if symptoms worsen or persists for more than 1-2 days |
| | - Jaundice present  NA | |
| | - If so refer to jaundice protocol  NA | |
| | - If diabetes or suspicious of diabetes check finger stick blood glucose | |
| | | |
| | | |
| | | |
| | | |
| | | Nurse Signature |
| | A) Alteration in Comfort. R/O Fluid Volume Depletion | Payment Voucher          YES          NO |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

WHITE SCC (MR) 0090

**Offender Outpatient Progress Notes**

_____ Shawnee Correctional _____ Center

| Fracture,<br>Dislocation, Sprains | Offender Information:<br><br>White _____ Richene⏑ _____ ID#: 1214550<br>Last Name                      First Name            MI |
|---|---|

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/19/17<br><br>5/5p | **RN NOTE    LPN/CMT NOTE**<br><br>S) – When did the injury occur? 8/19/17 230p<br><br>- How did it happen? _Fell on stairs in_<br>- Location of injury? _Ausing unit_<br>Ⓛ knee<br>-Any restriction in range of motion? ∅ AROM<br>  OBSERVED<br>_Limited PROM_<br>- Pain scale 1 -10?<br>      10/10<br><br>O)<br>  98.5 P 84 R 16 BP 120/84 wt 185<br><br>- Inspection for anatomical alignment<br><br>     _Aligned_<br>- Presence of swelling<br>      ∅<br><br>- Presence of discoloration<br>      ∅<br><br>- Skin integrity<br>      ∅<br><br>- Check for circulatory integrity<br>  _Blanchable ē color return_<br>- Capillary refill<br>      < 3 sec<br>- Distil pulses<br>  _Equal both ⏑ of ⓁL ext_<br>- Assess for active ROM ∅ AROM<br>  _limited PROM_<br><br><br>A)  R/O Skeletal Injury | **P) Refer to MD if:**<br><br>- Any deformity, severe pain or swelling, discoloration,<br>  limited motion, lack of warmth to touch, pulses<br>  diminished or absent (symptoms of impaired<br>  circulation) _Placed in 72° boot_<br><br>**No MD Referral:**<br>- ✓Cold pack PRN for 24 hrs.<br><br>- Splint and elevate extremity<br>- ✓Discuss management of injury with MD on-call if<br>  ✓ necessary<br>- FIRST GIVE – Ibuprofen 200mg 1-2 tabs t.i.d. PRN X<br>  3 days (18 tabs)<br><br>- Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X<br>  3 days (18 tablets)  OR<br><br><br><br><br>**Patient Teaching:**<br>✓ Medication use<br><br>✓ Application of cold<br><br>✓No weight bearing, elevation<br>✓ Crutch walking if applicable<br>✓ Safety measures<br>✓ Importance of follow up<br><br>**Follow-Up**<br><br>Return to sick call for increased pain, numbness or skin<br>color changes.<br>Nurse Signature<br><br>Payment voucher        YES        NO |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

N/PWTSYR R.O X-ray

DX Ray of Ⓛ knee
LB ē ant.l further orders

WHITE SCC (MR) 0091

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Offender Information:**

White | Richard | L14550
Last Name | First Name | MI | ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

_____ White _____ Richard _____ ID# RC450
Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/20/17 6:30P | · LPN Note<br>S: ∅<br>O: Shower in HCU done<br>A: # | P; cont as sched<br><br>B- (sign) |
| 8/21/17 9:15A | Radiology Note<br>O) (L) knee | ® X-ray done<br>Veronica Merchant RT(R) |
| 8-21-17 7pm | LPN Note<br>S: ∅<br>O: I/m to HCU signed<br>refusal for Pm Tx shower<br>A: Refused Pm Tx | P. cont. as ordered<br><br>(sign) LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0093

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Shawnee Correctional** Center

Offender Information:

White      Richard      ID# R14550
Last Name      First Name      MI

| Date/Time | NP    Subjective, Objective, Assessment | Plans |
|-----------|------------------------------------------|-------|
| | NO SICK CALL | |
| | T    P    R    B/P    WT | |
| 8/22/17 767A | ① Knee Flu | |
| | Offender just had x-Ray | |
| | done on 8/21/17. Will | |
| | Flu 8/28/17 c̄ x-Ray | |
| | | |
| 8/22/17 0560 | WIL NOTE | P: Continue Sched |
| | S: ∅ | |
| | O: signed refusal for Heat | |
| | Shower. | |
| | A: ↑ | B— |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0094

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ MI _____ ID#: R14550
Last Name        First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/22/17 7pm | LPN Note<br>S: ∅<br>O: This writing LPN witnessed Offender White walking with ∅ assistance of his Crutches, until this writing Nurse brought it to his attention.<br>A.) Crutches Review ___ K. Trierman | P.) MD Review need for crutches |
| 8-23-17 sp | Rn note<br>S n O<br>O I m refused to Shawnee in HCU by as al Signed | HCU as Ordered |
| 8/24/17 sp | P.) Signed refusal for Shawn Boef LPN | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

Last Name: White    First Name: Richard    MI: ___    ID#: R14480

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/25/17 530p | LPN Note<br>I/m refused HCU Shower. | Referred in 72° book |
| | | C. Ryan |
| 8/26/17 530p | LPN Note<br>I/m to HCU, not utilizing crutches, did not even bring them with.<br>Remarkable gait c̄ ∅ disturbance. I/m signed refusal for HCU shower | C. Ryan |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0096

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL Center

Offender Information:

White     Richard     ID#: R14550

Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/30/17 appt time 10³⁰ A | MD SICK CALL T 96⁹ P 78 R 14 B/P 124/80 WT 185 FU x-ray | |
| | 5. He has stopped using crutches x 2 days on his own. Offender already upset & asked "are you going to get an MRI?" | Advised DC Crutches FU MD |
| | O. Ambulates normally s crutches. ⊕ mild. n. soft tissue swelling, sl bony prominence medially. no tenderness, no crepitation. No COM of left leg. Lachman test - neg. | |
| noted Matthews 8/30/17 11:30 am | seen 8-21-17. X-ray | |

Distribution: Offender's Medical Record

— next pge.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0097

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White _____ Richard _____ ID#: R14550

Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8.30.17 | Cont M28C | |
| | (L) knee - mild early | |
| | tricompartmental OA c̄ | |
| | small jt effusion. Similar | |
| | to prior study. No acute | |
| | bony fracture or loose body. | |
| | A. OA left knee, early. | |
| | Patient walked out after | |
| | responded negative to the | |
| | question re MRI. | |
| 9/16/17 11:30 | — LPN NSG note — | Cont. |
| | S: my knee hurts | |
| | O: upon eval y | |
| | (L) knee I/m Refused | |
| | NSC/OH having to | next pg |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Shawnee Correctional** _____ Center

Offender Information:

White, Richard _____ ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | — you nsc — | p' Neupron |
| 9/19 | pcu for nsc — | |
| | nsc refused | |
| | Signed explained | Nsc |
| | in chart | |
| | A. nsc refusal | |
| | | |
| 10/6/17 | Rn Note | |
| 5% | Fasting Lab Instructions given | |
| | Voiced understanding | |
| | | R. _____ Rn |
| 10/7/17 | RN Note | |
| | labs cmp,lipid | A236.1784 |
| | Site QGC | |
| | With: Reno | R. Barnard Rn |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

*out of sequence*

Offender Information:

_White_          _Richard_ _        ID#: _RILISSO_
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5pm 10-4-17 | Lab Note: | P) Read in 48-72 hours |
|  | S) PPD | Repeat Annually |
|  | O) PPD Lot # C5038AA |  |
|  | Exp. Date NOV 03, 2018 0.1cc in Left forearm |  |
|  | A) PPD | C Ryan LPN   10-4-17 Nurse signature            Date |
| 10/6/17 8A | S) PPD Read | P) If Positive: Per Order of the MD |
|  | O) ____ Ø ____ mm | Schedule for LFT, _____ Date |
|  | A) PPD Read | Schedule HBsAg _____ Date |
|  |  | Chest X-ray _____ Date |
|  |  | HIV test _____ Date |
|  |  | HCV Ab _____ Date |
|  |  | Baseline TB Clinic _____ Date |
|  |  | Notify CC Nurse _____ Date |
|  |  | Food Handler Status Update Yes _____ Date |
|  |  | Nurse Signature _____ Date |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 [Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name   MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-17-17 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| 1145a | Have you ever had an allergic reaction to flu vaccine? | Yes ____ No ____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes ____ No ____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative)? | Yes ____ No ____ |
| | Are you allergic to latex? | Yes ____ No ____ |
| | Do you feel ill today or do you have a fever? | Yes ____ No ____ |
| | Are you currently taking an Antibiotic for infection? | Yes ____ No ____ |
| | | |
| 10-17-17 | I consent to have the vaccine  Signature _____  Date ____ | |
| 1145a | ✓ I refuse a flu vaccination at this time  Signature *Richard White*  Date 10-17-17 | *signature* |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: AFLURIA        Lot#: 15149211A | |
| | Expiration Date:    06/30/2018 | |
| | Site of Injection ____ Right ____ Left Deltoid ____ Other_____  Vaccine Information State Provided: ____ Yes ____ No | |
| | Signature and Title of Vaccine Administrator _____ | |

DOC 0084 (Eff. 9/2002  (Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0101

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**SHAWNEE CORRECTIONAL** Center

Offender Information:

White                Richard                ID#: A14550
Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10-23-17 6³⁰ p | SPN S: ∅ O: I/m to HCU for assistive device✓. I/m S/R no assistive device and states that he previously turned in crutches. I/m's cell checked and ∅ assistive devices found. A: Pm tx. | P: F/U c̄ HCU PRN. |
| | | |
| | | |
| | | |
| | | |

WHITE SCC (MR) 0102

naprosyn x10days
500 ×

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Shawnee Correctional_____ Center

**Non-Specific Discomfort**

x-ray

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-4-17 GOOam | **RN NOTE / LPN/CMT NOTE** <br> S) - Any Allergies? NKDA | **P) MD Referral if:** ✓ |
| | - Location of pain / discomfort? <br> (L) Knee | - Patient presents more than twice at NSC for c/o same discomfort within one month ∅ |
| | - Describe pain <br> Stabbing (Throbbing) (Constant) Intermittent Etc. <br> Sharp | - Patient presents with signs of acute, severe discomfort ∅ |
| | - Have you had this pain before and how was it treated? <br> yes. since 2015, exercises, pain meds <br> - Rate pain level scale of 1 – 10? <br> 10 | - Patient has abnormal vital signs ∅ |
| S/R | - Duration of pain? <br> Constant. immediate | **No MD referral:-** ✓ |
| 98% | O) <br> 98.2 P 75 R 20 BP 122/72 WT 185 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) ∅ |
| | - Signs of obvious discomfort <br> minimal swelling on left knee, ∅ bruising. unable to straighten leg all the way out | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) ✓ |
| | | **Patient Teaching:** ∅ |
| | - Observations related to body part affected <br> S/R knee problems started in 2015 and since then there has been no relief. S/R he know something is wrong and this morning he S/R he turned while shaving and he felt a "pop" lay in. given to Tfm | - Return to see provider if symptoms worsen or interfere with daily functioning ∅ <br><br> Dr. David T/O naproxen 500 mg BID X 10 days and to Return to Housing Unit. X-Ray ordered no crutches issued |
| | (A) Non-Specific Discomfort | Nurse Signature _____ LPN <br> Payment voucher   YES   (NO) |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0103

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ _____ ID#: R14550
Last Name              First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/6/17 10:45A | Radiology View O (L) knee | P) X-ray done Jeronica Marshall RT(R) |
| 11/16/17 10:10A | MD SICK CALL T 97' P 72 R 16 B/P 134/86 WT 185 F/u X-Ray S- Entered exam room - limping - not using crutches - Claim he needs MRI bec. he think he has ligament tear. History reviewed - Reported (L) knee playing basketball 6-26-15 (see 8-13-15 note) He was treated conservatively ē NSAID & crutches | P: advised Submitted request for MRI left knee. |

- next pg.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0104

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Shawnee Correctional** _____ Center

Offender Information:

White — Richard — MI — ID#: R14550
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11-16-17 | Cont MDS ᶜ | |
| | He was referred to PT | |
| | ē finished 2 mos | |
| | HEP daily supervised | |
| | ē Oct. nov. 2015 | |
| | Cont to have pn ē | |
| | his (L) knee. Report | |
| | X-ray. unchanged bilaterat- | |
| | mental OA ē small effusion | |
| | O. (L) knee - no swell. | |
| | sl limitation ē full ex- | |
| | tensin - limited to 150° | |
| | A. OA (L) knee | |
| | R/o ligament inj. | |
| | | |
| | | |
| | | Noted 11-16-17 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

___Shawnee Correctional___   Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/16/17 1:10p | Medical Records Note Sent referral request to Wexford UR for MRI (L) Knee. | Kevin Johnston RHIT Medical Records Dir |
| 12/14/17 9:45a | Medical Records Note Received approval from Wexford for MRI (L) Knee. To be at Union Co. Hospital at 7:45am on 12/19/17. | K Johnston RHIT |

ILLINOIS DEPARTMENT OF OFFENDER
## Offender Health Status Transfer Summary

**Transferring Facility:** _Shawnee_ Center

**Offender Information:**
_White_   _Richard_   MI ___   ID#: _R1455_
Last Name   First Name

**Date:** _12,17,17_   **Time:** _1:15_   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** _NKDA_   **Food Handler Approved:** _yes   10-4-17_

**Current / Acute Conditions / Problems:** _∅_

**Chronic Conditions / Problems:** _∅_

**Current Medications** (name, dosage, frequency, and duration):

  **Acute Short-term:** _∅_

  **Chronic Long-term:** _∅_

  **Chronic Psychotropic:** _∅_

**Current Treatments:** _∅_

**Therapeutic Diets:** _Regular_

**Follow-Up Care:** _RHC_

**Chronic Clinics:** _∅_

**Specialty Referrals:** _∅_

**Significant Medical History:** _S/P HSV genital_

**Physical Disabilities / Limitations:** _∅_

**Assistive Devices / Prosthetics:** _∅_

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Glasses ☐ Dentures ☐ Hearing Aid
☐ Hx Psych Med   ☐ Hx MPC / STC   **Substance Abuse:** ☒ Alcohol ☒ Drugs

**R & C Use Only:** ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: ___   ☐ **Packet Complete**

_Celice Peckinpay LPN_   _C___ LPN_   _12,17,17_
Print Name and Title   Signature   Date

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** ___

**Subjective:**   **Date:** ___/___/___   **Time:** ___   ☐ a.m. ☐ p.m.

  **Current Complaint:** ___   **Assessment:** ___

  **Current Medications/Treatment:** ___

**Objective:**

  **Physical Appearance/Behavior:** ___   **Plan: Disposition:**
  ☐ Health Information Given   ☐ Emergency Referral: ___
  ☐ Sick Call:  Urgent / Routine
  ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  **Deformities: Acute/Chronic:** ___   ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
  ☐ Infirmary Placement: ___
  **T:** ___ **P:** ___ **R:** ___ **B/P:** ___/___   ☐ Other (specify): ___

___   ___   ___/___/___
Printed Name and Title   Signature   Date

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

___   ___   ___   ☐ a.m. ☐ p.m.
Offenders Signature   Date   Time

**Distribution:** Offender's Medical Record

WHITE SCC (MR) 0107

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name _____ First Name _____ MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/20/17 8a | Medical Records Note Offender out on medical furlough. ——— | Kim Johnston RHIT Medical Records Dir |
| 12/20/17 10:55a | Medical Records Note Offender returned from med furlough, await MRI results. ——— | K Johnston RHIT |
| 12/27/17 8³⁰a | MD SICK CALL T___ P___ R___ B/P___ WT___ Flu outside appt | reschedule Unit 3 lock U per Security [signature] |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ R14590

Last Name _____ First Name _____ MI _____ ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/27/17 2³⁰ | MD SICK CALL P 75 R 18 B/118/14wt 193 | |
| | Flu outside appt | |
| | S- advised of results of MRI. & recommen- dation of radiologist Dr. Mueller who read it to correlate c̄ plain film radiograph for comparison. | P̄ advised. Phone sent film of (L) knee X-ray done on 11.6.17 to Dr. Mueller for comparison to his MRI reading. |
| | O. Slow PE but Ambulate normally. no visible injury. | Naprosyn 500 y̆ tb. BID pr X 10 ⌀ (advised re side-effects to stomach) ✓ |
| | A. (L) knee - large bucket-handle tear medial meniscus & high grade partial/near full-thickness tear of ACL | Fu ptn MRI adden-dum ready is received |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/27/17 3:30p | Medical Records Note Sent referral request to Wexford UR for Ortho Consult. — | Ken Johnston RHIT Medical Records Dir. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF OFFENDER
## Offender Health Status Transfer Summary

**Transferring Facility:** SCC ____ Center

**Offender Information:**
Last Name: White
First Name: Richard
MI: R
ID#: 14550

**Date:** 12.29.17   **Time:** 2   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Current / Acute Conditions / Problems:** Ø     **Food Handler Approved:** yes

**Chronic Conditions / Problems:** Ø

**Current Medications** (name, dosage, frequency, and duration):
- **Acute Short-term:** Nasocort 1 spray each nostril daily
- **Chronic Long-term:** Ø
- **Chronic Psychotropic:** Ø

**Current Treatments:** Ø

**Therapeutic Diets:** OAT

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** Ø

**Significant Medical History:** HSV - genital     Hx pneumothorax c tube 20N

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: __/__/__     ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☒ Drugs     ☒ Glasses ☐ Dentures ☐ Hearing Aid

**R & C Use Only:** ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: ____     ☐ Packet Complete

Print Name and Title _____   Signature _____   Date 12.29.17

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** ____

**Subjective:**   **Date:** __/__/__   **Time:** ____   ☐ a.m. ☐ p.m.
- **Current Complaint:** ____
- **Current Medications/Treatment:** ____

**Assessment:** ____

**Objective:**
- **Physical Appearance/Behavior:** ____
- **Deformities: Acute/Chronic:** ____
- **T:** ____ **P:** ____ **R:** ____ **B/P:** __/__

**Plan: Disposition:**
- ☐ Health Information Given   ☐ Emergency Referral: ____
- ☐ Sick Call: Urgent / Routine
- ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
- ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ____
- ☐ Infirmary Placement: ____
- ☐ Other (specify): ____

Printed Name and Title _____   Signature _____   Date __/__/__

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature _____   Date ____   Time ____   ☐ a.m. ☐ p.m.

**Distribution:** Offender's Medical Record; Transferring Facility:

WHITE SCC (MR) 0111

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

<u>SHAWNEE CORRECTIONAL</u> Center

Offender Information:

White                    Richard          ID#: R14570

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-3-18 1530 | MD note Discussed ortho referral request c̄ Dr. Garcia of Collegial Review. He said to wait until we get the addendum of MRI fr. radiologist, Dr. Mueller. c̄ represent again c̄ Col. Rev. | |
| | noted R.C. [signature] 1-3-18 | |

WHITE SCC (MR) 0112

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### SHAWNEE CORRECTIONAL    Center

Offender Information:

White                Richard              R 14550

Last Name            First Name        MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/17/18 3p | Medical Records Note Received approval from Wexford UR for ortho eval of (L) Knee. To see Dr. J.T. Davis at 1:10p on 1/23/18. | Kim Johnston RHIT Medical Records Dir |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF OFFENDER
## Offender Health Status Transfer Summary

**Transferring Facility:** SHAWNEE ___ Center

**Offender Information:**
WHITE ___ RICHAR ___ MI ___ ID#: R14550
Last Name ___ First Name

**Date:** 1, 19, 18 **Time:** 125   ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Current / Acute Conditions / Problems:** ___ **Food Handler Approved:** 10-4-17 PPD

**Chronic Conditions / Problems:** ___

**Current Medications** (name, dosage, frequency, and duration):
- Acute Short-term: ___
- Chronic Long-term: ___
- Chronic Psychotropic: ___

**Current Treatments:** ___

**Therapeutic Diets:** REGULAR

**Follow-Up Care:** last seen by MHP 01/04/18

**Chronic Clinics:** ___

**Specialty Referrals:** ___

**Significant Medical History:** GONORRHEA, HPV, CHLAMYDIA , 2012 STAB WOUND TO BACK

**Physical Disabilities / Limitations:** ___

**Assistive Devices / Prosthetics:** READING GLASSES

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: __/__/__   ☑ Glasses ☐ Dentures ☐ Hearing Aid
**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___ ☐ Hx Psych Med ☐ Hx MPG / STO **Substance Abuse:** ☑ Alcohol ☑ Drugs
☐ Packet Complete

Adam Brown, LPN ___ 1, 19, 18
Print Name and Title ___ Signature ___ Date

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** ___
**Subjective:** ___ **Date:** __/__/__ **Time:** ___ ☐ a.m. ☐ p.m.
**Current Complaint:** ___ **Assessment:** ___

**Current Medications/Treatment:** ___

**Objective:**
**Physical Appearance/Behavior:** ___

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
**Deformities: Acute/Chronic:** ___ ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement: ___
T: ___ P: ___ R: ___ B/P: __/__   ☐ Other (specify): ___

Printed Name and Title ___ Signature ___ Date

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature ___ Date ___ ☐ a.m. ☐ p.m.

WHITE SCC (MR) 0114

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ MI _____ ID#: R14550

Last Name       First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/2/18 | Medical Records Note | |
| 8:35a | Offender went on med | |
| | furlough to Dr. J.T. | |
| | Davis, ortho on 1/23/18; | |
| | left at approximately | |
| | 12:15pm + returned at | |
| | 4:55pm for 0360° No | |
| | consult notes found | |
| | for the appt. Called | |
| | medical records at Dr. | RHIT |
| | Davis' office to request | Kim Johnston |
| | information + left message. Medical Records Di | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0115

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ___ ID#: R14550
Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 02/06/18 | MD SICK CALL T97.9 P90 R16 B/P 120/82 WT 194 | |
| | F/u outside appt. | |
| | S- Explained the re- | Advised |
| | commendation of Ortho | Submitted request |
| | pedic which is left | as recommended by |
| | knee arthroscopi & partial | Ortho to Col. Rev. |
| | medial meniscectomy. | |
| | He said that with his | |
| | arthritis, he does not | |
| | recommend surgical inter- | |
| | vention for the ACL & do | |
| | not anticipate the need | |
| | for ACL surgery later. | |
| | Offender very insistent | |
| | saying he wants both | |
| | surgeries be done. Explained | |
| | that it is what the orthopedic | |

— next page.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002-
(Replaces DC 7147)

WHITE SCC (MR) 0116

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name _____ First Name _____ MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2·6·18 | Cont MDTS: | Noted 02/06/18 |
| | president recommends | 11:56A |
| | ē will be submitted | Dageers, LPN |
| | to Collegial Review. | |
| | O. No PE done | |
| | A. Partial thickness ACL | |
| | tear & medial meniscus | |
| | tear of Ⓡ knee | |
| 2/6/18 | Medical Records Note | |
| 'p | Sent referral request to | |
| | Wexford UR for surgery | |
| | as recommended by Dr. | Kim Johnston RHIT |
| | Davis. | Medical Records Dir |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0117

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

WHITE _____ RICHARD _____ ___ ID#: R14550
Last Name                First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-11-18 | LPN NOTE | P. F/U HCU PRN. |
| 10:45A | S: ∅ | |
| | O: I/M TO HCU NSC, ADVISED OF | |
| | MEDICAL RECORD REQUEST, AWAITING | |
| | APPROVAL FROM WEXFORD HS R/T ⊕ | |
| | KNEE SURGERY. | |
| | A: NSC | Adam Brown LPN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0118

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

White                    Richard              ID#: RL 4550
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **RN NOTE** (LPN/CMT NOTE) | **P) MD Referral if:** ∅ |
| 2/25/18 1030am | **S)** - Any Allergies? UKDA | |
| | - Location of pain / discomfort? ℝ knee problem is now causing him to lean on ℝ knee and making it hurt | - Patient presents more than twice at NSC for c/o same discomfort within one month ∅ |
| | - Describe pain. Stabbing (Throbbing) Constant (Intermittent) Etc. Popping Stings | - Patient presents with signs of acute, severe discomfort ∅ |
| | L - Have you had this pain before and how was it treated? S/R ℝ knee has been hurting for the past month | - Patient has abnormal vital signs ∅ |
| S/R | - Rate pain level scale of 1 – 10? no pain at the moment when it bothers him - 5/10 | |
| | - Duration of pain? S/R past month | **No MD referral:** ✓ |
| | **O)** T 98.7  P 85  R 20  BP 120/78  WT 194 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) ∅ |
| | - Signs of obvious discomfort Limping | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) ✓ |
| | | **Patient Teaching:** ✓ |
| | - Observations related to body part affected No redress, no bruising, no Swelling S/R he is using his ℝ leg more due to injury on ℝ leg and now the ℝ leg is causing him problems due to putting all the weight on it | - Return to see provider if symptoms worsen or interfere with daily functioning ✓ |
| | **A)** Non-Specific Discomfort | Nurse Signature [signature] LPN  Payment voucher   YES   (NO) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0119

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_Shawnee Correctional_ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID# 14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-26-18<br>1600 | MD Note,<br>Received Collegial Review<br>decision re surgical<br>intervention of left knee | Schedule c̄ MD(x &<br>discuss Col. Rev<br>decision.<br><br>Noted 2/28/18 lav<br>L.W.<br>Scheduled 3/5/18<br>c̄ MD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF OFFENDER**

**Offender Health Status Transfer Summary**

**Transferring Facility:** Shawnee Center

**Offender Information:**
Last Name: White   First Name: Richard   MI: ___   ID#: R14550

**Date:** 3,2,18   **Time:** 818   ☑ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered  (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA    **Food Handler Approved:** PPD BMN FNA 10.6.17

**Current / Acute Conditions / Problems:** ___

**Chronic Conditions / Problems:** ___

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ___

Chronic Long-term: ___

Chronic Psychotropic: ___

**Current Treatments:** ___

**Therapeutic Diets:** ___

**Follow-Up Care:** Routine

**Chronic Clinics:** ___

**Specialty Referrals:** ___

**Significant Medical History:** S/R HSV-genital, stab wound to back · 2012, ear Sx · 2010

**Physical Disabilities / Limitations:** ___

**Assistive Devices / Prosthetics:** ___    ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___    ☐ Hx Psych Med ☐ Hx MPC / STC  **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MRSS ☐ MH ☐ Other:    ☐ Packet Complete

MLittle LRN _____ Health Care Staff and Title    MLittle LRN _____ Signature    3,2,18 Date

**Reception Screening** (completed by receiving facility health care staff):    ☐ a.m. ☐ p.m.

Facility: ___    Date: ___/___/___    Time: ___

**Subjective:**    **Assessment:**
Current Complaint: ___

Current Medications/Treatment: ___

**Objective:**    **Plan: Disposition:**
Physical Appearance/Behavior: ___    ☐ Health Information Given   ☐ Emergency Referral: ___
    ☐ Sick Call:  Urgent / Routine
    ☐ Medication Evaluation   ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
Deformities: Acute/Chronic: ___    ☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ___
    ☐ Infirmary Placement: ___
T: ___   P: ___   R: ___   B/P: ___/___    ☐ Other (specify): ___

Printed Name and Title _____ Signature _____ Date ___/___/___

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

_____ Mental Health Professional Signature and Title    _____ Date    ☐ Approved   ☐ Denied

_____ Health Care Staff and Title    _____ Date    ☐ Approved   ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center.  I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____ Offender Signature    _____ Date    _____ Time    ☐ a.m. ☐ p.m.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL Center

| Offender Information: | | |
|---|---|---|
| WHITE | RICHARD | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-5-18<br>11:35A | MD SICK CALL<br>T 97.4 P 87 R 16 B/P 131/74 WT 196<br>COL. REVIEW DECISION, PER MD<br><br>S- After discussing the approval of the meniscus repair only as recommended by the Ortho by Col. Review, offender white agreed to have this done. He agreed not to have surgery repair of ACL as indicated by Ortho. Nurse Adam present during discussion<br>O- Same PE. Pt. ambulated to room c̄ normal gait.<br>A. L knee ACL c̄ medial meniscus tear. | P. advised.<br>Kim Johnson to schedule L knee arthroscopic medial meniscectomy c̄ Dr. Davis, ortho |

Printed on Recycled Paper

Noted. 3-5-18

DOC 0084 (Eff. 9/20__)
(Replaces DC __)

WHITE SCC (MR) 0122

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White
First Name: Richard
MI:
ID#: R 14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/5/18 3:20p | Medical Records Note Left message for Julie at Wexford UR re: approval # for repair of meniscus only as Dr. David talked to Offender today re: ⊖ surgery to be done on ACL. | Kim Johnston RHIT Medical Records Dir |
| 3/8/18 10:50a | Medical Records Note Received verbal approval from Wexford for repair of meniscus. Called Christine at Dr. Davis' office & scheduled for 3/22/18 at surgery center. | K Johnston RHIT |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0123

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

**Transferring Facility:** Shawnee Center

**Offender Information:** Last Name: White   First Name: Richard   MI: ___   ID#: R14550

**Date:** 3,18,18   **Time:** 1150   ☑ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA   **Food Handler Approved:** Yes 10-4-17

**Current / Acute Conditions / Problems:** Ø

**Chronic Conditions / Problems:** Ø

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Ø

**Current Treatments:** Ø

**Therapeutic Diets:** Regular

**Follow-Up Care:** PHC

**Chronic Clinics:** Ø

**Specialty Referrals:** Meniscus repair Sx 3/22/18   last seen by MHP 1/4/18

**Significant Medical History:** Hx STDs, stab wound 2012

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** ___   ☑ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: __/__/__   ☐ Hx Psych Med  ☐ Hx MPC / STC   **Substance Abuse:** ☑ Alcohol ☑ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other:   ☐ Packet Complete

N Williamson, RN   _Signature_   3,18,18

Health Care Staff and Title | Signature | Date

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** ___   **Date:** __/__/__   **Time:** ___   ☐ a.m. ☐ p.m.

**Subjective:**   **Assessment:**

Current Complaint: ___

Current Medications/Treatment: ___

**Objective:**

Physical Appearance/Behavior: ___

Deformities: Acute/Chronic: ___

T: ___  P: ___  R: ___  B/P: __/__

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title | Signature | Date __/__

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

Mental Health Professional Signature and Title | Date   ☐ Approved ☐ Denied

Health Care Staff and Title | Date   ☐ Approved ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender Signature | Date | Time   ☐ a.m. ☐ p.m.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Shawnee Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14550 |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/21/18 12:30p | Medical Records Note Called Orthopedic office re: arrival time for tomorrow's ~~office~~ for surgery. To be there at 8:00 am. | Major, record office & armory notified. Kim Johnston RHIT Medical Records Dir |
| 3-21-18 8:29 | poroute S: Ø O: A+O×3 and lib. Breath clear. Placed in infirmary for 23eds for scheduled surgery in AM. 8Ch noted. O STS of distress alymd. A. Welfort | 1° place on 23° obs. |

DOC 0084 (Eff. 9/2002) (Replaces DC 7/47)

Printed on Recycled Paper

WHITE SCC (MR) 0125

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: 214555 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-21-18 1130 | MH Note S: Ø Voiced C/o O: Awake in room Ø Voiced c/o apparent distress. B 118/91 97% #16 A: 289. | Deena |
| 3.22.18 707 | RN note I/M leaving per security @ this x for Med furlough | Williams RN |
| 3.22.18 1250 | RN note I/M returned to HCU S/p Ⓛ knee arthroscopy. New orders rec'd et documented. | Δ to acute care V.O. Dr David/ Williams RN |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff.
(Replaces D

WHITE SCC (MR) 0126

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Vital Sign**
**Graphic Flow Sheet**

Offender Information:

Last Name: White

First Name: Richard

MI:

ID#: R14550

Facility: Shawnee Correctional Center

| Date | 3.22.18 | 3.23.18 | 3.24.18 | 3.25.18 | 3.26.18 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | |
| Hour | | | | | |

Temperature:
106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

| Pulse | 81  6  84 | 100 | 84 | 86 | 74 |
| Respiration | 16  12  16 | 16 | 16 | 16 | 16 |

Hours

| | 4 AM | | | | | |
| | 8 AM | | 128/72 | 134/86 | | |
| Blood Pressure | Noon | 18/72 | | | 128/82 | 128/80 |
| | 4 PM | 120/60 | | | | |
| | 8 PM | | | | | |
| | Midnight | 130/80 | | | | |

| Weight | Height | | | | | |
| Stools | Urine | | | | | |
| Bath: C-P-T-S | | | | | | |
| Oral Hygiene | | | | | | |
| PM Care | | | | | | |
| Diet | | | DAT | DAT | DAT |
| Ate    W  F  P | | | | | | |
| Slept  W  F  P | | | | | | |
| Activity | Tad lib c crutches | ↑ad lib c crutches | ↑ ad lib | ↑ ad lib crutches | ↑ ad lib |
| Bed Rest | | | | | | |
| Bed positioning | | | | | | |
| R.O.M. Exercises | | | | | | |
| Whirlpool | | | | | | |
| Transfers | | | | | | |
| Walk | | | c crutches | | c crutches |
| Other: | Dressing to (L) Knee | Dressing Ace to (L) Knee | Dsg ACE (L) Knee | Dsg c Ace (L) Knee | c crutches |

| Staff Name | 7-3 | Williams | Williams | Littrell | Williams | Littrell |
| | 3-11 | | | | | |
| | 11-7 | Bauer | | | | |

Distribution:  Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

WHITE SCC (MR) 0127

## Shawnee Correctional Center

Offender Information:

Last Name: White
First Name: Richard
MI:
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/23/18 0906 | **DOCTOR INFIRMARY ADMISSION NOTE** | **PLAN:** |
| | BY: (circle one): MD NP PA DDS LICENSED MENTAL HEALTH PROFESSIONAL | **VITAL SIGN FREQUENCY:** Qday |
| | ACUTE err CHRONIC | |
| | **SUBJECTIVE:** | **DIET:** Aↄ tolerated |
| | HISTORY: 36 yo ♂ s/p Ⓛ knee arthroscopy on 3/22/18. p knee injury 2015 ē subsequent injuries | **ACTIVITY:** Crutches at all times. May wgt bear. Elevate leg when resting. |
| | | **MEDICATION ORDERS:** As ordered. |
| | DURATION: | |
| | **OBJECTIVE:** | |
| | PHYSICAL EXAMINATION: √ vss. Up, ambulating, LLE - ∅ edema ∅ erythema. wrapp't: ace. | |
| | | **OTHER ORDERS:** ice 20" Q1° while awake ∅ shower for 72° p surgery. When does shower, must pat dry steri-strips + apply bandaids. |
| | CURRENT CONDITION: Stable | |
| | OTHER MEDICAL CONDITIONS: herpes | Has f/u appt ē ortho. [signature] 3/23/18 |
| | **ADMITTING DIAGNOSIS:/ASSESSMENT** S/p Ⓛ knee arthroscopy. | [signature] NP William 3/23/18 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

## Shawnee Correctional Center

**Offender Information:**

| | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | RN   Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/22/18 1230p | **INFIRMARY NURSE ADMISSION NOTE:** A(CUTE)   CHRONIC | **PLAN:** |
| | **SUBJECTIVE:** Chief Complaint | MD NOTIFIED: yes |
| | "I just had surgery on my knee." | HCUA NOTIFIED: |
| | | DIETARY NOTIFIED: yes |
| | | TYPE OF DIET: regular FORM SENT TO DIETARY ✓ |
| | Duration: (L) knee arthroscopy today | **MEDICATION ORDERS** |
| | **OBJECTIVE:** BP 128/72 T 97' P 81 R 16 WT 185 | ASA EC 325 mg's po daily x 30 days |
| | Oxygen Saturation: 97% Peak Flow: 1 N/A 2 | Tylenol #3 # tabs po q 4-6° prn x 1 week T.O. Dr David |
| | HEART: regular | |
| | LUNGS: clear | **OTHER ORDERS:** |
| | EYES: PERRLA | |
| | SKIN: (circle) (WARM) MOIST DRY CLAMMY | May remove dressing p 72° then apply band-aids daily |
| | SKIN COLOR natural | |
| | SPEECH: (circle) (CLEAR) SLURRED | **TREATMENT:** |
| | MOBILITY: Steady gait, ↑ ad lib WBAT | |
| | ELIMINATION: cont. | |
| | MENTAL STATUS: A + O x 3 | **ACTIVITY:** as tol c̄ crutches |
| | | **ORIENTATION TO THE INFIRMARY** |
| | ASSESSMENT/NURSING DIAGNOSIS: | RULES, CALL FOR HELP, PLAN OF CARE |
| | Dressing intact to (L) knee, dry | OTHER: T.O. Dr Darrel |
| | | William RN |

## Shawnee Correctional Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: K14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/23/18 4P | h note | Cont acute flk |
| | SOK no "Real pain | |
| | When can I take a | |
| | shower. | |
| | O mood foun K.s.O | |
| | even n/r lab and | |
| | Dressing intact to | |
| | L Knee. Dry and with | |
| | ace wrap. Crutches | |
| | x2 provided. Knees | |
| | clean and even, no | |
| | ↑ ca pain. AOK3 | |
| | leg ↑ ice packs | |
| | in place. advised | |
| | ind. no showes | |
| | x 72 hrs. Do not remove | |
| | dressing for 72 hrs. | |
| | ice packs on 20 min | |
| | q hr waking hours. | |
| | x 48 hrs. In 3k under 3 under | |
| | L pedal pulse ⊕ | |
| | w/o no ↑ swelling to | |
| | leg noted | |
| | welfare | |

WHITE SCC (MR) 0130

Offender Infirmary Progress Notes

## Shawnee Correctional Center

Offender Information:

White                 Richard                        ID#: R14550
Last Name             First Name         MI

| Date/Time | RN   Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/23/18 9²⁵A | **INFIRMARY NURSE ADMISSION NOTE:** ACUTE   CHRONIC | **PLAN:** |
| | **SUBJECTIVE:** Chief Complaint | MD NOTIFIED: ✓ |
| | | HCUA NOTIFIED: ✓ |
| | Knee surgery yesterday | DIETARY NOTIFIED: ✓ |
| | | TYPE OF DIET: FORM SENT TO DIETARY |
| | Duration: S/p Sx 3/22/18 | MEDICATION ORDERS |
| | **OBJECTIVE:** BP 128/76 T 97⁹ P 100 R 16 WT 185 | As previously ordered |
| | Oxygen Saturation: 99% | |
| | Peak Flow: 1 N/A 2 | |
| | HEART: regular rate | |
| | LUNGS: clear | OTHER ORDERS: |
| | EYES: PERRL | |
| | SKIN: (circle) WARM MOIST DRY CLAMMY | |
| | SKIN COLOR natural | |
| | SPEECH: (circle) CLEAR   SLURRED | TREATMENT: |
| | MOBILITY: ↑ ad lib | |
| | ELIMINATION: Cont. | |
| | MENTAL STATUS: A + O x 3 | ACTIVITY: ↑ ad lib c̄ crutches |
| | | ORIENTATION TO THE INFIRMARY ✓ |
| | ASSESSMENT/NURSING DIAGNOSIS: | RULES, CALL FOR HELP, PLAN OF CARE ✓ |
| | Alteration in Comfort | OTHER: |
| | | M Williams |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes

### Shawnee Correctional Center

Offender Information:

| | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-23-18 11⁰⁸ | RN note<br>S: ∅<br>O: ↑ in room, using crutches to ambulate. Encouraged to elevate et ice (L) knee. Dressing dry et intact. No c/o voiced.<br>A: welfare ✓ | P: cont. non acute<br><br>Williams RN |
| 3/23/18 4P | RN note<br>S: I'm just swelling a little worse<br>O: advised inmate to use 2 crutches to keep L leg elevated + cont to put ice on knee. Pt to ↓ swelling. Inmate walking c̄ 1 crutch. Upon standing. No ↑ swelling noted. Dressing c̄ D in place. Pedal pulse ⊕ palpable. Sensation intact. welfare ✓ | Cont non acute Px |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0132

## Offender Infirmary Progress Notes

### Shawnee Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: B14880 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-22-18 11:30p | BM Note<br>S: Ø voiced c/o<br>O: laying in bed easily awakened. (L) knee dressing et wrap in place. Ø S/Sx of impaired circulation pedal pulses (+). (+) sensation<br>VSS. Ø voiced c/o.<br>A: No apparent distress  R. Barnard RN | |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____**Shawnee Correctional**_____ **Center**

| Offender Information: | | | |
|---|---|---|---|
| Last Name | First Name | MI | ID |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Offender Infirmary Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

White          Richard          ID#: R14550
Last Name       First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-23-18 11:30 | RN Note<br>S: Does it look alright?<br>O: Laying in bed easily awakened. (L) leg elevated dressing intact c Ace wrap. Ø gross edema. Ø S/SX of impaired circulation. Pedal pulses (L) strong. NSS, no current voiced c/o.<br>A: Welfare | P. Banale |
| 3/24/18 8am | RN Note<br>S: "It just hurts."<br>O: Awakens easily. Resp even c nonlabored. Skin warm c dry. Has (L) leg ↑. Drsg dry c intact to (L) knee. Informed too early for pain med. Voiced understanding.<br>A: Welfare | P: Cont non-acute care<br>M Whittaker RN |

DOC 0085 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0135

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Progress Notes**

_____ **Shawnee Correctional** _____ **Center**

Offender Information:

| Last Name | First Name | MI | ID: |
|---|---|---|---|
| White | Richard | | R1455_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-24-18 cp | RN Note<br>S: Ø<br>O: A+0x3. Tolerating antibiotics currently lying in bed. Breath clear. Pals thus far. O S/S of distress absent.<br>A: Welfare | P: Cont. Pen Meds |
| 3-24-18 11:30 | RN Note<br>S: Ø<br>O: laying in bed easily awakened. O current VSS. O/O. Ø S/Sx of impaired circulation. Pedal pulses.<br>A: Welfare | |
| 3.25.18 8am | RN note<br>S: "Do I get to go back to my unit today."<br>O: lying in bed. A+0x3. (C) knee elevated. Instructed to come to this nurse for drsg removal today. VSS.<br>A: welfare ✓ | P: cont. non acute<br>Williams rn |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2_
(Replaces DC 7

WHITE SCC (MR) 0136

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**Shawnee Correctional** _____ **Center**

Offender Information:

| White | Richard | | ID#: R14550 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/25/18 9:50am | RN note<br>S: Ø c/o<br>O: Dressing et ace wrap removed at this time. Ø active bleeding. Sutures x 2 noted to each side of knee cap. Ø redness, drainage, or warmth noted. I/M to shower et bandaids to be applied.<br>A: Tx | P: cont. as ordered<br><br>Williams RN |
| 3-25-18 cp | RN note<br>S: Ø<br>O: A+O+3. Amb. lib. c crutches. Lying in bed c eyes open. Breath sm. calcinined. Ø s/s of system distress.<br>P: Welfare | P: Cont as order |

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes

_____ **Shawnee Correctional** _____ **Center**

Offender Information:

White                    Richard          ID: R1455?
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/25/18 11:30pm | RN Note<br>S: no 4o voiced.<br>O: Resting in bed. Resp even ut non labored.<br>no distress noted.<br>A: Welfare ✓ | P: Cont non·acute care<br><br>(Mittueller) |
| 3/24/18 7:30am | RN Note<br>S: No 4o voiced.<br>O: Resting in bed. Resp even ut non labored.<br>no distress noted.<br>A: Welfare ✓ | P: Cont non·acute care<br><br>(Mittueller) |
| 3/24/18 9am | RN Note<br>S: "Can you make sure that you document that the meds aren't working?"<br>O: No previous 4o med being ineffective. Outside of cell. Walking around S crutches ut bearing wt on (L) knee. (L) knee c sl. swelling. Voices no 4o pain at this time.<br>A: No apparent distress | P: Cont non·acute care<br><br>(Mittueller) |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2?
(Replaces DC 7?

WHITE SCC (MR) 0138

## Shawnee Correctional _____ Center

**Offender Information:**

White _____ Michael _____ ___ ID#: K1455 0
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-26-18 4p | _illegible_ | _illegible_ |
| | S: -0- | |
| | O: _illegible_ | |
| | | |
| | | |
| | | |
| | | |
| | A: Welfare | |
| 3-26-18 11:30p | RN Note | |
| | S: 0 | |
| | O: laying in bed ~~easily~~ awake. Ø current voiced | |
| | c/o. Ø current voiced | |
| | c/o. apparent | |
| | distress. Ø S/Sx of | |
| | complications to knee | |
| | Sx. | |
| | A: Welfare ✓    _illegible signature_ | |

__Shawnee Correctional__ **Center**

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID: R1455 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/27/18 8AM | RN Note<br>S: No C/O voiced.<br>O: Resp even yet non-labored. Intermittently uses crutches č ambulation. No distress noted.<br>A: Welfare ✓ | P: Cont non-acute care<br><br>Lmitchell RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Shawnee Correctional Center

**Offender Information:**

Last Name: _White_  First Name: _Richard_  MI: ___  ID#: _R16550_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3·27·18 10°° | **INFIRMARY DISCHARGE SUMMARY BY:** (CIRCLE) **MD** DENTIST PSYCHIATRIST | **INFIRMARY DISCHARGE ORDERS:** Insl to Her Fc orders. Died & activity ad lib. motin 600mg bid TID po x 10 dys. acyclovir 400mg bid TID po x 1 yr. |
| | **ADMISSION DATE:** 3·22·18 | |
| | **DISCHARGE DATE AND TIME:** 3·27·18 10:00 AM | |
| | **ADMITTING DIAGNOSIS:** SP arthroscopy Ⓛ knee & repair medial meniscus | |
| | **DISCHARGE DIAGNOSIS:** Same as above. Recurrent genital herpes. | |
| | **INFIRMARY COURSE:** Infirmary stay post arthroscopy was unremarkable. He was ambulating with crutches. D/Pain Ortho gave order to dc crutches. Scheduled for f/u c ortho. Today patient reported outbreak of genital herpes. Ruptured blisters noted dorsum of penis, prepuce. Clean wound/s have ordered acyclovir 3x/yr. | **FOLLOW UP PLAN:** F/u c ortho as scheduled |

Noted Matthew? 3/27/18 1:50 PM

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Shawnee Correctional _____ Center

Offender Information:

White                    Richard          ___  ID#: R14550
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/27/18 12pm | RN Note Released from infirmary to 3D38  No c/o voiced. | Mkittrell |
| 4/3/18 8:30a | Medical Records Note Offender scheduled for follow up appt c̄ Dr. J.T. Davis, Ortho at 8:40am on ~~error~~ 4/4/18. Appt approved by Wexford UR. ─── | Notified record office & Major Hill of appt. Kim Johnston RN Medical Records Dir |

DOC 0084 (Eff. 9/2002
(Replaces DC 7I47)

WHITE SCC (MR) 0142

**ILLINOIS DEPARTMENT OF OFFENDER**
**Offender Health Status Transfer Summary**

| Transferring Facility: | Offender Information: | | | |
|---|---|---|---|---|
| *Shawnee* Center | White | Richard | | ID#: *R14550* |
| | Last Name | First Name | MI | |

**Date:** 4, 3, 18   **Time:** 12:00   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA   **Food Handler Approved:** yes 10/4/17

**Current / Acute Conditions / Problems:** Ø

**Chronic Conditions / Problems:** Ø

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** ___

**Chronic Long-term:** See MAR

**Chronic Psychotropic:** ___

**Current Treatments:** Ø

**Therapeutic Diets:** regular,

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** orthopedic follow up appt 4/4/18

**Significant Medical History:** Meniscus repair 3/22/18
last seen by MHP 1/23/18

**Physical Disabilities / Limitations:** ___

**Assistive Devices / Prosthetics:** Ø   ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med ☐ Hx MPC / STC   **Substance Abuse:** ☒ Alcohol ☒ Drugs

| R & C Use Only: | ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental | ☐ MEDS | ☐ MH | ☐ Other: | | ☐ Packet Complete |
|---|---|---|---|---|---|---|---|---|---|

Kim Johnston MRD          *Kim Johnston*          4, 3, 18
Health Care Staff and Title          Signature          Date

**Reception Screening** (completed by receiving facility health care staff):

| Facility: | Date: ___/___/___ | Time: ___ | ☐ a.m. ☐ p.m. |
|---|---|---|---|

**Subjective:**   **Assessment:**

**Current Complaint:** ___

**Current Medications/Treatment:** ___

**Objective:**   **Plan:** Disposition:

**Physical Appearance/Behavior:** ___
☐ Health Information Given   ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine

**Deformities: Acute/Chronic:** ___
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___

**T:** ___ **P:** ___ **R:** ___ **B/P:** ___/___
☐ Infirmary Placement: ___
☐ Other (specify): ___

Printed Name and Title          Signature          ___/___/___ Date

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

| | | ☐ Approved | ☐ Denied |
|---|---|---|---|
| Mental Health Professional Signature and Title | Date | | |
| | | ☐ Approved | ☐ Denied |
| Health Care Staff and Title | Date | | |

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender Signature          Date          Time   ☐ a.m. ☐ p.m.



# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1597 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order
ASA 325mg 1.
tab po daily
Discontinue 4/21/18
Rx# #27 3/27

Original Order
Bu. codney
PO Tib #10
Discontinue 4/20/18
Rx# #30 3/27

Original Order
3/21/18  Acyclovir 400mg
po TID
Discontinue 3/27/18
Rx#

Original Order
4/9/18  Ultram 50mg
QD x 1 month
Discontinue 5/3/18
Rx#  David

Discontinue

Original Order

Discontinue
Rx#

WHITE SCC (MR) 0144

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Shawnee Correctional Center

Offender Information:

Last Name: White    First Name: Richard    MI:    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/18 7:38pm | RN Note<br>Out to med furlough | NKatheller |
| 4/4/18 1245 pm | RN Note<br>S: Ø<br>O: Return from med furlough. Paperwork reviewed by MD c̄ orders received.<br>A: MD contact | P: Sports restriction x 2 mos.<br>V.O. Dr. David<br>NKatheller |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0145

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional/Hardin County Work Camp          Center

**Non-Specific Discomfort**

Offender Information:

Last Name: White   First Name: Richard   MI:   ID#: K1455

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-10-18 | **S)** - Any Allergies  NKDA | **P)  MD Referral** |
| 10 | - Location of pain / discomfort  ⊕ Knee | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  Stabbing   Throbbing   Constant  (Intermittent)   Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  ↓ PO- | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  ↓ | |
| | - Duration of pain | No MD referral  Has Welton Scng on him |
| ♂ | **O)**  T 98.2  P 73  R 12  BP  WT | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  ∅ | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected  ⊕ Knee post op  follow Surgeons post op instruction  cont. c HEP.  ) post op restriction X 1 mo  normal ROM, ⊕ edema ↑ O↓O  calmed | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | Nurse Signature  M. Michael |
| | **A)** Non-Specific Discomfort | Payment voucher          YES      (NO) |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Indigestion/ Heart Burn**

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/11/18<br>10:20a | RN NOTE    LPN/CMT NOTE<br><br>S) - Onset? 2 years<br>- Duration?<br>- Location?<br>- Is the pain related to food intake? Ø pain<br><br>- Appetite Normal? yes<br><br>- Time of last meal? just now<br><br>- Food Ingested? Beans + rice<br><br>- Is this the first occurrence, or do you have a Hx of previous similar episodes? hx<br>- Medication? ASA + Ultram Acyclovir<br>- Describe Pain? Ø pain<br>- Pain Scale 1-10?<br>- Allergies? NKA<br><br>O)<br>T 98¹  P74  R16  BP 132/78  WT 180<br>- General appearance<br>- Assess skin Ø abnormalities<br>- Abdominal inspection Ø bloating<br>- Abdominal palpation Ø tenderness<br>- Bowel sounds present active x4<br>- Location of point and/or rebound tenderness (quadrant) none<br>A) Alteration in Comfort | P) Call MD or refer urgently if:<br><br>- Abnormal vital signs ✓<br>- Pain that continues despite treatment protocol implementation ✓<br>- Patient has Hx. Of HTN ✓<br>- Patient has Hx of Cardiovascular disease ✓<br>- Pain radiates to back, chest, neck, arm, or jaw ✓<br>- Pain is associated with nausea, vomiting, sweating, or shortness of breath ✓<br><br>No MD Referral:<br>- Antacid tabs (1-2 tablets) q.i.d. after meals and at bedtime PRN for 3 days (24 tabs)<br>and/or<br>- Pepcid b.i.d x 3 days (6 tabs)<br><br>Patient teaching:<br><br>- Avoid overeating and foods that are known to cause distress (coffee, tea, carbonated drinks)<br>- Remain in upright position 1-2 hours after meals<br>- Avoid eating rapidly. Chew food thoroughly<br>- Avoid eating 3-4 hours prior to bedtime<br><br>Follow up:<br>Return to sick call if symptoms worsen or do not improve<br>Nurse Signature Williams RN<br><br>Payment voucher  (YES)  NO |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0147

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_Shawnee Correctional_ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14550 |
| Last Name | First Name | MI   ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/11/18 10:50a | Medical Records Note Recieved approval from Wexford UR for follow up appt c̄ Dr. J.T. Davis, ortho. To be seen 8:50 am on 5/16/18. | RHIT Kim Johnston Medical Records Dir. |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

**White** **Richard** ID#: **R14550**

Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/5/18  9:45 pm | RN NOTE  LPN/CMT NOTE | P) MD Referral if: |
| | S) - Any Allergies? NKA | |
| | - Location of pain / discomfort?  (L) knee | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  Stabbing  Throbbing  Constant  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated?  S/P (L) knee arthroscopy | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10?  8/10 | |
| | - Duration of pain?  Since the surgery | No MD referral:  RD)  ACETAMINOPHEN 325MG TAB  53678630  SHAWNEE, STOCK |
| | O) T 98.6  P 66  R 16  BP 122/84  WT 183 | Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  None noted | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching: |
| | - Observations related to body part affected  no swelling or discoloration.  No gait disturbances  Scarring present from sx. | Return to see provider if symptoms worsen or interfere with daily functioning |
| | ✗ Was taking Ultram 50mg dly. Requesting renewal et ↑ to BID  Ended on 5.3.18 | Nurse Signature  M Littrell RN |
| | A) Non-Specific Discomfort | Payment voucher   YES   NO |

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

**Transferring Facility:** SHAWNEE Center

**Offender Information:**
Last Name: WHITE
First Name: RICHARD
MI:
ID# R14550

**Date:** 5 / 13 / 18   **Time:** 9:49   ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

| | |
|---|---|
| **Allergies:** NKA | **Food Handler Approved:** 10-6-17  PPD  Born  FHA |
| **Current / Acute Conditions / Problems:** Ø | |

**Chronic Conditions / Problems:** KNEE PAIN

**Current Medications** (name, dosage, frequency, and duration):
- **Acute Short-term:** ULTRAM 50mg PO qD EXP (5-3-19)
- **Chronic Long-term:** NONE
- **Chronic Psychotropic:**

**Current Treatments:** PHC

**Therapeutic Diets:** REGULAR

**Follow-Up Care:** LAST SEEN MSP: 4.4.18

**Chronic Clinics:** Ø

**Specialty Referrals:** ORTHO

**Significant Medical History:** POST OP KNEE ARTHROSCOPY APRIL 2018

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: DENIES   ☐ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☒ Alcohol ☒ Drugs   ☐ Glasses ☐ Dentures ☐ Hearing Aid

**R & G Use only:** ☐ LABS ☐ EKGs ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other ☐ Packet Complete

**Health Care Staff and Title:** Dani Brown LPN   **Signature:** _____   **Date:** 5/13/18

---

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____   **Date:** / /   **Time:** _____   ☐ a.m. ☐ p.m.

**Subjective:**
**Current Complaint:** _____   **Assessment:** _____

**Current Medications/Treatment:** _____

**Objective:**
**Physical Appearance/Behavior:** _____

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
   ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify):
☐ Infirmary Placement
☐ Other (specify): _____

**Deformities: Acute/Chronic:** _____

**T:** _____ **P:** _____ **R:** _____ **B/P:** _____ / _____

**Printed Name and Title:** _____   **Signature:** _____   **Date:** / /

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

**Mental Health Professional Signature and Title** _____ **Date** _____   ☐ Approved   ☐ Denied

**Health Care Staff and Title** _____ **Date** _____   ☐ Approved   ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

**Offender Signature** _____

WHITE-SCC (MR) 0150

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Shawnee Correctional__ Center

Offender Information:

White          Richard          ID#: R14550
Last Name      First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/16/18 8:10a | Medical Records Note Offender out on medical furlough. | Kim Johnston RHIT Medical Records Su |
| 5/16/18 11:05a | Medical Records Note Offender returned from med furlough. Consult note flagged for review. | K Johnston RHIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DCC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0151

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ R14550
Last Name          First Name        MI        ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/21/18 8:30a | For outside appt. | |
| | MD SICK CALL T 98.7 P 63 R 14 B/P 110/70 WT 185 | |
| | S. Discussed vaccine- dation & tx plan | P. Advised Please ask Dr. |
| | of Arthi dated 5/16-18 | Davis office to |
| | Claus he is doing ROM exercise. | therapy for quad, hip, core & hamstring knee |
| | O. Ambulates normally | strengthening ⌐ 3x / |
| | ⊕ knee. | week x 1mo. to |
| | A. 5/P ⊕ knee arthroscopic partial medial menis- | patient to follow c |
| | cectomy 3-21-18 & | HCU & documented. Patient says he got |
| | m. operative tx of a ACL tear | only c 1 mo supply for acyclovir. This |
| | noted Q 5/21/18 | was Rx'd 3.27.18 |
| | | X 1 yr. |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Richard              ID#: R14550
Last Name                First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/22/18 2:45p | Medical Records Note Left message c̄ Dr. Davis' office re: strengthening exercises (per Dr. David note 5/21/18). — | RHIT Kim Johnston Medical Records Dir. |
| 5/24/18 11:35a | Medical Records Note Received exercises from Dr. David's ~~error~~ Davis' office. Scheduled on 5/25/18 treatment line to start. | K Johnston RHIT |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                 Richard                 ID#: R14550
Last Name              First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/25/18 12:45P | LPN tx note: S: ∅ O: J/m to HCU for HEP exer. J/m s/r been doing exercises on sheet in cell. J/m s/r having a sheet of the same exercises in cell. J/m did not complete all HEP exercises in HCU before leaving. A: HEP exercises | P: Cont tx as ordered. ⟨signature⟩ Heazel, LPN |
| 5/28/18 10:45am | LPN Note S: "my knee is weak as ever, exercises are not helping and I still can't do anything and knee is still weak" O: I/m to HCU, completed HEP exercises, I/m s/r he also does exercises in cell. A: am tx | P: cont. as ordered ⟨signature⟩ LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White          Richard          ID#: R14550
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/18 10:45A | RN note | P. cont. As ordered |
| | S: ∅ | |
| | O: I/M to HCU for HEP | |
| | exercises. Exercises completed | |
| | As ordered. | |
| | A: AM tx | Williamson RN |
| 6/1/18 10:30A | LPN tx note. | |
| | Hep exercises completed | |
| | in HCU. 0% voiced. | Jaeger, LPN |
| 6-4-18 9:00A | LPN NOTE | P: Cont Tx As ordered. |
| | S: ∅ | |
| | O: I/m TO HCU. HEP Exercises | |
| | COMPLETED. | |
| | A: AmTx | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**SHAWNEE CORRECTIONAL** Center

Offender Information:

Last Name: WHITE
First Name: RICHARD
MI:
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6.4.18 9:15A | LPN NOTE<br>S: I/m REPORTS SHOOTING, "KNIFE-LIKE" PAIN, FEELS LIKE LIGHTNING", WHEN HE DOES HEP EXERCISES. REQUESTED IT BE NOTED.<br>O: NO EXTREME RESTRICTION IN ROM.<br>A: AMTX | Pt INSTRUCTED TO CARRY CONDUCT EXERCISES AS TOLERATED, AND TO NOT OVEREXTEND. F/U AS ORDERED / w/ TV.<br><br>_____ LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White _____ Richard _____ MI ___ ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/6/10 1030am | LPN Note | P: cont. as ordered |
| | S: "I'm still having a sharp knife-like pain when I walk and do exercises. I feel the shooting pain in my calf too." | |
| | O: I/m to have completed Hep exercises. S/R pain while doing exercises. | |
| | A: Am Tx | Kelly LPN |

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** Shawnee _Center_

**Offender Information:**

White _Last Name_   Richard _First Name_   _MI_   **ID#** R14550

**Date:** 6/7/18   **Time:** 9:00 A   ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Food Handler Approved:** FHA 10/4/17

**Current / Acute Conditions / Problems:** Ø

**Chronic Conditions / Problems:** HSV-genital

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term: Acyclovir 400mg TID

Chronic Psychotropic:

**Current Treatments:** HEP exercises per Ortho consult done in HCU daily

**Therapeutic Diets:** Regular

**Follow-Up Care:** Routine healthcare

**Chronic Clinics:** Ø

**Specialty Referrals:** Ø

**Significant Medical History:** Stab wound to back, 2012

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø

☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: _____   ☐ Hx Psych Med ☐ Hx MPC / STC   **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____   ☐ **Packet Complete**

J. Jaegers, LPN
_Health Care Staff and Title_

J. Jaegers, LPN
_Signature_

6/7/18
_Date_

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____   **Date:** _____   **Time:** _____   ☐ a.m. ☐ p.m.

**Subjective:**   **Assessment:**

Current Complaint: _____

Current Medications/Treatment: _____

**Objective:**   **Plan: Disposition:**

Physical Appearance/Behavior: _____

☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine

Deformities: Acute/Chronic: _____

☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement:

T: _____  P: _____  R: _____  B/P: _____ / _____

☐ Other (specify): _____

_Printed Name and Title_   _Signature_   _Date_

☐ **For Adult Transition Center transfers** ☐ **For Electronic Detention/Monitoring:**

_Mental Health Professional Signature and Title_   _Date_

☐ Approved   ☐ Denied

_Health Care Staff Signature and Title_   _Date_

☐ Approved   ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_Offender Signature_   _Date_   _Time_   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper

DOC 0090 (Rev. 3/2018)

WHITE SCC (MR) 0158

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Richard                    ID#: R1450

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/18 1/18 | — y n t x — <br> S: ∅ <br> O: Dep completed <br> en Nu <br> A: t x. | p: will reorder <br> Nichols |
| 6-11-18 11am | LPN note <br> S: ∅ <br> O: I/m to HCU for Hep exercises <br> S/R still has pain in <br> knee and calf. <br> A: au t x | P: cont. as ordered <br> C Pely/nu |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0159

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: |
|---|
| White ___Last Name___    Richard ___First Name___   ___MI___   ID#: RJ4550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/13/18 11am | LPN Note<br><br>S: ∅<br><br>O: I/m to HCU completed<br><br>Hep exercises. S/R still having<br><br>pain in Knee. Still feeling<br><br>weak.<br><br>A: am tx | P: cont. as ordered<br><br><br><br><br><br>Murphy LPN |
| 6/14/18 10A | — LPN tx —<br><br>S: ∅<br><br>O: NEP completed<br><br>in NCu.<br><br>A: tx | P: Cont. tx per<br><br>order<br><br><br><br>W Dansby |

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0160

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White          Richard          ID#: R14550
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/18/18 10:15am | LPN Note<br>S: "I feel like my (R) Knee is still feeling like it's popping everytime I move it. I can't ever get comfortable"<br>O: Thu to HCU Completed<br>Hep exercises<br>A: aww to | P: cont. as ordered<br><br><br><br><br><br>C. LPN |
| 4/20/18 10A | tx note<br>S: O<br>O: tx rescheduled 2° Security Issue<br>A: tx | P: Return as Scheduled |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0161

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### SHAWNEE CORRECTIONAL    Center

Offender Information:

Last Name: WHITE

First Name: RICHARD

MI:

ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6-21-18 | 1 mo F/U<br>MD SICK CALL<br>T 98 P 83 R 16 B/P 128/74 WT 182 | |
| | S. Finished pm mo<br>of hip, quad, core &<br>terminal strengthen; exercises<br>of ® knee recommended<br>by ortho. Claims still<br>feels weak ® knee &<br>some pain & unable to<br>jog or run. Would like<br>to do the HEP daily for<br>another month. | P: Advised.<br>Do daily HEP<br>exercises given by<br>ortho & HCU &<br>nurse to document if<br>× 2 mo.<br>F/u after this<br>Noted & Sch. 6-21-18<br>M Reed LPN |
| | O. ® knee - no swelling,<br>no tenderness, no LOM<br>all by muscle strength are<br>good.<br>A. s/p ® knee arthroscopic<br>partial medial meniscec... | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0162

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

| | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-22-18 10:00A | Tx note<br>S: Ø<br>O: I/m to HCU. Hep exercises complete.<br>A: Am tx | P: cont. as ordered<br><br>C. Forche, RN |
| 6-25-18 10:15A | LPN NOTE<br>S: Ø<br>O: I/m TO HCU. HEP EXERCISES COMPLETED AS ORDERED.<br>A: AmTx | P: Cont. As ORDERED.<br><br>LPN |
| 6/26/18 1130A | LPN Note<br>I/M completed HEP Exercises in HCU | BRuueARN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/27/18 945am | LPN Note | P: cont. as needed |
| | S: "My knee is still giving me problems I still feel a shooting pain and I still feel like it's my ACL" | |
| | O: I/m to Hcu for Hep exercises still complaining of pain ⓛ knee. Hep exercises completed. I/m states he also tries to do some exercises in cell and still experiencing pain | |
| | A: Am tx | Peggy LPN |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0164

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ SHAWNEE CORRECTIONAL _____ Center

Offender Information:

White                    Richard              ID#: R14550
Last Name                First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6/25/18 11am | LPN Note<br>S: "My Knee is still hurting"<br>O: I/m to HCU for Hep exercises. Still complaining of knee pain. Hep exercises completed.<br>A: an tx | P: cont. as ordered<br><br><br><br><br>C. Hyler LPN |
| 6-29-18 9:35A | RN NOTE<br>S: Ø<br>O: I/m to HCU. Hep exercises completed.<br>A: Am tx | P: cont. as ordered.<br><br><br>C. Foren, RN<br>P: |
| 6-30-18 10:00A | LPN NOTE<br>S: Ø<br>O: I/m Comp HEP Ex AS ORDERED.<br>A: Am tx | P: Cont Tx As ordered |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0165

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL Center

Offender Information:

Last Name: White  First Name: Richard  MI:  ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-1-18 1030am | LPN Note<br>S: "I still have a sharp pain in my knee"<br>O: I/m to HCU completed Hep exercises<br>A: am te | P: cont. as ordered<br><br>C. Delph LPN |
| 7-2-18 10:45am | LPN Note<br>S: Ø<br>O: I/m to HCU ē completed Hep exercises; as ordered.<br>A) Pm TX | P.) Cont. as ordered.<br><br>K. Freeman LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ SHAWNEE CORRECTIONAL ___ Center

| Offender Information: |
|---|
| White          Richard          ___ ID#: R14550 |
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/3/18 11Am | LPN Note<br>IIM completed<br>HEp Exercises in HCU | BRunesAN |
| 7-4-18 1050au | LPN Note<br>S: Ø "My knee feels like it's going<br>to pop out of place<br>O: I/m to HCu Completed<br>Hep exercises, Complaining<br>of pain.<br>A: au tx | P: cont. as ordered<br><br>Chyl LPN |
| 7-5-18 9:45A | LPN NOTE<br>S: Ø<br>O: I/m TO HCU. HEp Ex.<br>Completed As ORDERED.<br>A: Am Tx | P. Cont. Tx As ord. |

WHITE SCC (MR) 0167

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/6/18 8:45 A | RN Note S: Ø O: Hep ex. completed | R Baenaiden |
| 7-7-18 11:05A | LPN Note S: Ø O: HEP EXERCISES Completed IN HCU As ORDERED. A: Anty | P: Cant Tx As ordered. |
| 7-8-18 9A | LPN note (S) (O) Hep ex. completed in HCU as ord. (A) AM TX | (P) Cont. tx as ordered M Reed LPN |
| 7-9-18 12P | LPN note I/m to HCU - TX - Hep ex. Hep. ex. completed as ordered AM TX. | M Reed LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Shawnee Correctional** _____ **Center**

Offender Information:

Last Name: White
First Name: Richard
MI: ___
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-10-18 11:30A | LPN note / I'm to HCU - TX - hep ex. / Hep ex. Completed as ordered / AM TX. | Cont. tx. as sch. / M Reed LPN |
| 7-11-18 10AM | LPN Note / I'm completed Hep / Exercises in HCU | BRumeoLN. |
| 7-12-18 12pm | LPN Note / S: Ø / O: I'm to HCU completed / Hep exercises / A: au tx | P: Cont. as ordered / C. LPN |
| 7-13-18 11:45 AM | LPN Note / S: Ø / O: I'm completed HEP esecises in HCU. / A: AM tx | P: Cont as scheduled. / Casper LPN |

Printed on Recycled Paper

DOC 0034 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0169

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional     Center

Offender Information:

White                    Richard          ___  ID#: R1455(
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-14-18 10:40ᴬ | LPN note<br>I'm to HCU-TX- Hep ex.<br>Hep ex. Completed<br>-AM TX | Cont. as ordered<br><br>M Reed LPN |
| 7-15-18 10A | LPN note<br>I'm to HCU-TX- Hep ex<br>Hep ex Completed<br>-PM TX | Cont. as ordered<br><br>M Reed LPN |
| 7-16-18 11:20ᴬ | LPN note<br>I'm to HCU-TX- Hep ex<br>Hep ex completed<br>-AM TX | <br><br>M Reed LPN |
| 7-16-18 11.25 | LPN note<br>addt'l note from TX:<br>I'm still ℅ (L) knee "popping" c̄<br>both bending & walking. | <br><br>M Reed LPN |
| 7/17/18 10A | LPN Note<br>IM completed Hep<br>Exercises in HCU | <br><br>BK____ LPN |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. (
(Replaces DC

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Shawnee Correctional** _____ Center

Offender Information:

White                    Richard          ID#: R14550
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-18-18 12P | LPN note (S) (O) I'm to HCU - TX - Hep ex (A) Hep ex. completed / Am TX | (P) cont. as ordered M Reed LPN |
| 7-18-18 12P | LPN note (S) I'm s/c (L) knee is still popping c bending & walking. (O) TX - HCU (A) AM TX | (P) cont. as ordered M Reed LPN |
| 7-19-18 12¹⁶P | LPN note (S) (O) I'm to HCU - Hep ex completed (A) AM TX | (P) cont. as ordered M Reed LPN |
| 7-20-18 10:00am | LPN note S: Ø O: I'm to HCU; Hep ex completed A: Am tx | P.) Cont. as planned. K. |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0171

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White _Last Name_ | Richard _First Name_ | _MI_ | ID#: R 14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/21/18 11am | LPN note | P: Cont. PR ordered |
| | S: ∅ | |
| | O: I/m to HCU completed Hep exc. | |
| | A: am tx | Cuz LPN |
| 7-22-18 10:50 A | LPN note | ① cont. as ordered |
| | S: ∅ O: I/m to HCU-Tx-hep ex-completed | |
| | A: Am Tx | M Reed LPN |
| | | |
| 7/23/18 9:45am | LPN Note | P: cont. as ordered |
| | S: ∅ O/m | |
| | O: I/m to HCU completed Hep Ex. | |
| | A: am tx | C ① LPN |
| | | |

WHITE SCC (MR) 0172

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/23/18 | MD SICK CALL T___ P___ R___ B/P___ WT___ | |
| | 1 MO Flu | |
| | ※ Rescheduled R/r time Constraint J. Miller CMT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0173

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Shawnee Correctional** _____ Center

Offender Information:

White          Richard          R14550
Last Name          First Name          MI   ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

___Shawnee Correctional___ Center

**Dizziness / Vertigo**

Offender Information:

White (Last Name)   Richard (First Name)   MI

ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/25/18 10AM | **RN NOTE   LPN/CMT NOTE** | **P)   Referral to MD:** |
| | S) - Onset? UAM | - Any recent head trauma or LOC or alteration in consciousness |
| | - Other symptoms? SOB at times | - Any history of blood loss |
| | - History of head injury   Yes  (No) | - Difficulty walking |
| | - History of loss of consciousness   Yes  (No) | - Abnormal VS, pupillary reflexes or hand grasps |
| | - Any similar episodes in the past   Yes  (No) | - Possible ear infection |
| | - If so, did you seek treatment   Yes  No | - Reported or objective finding of lateralizing weakness or numbness in any extremity |
| | - Was it effective   Yes  No   NA | - Any dizziness with chest pain or altered mental status |
| | - Is dizziness related to change of position   Yes  (No) | |
| | - Experience problems walking   Yes  (No) | |
| | - Any other Medical conditions? NO | |
| | | **Patient Teaching:** |
| | - Medications currently taking? Ø | Limit activity if dizzy to prevent fall or injury |
| | | - Avoid standing quickly from a supine position |
| | - Any recent medications? Ø | - Eat properly with adequate fluid intake |
| | - Any allergies? NKA | **OVER** |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0175

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Dizziness / Vertigo (Cont.)**

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name           First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| cont | O) T 99 P 90 R 18 BP 146/98 WT 185 | - Get adequate rest |
| | - Lying  BP 120/60  P 85 | - Return to NSC if symptoms worsen or persist. |
| | - Standing  BP 146/98  P 80 | |
| | - Pupillary reaction  reactive | |
| | - Hand grips equal and strong bilateral  (Yes)  No | |
| | - Able to walk straight line with eyes closed  (Yes)  No | |
| | - Ear canals reddened  Yes  (No) | |
| | - S&S of ear infection  Yes  (No) | |
| | - Accucheck  N/A | |
| | | |
| | | |
| | | |
| | | |
| | | Nurse Signature  BRummes LPN |
| | A)  Dizziness | Payment voucher  YES  (NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0176

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional/Hardin County Work Camp _____ Center

**Non-Specific
Discomfort**

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-28-18<br>10:40 A | S) - Any Allergies  NKA | P)  MD Referral |
| | - Location of pain / discomfort  (L) Knee | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing  Throbbing  Constant  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  S/P (L) Knee arthroscopy | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  8 | |
| | - Duration of pain 3 1/2 yrs | ARD)<br>No MD referral  ACETAMINOPHEN 325MG TAE<br>53678630  SHAWNEE, STOCK |
| | O)  T 98.1  P 80  R 14  BP 122/86 WT 185 | ✓ Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  (1) | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected<br>(1) Swelling or discoloration.<br>S/P pain on-going since surgery 3 1/2 yrs.<br>S/sx (1) worsening pains or improvement c certain functions. | ✓ Return to see provider if symptoms worsen or interfere with daily functioning |
| | | Nurse Signature  M Reed LPN |
| | A) Non-Specific Discomfort | Payment voucher  (YES)  NO |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional/Hardin County Work Camp_____ Center

Offender Information:

White                    Richard                    ID#: R14550
Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/1/18 | LPN Note ——— | |
| 10mm | S: Ø | P: Follow-up as advised |
| | O: Offender completed | and PRN. |
| | HEP exercises in | |
| | healthcare unit. S | |
| | complaints. | |
| | A: PM treatment | |
| 8/2/18 | LPN Note ——— | |
| 10am | S: Ø | P: Follow-up as advised |
| | O: Offender completed | |
| | HEP exercises in | |
| | healthcare c no | |
| | complaints voiced. | |
| | A: PM treatment | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0178

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/3/18 10am | LPN Note —<br>S: Ø<br>O: Offender in HCU for less than 5 minutes, then stated he "was finished" with his HCP exercises.<br>A: ~~HCP treatment line~~ | P: follow-up as advised |
| 8-4-18 950AM | LPN Note<br>S: Ø<br>O: I/m to HCU. Hep exercises complete.<br>A: AM Tx | P: cont. c̄ tx as ordered<br>d/l LPN |
|  |  |  |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/5/18 10²⁵ Am | RN Note HEP exercises done in HCU per offender ——— | M Luttrelle |
| 8-6-18 11ᴬ | LPN Note: S) Ø O) Inm to HCU - TX - Hep ex Complete A) AM TX | P) As ordered M Reed LPN |
| 8-6-18 11ᴬ | LPN note S) O) Inm states knee still popping, unable to complete certain exercises due to pains. O) Hep ex completed A) AM TX | P) PRN M Reed LPN |
| 8/7/18 11 Am | LPN Note ——— S: Ø O: Completed HEP exercises s̄ complaints A: AM tx | P: follow-up as ordered |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

White                    Richard                    R14550
Last Name              First Name         MI      ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/8/18 | LPN Note — | |
| 10 AM | S: "I have to hurry up. I don't want to be here long because I need to watch the softball game" | P Cont. as ordered |
| | O: Offender did HEP exercises in healthcare for a few minutes, but then said he was done and left. | |
| | A: pm treatment line | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0181

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Special Service Referral Denial or Revision

Offender's Name: _White, Richard_   ID# _R16550_

Referral Date: _9-9-15_

Initial Proposed Course of Action: _____

_MRI left knee_

_Dr. Ritz of Collegial Review did not_

_approve this._

Alternative Care Recommended: _____

_One time PT evaluation to recommend_

_Home Exercise Program Patient to do the_

_HEP in the monitored in the Hell_

_for 4-6 weeks._

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

_DR. DAVID_                                           _9-9-15_

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender, Offender's Medical File, and
Heath Care Unit Administrator                (Printed on Recycled Paper)          DOC 0255 (Eff.4/2007)

WHITE SCC (MR) 0182

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

*Shawnee C.C.*
=(Facility)

Offender's Name: *White, Richard*   ID# *R14550*

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify)
☐ Other (specify) *MRI left knee.*

Urgent: ☐ Yes   ☐ No

Referred to: _____

Rationale for Referral: *33 y/o B/M injured left knee playing basketball on 6-26-15. He has treated conservative c NWB, crutches & NSAID c no improvement. He continues to have knee pain, ambulates c a limp & cannot extend L he up to 160° & flex it only to 60°. X-rays taken on 7-6-15 & 8-27-15 show minimal degenerative changes (OA) & small effusion. Sxp: ACL knee ligament tear/strain.*

Print Referring Practitioner's Name     Referring Practitioner's Signature     Date *8-15*

#### Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name     Practitioner's Signature     Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator     Page 1 of 1     DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

WHITE SCC (MR) 0183

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Special Services Referral and Report

Shawnee

(Facility)

Offender's Name: White, Richard    ID# R14550

Reason for Referral: ☐ Consult   ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: Union County Hospital

Rationale for Referral: Physical Therapy eval for home exercise program ① Knee. _____ in Collegial Review on 9-9-15.

diagnoses ① Knee pain

Dr. David

Print Referring Practitioner's Name          Referring Practitioner's Signature          9-10-15
Date

---

Report of Referral (Use Reverse Side, if necessary)

Findings: ① knee 0-130°, ② knee 13-103°, poor quad contraction, ② ē atrophy hold of quads or gastroc. Unable to accurately assess/fully assess ligament laxity 2° to ① guarding or pain - but within testing abilities ① ant. drawer, (+) menurcus, (+) ② LCL valgus stress test at 0° & 30°. Had tenderness surrounding ② knee, + LOS on ② LE ē amb ē AD & ② knee

Assessment: remains slightly flexed

Possible ② knee internal derangement 2° to sports injury. ↓ AROM & strength & balance impairment affecting functional mobility.

Recommendations/Plans: HEP 1x/day x 4-6 wks. Cont. ē Ace bandage for support. 1-2 crutches as needed ē weight ② LE unless otherwise ordered by MD. Educated regarding importance of completing HEP daily 2° to ROM & strength decline.

Kim Booker PT

Print Practitioner's Name          Kim Booker PT          9/10/15
Practitioner's Signature          Date

---

Facility Medical Director Use Only

I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

DR. DAVID

Print Facility Medical Director's Name          Facility Medical Director's Signature          9-21-15
Date

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

WHITE SCC (MR) 0184





## PHYSICAL THERAPY EVALUATION
Page **1** of **3**

| Today's Date: | 9-18-15 | Onset Date: | June 26, 2015 |
|---|---|---|---|
| Patient Name: | White, Richard | Referring Physician: | Dr. David |
| DOB: | 10-8-1981 | Medical Dx: | L knee pain |
| Orders: | 1x eval for HEP | | |
| Treatment Dx: | **L knee pain** | | |

| SUBJECTIVE: | |
|---|---|
| Profile/CC: | Pt. states he was playing basketball and someone landed on his L knee, heard a pop and was unable to put wt on the leg afterwards, was given medication and swelling has decreased but is still having pain. Pt. reports knee wants to give out if he puts too much wt on it. Pt. reports he is using crutches off and on since June (admits this is the 2nd time using them), using mostly for long distances. Pt. reports MD has not ordered NWB status. |
| MOI: | Sports injury-see above |
| Pain Scale: | 6-7/10 now and at worst |
| Pain Description: | Primarily surrounds L knee-all sensations of pain described |
| AGG factors: | Walking, WB, stairs, unable to straighten knee |
| EAS factors: | Medication, crutches-no easing factors |
| 24 hour behavior: | No problems |
| Pmhx: | NA |
| Pshx: | NA |
| Meds: | Meds for L knee pain |
| Special Studies: | x-ray |
| Special Questions: | NA |
| Prior Rx: | NA |
| Occupation: | NA |
| Social Hx: | Prisoner at Shawnee Correctional Center |
| Hobbies: | Writing, playing sports-mostly basketball |
| Prior Level Function: | I with ADLs and amb without AD without pain or problems, playing basketball, running and jumping without pain or problem |
| Current Level of Function: | Does not have to do stairs in facility, has stopped playing basketball, running or jumping, careful with ADLs |
| Learning Barriers: | None at this time |
| Learning | Age specific approach utilized with combination of visual, verbal and |

White, Richard-Physical Therapy Evaluation

618 833 2378      UCH REHAB                                                02:09:43 p.m.   09-24-2015      1 /4



# PHYSICAL THERAPY EVALUATION
## Page 2 of 3

| Style: | demonstration |
|---|---|
| Patient Goal: | "To have surgery" |

| **OBJECTIVE:** | |
|---|---|
| Obs: | Pt. arrives to appt amb I'ly without AD with decreased WB on LLE, L knee slightly flexed, decreased initial contact and push off/toe off. Pt. brings crutches to appt but does not amb with them. No observable swelling, redness or warmth of L knee |
| AROM: | 13-103 degrees L knee, 0-130 degrees R knee; B hip and ankle WNLs |
| PROM: | NT |
| MMT: | Poor quad contraction L with atrophy noted of quads and gastroc. L hip flex 4/5, knee flex 4/5, ext 2/5, ankle DF 5/5. |
| NEURO: | |
| Special Tests: | Unable to accurately assess/fully assess ligament laxity due to pt guarding and pain; within testing ability through: (+)ant drawer, (+)mcmurrays, (+)MCL/valgus stress test at 0 and 30 degrees. Unable to assume SLS. L HS and gastroc tightness |
| Palpation: | Mod tenderness surrounding L knee |

| Rx Today: | Issued HEP per chart copy 9-18-15. |
|---|---|
| Patient verbalized and demonstrated appropriate understanding today on their role of the recovery process and agreeing to the plan of care. | |

| **ASSESSMENT:** | Pt. presents with possible L knee internal derangement due to sports injury; difficulty accurately assessing ligament laxity due to pt guarding and pain. |
|---|---|
| | Patient is considered appropriate for skilled PT services and has good rehab potential for stated goals. |
| | |
| Impairments: | Pain: + L knee |
| | ROM: decreased L knee |
| | Strength/Endurance/Motor Control: decreased strength L hip and knee with poor quad contraction; atrophy L quads and gastrocs, decreased flexibility |
| | Other: gait deviations, suspect ligament laxity |
| Functional limitation: | Self-Care Tasks: completes with pain |
| | Home Tasks: completes with pain |
| | Community/Work Tasks: avoids stairs, not able to participate in sports, |

White, Richard-Physical Therapy Evaluation



# PHYSICAL THERAPY EVALUATION
Page **3** of **3**

| Outcome Scale: | difficulty walking | |
|---|---|---|

**SHORT TERM GOALS x 1 visit**

1. Pt. will be I with HEP of ROM and strengthening ex's with emphasis on L knee-MET.

**LONG TERM GOALS x 1 visit**

1. Pt. will be I with overall management of condition-MET.

| PLAN: | Will see for skilled PT for 1x visit for instruction in HEP; interventions may include: | | |
|---|---|---|---|
| | 1. Therapeutic Exercise: ROM ex's, stretching and strengthening L hip and knee | | |
| | 2. Manual Therapy: NA | | |
| | 3. Modalities: NA | | |
| | 4. Other: Encourage use of Ace bandage for support, 1-2 crutches as needed with WBAT LLE unless otherwise ordered by MD. | | |
| Frequency/Duration: | 1x visit | Total Visits: | 1 |

DISCHARGE PLAN:  will discharge from skilled PT when goals are met or maximum functional improvement has been reached



| | | |
|---|---|---|
| *Kim Booker* | Kimberly Booker, PT | |
| Physical Therapist's Signature | Therapists Name | Date: 9-18-15 |
| Certification Period From: | 9/18/15   Through: 10/17/15 *exp 9/18/15* | 9/18/15 |

I have read the plan of care for this patient and have determined that this service is reasonable and medically necessary.

| | | |
|---|---|---|
| | 9-24-15 | DR. A. DAVIS |
| Physician's Signature | Date: | Physician's Name |

White, Richard-Physical Therapy Evaluation

R14550

Union County Hospital
517 North Main Street
Anna, IL  62906
618 833 4511

RADIOLOGY REPORT

NAME: WHITE, RICHARD

| | | | |
|---|---|---|---|
| MRN: | 1049738 | ROOM: | DOB: 10/08/1981 |
| ACCOUNT#: | 4325381 | BED: | AGE: 36 Y |
| ACCESSION#: | 43253810000100 | | SEX: M |
| EXAM: | MRLJS MRI LOWER JOINT WO | | DOS: 12/19/2017 |

DICTATED BY:              MUELLER, DAVID
ORDERED BY:               DAVID, ALFONSO C
ATTENDING PHYSICIAN:      DAVID, ALFONSO C
PRIMARY CARE PHYSICIAN: DAVID, ALFONSO C

EXAM:  MRI lower joint / left knee without contrast.

HISTORY:  Left knee pain.  No left knee surgery reported..

TECHNIQUE:  Using a local extremity coil on a high field strength
magnet multiplanar multisequence MRI was performed of the left knee
without intravenous or intra-articular gadolinium contrast.

FINDINGS:  I do not have prior radiographs of the left knee available
for comparison at the time of this dictation.

Within the medial compartment there is a large bucket-handle tear
medial meniscus involving portions of the body as well as anterior and
posterior horn with torn/displaced portion of meniscus along the
medial aspect of the intercondylar notch.  The medial compartment
cartilage congruent.  Trace joint centered subchondral bone marrow
edema over the medial weightbearing aspect of the medial compartment
as well as some seen over the medial tibial spine.

Within the lateral compartment the lateral meniscus is intact without
discrete surfacing meniscal tear.  The lateral compartment cartilage
congruent without underlying subchondral edema.

Within the patellofemoral compartment there is a lateral
tilt/subluxation of the patella with respect to the trochlear groove.
Patella high-riding.  Patellar and trochlear groove cartilage
otherwise congruent without focal underlying subchondral edema.

Moderate sized left knee effusion.  Prominent plica.  No large
osteochondral loose bodies.  Intact PCL fibers.  High -grade
partial/near full-thickness tearing of the ACL. There are thought to
be some stretched/lax diminutive fibers remaining..  No definitive
anterior translation of the tibia with respect to the femur.  The
extensor mechanism is intact.  The medial collateral ligament as well
as lateral collateral ligament complex and posterolateral corner
intact.  Overall bone marrow signal intensity shows no acute fracture
or bone erosions..

M.D. Review
Date
Signature

Pull Chart ☐
See Patient ☐
File ☐

WHITE SCC (MR) 0188

IMPRESSION: Large bucket-handle tear medial meniscus.

-                          Page 1 of 2

-                       RADIOLOGY REPORT

NAME: WHITE, RICHARD

| | | | |
|---|---|---|---|
| MRN: | 1049738 | ROOM: | DOB: 10/08/1981 |
| ACCOUNT#: | 4325381 | BED: | AGE: 36 Y |
| ACCESSION#: | 43253810000100 | | SEX: M |
| EXAM: | MRLJS MRI LOWER JOINT WO | | DOS: 12/19/2017 |

DICTATED BY:             MUELLER, DAVID
ORDERED BY:              DAVID, ALFONSO C
ATTENDING PHYSICIAN:     DAVID, ALFONSO C
PRIMARY CARE PHYSICIAN: DAVID, ALFONSO C

-

Trace joint centered subchondral bone marrow edema over the medial
weightbearing aspect of the medial compartment.
-
Moderate sized left effusion.  Prominent plica.

Lateral tilt/subluxation of the patella which is high-riding.
-
High-grade partial/near full-thickness tearing of the ACL.  There are
thought to be some stretched/lax diminutive fibers remaining.  Intact
PCL.  Intact collateral ligaments.
-
Recommendation is obtainment and correlation with plain film
radiographs of the left knee to include tangential view as none are
available for comparison at the time of this dictation.
-
-

-   This document is electronically signed by:  David Mueller  on
12/19/2017 at 11:51 AM (CST) .

DAVID MUELLER M.D.

D Date/Time: 12/19/2017 11:51 AM CT
T Date/Time: 12/19/2017 11:51 AM CT
MT: DAM

-                          Page 2 of 2

WHITE SCC (MR) 0189

HHN: RITH
Johnston

Ⓕ # 618 653
4027



**Patient:**          **Richard White**
Date of Birth:    10/08/1981  Age  36
Date:             01/23/2018 1:30 PM
Visit Type:       **Office Visit**

## CHIEF COMPLAINT

Left knee pain, popping

## HISTORY OF PRESENT ILLNESS

1. knee

This is a 36-year-old male prisoner who hurt his knee playing basketball in 06/2015, has had persistent pain, swelling, popping a
locking since that time, here for orthopedic evaluation.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

Patient reported no relevant past med/surg/psych history.



## SOCIAL HISTORY (Detailed)

Tobacco use reviewed.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)

Patient reports there is no relevant family history.

## MEDICATIONS

Med Reconciliation:
Patient is on no medications.

## ALLERGIES

| Comment | Resolved | Ingredient | Medication Name | Reaction |
|---|---|---|---|---|
| | | NO KNOWN ALLERGIES | | |

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Eyes | Negative | Vision loss. |

2-6-18

White, Richard    000003211589 10/08/1981 01/23/2018 01:30 PM Page: 1/3

| | | |
|---|---|---|
| Integumentary | Negative | Rash. |
| GU | Negative | Dysuria and urinary incontinence. |
| Endocrine | Negative | Cold intolerance, heat intolerance, weight gain and weight loss. |
| Hema/Lymph | Negative | Bruising and easy bleeding. |
| MS | Negative | Except as noted in hpi and chief complaint and muscle weakness. |
| Neuro | Negative | Headache and paresthesia. |
| Respiratory | Negative | Asthma, cough and dyspnea. |
| Constitutional | Negative | Chills, fever and night sweats. |
| GI | Negative | Abdominal pain and black tarry stools. |
| Psych | Negative | Depression and insomnia. |
| Allergic/Immuno | Negative | Environmental allergies. |
| Cardio | Negative | Chest pain, irregular heartbeat/palpitations and leg swelling. |

ROS: Please refer to the patient questionnaire which I have reviewed and signed today for the chief complaint, history of present illness, past medical and surgical history, allergies, medications, family and social history, as well as review of systems.

## VITAL SIGNS
Unable to obtain all vitals.

## PHYSICAL EXAM

On physical exam today of the affected left lower extremity, no effusion, posteromedial joint line tenderness, pain with hyperflexion, Mcmurray's, +1 to +2 Lachman's, otherwise stable ligamentous exam, full range of motion, neurovascularly intact distally, no signs of infection or DVT. He may lack the terminal 2 to 3 degrees extension on the left versus the right.

## DIAGNOSTICS

| Modifier | Study | Result/Report |
|---|---|---|
| LT | Knee Xray 1 Or 2 Views | |
| | Knee Xray Both Knees Standing AP | |

| Ordered Date | Completed Date | Dx./Indication | Study | Result |
|---|---|---|---|---|
| 01/23/2018 | | Pain in left knee | Knee Xray 1 Or 2 Views | |
| 01/23/2018 | | Pain in left knee | Knee Xray Both Knees Standing AP | |

Interpretation: X-rays, AP, lateral, and merchant views, show some primary osteoarthritis.

CLINICAL AND RADIOGRAPHIC IMPRESSION
Primary osteoarthritis of the left knee.

MRI scan was reviewed that showed a partial thickness ACL tear and a medial meniscus tear of the left knee.

## CLINICAL ASSESSMENT/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pain in left knee. |
| 2. | Assessment | Rupture of anterior cruciate ligament of left knee, initial encounter. |
| 3. | Assessment | Tear of medial meniscus of left knee, current, unspecified tear type, initial encounter. |

White, Richard    000000211589 10/08/1981 01/23/2018 01:30 PM Page: 2/3

Assessment:

A 36-year-old male with primary osteoarthritis of the left knee, a partial ACL tear, and a displaced medial meniscus tear

Plan:

Discussed the diagnosis, imaging studies, and treatment options in detail with the patient including surgical and nonsurgical measures. With his arthritis, I do not recommend surgical intervention for the ACL, simply rehab. However, the meniscus this is unlikely to improve without partial meniscectomy. We will seek approval to get him set up for a left knee arthroscopic partial medial meniscectomy, do not anticipate the need for ACL surgery later. The evaluation of the articular cartilage at the time of the meniscal surgery will a low further determination about whether he is a candidate for ACL reconstruction in the future. He will call with any further difficulties.

Electronically signed by: *John T. Davis MD*  01/24/2018 08:15 PM

*order demonstrated by:* No-Gen Admin 01/24/2018 08:15 PM

Alfonso Chy David MD
6665 State Route 146 E
Vienna, IL, 62995
6186584027

John Thomas Davis, MD/60001

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9635 - www.orthopaedicinstitute.com

479865880

3/22/18
Surgery center

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

_Shawnee CC_
(Facility)

Offender's Name: _White, Richard_   ID# _R14550_

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify)
☐ Other (specify) _left knee arthroscopic partial medical meniscectomy_

Urgent: ☐ Yes   ☐ No

Referred to: _Dr. J.T. Davis_

Rationale for Referral: _See ortho consult notes dated 1-23-18_
(attached) _Note: Offender upset & insisting that he wants both ACL & medical menical tear surgery not just meniscal surgery as what orthopedic recommended._

_DR. DAVID_                                                   _2-6-18_
Print Referring Practitioner's Name        Referring Practitioner's Signature        Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

_____

_____

Assessment: _See attached_

_____

_____

Recommendations/Plans: _____

_____

_____

_____

Print Practitioner's Name        Practitioner's Signature        Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

_DR. DAVID_                                              _4-9-18_
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and        Page 1 of 1        DOC 0190 (Eff.4/2007)

WHITE SCC (MRO) 0196

| Operative Report | | | |
|---|---|---|---|
| **Patient Name:** | Richard White | **Date of Service:** | March 22, 2018 |
| **Patient ID:** | 36419 | **Date of Birth:** | October 8, 1981 |
| **Clinician:** | J.T. Davis, M.D. | | |

## SOUTHERN ILLINOIS ORTHOPEDIC CENTER

### OPERATIVE REPORT

**PREOPERATIVE DIAGNOSES:**
1. Anterior cruciate ligament tear, left knee.
2. Left knee traumatic bucket-handle medial meniscus tear.

**POSTOPERATIVE DIAGNOSES:**
1. Anterior cruciate ligament tear, left knee.
2. Left knee traumatic bucket-handle medial meniscus tear.
3. Left knee synovitis.

**PROCEDURES:**
1. Left knee arthroscopic partial medial menisceectomy of traumatic complex bucket-handle medial meniscus tear.
2. Left knee arthroscopic complete synovectomy of patellofemoral, medial, and lateral compartments.
3. Left knee injection with 8 cc of 0.25% plain Marcaine and 0.8 cc or 8 mg of Decadron.

**SURGEON:** J.T. Davis, MD

**ASSISTANT:** Jeremy Palmer, PA-C

**ANESTHESIA:** General tracheal intubation.

**ESTIMATED BLOOD LOSS:** Minimal.

**COMPLICATIONS:** None.

**SPECIMENS:** None.

**DRAINS:** None.

**HARDWARE:** None.

M.D. Review
Date
Signature

Pull Chart ☐
See Patient ☐
File ☐

**INDICATIONS FOR PROCEDURE:** This is a 36-year-old male with persistent left knee pain. After the risks, benefits, expected outcome, and rehabilitative course were discussed in detail with the patient, an informed consent was signed to come to the operating room for surgical management.

**DETAILS OF THE PROCEDURE:** The patient was brought into the operating room and placed supine on the table. After general tracheal intubation, he underwent examination under anesthesia that revealed full passive range of motion of the joint, a +1 to 2 Lachman, and an otherwise stable ligamentous exam. After identification of the preoperative marking made by the patient in the surgical holding area, the left lower extremity was prepped and draped in the usual sterile fashion. The nurse called timeout in the room and the patient received IV antibiotics prior to the beginning of the procedure.

After infiltration of the portal sites with 0.5% Marcaine with epinephrine, two 0.5-cm vertical incisions were

PATIENT: Richard White
SS#: 36419
DOB: 10/8/1981

SURGEON: J.T. Davis, M.D.
SURGERY DATE: 3/22/2018

WHITE SCC (MR) 0194

made on either side of the patella tendon. The scope trocar was inserted into the lateral portal and up into the suprapatellar pouch where a sequential diagnostic arthroscopy ensued. There were no loose bodies in the suprapatellar pouch or medial or lateral gutters. There were no articular cartilage defects in the patellofemoral joint. Entry into the lateral compartment revealed no articular cartilage defects and no lateral meniscal tearing with direct inspection and meniscal probing. Entry into the intercondylar notch revealed the ACL was torn off its femoral origin and scarred into the PCL. The synovitis in the patellofemoral, medial, and lateral compartments was completely resected. After a complete arthroscopic synovectomy, attention was turned to the torn bucket-handle medial meniscus tear, which was resected. After a partial medial meniscectomy of a complex traumatic bucket-handle medial meniscus tear with estimated removal of about 60 to 70% of the tissue, the posteromedial compartment was inspected and found to be free of any loose bodies or residual meniscal tearing. Fluid was copiously lavaged through the joint to remove any excess free fragments. The portal sites were closed using simple interrupted stitches. The knee joint was injected with 8 cc of 0.25% plain Marcaine and 0.8 cc or 8 mg of Decadron. The wounds were dressed with Xeroform, 4 x 4s, ABD, and an Ace wrap. The patient was transferred to the stretcher and brought to the recovery room in stable condition. He tolerated the procedure well after anesthesia. All counts are correct at the end of the case.

Please note my assistant Jeremy Palmer, PA-C, was present throughout the entire portion of the case. He assisted with patient positioning, instrumentation, and manipulation of the extremity.

J.T. Davis, M.D.

Date Dictated:      03/22/2018
Date Transcribed:   03/22/2018
JD/jl
Job #: 168249715

PATIENT: Richard White                    SURGEON: J.T. Davis, M.D.
SS#: 36419                                SURGERY DATE: 3/22/2018
DOB: 10/8/1981

WHITE SCC (MR) 0195

THIS DOCUMENT HAS INVISIBLE FLUORESCENT FIBERS - VIEW UNDER BLACK LIGHT

# Orthopaedic Institute of Southern Illinois

R𝑥

| 1101 Diann Ln. | 510 Lincoln Drive |
|---|---|
| Carbondale, IL 62901 | Herrin, IL 62948 |
| (618) 457-0325 | (618) 997-6800 |
| Fax (618) 457-0211 | Fax (618) 998-9124 |

| | | | |
|---|---|---|---|
| ☐ Roland Barr, MD BB4619562 | ☐ Gardner Kenny, MD BK2854621 | ☐ Angela Arnold, PA-C MA1631135 | ☑ Jeremy D. Palmer, PA-C MP1168601 |
| ☐ Treg D. Brown, MD BB4792861 | ☐ Richard L. Morgan, MD AM7218541 | ☐ Sara Brown, PA-C MB1000126 | ☐ Lauren Houseright, PA-C MR3049411 |
| ☐ J. Michael Davis, MD BD2341802 | ☐ Bret Miller, MD BM0971007 | ☐ Darrell S. Cutler, PA-C MC0919944 | ☐ Roger R. Smith, PA-C MS0930190 |
| ☐ J.T. Davis, MD BD9177393 | ☐ C. David Wood, MD BW2587701 | ☐ Timothy Jennings, PA-C MJ0889761 | ☐ Robert Deaton, NP MD1090694 |
| ☐ Robert J. Golz, MD BG1368061 | ☐ John B. Wood, MD BW1493751 | ☐ David E. Mason, PA-C MM1320035 | ☐ Britney Hall, PA-C MH3011222 |
| ☐ Jeff Jones, DO FJ0815300 | ☐ Steve Young, MD BY7488605 | ☐ Gretchen B. Mason, PA-C MM1940849 | |
| | | ☐ John W. Nugent, PA-C MN1000152 | |

NAME: _Richard White_          DOB _10-8-81_

Address: _____          Date: _3-22-18_

| Rx | | SIG | DISP | Refill |
|---|---|---|---|---|
| Norco 7/325 mg | T-TT | PO every 6hrs PRN | FORTY | (# 40) 1 2 3 |
| Aspirin EC 325mg | T | PO daily c̄ meal | THIRTY | (# 30) 1 2 3 |

M.D. _____          M.D. _____

☐ Dispense as written          ☑ May Substitute Generic

DOCUMENT CONTAINS VOID PANTOGRAPH AND ARTIFICIAL WATERMARK

WHITE SCC (MR) 0196

**SOUTHERN ILLINOIS S⎇OC ORTHOPEDIC CENTER**

**DISCHARGE INSTRUCTION SHEET**   **(618) 997-3100**
**Ext. 1073**

NAME: WHITE , RICHARD
ACT#: 36419
DOB: 10/08/81          AGE: 36
DR: DAVIS , JOHN T
PAT | DOS: 03/22/18

The following instructions are guidelines for your recuperation at home. A member of the Southern Illinois Orthopedic Center will be calling you in the next few days following your surgery to check on your progress. If you have any questions regarding your care, please feel free to call the Surgical Center Monday – Friday 6:30 a.m. to 6:00 p.m. Out of concern for your safety, the anesthesia department recommends that you arrange for a **responsible adult to be with you for 24 hours following surgery**. Emergency questions or situations should be referred to your physician. Below is a list of instructions to follow after your surgery. Please read them carefully and follow those that are checked.

**DIET:**

___ No restrictions
X Begin with liquids and light foods (jello, soup, etc). Progress to a normal diet if you do not experience nausea.
X No alcoholic beverages for 24 hours.

**ACTIVITY:**

X Do NOT drive a car, operate machinery, or make important decisions for 24 hours following a general anesthetic.

**INCISION CARE/DRESSINGS:**
X Keep dressings clean and dry.
___ Do NOT change your dressing until you see your doctor at your return appointment.

X See Guideline Sheet.

X Remove dressings after __3__ day(s). + apply bandaids

X If you show signs of infection, such as temperature elevation (over 101°) reddened swollen incision, foul smelling drainage from incision, incision feels more sore instead of less as days go by, you should call your physician.

X You may shower/bathe after __3 days__

___ You are at a **high risk for falls** due to the block on your lower extremity. You must use your crutches at all times and limit your activities until the sensation in your leg returns. **Do not attempt to walk by yourself**.

**MEDICATION INSTRUCTIONS:**

X Reviewed the Medication Reconciliation Form (attached)

✓ Prescriptions called to: _Oncorand_

**Remember to pick up the prescription.**

X Your medication may cause drowsiness. Do NOT drive a motor vehicle or work any dangerous machinery while taking this medication.
X Do NOT drink alcoholic beverages while taking this pain prescription medication.

**SPECIAL INSTRUCTIONS:**
X Call your doctor if the affected extremity becomes cold to touch, blue, tingly or numb, or if you have excessive swelling or pain.
X Elevate the affected extremity.
X Apply ice to the affected area.

**FOLLOW UP APPOINTMENTS:**
X Return appointments: __4/4/18     8:40 am__
__Hemin__

For your safety, **do not drive a vehicle** while crutches are being used or while your sling is in place. Check with your surgeon at your next appointment for clarification as to when you can drive again.

**OTHER INSTRUCTIONS:**
_____
_____
_____

IF YOU HAVE ANY QUESTIONS, PLEASE CALL YOUR DOCTOR OR THE SIOC.

Patient Signature          Date          *KBennettRN*    Nurse Signature    *3/22/18*    Date

Signature of Responsible Adult with Patient          *(X)* Relationship to Patient

WHITE SCC (MR) 0197

**ATTENTION:** Do not use abbreviations on this form. A copy of this form goes home with the patient upon discharge.

DATE: 3-22-18   SOURCE: ☑ Patient & Facility  ☐ Family Member  ☐ Provided List  ☐ Pharmacy _____

NKA ☑  OR  ~~ALLERGIES REACTIONS~~: _____

_____

☐ Unable to obtain medication list  ☑ No Home Meds  _____

## MEDICATION(S) PRIOR TO ADMISSION
(List all medications, nutritional or herbal supplements, pumps or patches used prior to this admission)

| Medications | Directions (strength, dose, route, how often) | Reason (why do I take it?) | Resume upon discharge | | Comments |
|---|---|---|---|---|---|
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |

**New medications prescribed today based on the procedure performed:**

| Medications | Directions | Reason | Comments |
|---|---|---|---|
| Norco 5/325mg | As directed | Pain | |
| Aspirin 325mg | As directed | DVT Precautions | |
| | | | |

☑ There are no changes to the medications based on the procedure performed today therefore you may continue ONLY the medications circled "YES" above in addition to the new medications added today if they are needed for pain control. If you have any questions, please contact your primary physician.

Nurse Signature _____  Date 3/22/18    Physician Signature _____  Date _____

☑ Medication reconciliation form reviewed with the patient and the responsible adult.
Voiced understanding. Copy given to the patient.

Patient/ Responsible Adult Signature _____  Date 3/22/18

NAME: WHITE, RICHARD
ACT#: 36419
DOB: 10/08/81      AGE: 36
DR: DAVIS, JOHN T
DOS: 03/22/18



# KNEE ARTHROSCOPY
## Dr. J. T. Davis

1. **KEEP** operative area clean and dry.
2. **MAY** remove dressing after 72 hours and apply Band-aids over the steri-strips covering your incisions.
3. **APPLY** ice for 20 minutes out of every hour for the first 48 hours to decrease pain and swelling (during day time hours).
4. **EXERCISE** only as instructed by your doctor.
5. **MAY** bear weight as tolerated using crutches as instructed by your physician.
6. **DO NOT** shower for 72 hours. Immediately following your shower, gently pad the steri-strips with a dry towel and re-apply new Band-aids.
7. **ELEVATE** affected leg on two pillows to reduce pain and swelling.
8. **DIET** as tolerated, progress slowly to help prevent nausea and vomiting. Include plenty of fluids to remain hydrated.
9. **KEEP** follow-up appointment with the physical therapy department.
10. **PLAN** to go home and rest quietly. You may be drowsy for a period of up to 12 hours.
11. **SCHEDULED** appointment to see your doctor is  4/4/18   8:40 am .  Herrin

**WHAT TO WATCH FOR:** Check for each of the following things at least three times daily. If any of these warning signs occur, **CALL YOUR DOCTOR.**

1. Increased pain, redness, swelling of the incision area.
2. Continuous bleeding that soaks through the whole dressing or drainage with a foul odor.
3. Numbness, tingling or change in color of the affected extremity.
4. Pain or tenderness in the calf.
5. Fever of 101 degrees or higher, orally.

If any problems occur or if you have any further questions, please contact your physician immediately at the Orthopaedic Institute of Southern Illinois (1-618-997-6800) or the Southern Illinois Orthopedic Center (1-618-997-3100), between the hours of 6:30am to 6:30pm. If you find that you cannot contact your physician but feel that your signs and symptoms warrant a physician's attention, please go to the nearest Emergency Department.

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Shawnee
*(Facility)*

Offender's Name: White, Richard    ID#: R14550

Reason for Referral:
☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☒ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☒ No

Referred to: Dr. J.T. Davis

Rationale for Referral: Follow up repair of (L) Knee arthroscopic partial medal meniscectomy

Dr David                                    4/3/18
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: normal postop knee

Assessment: Routine healing.

Recommendations/Plans: Home exercises.
Running jumping, sports x 1 month

Jeremy Palmer PAC    Palmer PAC    4-4-18
Print Practitioner's Name    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

DR. DAVID    4-4-18
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DOC 7105)



Patient:         Richard White
Date of Birth:   10/08/1981  Age: 36
Date:            04/04/2018 8:40 AM
Visit Type       Office Visit

## CHIEF COMPLAINT
Left knee pain.

## HISTORY OF PRESENT ILLNESS

1. knee

This patient is a 36-year-old male here today for a followup after a left knee arthroscopic partial medial meniscectomy and debridement done on 3/22/2018. He was treated nonoperatively for his ACL tear. His pain is manageable and tolerable. Still having pain and tightness in the knee at this point. No new complaints otherwise, though.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---------|-----------|----------|
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | procedureSide | Date | Comments |
|-----------|---------------|------|----------|
| Arthroscopy knee | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)
Patient reports there is no relevant family history.

## MEDICATIONS

Med Reconciliation:
Patient is on no medications.

## ALLERGIES

| Comment | Resolved | Ingredient | Medication Name | Reaction |
|---------|----------|-----------|-----------------|----------|
| | | NO KNOWN ALLERGIES | | |

Reviewed, no changes.

White, Richard   000000211589 10/08/1981 04/04/2018 08:40 AM Page: 1/3

WHITE SCC (MR) 0201

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Eyes | Negative | Blurred vision and vision loss. |
| Respiratory | Negative | Asthma, cough and dyspnea. |
| MS | Negative | Except as noted in hpi and chief complaint and muscle weakness. |
| Psych | Negative | Anxiety and insomnia. |
| Hema/Lymph | Negative | Bruising and easy bleeding. |
| Cardio | Negative | Chest pain and irregular heartbeat/palpitations. |
| Integumentary | Negative | Skin lesion. |
| GU | Negative | Dysuria and urinary incontinence. |
| Constitutional | Negative | Chills, fever and generalized weakness. |
| Allergic/Immuno | Negative | Contact allergy and contact dermatitis. |
| Neuro | Negative | Difficulty walking. |
| GI | Negative | Abdominal pain, nausea and vomiting. |
| Endocrine | Negative | Cold intolerance, heat intolerance, weight gain and weight loss. |

ROS:

## VITAL SIGNS

Unable to obtain all vitals.



## PHYSICAL EXAM

Exam today reveals no effusion in the knee.  He has full range of motion.  He has well healed incisions with sutures in place.  No signs of infection or DVT.

## CLINICAL ASSESSMENT/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Oth tear of medial meniscus, current injury, left knee, init. |
| 2. | Assessment | Pain in left knee. |



### Assessment:
Status post left knee arthroscopic partial medial meniscectomy on 03/22/2018 and nonoperative treatment of an ACL tear.

### Plan:
I reviewed the arthroscopic pictures, expectations and rehabilitative course with the patient today.  Questions were invited and answered.  His sutures were removed, steri-strips applied and he was given wound care instructions.  He will continue with DVT prophylaxis measures prescribed postoperatively.  We will give him a home exercise sheet to begin working on today and we will monitor his progress over the next month. With his incarceration, as we discussed, it is unlikely to be able to gain adequate physical therapy for an ACL reconstruction and even now for nonoperative treatment.  We will see how he progresses with functional daily activities over the coming months.  Ultimately, if there are persistent issues, then we will have further discussions of ACL reconstruction, though not anticipated while he is incarcerated.  Patient verbalized his understanding and agreement with the plan of care.

Jeremy D. Palmer, PA-C/60023

White, Richard   000000211589 10/08/1981 04/04/2018 08:40 AM Page: 2/3

Electronically signed by: *Jeremy D. Palmer PA-C*  04/04/2018 02:03 PM

Authenticated by: Palmer, Jeremy Nathan, PA-C 04/04/2018 02:03 PM

---

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9635 - www.orthopaedicinstitute.com

White, Richard    000000211589 10/08/1981 04/04/2018 08:40 AM Page: 3/3

WHITE SCC (MR) 0203

FROM (WED)APR 4 2018 23:96/ST. 23:40/No. 7604834250 2

HIP/KNEE-11 Stretching: Quadriceps Set

HIP/KNEE-17 Strengthening: Straight Leg Raise (Phase I)

HIP/KNEE-05 Strengthening: Hip (Straight Leg Raise)

HIP/KNEE-21 Strengthening: Hip Abduction (Side-Lying)

HIP/KNEE-22 Strengthening: Hip Adduction (Side-Lying)

HIP/KNEE-30 Strengthening: Hip (Extension Prone)

HIP/KNEE-x Strengthening: Hip Flexion (Prone)

HIP/KNEE-23 Strengthening: Terminal Knee Extension (Supine)

HIP/KNEE-38 Stretching: Hamstring (Supine)

Copyright © 1999-2016, VHI

WHITE SCC (MR) 0204

479865880

5/16/18
50
8am

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

_Shawnee_
(Facility)

Offender's Name: White, Richard   ID# R14550

Reason for Referral:
☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent ☐ Yes   ☒ No

Referred to: Dr. J.T. Davis

Rationale for Referral: follow up (L) Knee arthroscopic partial medial meniscectomy

Dr. David                                                    4/11/18
Print Referring Practitioner's Name   Referring Practitioner's Signature   Date

**Report of Referral** (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: formal PT X 1 mo. (L) Knee Quad, hip, core & terminal strengthening

J. Palmer PA-C                                          5/16/18
Print Practitioner's Name   Practitioner's Signature   Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

DR. DAVID                                              5-21-18
Print Facility Medical Director's Name   Facility Medical Director's Signature   Date

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
Replaces DC 7105)

WHITE SCC (MR) 0205

R14550



**THE ORTHOPAEDIC INSTITUTE OF SOUTHERN ILLINOIS**

Patient:            Richard White
Date of Birth:      10/08/1981 Age: 36
Date:               05/16/2018 9:10 AM
Visit Type:         Office Visit

## CHIEF COMPLAINT

Left knee postop.
This patient returns today for a followup of his left knee arthroscopic partial medial meniscectomy and debridement done on 03/22/2018. His pain is doing well. He has had no swelling, no mechanical complaints, no frank instability, though he has been protecting his activities. He is been treated nonoperatively for an ACL tear currently. He is incarcerated until a release date anticipated in 2020.

## MEDICATIONS

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

On exam today there is no effusion in the knee. His incisions have healed well. He has full range of motion. Full strength, 5/5 in all motor groups tested. No signs of infection or DVT.

M.D. Review
Date  5-21-18
Signature

Pull Chart ☐
See Patient ☐
File ☐

White, Richard    000000211589 10/08/1981 05/16/2018 09:10 AM Page: 1/3

WHITE SCC (MR) 0206

## CLINICAL ASSESSMENT/PLAN

### Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Bucket-handle tear of medial meniscus of left knee as current injury, subsequent encounter (S83.212D). |
| 2. | Assessment | Pain in left knee (M25.562). |
| 3. | Assessment | Rupture of anterior cruciate ligament of left knee, subsequent encounter (S83.512D). |



### Assessment:

Doing well following left knee arthroscopic partial medial meniscectomy done on 03/22/2018 and nonoperative treatment of an ACL tear.

### Plan:

I reviewed the diagnosis, expectations, and treatment options with the patient today. Questions were invited and answered. We discussed surgical and nonsurgical management options available. At this point in time my recommendation is for continued nonoperative treatment of his ACL tear. He has been doing home exercises, but still feels some weakness in the knee. I have recommended that he complete at least a around of formal physical therapy for a month prior to entertaining any surgical reconstruction of the ACL. Our concern primarily would be is if he is not able to complete postoperative rehab that this would significantly negate the benefits of ACL reconstruction. We will request therapy for him for quad, hip, core, and terminal knee strengthening 2-3 times a week for a month. He should implement protected body mechanics. He can begin with some straight forward jogging, running, squatting, and lifting per tolerance. He will progress his activities otherwise and see how he progresses with the therapy. If he has any persistent instability we would be happy to see him back and have further discussions of ACL reconstruction. If he is unable to get adequate therapy, then we discussed that he may need to delay ACL reconstruction until after his release date. Patient verbalized understanding and agreement with the plan of care.



Jeremy D. Palmer, PA-C/60023

*Electronically signed by :*
Palmer PA-C, Jeremy D 05/16/2018 3:24 PM

White, Richard    000000211589 10/08/1981 05/16/2018 09:10 AM Page: 2/3

WHITE SCC (MR) 0207

Document generated by: NextGen Admin 05/16/2018 03:24 PM

v.8.4/8.9

White, Richard    000000211589 10/08/1981 05/16/2018 09:10 AM Page: 3/3

WHITE SCC (MR) 0208

4th Kim
@ 458-4090

Apr 27, 2018
SLR 4 positions

HIP / KNEE - 65 Self-Mobilization Heel Slide (Supine)

Slide right heel toward buttocks until a gentle stretch is felt.
Hold ___ seconds. Relax.
Repeat ___ times per set. Do ___ sets per session
Do ___ sessions per day.



HIP / KNEE - 28 Strengthening Hip Extension (Prone)

Tighten muscles on front of right thigh, then lift leg ___ inches from surface, keeping knee locked.
Repeat ___ times per set. Do ___ sets per session
Do ___ sessions per day.

HIP / KNEE - 38 Stretching Hamstring (Supine)

Supporting right thigh behind knee, slowly straighten knee until stretch is felt in back of thigh. Hold ___ seconds.
Repeat ___ times per day. Do ___ sets per session
Do ___ sessional per day.

---

HIP / KNEE - 17 Strengthening Straight-Leg Raise (Plane 1)

Tighten muscles on front of right thigh, then lift leg ___ inches from surface, keeping knee locked.
Repeat ___ times per set. Do ___ sets per session
Do ___ sessions per day.

HIP / KNEE - 22 Strengthening Hip Adduction (Side-Lying)

Tighten muscles on front of right thigh, then lift leg ___ inches from surface, keeping knee locked.
Repeat ___ times per set. Do ___ sets per session
Do ___ sessions per day.

HIP / KNEE - 23 Strengthening Terminal Knee Extension (Supine)

With right knee over bolster, straighten knee by tightening muscles on top of thigh. Keep bottom of knee on bolster.
Repeat ___ times per set. Do ___ sets per session.
Do ___ sessions per day.

---

HIP / KNEE - 11 Strengthening Quadriceps Set

Tighten muscles on top of thigh by pushing knee down into surface. Hold ___ seconds.
Repeat ___ times per set. Do _10_ sessions per day.

HIP / KNEE - 21 Strengthening Hip Abduction (Side-Lying)

Tighten muscles on front of right thigh, then lift leg ___ inches from surface, keeping knee locked.
Repeat _20_ times per set. Do ___ sets per session.
Do ___ sessions per day.

HIP / KNEE - 8 Self-Mobilization Knee Flexion (Prone)

Bring right heel toward buttocks as close as possible. Hold ___ seconds. Relax.
Repeat _20_ times per set. Do ___ sets per session
Do ___ sessions per day.

Copyright © 1999-2010, VHI

FROM WHITE SCC (MR) 0209

(WED)MAY 23 2018 22:51/ST. 22:44/No. 7534884453 P 1

ILLINOIS DEPARTMENT OF CORRECTIONS
SHAWNEE CORRECTIONAL CENTER

**MENTAL HEALTH SEGREGATION ROUNDS**

MONTH / YEAR: NOVEMBER 2016

Date Segregation Began: 11/5/16

Offender Name: White, Richard

Facility

Date Segregation Ended:

ID#: R14520

D.O.B: 10/8/1981

| | | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| | | | | |

Completed by:

Kristin Hammersley, LCSW, SWIV

Clinician Name (Print)

Social Worker IV

Title (Print)

Date:
Circle one:   S  M (T) W  T  F  S

11/15/16

Mo./Day/Year

Time: 725

☐ a.m.
☐ p.m.

Housing Assignment: (Unit and Cell#)

S1-234

Cell Appearance
☑ Good
☐ Fair
☐ Poor*

Signature: Khammersley SWIV  11/15/16

Actions and Remarks
☐ Refer to Medical
☐ Refer for Urgent or Emergency Mental Health
☐ Mental Health Services Referral (DOC 0387)
☐ Refer to Counselor (Identify):
☑ No action required

Does the offender report currently being on psychotropic medication? ☐ Yes  ☑ No

Notes, Comments and Observations: Denied MH concerns. "I'm fine."

Completed by:

Kristin Hammersley, LCSW, SWIV

Clinician Name (Print)

Social Worker IV

Title (Print)

Signature: Khammersley SWIV  11/15/16

Date

Date:
Circle one:   S  M  T (W) T  F  S

11/22/16

Mo./Day/Year

Time: 8:00

☐ a.m.
☐ p.m.

Housing Assignment: (Unit and Cell#)

S124

Cell Appearance
☑ Good
☐ Fair
☐ Poor*

Actions and Remarks
☐ Refer to Medical
☐ Refer for Urgent or Emergency Mental Health
☐ Mental Health Services Referral (DOC 0387)
☐ Refer to Counselor (Identify):
☑ No action required

Does the offender report currently being on psychotropic medication? ☐ Yes  ☑ No

Notes, Comments and Observations: "I'm okay." No concerns noted.

Completed by:

Lauren Oestmann, LCSW

Clinician Name (Print)

Mental Health Professional

Title (Print)

Signature

Date  11-22-16

*To ensure adherence to health and sanitation standards, if cell appearance is indicated as "Poor", the Lieutenant assigned to the cell house shall be notified of the offender's name and housing location.

Distr:   Offender Medical File

Print___ of 3
Recycled Paper

DOC 0384 (Rev. 6/2014)

ILLINOIS DEPARTMENT OF CORRECTIONS
**MENTAL HEALTH SEGREGATION ROUNDS**
SHAWNEE CORRECTIONAL CENTER

MONTH/YEAR: NOVEMBER 2016

Date Segregation Began: 11/5/16

Offender Name: White, Richard          ID#: R44550          Facility          D.O.B.: 10/8/1981          Date Segregation Ended: 12/5/16

This form shall be maintained in the Mental Health Office for the current calendar month and shall be completed by a Mental Health Professional (MHP) once per week. Referrals shall be initiated in accordance with established procedures and Administrative Directives or the Mental Health Manual, as applicable. Upon completion of the calendar month, or transfer of an offender out of segregation, the completed form shall be filed in the offender's medical chart.

| Date:<br>Circle one:<br>S M T **W** T F S<br><br>11/1/16<br>Mo./Day/Year | Time: <br>□ a.m.<br>□ p.m. | Housing Assignment:<br>(Unit and Cell#) | Cell Appearance<br>□ Good<br>□ Fair<br>□ Poor* | Actions and Remarks<br>□ Refer to Medical<br>□ Refer for Urgent or Emergency Mental Health<br>□ Mental Health Services Referral (DOC 0387)<br>□ Refer to Counselor (identify):<br>□ No action required |
|---|---|---|---|---|

Does the offender report currently being on psychotropic medication?   □ Yes   □ No

Notes, Comments and Observations:

Completed by:

Kristin Hammersley, LCSW SWIV _____   Social Worker IV _____   _____
Clinician Name (Print)                              Title (Print)                         Signature                          Date

| Date:<br>Circle one:<br>S M **T** W T F S<br><br>11/8/16<br>Mo./Day/Year | Time:<br>850<br>□ a.m.<br>☑ p.m. | Housing Assignment:<br>(Unit and Cell#)<br>S2-37 | Cell Appearance<br>☑ Good<br>□ Fair<br>□ Poor* | Actions and Remarks<br>□ Refer to Medical<br>□ Refer for Urgent or Emergency Mental Health<br>□ Mental Health Services Referral (DOC 0387)<br>□ Refer to Counselor (identify):<br>☑ No action required |
|---|---|---|---|---|

Does the offender report currently being on psychotropic medication?   □ Yes   ☑ No

Notes, Comments and Observations: No concerns noted or reported

Completed by:

Kristin Hammersley, LCSW, SWIV _____   Social Worker IV _____   _Kristin Hammersley LCSW SWIV_   11/8/16
Clinician Name (Print)                              Title (Print)                         Signature                          Date

*To ensure adherence to health and sanitation standards, if cell appearance is indicated as "Poor," the Lieutenant assigned to the cell house shall be notified of the offender's name and housing location.

Distribution:   Offender Medical File

DOC 0380 (Rev. 6/2014)

WHITE SCC (MR) 0211

ILLINOIS DEPARTMENT OF CORRECTIONS
**MENTAL HEALTH SEGREGATION ROUNDS**
**SHAWNEE CORRECTIONAL CENTER**

**MONTH / YEAR: NOVEMBER 2016**

Date Segregation Began: 11/5/16                    Date Segregation Ended: 12/5/16

Offender Name: White, Richard                    ID#: B14550        D.O.B.: 10/8/81

Facility

This form shall be maintained in the Mental Health Office for the current calendar month and shall be completed by a Mental Health Professional (MHP) once per week. Referrals shall be initiated in accordance with established procedures and Administrative Directives or the Mental Health Manual, as applicable. Upon completion of the calendar month, or transfer of an offender out of segregation, the completed form shall be filed in the offender's medical chart.

| Date: | Time: | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| Circle one:<br>S  M  T  W  T  F  S<br><br>11/29/16<br>Mo./Day/Year | ☐ a.m.<br>☐ p.m. | S1-20 | ☐ Good<br>☐ Fair<br>☐ Poor* | ☐ Refer to Medical<br>☐ Refer for Urgent or Emergency Mental Health<br>☐ Mental Health Services Referral (DOC 0387)<br>☐ Refer to Counselor (Identify):<br>☐ No action required |

Does the offender report currently being on psychotropic medication?          ☐ Yes          ☐ No

Notes, Comments and Observations:

Completed by: _____

Kristin Hammersley, LCSW, SWIV          Social Worker IV          [signature] Kristin Hammersley SWIV          11/29/16
Clinician Name (Print)                   Title (Print)             Signature                                  Date

| Date: | Time: | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| Circle one:<br>S  M  T  W  T  F  S<br><br>Mo./Day/Year | ☐ a.m.<br>☐ p.m. | | ☐ Good<br>☐ Fair<br>☐ Poor* | ☐ Refer to Medical<br>☐ Refer for Urgent or Emergency Mental Health<br>☐ Mental Health Services Referral (DOC 0387)<br>☐ Refer to Counselor (Identify):<br>☐ No action required |

Does the offender report currently being on psychotropic medication?          ☐ Yes          ☐ No

Notes, Comments and Observations:

Completed by: _____

Kristin Hammersley, LCSW, SWIV          Social Worker IV          _____
Clinician Name (Print)                   Title (Print)             Signature                                  Date

*To ensure adherence to health and sanitation standards, if cell appearance is indicated as "Poor", the Lieutenant assigned to the cell house shall be notified of the offenders name and housing location.

Distribution:     Offender Medical File

Page 1 of 3
Printed on Recycled Paper

DOC 0380 (Rev. 6/2014)

WHITE SCC (MR) 0212

ILLINOIS DEPARTMENT OF CORRECTIONS
**MENTAL HEALTH SEGREGATION ROUNDS**
SHAWNEE CORRECTIONAL CENTER

MONTH / YEAR: NOVEMBER 2016

Date Segregation Began: _____

Offender Name: White, Richard        ID#: R14550        D.O.B.: _____        Date Segregation Ended: 12/5/16   10/8/81

---

| Date: Circle one: | Time: | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| S M T W T F S | ☐ a.m. ☐ p.m. | | ☐ Good ☐ Fair ☐ Poor* | ☐ Refer to Medical ☐ Refer for Urgent or Emergency Mental Health ☐ Mental Health Services Referral (DOC 0387) ☐ Refer to Counselor (Identify): ☐ No action required |
| Mo./Day/Year | | | | |

Does the offender report currently being on psychotropic medication?    ☐ Yes    ☐ No

Notes, Comments and Observations:

Completed by:

Kristin Hammersley, LCSW, SWIV        Social Worker IV
Clinician Name (Print)                        Title (Print)                        Signature                        Date

---

| Date: Circle one: | Time: | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| S M T W T F S | ☐ a.m. ☐ p.m. | | ☐ Good ☐ Fair ☐ Poor* | ☐ Refer to Medical ☐ Refer for Urgent or Emergency Mental Health ☐ Mental Health Services Referral (DOC 0387) ☐ Refer to Counselor (Identify): ☐ No action required |
| Mo./Day/Year | | | | |

Does the offender report currently being on psychotropic medication?    ☐ Yes    ☐ No

Notes, Comments and Observations:

Completed by:

Kristin Hammersley, LCSW, SWIV        Social Worker IV
Clinician Name (Print)                        Title (Print)                        Signature                        Date

---

"To ensure adherence to health and sanitation standards, if cell appearance is indicated as "Poor", the Lieutenant assigned to the cell house shall be notified of the offenders name and housing location.

Distribution:  Offender Medical File                                Page 3 of _____                                DOC 0360 (2014)

WHITE SCC (MR) 0213

R14550 WHITE, RICHARD
Age: 33          DOB: 10/08/1981
Race: BLK        Sex: M
NRC 12/19/2014                    79
Facility                         Date: _____

Custody Status (Check one):
☐ New Admission   ☐ Writ Return
☐ Parole Violator
☐ Other: _____

---

## Part I:  Offender Information

**Offender Name:** _____   **ID Number:** _____   **D.O.B.:** _____
Last, First, M.I.

**Gender:**   ☑ Male   ☐ Female   ☐ Transgendered   ☐ Other (Identify): _____

**Race:**   ☐ White/Caucasian   ☑ African American   ☐ Hispanic   ☐ Asian
☐ American Indian   ☐ Other (Identify): _____

**Marital Status:**   ☐ Married   ☐ Civil Union   ☐ Divorced   ☐ Separated, but not divorced   ☐ Widowed
☐ Other (Explain): _____  NO

**Sexual Orientation:**   ☐ Heterosexual   ☐ Lesbian   ☐ Bisexual   ☐ Gay

**Education** (Indicate highest level completed): ≤ 7   8   9   10   11   12
☐ High School Diploma   ☑ GED   ☐ Some College   ☐ College Degree

**Has the offender been in:** ☐ Learning Disabled Classes   ☐ Behavior Disabled Special Education Classes

**Occupation prior to incarceration:** _____

**Has the offender previously received SSI/SSDI?**   ☐ Yes   ☐ No

**Is this the offender's first incarceration in prison?**   ☐ Yes   ☐ No

• olding Offense: _____

• Guilty but Mentally Ill (GBMI) by the court?       Has the offender been found
                                                    ☐ No   ☐ Yes

---

## Part II:  Mental Health History Questionnaire

|  |  | Yes | No |
|---|---|---|---|
| 1. | Have you ever been hospitalized for psychiatric treatment? | ☐ | ☑ |
|  | • If yes, number of hospitalizations: _____ |  |  |
|  | Most recent (date): _____   Location: _____ |  |  |
|  | Reason: _____ |  |  |
| 2. | Have you ever received outpatient psychiatric treatment? | ☐ | ☑ |
|  | • If yes, location and date of last visit: _____ |  |  |
| 3. | Have you ever taken psychotropic medication? | ☐ | ☑ |
|  | • If yes, are you currently taking psychotropic medication? (Document any medications in Summary Section) | ☐ | ☑ |
| 4. | Have you ever used drugs or alcohol? | ☐ | ☑ |
|  | • If yes, what alcohol or drugs? ☐ Alcohol ☐ Marijuana ☐ Crack/Cocaine ☐ Heroin ☐ THC ☐ Other (Identify): _____ |  |  |
| 5. | Are you currently hearing or seeing things that others cannot? | ☐ | ☑ |
|  | • If yes, are they: ☐ Auditory ☐ Visual ☐ Tactile |  |  |
|  | • If yes, describe: _____ |  |  |
| 6. | Have you ever been sexually assaulted by use of force or by threats or intimidation, or been pressured to perform sexual favors in a jail or prison setting? | ☐ | ☐ |
| 7. | Have you ever experienced a traumatic event that left you unable to cope with day-to-day life? | ☐ | ☑ |

Printed on Recycled Paper
Distribution: Offender Medical File

WHITE SCC (MR) 0214

R14550  WHITE, RICHARD
Age:   33                DOB: 10/08/1981
Race: BLK                Sex: M
NRC 12/19/2014                        79

## Part III: Suicide Screening Potential Questionnaire

☐ Check if sending facility submitted information indicating the offender may be at risk for suicide.

| | Yes | No |
|---|---|---|

9. Have you ever attempted suicide? ............................................................................ ☐ ☐
   - If yes, number of attempts: _____   Date of most recent attempt: _____
   Method of attempt: _____

10. Have you had a well-planned/highly lethal suicide attempt or ideation? ........................ ☐ ☐
    - Note offender's comments: _____

11. Are you currently having suicidal thoughts? ............................................................ ☐ ☐
    - Note offender's comments: _____

12. Do you currently have a suicide plan? ..................................................................... ☐ ☐
    - Note offender's comments: _____

13. Are you having thoughts of harming someone else? .................................................. ☐ ☐
    - Note offender's comments: _____

14. Do you have a history of self mutilation (i.e. self inflicted cuts, burns, etc done just because or to bleed, etc.)? ...... ☐ ☐
    - Note offender's comments: _____

15. Do you believe you have a social support system? ................................................... ☐ ☐

16. Have you ever been accused or found guilty of sexual assault or sexual misconduct in a jail or prison setting? (Document predator/Vulnerable status in Summary Section) .............................. ☐ ☐

17. Do you have a history of family or friends who have attempted or committed suicide? ...... ☐ ☐
    - Who and when: _____

18. Are you experiencing feelings of hopeless or helplessness? ..................................... ☐ ☐

19. Have you experienced a rejection or loss within the past six months? ......................... ☐ ☐

20. Have you experienced feelings of guilt or worthlessness? .......................................... ☐ ☐

21. Are you experiencing any signs of depression (i.e. changes in sleep patterns, loss of interest, self-loathing)? ............. ☐ ☐

22. Are you experiencing any signs of anxiety? ............................................................. ☐ ☐

23. Are you worried about a major problem other that your legal situation (i.e. terminal illness, etc.)? ...... ☐ ☐
    - If yes, describe: _____

R14550   WHITE, RICHARD
Age:   33          DOB: 10/08/1981
Race: BLK          Sex: M
NRC 12/19/2014                    79

## Part IV: Mental Status Evaluation

23.   How would you describe your mood? _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Check the most appropriate for each area of observation:

Appearance:
☑ Appropriately groomed      ☐ Disheveled      ☐ Poor hygiene

Level of consciousness:
☑ Alert      ☐ Clouded consciousness      ☐ Lethargic      ☐ Delirious      ☐ Unremarkable

Level of cooperation:
☑ Cooperative      ☐ Guarded/Suspicious      ☐ Hostile      ☐ Uncooperative

Orientation:
☑ Ox3 (time, place person)      ☐ Ox_____ (list: _____)      ☐ Disorientated

Attention:
☑ Appropriately Focused      ☐ Selective attention/inattention      ☐ Distractible      ☐ Unaware

Speech:
☑ Normal speed      ☐ Slow      ☐ Pressured      ☐ Rapid

Thought process:
☑ Clear/Coherent      ☐ Tangential      ☐ Loose Association      ☐ Word salad/incoherent

Thought content:
☐ Unremarkable      ☐ Paranoid      ☐ Delusional      ☐ Excessive religiosity

Affect:
☑ Unremarkable      ☐ Constricted      ☐ Blunt/Inexpressive      ☐ Flat

Distribution: Offender Medical File
          Office of Mental Health Management
          Transfer Coordinator (if applicable)

DOC 0372 (Rev. 2/2014)

WHITE SCC (MR) 0216

R14550  WHITE, RICHARD
Age:    33           DOB: 10/08/1981
Race: BLK            Sex: M
NRC 12/19/2014                    79

**Screening Summary:** ____

**Part V: Referral** (Check all that apply):

☑ No further action required

☐ **Routine** Mental Health Referral*

☐ **Urgent** Mental Health Referral* (explain):_____

☐ Psychiatric Referral

☐ Review for Special/Residential Treatment Unit Referral*

☐ Medical Referral (explain): _____

☐ Crisis watch initiated

*If indicated, proceed with appropriate assessment and/or evaluation.*

Screening completed by:

_____     _____     _____     _____
Print Name                Signature                    Title                         Date

Distribution: Offender Medical File
Office of Mental Health Management

WHITE SCC (MR) 0217   002072 (Rev. 2/2014)

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee
Facility

Date: December 20, 2017  19

| Offender Name: White, Richard | ID #: R14550 | DOB: 10/8/1981 |
|---|---|---|
| Last, First, MI | | |

## Section I: Risk Factors

| | | |
|---|---|---|
| 1. Have there been reports that the offender may be at risk for suicide? | Yes ☐ | No ☒ |
| 2. Has the offender experienced a significant loss within the previous six months? | Yes ☐ | No ☒ |
| • If yes, describe: | | |
| 3. Is the offender worried about any major problems other than his or her legal situation? | Yes ☐ | No ☒ |
| • If yes, describe: | | |
| 4. If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege? | Yes ☐ | No ☒ |
| 5. Is this the offenders first involvement with the legal system? | Yes ☐ | No ☒ |
| • If yes, describe: | | |
| 6. Does the offender appear to feel unusually embarrassed or ashamed? | Yes ☐ | No ☒ |
| 7. Does the offender express feelings of hopelessness or helplessness? | Yes ☐ | No ☒ |
| 8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)? | Yes ☐ | No ☒ |
| • If yes, describe: | | |
| 9. Does the offender seem overly anxious, afraid, or angry? | Yes ☐ | No ☒ |
| • If yes, describe: | | |
| 10. Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)? | Yes ☐ | No ☒ |
| • If yes, describe: | | |
| 11. Has the offender made previous suicide attempts? | Yes ☐ | No ☒ |
| • If yes, How many attempts have been made previously? | | |
| Date and method of the most recent suicide attempt: | | |

WHITE SCC (MR) 0218

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee
Facility

Date: December 19, 2017

Offender Name: White, Richard    ID #: R14550    DOB: 10/8/81
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☐ | ☒ |
| 13. Does the offender have a plan for suicide? | ☐ | ☒ |

• If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☒ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | ☐ | ☒ |

• If yes,

What is the persons relationship to the offender? _____

Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:    Yes _0_   No _15_

## Section II: Protective Factors

| | Yes | No |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | ☒ | ☐ |
| 2. Does the offender display a positive future orientation or a sense of hope? | ☒ | ☐ |
| 3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | ☒ | ☐ |
| 4. Does the offender appear to have good impulse control? | ☒ | ☐ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☒ | ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? | ☒ | ☐ |
| 7. Is the offender compliant with psychotropic medications (self-report)?   N/A | ☐ | ☐ |
| 8. Other? (identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:    Yes _6_   No _0_

## Section III: Summary

• TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): _0_

**If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

• TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): _6_

**The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

WHITE SCC (MR) 0219

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

_____Shawnee_____    Date: December 2̶0̶, ¹⁹ 2017
Facility

Offender Name: White, Richard    ID #: K14550    DOB: 10/8/81
Last, First, MI

**Section IV: Disposition**
ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.

Crisis Team Member (if applicable): Courtney Parker BHT        12/2̶0̶/17 ¹⁹ 12:20p.m.
Print Name                               Date/Time:

MHP/Crisis Team Leader Contacted (if applicable): Kristin Hammersley LCSW    12/2̶0̶/17 ¹⁹ 12:25p.m.
Print Name                               Date/Time:

Based on the evaluation, the MHP has made a determination of suicide risk level:
• Crisis Placement Indication (Check one):

☐ Continuous Watch (**CW**)        ☐ Suicide Watch (10' **SW**)        ☐ Close Supervision (15' **CS**)

☐ Observation Status (30' **OBS**)    ☒ No Crisis Status Ordered
• Housing Recommendation (Check one):

☐ Place in **Crisis Care** area                    ☐ Return to **Segregation** housing

☒ Return to **General Population** housing        ☐ Return to **Reception Center** housing

☐ Return to **Special/Residential Treatment Unit**

☐ Other (specify): _____

**Section V: Evaluator and Follow-Up Contact Information**

**Evaluation completed by:**

☒ Crisis Team Member    ☐ Mental Health Professional    ☐ Psychiatrist/M.D

☐ Other: _____

Courtney Parker BHT        _Courtney Parker BHT_  12/2̶0̶/17 ¹⁹ 12:20p.m.
Print Name                  Signature              Date        Time

WHITE SCC (MR) 0220

ILLINOIS DEPARTMENT OF CORRECTIONS

**EVALUATION OF SUICIDE POTENTIAL**

_____ Shawnee _____
Facility

Date: December 20, 2017   *19*

Offender Name: White, Richard   ID #: R14550   DOB: 10/8/81
Last, First, MI

**Follow-up**

NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by (MHP/Psychiatrist).

Kristin Hammersley     K Hammersley LCSW   12/19/17   12:25pm
Print Name   LCSW   Signature   Date   Time
SWIV

Summary of follow-up and interventions/recommendations (if any):

See as needed.

Offender seen due to being a med furlough return.
Offender stated he was "all good." No S/I, H/I, A/H,
or V/H noted. Discussed how to access mental
health and crisis team members. CP —

WHITE SCC (MR) 0221

ILLINOIS DEPARTMENT OF CORRECTIONS

## EVALUATION OF SUICIDE POTENTIAL

Facility: Shawnee

Date: 1-4-18

Offender Name: White   Richard   ID #: R14550   DOB: 10.8.81
Last, First, MI

| Section I: Risk Factors | | |
|---|---|---|

1. Have there been reports that the offender may be at risk for suicide?  Yes ☐  No ☒

2. Has the offender experienced a significant loss within the previous six months?  Yes ~~☐~~  No ~~☒~~
   - If yes, describe:  NO.

3. Is the offender worried about any major problems other than his or her legal situation?  Yes ☐  No ☒
   - If yes, describe:

4. If the offender holds a position of respect in the community, is he or she
   having difficulty adjusting to the loss of freedom, status or privilege?  Yes ☐  No ☒

5. Is this the offenders first involvement with the legal system?  Yes ☐  No ☒
   - If yes, describe: .

6. Does the offender appear to feel unusually embarrassed or ashamed?  Yes ☐  No ☒

7. Does the offender express feelings of hopelessness or helplessness?  Yes ☐  No ☒

8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)?  Yes ☐  No ☒
   - If yes, describe:

9. Does the offender seem overly anxious, afraid, or angry?  Yes ☐  No ☒
   - If yes, describe:

10. Is the offender acting or talking in a strange manner
    (e.g. cannot focus his or her attention, hallucinating, etc.)?  Yes ☐  No ☒
    - If yes, describe:

11. Has the offender made previous suicide attempts?  Yes ☐  No ☒
    - If yes,
      How many attempts have been made previously? _____
      Date and method of the most recent suicide attempt:

WHITE SCC (MR) 0222

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

_____ Shawnee _____          Date: 1-4-18
Facility

Offender Name: White   Richard   ID #: R14550   DOB: 10.8.81
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | Yes ☐ | No ☒ |
| 13. Does the offender have a plan for suicide? | Yes ☐ | No ☒ |

- If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | Yes ☐ | No ☒ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | Yes ☐ | No ☒ |

- If yes,
   What is the persons relationship to the offender? _____

   Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:     Yes ◯     No 15

## Section II:  Protective Factors

| | | Yes | No |
|---|---|---|---|
| 1. | Does the offender have a spiritual or cultural opposition to suicide? | Yes ☒ | No ☐ |
| 2. | Does the offender display a positive future orientation or a sense of hope? | Yes ☒ | No ☐ |
| 3. | Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | Yes ☒ | No ☐ |
| 4. | Does the offender appear to have good impulse control? | Yes ☒ | No ☐ |
| 5. | Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | Yes ☒ | No ☐ |
| 6. | Is the offender able to identify multiple effective coping or problem solving skills? | Yes ☒ | No ☐ |
| 7. | Is the offender compliant with psychotropic medications (self-report)? | Yes ☐ | No ☒ |
| 8. | Other? (identify): _____ | Yes ☐ | No ☒ |

Calculate the total number of yes/no responses in each column:     Yes 6     No 2

## Section III:  Summary

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): ◯

**If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): 6

**The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

WHITE SCC (MR) 0223

ILLINOIS DEPARTMENT OF CORRECTIONS

**EVALUATION OF SUICIDE POTENTIAL**

Facility: Shawnee    Date: 1-4-18

Offender Name: White Richard    ID #: R14550    DOB: 10·8 81
Last, First, MI

## Section IV: Disposition

**ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.**

Crisis Team Member (if applicable): _____

Print Name _____  Date/Time: _____

MHP/Crisis Team Leader Contacted (if applicable): _____

Print Name _____  Date/Time: _____

Based on the evaluation, the MHP has made a determination of suicide risk level:
• Crisis Placement Indication (Check one):

☐ Continuous Watch (**CW**)    ☐ Suicide Watch (10' **SW**)    ☐ Close Supervision (15' **CS**)

☐ Observation Status (30' **OBS**)    ☒ No Crisis Status Ordered

• Housing Recommendation (Check one):

☐ Place in **Crisis Care** area    ☐ Return to **Segregation** housing

☒ Return to **General Population** housing    ☐ Return to **Reception Center** housing

☐ Return to **Special/Residential Treatment Unit**

☐ Other (specify): _____

## Section V: Evaluator and Follow-Up Contact Information

**Evaluation completed by:**

☐ Crisis Team Member    ☒ Mental Health Professional    ☐ Psychiatrist/M.D

☐ Other: _____

Amanda J. Smith, LCSW    (signature)    1-4-18    10:30A
Print Name    Signature    Date    Time

WHITE SCC (MR) 0224

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee
Facility

Date: 1 - 4 - 18

Offender Name: White   Richard   ID #: R14550   DOB: 10 . 8 . 81
Last, First, MI

**Follow-up**
NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by
(MHP/Psychiatrist).

Amanda J. Smith, LCSW    _LCSW_    1-4-18    1030 A
Print Name         Signature        Date       Time

Summary of follow-up and interventions/recommendations (if any):

return from court writ
no MH issues / concerns
no clinical need for follow-up.

MHP explained how to access
MHP / crisis team

stable

WHITE SCC (MR) 0225



ILLINOIS DEPARTMENT OF CORRECTIONS
## EVALUATION OF SUICIDE POTENTIAL

SHA CC                    Date: 1-23-18
_____
Facility

Offender Name: White   Richard   ID #: R14550   DOB: 10-8-81
Last, First, MI

| Section I:  Risk Factors | | |
|---|---|---|

1. Have there been reports that the offender may be at risk for suicide?   Yes ☐   No ☒

2. Has the offender experienced a significant loss within the previous six months?   Yes ☐   No ☒

   • If yes, describe:

3. Is the offender worried about any major problems other than his or her legal situation?   Yes ☒   No ☐

   • If yes, describe:  girlfriend left him

4. If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege?   Yes ☐   No ☒

5. Is this the offenders first involvement with the legal system?   Yes ☐   No ☒

   • If yes, describe:  gun charge

6. Does the offender appear to feel unusually embarrassed or ashamed?   Yes ☐   No ☒

7. Does the offender express feelings of hopelessness or helplessness?   Yes ☐   No ☒

8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)?   Yes ☐   No ☒

   • If yes, describe:

9. Does the offender seem overly anxious, afraid, or angry?   Yes ☐   No ☒

   • If yes, describe:

10. Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)?   Yes ☐   No ☒

    • If yes, describe:

11. Has the offender made previous suicide attempts?   Yes ☐   No ☒

    • If yes,
      How many attempts have been made previously?   _____

      Date and method of the most recent suicide attempt:

WHITE SCC (MR) 0226

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

SHA    CC

Date: 1-23-18

Facility

Offender Name: White Richard    ID #: R14550    DOB: 10-8-81
Last, First, MI

12. Does the offender express thoughts of killing him or herself?    Yes ☐    No ☒

13. Does the offender have a plan for suicide?    Yes ☐    No ☒

- If yes, describe:

14. Does the offender have the means to carry out a suicide plan?    Yes ☐    No ☒

15. Does the offender have a family member or significant other who has attempted or completed suicide?    Yes ☐    No ☒

- If yes,
  What is the persons relationship to the offender?

  Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:    Yes _____    No _____ .

| Section II: Protective Factors |
| --- |

1. Does the offender have a spiritual or cultural opposition to suicide?    Yes ☒    No ☐

2. Does the offender display a positive future orientation or a sense of hope?    Yes ☒    No ☐

3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties?    Yes ☐    No ☒

4. Does the offender appear to have good impulse control?    Yes ☒    No ☐

5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children?    Yes ☒    No ☐

6. Is the offender able to identify multiple effective coping or problem solving skills?    Yes ☒    No ☐

7. Is the offender compliant with psychotropic medications (self-report)? O meds    Yes ☐    No ☐

8. Other? (identify): _____    Yes ☐    No ☐

Calculate the total number of yes/no responses in each column:    Yes _____    No _____

| Section III: Summary |
| --- |

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): _____

  **If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): _____

  **The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

WHITE SCC (MR) 0227

ILLINOIS DEPARTMENT OF CORRECTIONS
## EVALUATION OF SUICIDE POTENTIAL

_SHA CC_

Date: _1-23-18_

Facility

Offender Name: _White  Richard_   ID #: _R14550_   DOB: _10-8-81_

Last, First, MI

## Section IV: Disposition

**ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.**

Crisis Team Member (if applicable): _S. Stone_     _1-23-18_   _4:15p_

Print Name                          Date/Time:

MHP/Crisis Team Leader Contacted (if applicable): _N/A_

Print Name                          Date/Time:

Based on the evaluation, the MHP has made a determination of suicide risk level:
• Crisis Placement Indication (Check one):

☐ Continuous Watch (**CW**)   ☐ Suicide Watch (10' **SW**)   ☐ Close Supervision (15' **CS**)

☐ Observation Status (30' **OBS**)   ☑ No Crisis Status Ordered

• Housing Recommendation (Check one):

☐ Place in Crisis Care area                    ☐ Return to **Segregation** housing

☑ Return to **General Population** housing   ☐ Return to **Reception Center** housing

☐ Return to **Special/Residential Treatment Unit**

☐ Other (specify): _____

## Section V: Evaluator and Follow-Up Contact Information

Evaluation completed by:

☐ Crisis Team Member   ☑ Mental Health Professional   ☐ Psychiatrist/M.D

☐ Other: _____

_S. Stone_        _Lepc_        _1-23-18_   _4:15p_

Print Name        Signature        Date        Time

WHITE SCC (MR) 0228

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

SHA CC

Facility

Date: 1-23-18

Offender Name: White Richard     ID #: R14550     DOB: 10-8-81
Last, First, MI

**Follow-up**
NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by (MHP/Psychiatrist).

S. Stone                    LCPC        1-23-18    4:15p
Print Name        Signature        Date        Time

Summary of follow-up and interventions/recommendations (if any):

WHITE SCC (MR) 0229

ILLINOIS DEPARTMENT OF CORRECTIONS

**MENTAL HEALTH SEGREGATION ROUNDS**

Facility SHAWNEE

**MONTH / YEAR:** JAN. 2018

Date Segregation Began: White Richard

Offender Name: _____

ID#: R44550

Date Segregation Ended: 2-1-18

D.O.B.: 10-8-81

| Date: Circle one: | Time: | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| 1/17/18 S M T W T F S | ☐ a.m. ☐ p.m. | | ☐ Good ☐ Fair ☐ Poor* | ☐ Refer to Medical ☐ Refer for Urgent or Emergency Mental Health ☐ Mental Health Services Referral (DOC 0387) ☐ Refer to Counselor (identify): ☐ No action required |
| Mo./Day/Year | | | ☐ Yes ☐ No | |

Completed by: Lauren Oestmann, MSW LCSW
Clinician Name (Print)

Does the offender report currently being on psychotropic medication?

Notes, Comments and Observations:

Completed by: _____

Title (Print) Mental Health Professional

Signature _____  1/17/18 Date

| Date: Circle one: | Time: | Housing Assignment: (Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|---|
| 1/24/18 S M T W T F S | 6 05 ☐ a.m. ☒ p.m. | S2-17 | ☒ Good ☐ Fair ☐ Poor* | ☐ Refer to Medical ☐ Refer for Urgent or Emergency Mental Health ☐ Mental Health Services Referral (DOC 0387) ☐ Refer to Counselor (identify): ☒ No action required |
| Mo./Day/Year | | | ☐ Yes ☒ No | |

Does the offender report currently being on psychotropic medication?

Notes, Comments and Observations: Offender reports no MH concerns.

Completed by: Sheri Stone MS, LPC
Lauren Oestmann, MSW, LCSW
Clinician Name (Print)

Title (Print) Mental Health Professional

Signature _____  1/24/18 Date

*To ensure adherence to health and sanitation standards, if cell appearance is indicated as "Poor", the Lieutenant assigned to the cell house shall be notified of the offenders name and housing location.

Distribution: Offender Medical File

Page 2 of 2
Printed on Recycled Paper

DOC 0380 (Rev. 6/2014)

WHITE SCC (MR) 0230

ILLINOIS DEPARTMENT OF CORRECTIONS

# MENTAL HEALTH SEGREGATION ROUNDS

**MONTH / YEAR:** JAN. 2017

Facility: SHAWNEE

Date Segregation Began: 1-20-18

Offender Name: White, Richard

ID #: R14550

Date Segregation Ended: 2-1-18

D.O.B.: 10/8/81

This form shall be maintained in the Mental Health Office for the current calendar month and shall be completed by a Mental Health Professional (MHP) once per week. Referrals shall be initiated in accordance with established procedures and Administrative Directives of the Mental Health Manual, as applicable. Upon completion of the calendar month, or transfer of an offender out of segregation, the completed form shall be filed in the offender's medical chart.

| | Housing Assignment:<br>(Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|
| **Date:**<br>Circle one:<br>S M T (W) T F S<br>1/31/18<br>Mo./Day/Year | **Time:**<br>8:59<br>☐ a.m.<br>☐ p.m. | S.2.14 | ☐ Good<br>☐ Fair<br>☐ Poor* | ☐ Refer to Medical<br>☐ Refer for Urgent or Emergency Mental Health<br>☐ Mental Health Services Referral (DOC 0387)<br>☐ Refer to Counselor (identify):<br>☐ No action required |

Does the offender report currently being on psychotropic medication? ☐ Yes ☐ No

Notes, Comments and Observations: _offender denied any mental health concerns._

Completed by: Lauren Oestmann, MSW, LCSW
Clinician Name (Print)                    Mental Health Professional
                                          Title (Print)

Signature                                 1/31/18
                                          Date

| | Housing Assignment:<br>(Unit and Cell#) | Cell Appearance | Actions and Remarks |
|---|---|---|---|
| **Date:**<br>Circle one:<br>S M T W T F S<br>Mo./Day/Year | **Time:**<br>☐ a.m.<br>☐ p.m. | | ☐ Good<br>☐ Fair<br>☐ Poor* | ☐ Refer to Medical<br>☐ Refer for Urgent or Emergency Mental Health<br>☐ Mental Health Services Referral (DOC 0387)<br>☐ Refer to Counselor (identify):<br>☐ No action required |

Does the offender report currently being on psychotropic medication? ☐ Yes ☐ No

Notes, Comments and Observations:

Completed by: Lauren Oestmann, MSW, LCSW
Clinician Name (Print)                    Mental Health Professional
                                          Title (Print)

Signature                                 Date

*To ensure adherence to health and sanitation standards, if cell appearance is indicated as "Poor", the Lieutenant assigned to the cell house shall be notified of the offenders name and housing location.

Distribution:    **Offender Medical File**

WHITE SCC (MR) 0231

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee

Facility

Date: March 6, 2018

| Offender Name: White, Richard | ID #: R14550 | DOB: 10/08/1981 |
|---|---|---|
| Last, First, MI | | |

| **Section I:  Risk Factors** | | |
|---|---|---|

1. Have there been reports that the offender may be at risk for suicide?  Yes ☐  No ☒

2. Has the offender experienced a significant loss within the previous six months?  Yes ☐  No ☒

   • If yes, describe:

3. Is the offender worried about any major problems other than his or her legal situation?  Yes ☐  No ☒

   • If yes, describe:

4. If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege?  Yes ☐  No ☒

5. Is this the offenders first involvement with the legal system?  Yes ☐  No ☒

   • If yes, describe:

6. Does the offender appear to feel unusually embarrassed or ashamed?  Yes ☐  No ☒

7. Does the offender express feelings of hopelessness or helplessness?  Yes ☐  No ☒

8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)?  Yes ☐  No ☒

   • If yes, describe:

Does the offender seem overly anxious, afraid, or angry?  Yes ☐  No ☒

   • If yes, describe:

10. Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)?  Yes ☐  No ☒

   • If yes, describe:

11. Has the offender made previous suicide attempts?  Yes ☐  No ☒

   • If yes,
     How many attempts have been made previously? _____

     Date and method of the most recent suicide attempt:

WHITE SCC (MR) 0232

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee                                    Date: March 6, 2018
Facility

Offender Name: White, Richard            ID #: R14550         DOB: 10/08/1981
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☐ | ☒ |
| 13. Does the offender have a plan for suicide? | ☐ | ☒ |

• If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☒ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | Yes ☐ | No ☒ |

• If yes,
What is the persons relationship to the offender? _____

Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:      Yes ___0___   No _15_

## Section II: Protective Factors

| | Yes | No |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | ☒ | ☐ |
| 2. Does the offender display a positive future orientation or a sense of hope? | ☒ | ☐ |
| 3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | ☒ | ☐ |
| 4. Does the offender appear to have good impulse control? | ☒ | ☐ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☒ | ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? | ☒ | ☐ |
| 7. Is the offender compliant with psychotropic medications (self-report)? N/A | ☐ | ☐ |
| 8. Other? (identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:      Yes ___6___   No ___0___

## Section III: Summary

• TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): ___0___

**If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

• TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): ___6___

**The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

WHITE SCC (MR) 0233

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee
Facility

Date: March 6, 2018

Offender Name: White, Richard          ID #: R14550          DOB: 10/08/1981
Last, First, MI

**Section IV: Disposition**

ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.

Crisis Team Member (if applicable): Courtney Parker BHT          3/6/18   10:15 a.m.
Print Name          Date/Time:

MHP/Crisis Team Leader Contacted (if applicable): Kristin Hammersley LCSW          3/6/18   10:30 a.n.
Print Name          Date/Time:

Based on the evaluation, the MHP has made a determination of suicide risk level:
• Crisis Placement Indication (Check one):

☐ Continuous Watch (**CW**)          ☐ Suicide Watch (10' **SW**)          ☐ Close Supervision (15' **CS**)

☐ Observation Status (30' **OBS**)          ☒ No Crisis Status Ordered
• Housing Recommendation (Check one):

☐ Place in **Crisis Care** area                    ☐ Return to **Segregation** housing

☒ Return to **General Population** housing          ☐ Return to **Reception Center** housing

☐ Return to **Special/Residential Treatment Unit**

☐ Other (specify): _____

**Section V: Evaluator and Follow-Up Contact Information**

**Evaluation completed by:**

☒ Crisis Team Member          ☐ Mental Health Professional          ☐ Psychiatrist/M.D
☐ Other: _____

Courtney Parker BHT          CP BH          3/6/18   10:15 a.m.
Print Name          Signature          Date          Time

WHITE SCC (MR) 0234

ILLINOIS DEPARTMENT OF CORRECTIONS

**EVALUATION OF SUICIDE POTENTIAL**

|  |  |
|---|---|
| Shawnee | Date: March 6, 2018 |
| Facility | |

Offender Name: White, Richard          ID #: R14550          DOB: 10/08/1981
Last, First, MI

**Follow-up**
NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by (MHP/Psychiatrist).

Kristin Hommersley          K Hammersley QCS&W          3/6/18          1030am
Print Name LCSW                    Signature      SWIV          Date          Time
SWIV

Summary of follow-up and interventions/recommendations (if any):

MHP f/up as needed

Offender was seen because he was a writ return from a day writ. No S/I, H/I, A/H, or V/H noted. Discussed how to access mental health and crisis team. CP

WHITE SCC (MR) 0235

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee

Facility

Date: March 21, 2018

Offender Name: White, Richard          ID #: R14550          DOB: 10/08/1981

Last, First, MI

## Section I: Risk Factors

| | | Yes | No |
|---|---|---|---|
| 1. | Have there been reports that the offender may be at risk for suicide? | ☐ | ☒ |
| 2. | Has the offender experienced a significant loss within the previous six months? | ☐ | ☒ |

• If yes, describe:

| | | Yes | No |
|---|---|---|---|
| 3. | Is the offender worried about any major problems other than his or her legal situation? | ☐ | ☒ |

• If yes, describe:

| | | Yes | No |
|---|---|---|---|
| 4. | If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege? | ☐ | ☒ |
| 5. | Is this the offenders first involvement with the legal system? | ☐ | ☒ |

• If yes, describe:

| | | Yes | No |
|---|---|---|---|
| 6. | Does the offender appear to feel unusually embarrassed or ashamed? | ☐ | ☒ |
| 7. | Does the offender express feelings of hopelessness or helplessness? | ☐ | ☒ |
| 8. | Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)? | ☐ | ☒ |

• If yes, describe:

| | | Yes | No |
|---|---|---|---|
| 9. | Does the offender seem overly anxious, afraid, or angry? | ☐ | ☒ |

• If yes, describe:

| | | Yes | No |
|---|---|---|---|
| 10. | Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)? | ☐ | ☒ |

• If yes, describe:

| | | Yes | No |
|---|---|---|---|
| 11. | Has the offender made previous suicide attempts? | ☐ | ☒ |

• If yes,

How many attempts have been made previously? _____

Date and method of the most recent suicide attempt:

WHITE SCC (MR) 0236

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee
Facility

Date: March 21, 2018

Offender Name: White, Richard          ID #: R14550          DOB: 10/08/1981
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☐ | ☒ |
| 13. Does the offender have a plan for suicide? | ☐ | ☒ |

• If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☒ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | ☐ | ☒ |

• If yes,

What is the persons relationship to the offender? _____

Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:     Yes  0   No  15

| **Section II: Protective Factors** | | |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | Yes ☒ | No ☐ |
| 2. Does the offender display a positive future orientation or a sense of hope? | Yes ☒ | No ☐ |
| 3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | Yes ☒ | No ☐ |
| 4. Does the offender appear to have good impulse control? | Yes ☒ | No ☐ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | Yes ☒ | No ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? | Yes ☒ | No ☐ |
| 7. Is the offender compliant with psychotropic medications (self-report)?  N/A | Yes ☐ | No ☐ |
| 8. Other? (identify): _____ | Yes ☐ | No ☐ |

Calculate the total number of yes/no responses in each column:     Yes  6   No  0

| **Section III: Summary** | |
|---|---|

• TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): _____0_____

**If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

• TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): _____6_____

**The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

WHITE SCC (MR) 0237

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee                                          Date: March 21, 2018
Facility

Offender Name:  White, Richard              ID #: R14550          DOB: 10/08/1981
                Last, First, MI

## Section IV: Disposition

**ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.**

Crisis Team Member (if applicable):  Courtney Parker BHT          3/21/18  1:55 p.m.
                                     Print Name                   Date/Time:

MHP/Crisis Team Leader Contacted (if applicable):  Kristin Hammersley LCSW     3/21/18  1:58 p.m.
                                                   Print Name            Date/Time:

Based on the evaluation, the MHP has made a determination of suicide risk level:
• Crisis Placement Indication (Check one):

☐ Continuous Watch (**CW**)       ☐ Suicide Watch (10' **SW**)        ☐ Close Supervision (15' **CS**)

☐ Observation Status (30' **OBS**)   ☒ No Crisis Status Ordered

• Housing Recommendation (Check one):

☐ Place in **Crisis Care** area              ☐ Return to **Segregation** housing

☒ Return to **General Population** housing    ☐ Return to **Reception Center** housing

☐ Return to **Special/Residential Treatment Unit**

☒ Other (specify):  Infirmary

## Section V:  Evaluator and Follow-Up Contact Information

**Evaluation completed by:**

☒ Crisis Team Member    ☐ Mental Health Professional    ☐ Psychiatrist/M.D
☐ Other:

Courtney Parker BHT          C R BHT          3/21/18  1:55 p.m.
Print Name                   Signature        Date      Time

WHITE SCC (MR) 0238

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee

**Facility**

Date: March 21, 2018

Offender Name: White, Richard
Last, First, MI

ID #: R14550

DOB: 10/08/1981

## Follow-up
NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by (MHP/Psychiatrist).

Kristin Hammersley     KHammersley LCSW     3/22/18     1:58 pm
Print Name     Signature     SWIL     Date     Time

Summary of follow-up and interventions/recommendations (if any):

MHP f/up as needed.

Offender was seen due to being a med furlough return. No S/I, H/I, A/H, or V/H noted. Discussed how to access mental health, CP

WHITE SCC (MR) 0239

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

| Shawnee | Date: April 4, 2018 |
|---|---|
| Facility | |

Offender Name: White, Richard          ID #: R14550          DOB: 10/08/1981
Last, First, MI

## Section I:  Risk Factors

| | | | |
|---|---|---|---|
| 1. | Have there been reports that the offender may be at risk for suicide? | Yes ☐ | No ☒ |
| 2. | Has the offender experienced a significant loss within the previous six months? | Yes ☐ | No ☒ |

· If yes, describe:

| | | | |
|---|---|---|---|
| 3. | Is the offender worried about any major problems other than his or her legal situation? | Yes ☐ | No ☒ |

· If yes, describe:

| | | | |
|---|---|---|---|
| 4. | If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege? | Yes ☐ | No ☒ |
| 5. | Is this the offenders first involvement with the legal system? | Yes ☐ | No ☒ |

· If yes, describe:

| | | | |
|---|---|---|---|
| 6. | Does the offender appear to feel unusually embarrassed or ashamed? | Yes ☐ | No ☒ |
| 7. | Does the offender express feelings of hopelessness or helplessness? | Yes ☐ | No ☒ |
| 8. | Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)? | Yes ☐ | No ☒ |

· If yes, describe:

| | | | |
|---|---|---|---|
| | Does the offender seem overly anxious, afraid, or angry? | Yes ☐ | No ☒ |

· If yes, describe:

| | | | |
|---|---|---|---|
| 10. | Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)? | Yes ☐ | No ☒ |

· If yes, describe:

| | | | |
|---|---|---|---|
| 11. | Has the offender made previous suicide attempts? | Yes ☐ | No ☒ |

· If yes,
How many attempts have been made previously? _____

Date and method of the most recent suicide attempt:

WHITE SCC (MR) 0240

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Shawnee
Facility

Date: April 4, 2018

Offender Name: White, Richard          ID #: R14550          DOB: 10/08/1981
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☐ | ☒ |
| 13. Does the offender have a plan for suicide? | ☐ | ☒ |

· If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☒ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | ☐ | ☒ |

· If yes,
What is the persons relationship to the offender? _____

Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:     Yes  0     No  15

## Section II: Protective Factors

| | Yes | No |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | ☒ | ☐ |
| 2. Does the offender display a positive future orientation or a sense of hope? | ☒ | ☐ |
| 3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | ☒ | ☐ |
| 4. Does the offender appear to have good impulse control? | ☒ | ☐ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☒ | ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? | ☒ | ☐ |
| 7. Is the offender compliant with psychotropic medications (self-report)?  N/A | ☐ | ☐ |
| 8. Other? (identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:     Yes  6     No  0

## Section III: Summary

· TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): ____0____

**If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.**

· TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): ____6____

**The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.**

WHITE SCC (MR) 0241

ILLINOIS DEPARTMENT OF CORRECTIONS
## EVALUATION OF SUICIDE POTENTIAL

Shawnee
Facility

Date: April 4, 2018

| Offender Name: White, Richard | ID #: R14550 | DOB: 10/08/1981 |
|---|---|---|
| Last, First, MI | | |

### Section IV: Disposition
**ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.**

Crisis Team Member (if applicable): Courtney Parker BHT

Print Name          Date/Time: 4/4/18   12:55p.n.

MHP/Crisis Team Leader Contacted (if applicable): Lauren Oestman
~~Kristin Hammersley LCSW~~

Print Name          Date/Time: 4/4/18   12:55p.n.

Based on the evaluation, the MHP has made a determination of suicide risk level:
• Crisis Placement Indication (Check one):

☐ Continuous Watch (**CW**)      ☐ Suicide Watch (10' **SW**)      ☐ Close Supervision (15' **CS**)

☐ Observation Status (30' **OBS**)      ☒ No Crisis Status Ordered

• Housing Recommendation (Check one):

☐ Place in **Crisis Care** area          ☐ Return to **Segregation** housing

☒ Return to **General Population** housing          ☐ Return to **Reception Center** housing

☐ Return to **Special/Residential Treatment Unit**

☐ Other (specify): _____

### Section V: Evaluator and Follow-Up Contact Information

**Evaluation completed by:**

☐ Crisis Team Member      ☐ Mental Health Professional      ☐ Psychiatrist/M.D

☐ Other: _____

Courtney Parker BHT          Signature: C R — BHT      4/4/18   12:55p.n.

Print Name          Signature          Date          Time

WHITE SCC (MR) 0242

ILLINOIS DEPARTMENT OF CORRECTIONS

**EVALUATION OF SUICIDE POTENTIAL**

Shawnee

Facility

Date: April 4, 2018

Offender Name: White, Richard     ID #: R14550     DOB: 10/08/1981
Last, First, MI

**Follow-up**

NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by
(MHP/Psychiatrist).

Reviewed p

L. Oostman/ls          4-4-18     1:07 pm
Print Name        Signature        Date        Time

Summary of follow-up and interventions/recommendations (if any):

MHP f/up as needed.

Offender seen upon return from day medical
furlough. No S/I, H/I, A/H, or V/H noted.
Discussed how to access mental health if needed CB

WHITE SCC (MR) 0243

ILLINOIS DEPARTMENT OF CORRECTIONS
## EVALUATION OF SUICIDE POTENTIAL

SCC
_____
Facility

Date: ___5-16-18___

Offender Name: __White Richard__   ID #: __R14550__   DOB: __10-8-81__
Last, First, MI

### Section I: Risk Factors

1. Have there been reports that the offender may be at risk for suicide?   Yes ☐  No ☑

2. Has the offender experienced a significant loss within the previous six months?   Yes ☐  No ☑
   - If yes, describe:

3. Is the offender worried about any major problems other than his or her legal situation?   Yes ☐  No ☑
   - If yes, describe:

4. If the offender holds a position of respect in the community, is he or she
   having difficulty adjusting to the loss of freedom, status or privilege?   Yes ☐  No ☑

5. Is this the offenders first involvement with the legal system?   Yes ☐  No ☑
   - If yes, describe:

6. Does the offender appear to feel unusually embarrassed or ashamed?   Yes ☐  No ☑

7. Does the offender express feelings of hopelessness or helplessness?   Yes ☐  No ☐

8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)?   Yes ☐  No ☑
   - If yes, describe:

9. Does the offender seem overly anxious, afraid, or angry?   Yes ☐  No ☑
   - If yes, describe:

10. Is the offender acting or talking in a strange manner
    (e.g. cannot focus his or her attention, hallucinating, etc.)?   Yes ☐  No ☑
    - If yes, describe:

11. Has the offender made previous suicide attempts?   Yes ☐  No ☑
    - If yes,
      How many attempts have been made previously?

      Date and method of the most recent suicide attempt:

WHITE SCC (MR) 0244

ILLINOIS DEPARTMENT OF CORRECTIONS

EVALUATION OF SUICIDE POTENTIAL

*SCC*

Date: *5-16-18*

Facility

Offender Name: *White, Richard*　　ID #: *R14550*　　DOB: *10-8-81*

Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☐ | ☑ |
| 13. Does the offender have a plan for suicide? | ☐ | ☑ |

- If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☑ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | ☐ | ☑ |

- If yes,

What is the persons relationship to the offender? _____

Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:　Yes *0*　No *15*

## Section II: Protective Factors

| | Yes | No |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | ☐ | ☑ |
| 2. Does the offender display a positive future orientation or a sense of hope? | ☑ | ☐ |
| 3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | ☑ | ☐ |
| 4. Does the offender appear to have good impulse control? | ☑ | ☐ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☑ | ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? | ☑ | ☐ |
| 7. Is the offender compliant with psychotropic medications (self-report)? N/A | ☑ | ☐ |
| 8. Other? (Identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:　Yes *6*　No *1*

## Section III: Summary

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): *y: 0　N: 15*

  If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION II): *y: 6　N: 1*

  The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.

WHITE SCC (MR) 0245

DOC 0379 (Rev. 05/20)

ILLINOIS DEPARTMENT OF CORRECTIONS
## EVALUATION OF SUICIDE POTENTIAL

_SCC_
Facility

Date: 5-16-18

| Offender Name: White, Richard | ID #: R14550 | DOB: 10-8-81 |
|---|---|---|
| Last, First, MI | | |

### Section IV: Disposition

ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER. AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.

Crisis Team Member (if applicable): C. Peckinpay
Print Name

Date/Time: 5-16-18 / 11am

MHP/Crisis Team Leader Contacted (if applicable):

Print Name                                    Date/Time:

Based on the evaluation, the MHP has made a determination of suicide risk level:
* Crisis Placement Indication (Check one):
  - [ ] Continuous Watch (CW)
  - [ ] Suicide Watch (10' SW)
  - [ ] Close Supervision (15' CS)
  - [ ] Observation Status (30' OBS)
  - [X] No Crisis Status Ordered
* Housing Recommendation (Check one):
  - [ ] Place in Crisis Care area
  - [X] Return to General Population housing
  - [ ] Return to Special/Residential Treatment Unit
  - [ ] Return to Segregation housing
  - [ ] Return to Reception Center housing
  - [ ] Other (specify): _____

### Section V: Evaluator and Follow-Up Contact Information

Evaluation completed by:

- [ ] Crisis Team Member
- [ ] Mental Health Professional
- [ ] Psychiatrist/M.D
- [X] Other: LPN

C. Peckinpay
Print Name

Chp LPN
Signature

Date: 5-16-18

Time: 11am

ILLINOIS DEPARTMENT OF CORRECTIONS
## EVALUATION OF SUICIDE POTENTIAL

_____     Date: _____
Facility

Offender Name: _____    ID #: _____    DOB: _____
Last, First, MI

## Follow-up
NOTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by
(MHP/Psychiatrist).

_____    _____    _____    _____
Print Name                           Signature                         Date              Time

Summary of follow-up and interventions/recommendations (if any):

DOC 0379 (Rev. 05/2016)

ILLINOIS DEPARTMENT OF CORRECTIONS
### EVALUATION OF SUICIDE POTENTIAL

_Shawnee CC_

Facility

Date: _6-12-18_

Offender Name: _White, Richard_        ID #: _R14550_     DOB: _10-8-81_
Last, First, MI

## Section I:  Risk Factors

1. Have there been reports that the offender may be at risk for suicide?  Yes ☐  No ☑

2. Has the offender experienced a significant loss within the previous six months?  Yes ☐  No ☑
   - If yes, describe:

3. Is the offender worried about any major problems other than his or her legal situation?  Yes ☐  No ☑
   - If yes, describe:

4. If the offender holds a position of respect in the community, is he or she having difficulty adjusting to the loss of freedom, status or privilege?  Yes ☐  No ☑

5. Is this the offenders first involvement with the legal system?  Yes ☐  No ☑
   - If yes, describe:

6. Does the offender appear to feel unusually embarrassed or ashamed?  Yes ☐  No ☑

7. Does the offender express feelings of hopelessness or helplessness?  Yes ☐  No ☑

8. Does the offender show signs of depression (i.e. crying, emotional flatness, etc.)?  Yes ☐  No ☑
   - If yes, describe:

9. Does the offender seem overly anxious, afraid, or angry?  Yes ☐  No ☑
   - If yes, describe:

10. Is the offender acting or talking in a strange manner (e.g. cannot focus his or her attention, hallucinating, etc.)?  Yes ☐  No ☑
    - If yes, describe:

11. Has the offender made previous suicide attempts?  Yes ☐  No ☑
    - If yes,
       How many attempts have been made previously?
       Date and method of the most recent suicide attempt:

ILLINOIS DEPARTMENT OF CORRECTIONS
EVALUATION OF SUICIDE POTENTIAL

*Shawnee*
Facility                                    Date: *6-12-18*

Offender Name: *White Richard*        ID #: *R14550*    DOB: *10-8-81*
Last, First, MI

| | Yes | No |
|---|---|---|
| 12. Does the offender express thoughts of killing him or herself? | ☐ | ☑ |
| 13. Does the offender have a plan for suicide? | ☐ | ☑ |

- If yes, describe:

| | Yes | No |
|---|---|---|
| 14. Does the offender have the means to carry out a suicide plan? | ☐ | ☑ |
| 15. Does the offender have a family member or significant other who has attempted or completed suicide? | ☐ | ☑ |

- If yes,
    What is the persons relationship to the offender? _____

    Identify the date and method of the attempted or completed suicide:

Calculate the total number of yes/no responses in each column:     Yes *0*    No *15*

## Section II: Protective Factors

| | Yes | No |
|---|---|---|
| 1. Does the offender have a spiritual or cultural opposition to suicide? | ☐ | ☑ |
| 2. Does the offender display a positive future orientation or a sense of hope? | ☑ | ☐ |
| 3. Does the offender have an active, positive support system that includes family, spouse, friends or community ties? | ☑ | ☐ |
| 4. Does the offender appear to have good impulse control? | ☑ | ☐ |
| 5. Is the offender a caretaker or does he or she have a sense of responsibility to family or children? | ☑ | ☐ |
| 6. Is the offender able to identify multiple effective coping or problem solving skills? | ☑ | ☐ |
| 7. Is the offender compliant with psychotropic medications (self-report)? *N/A* | ☑ | ☐ |
| 8. Other? (identify): _____ | ☐ | ☐ |

Calculate the total number of yes/no responses in each column:     Yes *6*    No *1*

## Section III: Summary

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION I): *y:0   N:15*

    If the number of affirmative responses is greater than five, the offender should be reviewed for crisis watch and referred for a mental health evaluation.

- TOTAL NUMBER OF RISK FACTORS (FROM SECTION II) *y:6   N:15*

    The number of affirmative protective factors should be taken into consideration when reviewing for crisis watch.

WHITE SCC (MR) 0249
DOC 0379 (Rev. 05/2016

ILLINOIS DEPARTMENT OF CORRECTIONS

## EVALUATION OF SUICIDE POTENTIAL

_Shawnee CC_
Facility

Date: _6-12-18_

| Offender Name: _White, Richard_ | ID #: _R14550_ | DOB: _10-8-81_ |
|---|---|---|
| Last, First, M | | |

### Section IV:  Disposition

ALL CRISIS TEAM MEMBERS (CTMs) SHALL BE REQUIRED TO CONTACT A MENTAL HEALTH PROFESSIONAL (MHP) AFTER COMPLETING SECTION I, SECTION II AND SECTION III WITH THE OFFENDER.  AFTER THE CTM RECEIVES THE ORDERS FROM THE MHP, HE OR SHE SHOULD RECORD THE MHPs ORDERS BELOW.

Crisis Team Member (if applicable): _C. Peckinpaugh_      _6-12-18 / 1130 au_
Print Name                                    Date/Time:

MHP/Crisis Team Leader Contacted (if applicable): _____

Print Name _____      Date/Time: _____

Based on the evaluation, the MHP has made a determination of suicide risk level:
- Crisis Placement Indication (Check one):
  - [ ] Continuous Watch (CW)
  - [ ] Suicide Watch (10' SW)
  - [ ] Close Supervision (15' CS)
  - [ ] Observation Status (30' OBS)
  - [X] No Crisis Status Ordered
- Housing Recommendation (Check one):
  - [ ] Place in **Crisis Care** area
  - [X] Return to **General Population** housing
  - [ ] Return to **Special/Residential Treatment Unit**
  - [ ] Return to **Segregation** housing
  - [ ] Return to **Reception Center** housing
  - [ ] Other (specify): _____

### Section V:  Evaluator and Follow-Up Contact Information

Evaluation completed by:

- [ ] Crisis Team Member
- [ ] Mental Health Professional
- [ ] Psychiatrist/M.D.
- [X] Other: _LPN_

_C. Peckinpaugh_      _Cly LPN_      _6-12-18_      _1115 au_
Print Name          Signature          Date          Time

ILLINOIS DEPARTMENT OF CORRECTIONS
EVALUATION OF SUICIDE POTENTIAL

*Shawnee*
Facility

Date: 6-12-18

| Offender Name: White, Richard | ID #: R14550 | DOB: 10-8-81 |
| Last, First, MI | | |

**Follow-up**
NOTE:  If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by (MHP/Psychiatrist).

| Print Name | Signature | Date | Time |
|---|---|---|---|

Summary of follow-up and interventions/recommendations (if any):

79

# ST OF ILLINOIS – DEPARTMENT OF CORRECTIONS

Offender/Studer

Offender/Studer

Reception Faci

R14550   WHITE, RICHARD
Age:   33           DOB: 10/08/1981
Pa   Race: BLK      Sex: M
NRC 12/19/2014

Screening
DDS sig

☐ Schedule routine exam at
receiving institution

☐ Schedule immediately at
receiving institution

**JUVENILE**

Existing Restorations and
Missing Teeth

Treatment Needed and
Completed Restorations

## Public Health Classification Screening Dates

|  | Pathology |
|---|---|
| Endodontics |  |
| Oral Surgery |  |
| Periodontics |  |
| Operative |  |
| Prosthetic |  |

Receiving Inst.

Dentist

Date

## MEDICAL HISTORY AND REMARKS

|  | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular Disease |  |  |  |
| Pulmonary Disease/Asthma |  |  |  |
| Diabetes |  |  |  |
| Epilepsy |  |  |  |
| Hepatitis |  |  |  |
| V.D. (Typ |  |  |  |
| Allergies (Type |  |  |  |

TREATMENT NEEDED - COMPLETED RESTORATIONS

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16
32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

EXISTING RESTORATIONS & MISSING TEETH

L
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16
R
32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

WHITE SCC (MR) 0252

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| DEC 19 2014 | No Quam Patient Didid Not Bring to Dental | | 1-20-16 | Ok, need for filling | Steve Bunnell DDS |
| 12-30-14 | No Quam NU 1-6-15 km | | 1:15pm | Amoxicillin 500mg | |
| 1/1/15 | No Quam NU 1-6-15 km | | 1-20-16 30.70x10 DAYS | for extraction | Steve Bunnell DDS |
| 1-13-15 | Not brought to dental | | 1:15pm | #9 still failed to show | |
| | for Dental exam 1-13-15 | | 1-30-15 | Pt failed to Show | Steve Bunnell DDS |
| 07-11-15 | RO for Request | | 9:90a | patient is sedated | |
| 10:14PM | teeth & filling out #11 | | 2.01.2016 | #14 see pano | |
| | #9 fractured line #14 | | 1:15pm | | |
| | is missing a piece of | | 110 am | Amalgam bill up | |
| | filling. A smooth | | | occlusal w/ #14 | |
| | needs filling. Inmate | | | pinned surfaces | |
| | Okayed for the filling | | | explains that inmate | |
| | plate. He will get a filling | | | refused over filled area | |
| 9:12AM | I did NU found after Steve Bunnell | | | to be well known for | |
| | | | | replaced | |
| OG-1D exam | Exam | | 9:15am | | |
| 9:12AM | 5x2 filling had come | | 3-7-16 | clear & alcohol | |
| | out of my tooth a #9 | | 9:15a | alcohol swab & dry | |
| | I have an abscess | | | cotton pre op Dr filling | |
| 5am | Inmate has canker | | | Explain process & | |
| | above tooth do #9. | | 04.15-16 | Patient return for | |
| | filling #9 will | | 2.35pm and Signed | Return | |
| | to be reinserted at this | | | form | |
| | time #14 cant still have | | 5-17-16 | Patient was told the | Steve Bunnell DDS |
| | filling #9 PRO L filling | | 10:30AM | #2 the filling placed on #24 | |
| | | Steve Bunnell | | Facial edge, he could chew | |
| | | | | of course after Patient getting | |
| | | | | his filling #24 I can | |
| | | | | NV cont filling | Steve Bunnell |

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

JUVENILE

Inmate/Student Name _White Richard_

Inmate/Student I.D.# _R14550_

Reception Facility

Panorex

Screening

DDS sig

Public Health Classification Screening Dates

Receiving Inst.

Dentist

State

☐ Schedule immediately at R&C
☐ Schedule routine exam at receiving institution
☐ Schedule immediately at receiving institution

Pathology

## MEDICAL HISTORY AND REMARKS

| | Yes | No |
|---|---|---|
| Current Medication | | |
| Cardio Vascular Disease | | |
| Pulmonary Disease/Asthma | | |
| Diabetes | | |
| Epilepsy | | |
| Hepatitis | | |
| B.D. (Type | | |
| Allergies (Type | | |

Endodontics
Oral Surgery
Periodontics
Operative
Prosthetic

## EXISTING RESTORATIONS & MISSING TEETH

ADULT

R    1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16    L

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## TREATMENT NEEDED · COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

R    L

WHITE SOC MR 0054

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|------|------------------|------------------|------|------------------|------------------|
| 07-21-16 | Patient Refused Billing | | | | |
| T.COM | Signed Refusal form | | | | |
| | w/patient Request | | | | |
| 11-01-16 | Recommend EXAM | | | | |
| 12:40 PM | Pt. to signed Refusal | | | | |
| | form to Recommend EXAM | | | | |
| 3-22-17 | Refused Appoint | | | | |
| 9:11a | | | | | |
| 10-16-17 | EXAM | | | | |
| 3:15PM | Patient by encircled | | | | |
| | Grind to to g | | | | |
| | at American Soon | | | | |
| 10-19-17 | | | | | |
| 11:25am | | | | | |

WHITE SCC (MR) 0255

DC7126 (Rev.10/87)
IL 426-0018



ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

Shawnee Correctional
Facility

Offender Name: WHITE, RICHARD

Discharge Date: 12-5-16

ID#: R14550   Housing Unit: S1-20   Admission Date: 11-5-16

MONTH: DECEMBER   YEAR: 2016

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|

WHITE SCC (MR) 0256

ILLINOIS DEPARTMENT OF CORRECTIONS

## Segregation Sick Call Rounds Chart

SHAWNEE CORRECTIONAL

Facility

Offender Name: White, Richard

Discharge Date: 1-20-18

ID#: R14550  Housing Unit: S1-34  Admission Date: 1-18-18

**MONTH: JANUARY**  **YEAR: 2018**

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in Segregation No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in Segregation See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | SHCHCK | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call Segregation Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

WHITE SCC (MR) 0257



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATES

Original Order: 1/26/15
Discontinue: 2/5/15

Acyclovir 400mg
ī tab tid X 10 days

Allergies: NKDA

Date of Birth or Soc. Sec. No.: 10-8-81

Facility: Shawnee

White, Richard   R14550

Location: R58

WHITE SCC (MED) 0258

Reorder From: MED-PASS® 800-438-8884

Form # 6182LMR (Rev. 03/13)

RXH 032612

# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | | | |
| | | | | | | | | | |

Form # 6182LMR

Reorder Fr ED·PASS® 800-438-8884

WHITE SCC (MR) 59

MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order

1/24/15  Acyclovir 400mg

Discontinue
2/6/15   T tab tid x10 days
Rx #       #30 tabs

Original Order

2/13/15  Acyclovir 400mg PO
         T10

Discontinue
2/13/15
Rx #

Original Order

Discontinue
Rx #

Original Order

Discontinue
Rx #

Original Order

Discontinue
Rx #

Original Order

Discontinue

Initial Signature
Initial Signature
Initial Signature
Initial Signature
Initial Signature

Allergies

Facility  5AA

Charting for: Feb '15 Through

Diagnosis  STD

Date of Birth or Soc. Sec. No.

Reorder From: MED-PASS 800-438-8884

Form # 5182LMR  (Rev. 08/13)

Location

R-592030

Inmate Name and Number  White, Richard  R14550

HHI 032612