# MEDICATION NOTES

IN-N0018013

## INSTRUCTIONS:

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

## INJECTION SITE CODES:

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

## RESULT CODES:

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

## NON-ADMINISTERED MEDICATION REASON CODES:

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | |
| | | | | | | | |

Form # 6162LMR

Reorder F... MED-PASS 800-438-8884

WHITE SCC (MR) 261

**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order 7-2-15  Decadron 8mg IM
now x 1 dose    8:30p
Discontinue 7-3-15
Rx#

Original Order 7-3-15  Naprosen 500mg
po BID
Discontinue 7-13-15
Rx#

Original Order 7/10/15  Indocin 50mg
Po TID X 1mo
Discontinue 8/10/15

Original Order 7/17/15  Acyclovir C 400 pd
po tid
Rx#

Original Order    Discontinue

Original Order    Discontinue

Original Order    Discontinue

Allergies: NKA

Date of Birth or Soc. Sec. No: 10-8-81

Inmate Name and Number: White, Richard #B0455O

Facility: SHAWNEE

Location: BD59

Form # 6182LMR (Rev 06/13)

Charting for July 2015

Reorder From: MED-PASS 800-438-8884

WHITE SCC (MR) 0262

# MEDICATION NOTES

IN-H02/15/11B

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

| 1. Abdomen Left | 5. Buttocks (Gluteus) Left | 9. Upper Back Left |
| 2. Abdomen Right | 6. Buttocks (Gluteus) Right | 10. Upper Back Right |
| 3. Arm (Deltoid) Left | 7. Thigh (Quadriceps) Left | 11. Upper Chest Left |
| 4. Arm (Deltoid) Right | 8. Thigh (Quadriceps) Right | 12. Upper Chest Right |

**RESULT CODES:**
- A. Effective
- B. Slightly Effective
- C. Ineffective
- D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | | | |




Form # **6182LMR**

MED-PASS® 800-438-8884   Reorder #

WHITE SCC (MR) 0063



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1607 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order

INDOMETHACIN 50MG CAP
SUB FOR: INDOCIN
WOODS, BLAKE
TAKE 1 CAPSULE(S) BY MOUTH THREE
TIMES A DAY

7/15/2015

Discontinue
8/14/2015

Rx # 51516213

Allergies
NO KNOWN DRUG ALLERGY

Date of Birth or Soc. Sec. No.
10/08/1981

Facility
SHAWNEE CORR CTR

2D29

WHITE, RICHARD R14550

Form # 61892LMR   (Rev. 09/13)

Reorder From: MED-PASS® 800-438-8884

Charting for: 08/01/2015   Through 08/31/2015

Diagnosis

WHITE SCC (MN 10264)

NH 032012

# MEDICATION NOTES

WHITE SCC (MR) 0165

## INSTRUCTIONS:

- Initial appropriate box when medication or treatment is given
- Circle initials when medication or treatment is refused
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

## INJECTION SITE CODES:

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

## RESULT CODES:

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

## NON ADMINISTERED MEDICATION REASON CODES:

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication hold (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Initial | Signature

Initial | Signature

Initial | Signature

Initial | Signature

Initial | Signature

Initial | Signature

Reorder From **PASS** 800-438-8884



# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 · Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order 8/15/2015

**NAPROXEN 500MG TAB**
DAVID, ALFONSO
SUB FOR: NAPROSYN
TAKE 1 TABLET(S) BY MOUTH TWICE A
DAY WITH FOOD

Discontinue 9/4/2015

Rx # 51569073

Naprosyn 500 mg
po BID x 2weeks

Allergies
NO KNOWN DRUG ALLERGY

Date of Birth or Soc. Sec. No.
10/08/1981

Location
2D29

Initials Name and Number
WHITE, RICHARD R14550

Facility
SHAWNEE CORR CTR

Charting for
09/01/2015

Through
09/30/2015

Reorder From: **MED-PASS** 800-438-8884

Diagnosis

WHITE SCC (M) 0266



Form # 6182LMR (Rev. 08/13)

# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |
|      |      |       |                   |       |        |        |      |      |       |                   |       |        |        |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
|         |           |         |           |         |           |         |           |
|         |           |         |           |         |           |         |           |

Form # 6182LMR

Reorder F **MED-PASS** 800-438-8884

WHITE SCC (MR) 267



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Naprosyn 500mg Bid
Pain

Initial   Signature
VE K Shermon gh
WE ZCel by

Shaw need

Charted by   Through
March 2016

Location
30606

Inmate Name and Number
Mark Richard R14550

Date of Birth or Soc. Sec. No.
70 3 81

Allergies
NKA

Facility

Reorder From: MED-PASS® 800-438-9884

Form # 8182LMR   (Rev. 09/13)

WHITE SCC (M) 0268

INH 032612

# MEDICATION NOTES

BNHD3163118

| INSTRUCTIONS: | INJECTION SITE CODES: | | RESULT CODES: | NON ADMINISTERED MEDICATION REASON CODES: |
|---|---|---|---|---|
| · Initial appropriate box when medication or treatment is given.<br>· Circle initials when medication or treatment is refused.<br>· State reason for refusal under Medication Notes.<br>· State reason and result for PRN Medication or Treatment.<br>· Indicate injection site with appropriate code | 1. Abdomen Left<br>2. Abdomen Right<br>3. Arm (Deltoid) Left<br>4. Arm (Deltoid) Right | 5. Buttocks (Gluteus) Left<br>6. Buttocks (Gluteus) Right.<br>7. Thigh (Quadriceps) Left<br>8. Thigh (Quadriceps) Right | 9. Upper Back Left<br>10. Upper Back Right<br>11. Upper Chest Left<br>12. Upper Chest Right | A. Effective<br>B. Slightly Effective<br>C. Ineffective<br>D. No Effect Observed | 1. Refused by Inmate<br>2. Inmate did not show<br>3. Inmate not in cell<br>4. Security lockdown<br>5. Medication held (state reason)<br>6. Medication out of stock |

| DATE | TIME | INIT | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Form # 5182LMR

Reorder From ED-PASS 800-438-8884

WHITE SCC (MR)   69



# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 4-18-16 | Acyclovir 400mg tab TID x 1month | | | | | | | | | | | | | | | | | | | | | | kf # 90 | | | | | | | | | |
| Discontinue 5-18-16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | kf | K. Freun RN | | Diagnosis |

| Location 2066 | | Allergies NKA | Charting for Apri | Through 2016 |
|---|---|---|---|---|

Inmate Name and Number
Lince, Richard    214550    Facility Shawnee

Date of Birth or Soc Sec. No.
10-6-81

Reorder From: **MED-PASS®** 800-438-8884

Form # 8182LMR   (Rev. 08/13)

INH 032612

## MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle Initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**
1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON-ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|

Initial Signature

Form # 6182LMR

WHITE SCC (MR) 271



MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 · Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Original Order: Acyclovir 400mg PO TID #Rx4/08

Rx # 5/18/16 #QB4/08 QS

WHITE SCC (A) 0272

Inmate Name and Number: Richard Riasso

Date of Birth or Soc. Sec. No. 10-08-81

Allergies: NKDA

Diagnosis: Herpes

Charting for: May

Facility: Brownee

Reorder From: **MED-PASS** 800-438-8884

Form # 5162L-MR (Rev. 08/16)

# MEDICATION NOTES

IN/6319/019

## INSTRUCTIONS:

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

## INJECTION SITE CODES:

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

## RESULT CODES:

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

## NON ADMINISTERED MEDICATION REASON CODES:

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | | | | | |

Form # 6182LMR

Reorder F **MED-PASS** 800-438-8884

WHITE SCC (MR)  73



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-3997 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order
10|30|17 Pepcid 20mg Po BID
PRN x #30

Discontinue
11|30|17 T. Pittayathikhun NP 99
Rx#

Original Order
10|30|17 Nasocort ÷ Spray
ea. nostril 3 daily

Discontinue
11|30|18 T. Pittayathikhun NP 99

Location
3D-04

Inmate Name and Number
White Richard RH550

Date of Birth or Soc. Sec. No.
10|08|81

Allergies NKDA

Facility Shawnee

Charting for OCT  Through 2017

Reorder From: MED-PASS 800-438-9884

Form # 8183-MR  Rev.08/13

INH 071416

# MEDICATION NOTES

## INSTRUCTIONS:

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

## INJECTION SITE CODES:

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

## RESULT CODES:

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

## NON ADMINISTERED MEDICATION REASON CODES:

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication hold (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | | | |
| | | | | | | | | | |

Form # 6182LMR

Reorder From D-PASS 800-436-8684

WHITE SCC (MR) 275



**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-5897 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 10/4/17 | Naproxen 500mg BID X10 days | | | | | GD K23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 11/5/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | David | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Inmate Name and Number: White Richard R14550
Date of Birth or Soc. Sec. No.: 10-8-81
Location: 3Dfy 3Dff
Allergies: NKDA
Facility: Shawnee
Charting for: Nov Through 2017
Diagnosis:

Reorder From: MED-PASS 800-438-8884
Form # 62LMR (Rev 08/13)

WHITE SCC (MR) 0276

# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

| 1. Abdomen Left | 5. Buttocks (Gluteus) Left | 9. Upper Back Left |
| 2. Abdomen Right | 6. Buttocks (Gluteus) Right | 10. Upper Back Right |
| 3. Arm (Deltoid) Left | 7. Thigh (Quadriceps) Left | 11. Upper Chest Left |
| 4. Arm (Deltoid) Right | 8. Thigh (Quadriceps) Right | 12. Upper Chest Right |

**RESULT CODES:**
- A. Effective
- B. Slightly Effective
- C. Ineffective
- D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | Initial | Signature | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | RESULT | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|---------|-----------|------|------|-------|-------------------|-------|--------|--------|--------|
| | | | | | | | | | | | | | | | |

Form # 6182LMR

Reorder From **D-PASS** 800-438-9884



## MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | NASACORT ALLERGY (10.8ML) 55MCG SPR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/24/2017 | PITTAYATHIKHAN, TAMMY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | PLACE 1 SPRAY(S) IN EACH NOSTRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/21/2018 | DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Allergies: NO KNOWN DRUG ALLERGY

Diagnosis

| Location | 3064 3083 | Date of Birth or Soc. Sec. No. | 10/08/1981 |
|---|---|---|---|
| Inmate Name and Number | WHITE, RICHARD R14550 | | |

Facility: SHAWNEE CORR CTR

Charting for 12/01/2017 Through 12/31/2017

Reorder From: **MED-PASS** 800-438-8884

Form #9172/LTMR (Rev. 06/13)

WHITE SCC (12) 0278

W41071416




# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

| 1. Abdomen Left | 5. Buttocks (Gluteus) Left | 9. Upper Back Left |
| 2. Abdomen Right | 6. Buttocks (Gluteus) Right | 10. Upper Back Right |
| 3. Arm (Deltoid) Left | 7. Thigh (Quadriceps) Left | 11. Upper Chest Left |
| 4. Arm (Deltoid) Right | 8. Thigh (Quadriceps) Right | 12. Upper Chest Right |

**RESULT CODES:**
- A. Effective
- B. Slightly Effective
- C. Ineffective
- D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Form # 6182LMR    Reorder Fro ED-PASS® 800-438-8884

WHITE SCC (MR) 79

IN4531801B

**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 10/24/2017 | NASACORT ALLERGY (10.8ML) 55MCG SPR PITTAYATHIKHAN, TAMMY PLACE 1 SPRAY(S) IN EACH NOSTRIL DAILY | | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 1/21/2018 Rx # 5339209 | issue Reorder 12-31-17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|

Allergies
**NO KNOWN DRUG ALLERGY .**

| Location 3DQ2-SQ-110 | Date of Birth or Soc. Sec. No. 10/08/1981 |
|---|---|

Inmate Name and Number
WHITE, RICHARD R14550

Facility
SHAWNEE CORR CTR

| Charting for 01/01/2018 | Through 01/31/2018 |
|---|---|

Diagnosis

Reorder From: MED-PASS® 800-438-8884



WHITE SCC (MR) 0280

61121MR (Rev. 09/13)

INH 071416

# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Form # 61821MR

Reorder F **MED-PASS** 800-438-8884

IN-H03 10/18

**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-9397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3.22.18 | ASA EC 325 mg 1 tab po daily David | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |
| Discontinue 4.2.18 Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | X |
| Original Order 3.22.18 | Tyl #3 ii tabs po q 4-6° prn x 1 week David | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 3.29.18 Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3.27.18 | Motrin 600mg po TID prn David | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | N #30 | | | |
| Discontinue 4.9.18 Rx # | ne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3.29.18 | Acyclovir 400mg po TID David | C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 3.29.18 Rx # | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

Location # 3D38   Date of Birth 10/08/89   Prac/Doc/Ser. No.   Allergies NKA

Inmate Name and Number R14550   Facility Shawnee

White, Richard

WHITE SCC (M1) 0282

WHITE2LMR (Rev. 08/13)

Reorder From: MED-PASS 800-438-8884

Starting for Mar 22, 2018   Through Mar 31, 18

Diagnoses HSV

WHITE SCC (M1) 0282

# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**
1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**
- A. Effective
- B. Slightly Effective
- C. Ineffective
- D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|
| | | | | | | |

Initial | Signature: TW Washburn

Initial | Signature: RR Carriroda

Initial | Signature: TW Williams

Reorder From: MED-PASS 800-438-8884

Form # 6182LMR

WHITE SCC (MR) 283

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-7397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Acyclovir 400mg po TID**

**Ultram 50mg QD x 1 month**

David

Allergies: NKA

Date of Birth or Soc. Sec. No. 10/6/81

Initial Signature: M Williams RN

Diagnosis: KSU S/P Knee Sx

Location: 3B-36

WHITE SCC (MR) 0284

Reorder From: MED-PASS 800-438-8884

## MEDICATION NOTES

IN-MO315101B

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

| | |
|---|---|
| 1. Abdomen Left | 5. Buttocks (Gluteus) Left |
| 2. Abdomen Right | 6. Buttocks (Gluteus) Right |
| 3. Arm (Deltoid) Left | 7. Thigh (Quadriceps) Left |
| 4. Arm (Deltoid) Right | 8. Thigh (Quadriceps) Right |
| | 9. Upper Back Left |
| | 10. Upper Back Right |
| | 11. Upper Chest Left |
| | 12. Upper Chest Right |

**RESULT CODES:**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | |

Form # 61182LMR

Reorder Free **MED-PASS** 800-438-8884

## MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/29/2018 | ACYCLOVIR 400MG TAB  DAVID, ALFONSO  SUB FOR: ZOVIRAX  TAKE 1 TABLET(S) BY MOUTH THREE  TIMES A DAY | | C | | | | | | | | | | | | | | | | | | | | | | | | | | #20 | | | | | |
| Discontinue 3/28/2019 | | | S | | | | | | | | | | | | | | | | | | | | | | | | | | M2 | | | | | |
| Rx # 4398800  Original Order 4/4/2018 | #90 4.3.18  TRAMADOL 50MG TAB  DAVID, ALFONSO  SUB FOR: ULTRAM  TAKE 1 TABLET(S) BY MOUTH DAILY | | LoA | VFR5B | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 5/3/2018 | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 4399571  Original Order | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx #  Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx #  Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx #  Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| VF K. Freeman R | | | | M2 | | M2 | | OG | |

| Location | Date of Birth or Soc. Sec. No. | Allergies |
|---|---|---|
| 3D88 | 10/08/1981 | NO KNOWN DRUG ALLERGY |

| Inmate Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| WHITE, RICHARD, R14550 | SHAWNEE CORR CTR | 05/01/2018 | 05/31/2018 |

Reorder From: **MED-PASS** 800-438-8884

Diagnosis: S/p Knee Sx

Form # 6182 MR   (Rev. 06/13)

WHITE SCC (MR) 0286

## MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | |

Form # 6182LMR

Reorder MED-PASS 800-438-8884

WHITE SCC (MR) 3287

INH03/501B



# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/25/2018 | ACYCLOVIR 400MG TAB<br>SUB FOR: ZOVIRAX  DAVID ALFONSO<br>TAKE 1 TABLET(S) BY MOUTH THREE<br>TIMES A DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 3/26/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 53366844 | 5/2 x 90 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | UF. R. Freeman-who | | | | | | | |



| Initial | Signature |
|---|---|
| | |

Allergies
NO KNOWN DRUG ALLERGY

Date of Birth or Soc. Sec. No.
10/08/1981

Location
3D3B

Inmate Name and Number
WHITE, RICHARD  R14550

Facility
SHAWNEE CORR CTR

Charting for
06/01/2018

Through
06/30/2018

Diagnosis

Form # 6162LMR (Rev. 03/13)

NW-07141G

WHITE SCC (M) 0288

# MEDICATION NOTES

| INSTRUCTIONS: | INJECTION SITE CODES: | | RESULT CODES: | NON ADMINISTERED MEDICATION REASON CODES: |
|---|---|---|---|---|
| · Initial appropriate box when medication or treatment is given.<br>· Circle initials when medication or treatment is refused.<br>· State reason for refusal under Medication Notes.<br>· State reason and result for PRN Medication or Treatment.<br>· Indicate injection site with appropriate code. | 1. Abdomen Left<br>2. Abdomen Right<br>3. Arm (Deltoid) Left<br>4. Arm (Deltoid) Right<br>5. Buttocks (Gluteus) Left<br>6. Buttocks (Gluteus) Right<br>7. Thigh (Quadriceps) Left<br>8. Thigh (Quadriceps) Right | 9. Upper Back Left<br>10. Upper Back Right<br>11. Upper Chest Left<br>12. Upper Chest Right | A. Effective<br>B. Slightly Effective<br>C. Ineffective<br>D. No Effect Observed | 1 Refused by Inmate<br>2 Inmate did not show<br>3 Inmate not in cell<br>4 Security lockdown<br>5 Medication held (state reason)<br>6 Medication out of stock |

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | Initial | Signature | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Form # 6182LMR

MED-PASS® 800-438-8884
Reorder

BN-KX3-I801B

WHITE SCC (MR) 289

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1597 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/29/2018 | ACYCLOVIR 400MG TAB SUB FOR: ZOVIRAX DAVID, ALFONSO TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 3/28/2019 | Rx # 50866844 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Allergies: **NO KNOWN DRUG ALLERGY**

Date of Birth or Soc. Sec. No.: **10/08/1981**

Facility: **SHAWNEE CORR CTR**

Charting for **07/01/2018** Through **07/31/2018**

Reorder From: **MED-PASS**® 800-438-8884

Location: **2098**

Patient Name and Number: **WHITE, RICHARD R14550**

Form # 6182L MR (Rev. 08/13)

WHITE SCC (A) -0290

IGH1-D/1416

# MEDICATION NOTES

| INSTRUCTIONS: | INJECTION SITE CODES: | RESULT CODES: | NON-ADMINISTERED MEDICATION REASON CODES: |
|---|---|---|---|
| · Initial appropriate box when medication or treatment is given.<br>· Circle initials when medication or treatment is refused.<br>· State reason for refusal under Medication Notes.<br>· State reason and result for PRN Medication or Treatment.<br>· Indicate injection site with appropriate code. | 1. Abdomen Left<br>2. Abdomen Right<br>3. Arm (Deltoid) Left<br>4. Arm (Deltoid) Right<br>5. Buttocks (Gluteus) Left<br>6. Buttocks (Gluteus) Right<br>7. Thigh (Quadriceps) Left<br>8. Thigh (Quadriceps) Right<br>9. Upper Back Left<br>10. Upper Back Right<br>11. Upper Chest Left<br>12. Upper Chest Right | A. Effective<br>B. Slightly Effective<br>C. Ineffective<br>D. No Effect Observed | 1. Refused by Inmate<br>2. Inmate did not show<br>3. Inmate not in cell<br>4. Security lockdown<br>5. Medication held (state reason)<br>6. Medication out of stock |

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

Form # 6182LMR

Reorder From: C-PASS 800-438-9884

WHITE SCC (MR) 1291

'BEGIN USING FROM BOTTOM UP

R50
2030                    10/00/81         NKDA        ✓

**State of Illinois**                **PRESCRIPTION ORDER**
**Dept. of Corrections**            Chart Copy (Not a prescription)

Patient  White, Richard _____ Reg. # R14550 _____ Date: 2/13/15

Problem _____
ORDER: (Physician's Signature After Last Order) _____

Acyclovir 400 y PO tid x 10 days

DEA/Illinois Lic. #_____ Physician (Print) _____
  ☐ May Substitute _____ BLWP _____ M.D.
  ☐ May Not Substitute _____ Rhodes Rn _____ M.D.
DCA 7000          Noted by: _____ Date: 02/13/15
IL 426-1417

R50            given from Stock

**State of Illinois**                **PRESCRIPTION ORDER**
**Dept. of Corrections**            Chart Copy (Not a prescription)

Patient  White, Richard _____ Reg. # R14550 _____ Date: 1-26-15

Problem _____
ORDER: (Physician's Signature After Last Order) _____

Acyclovir 800 y dd TID x 10 days

DEA/Illinois Lic. #_____ Physician (Print) _____
  ☐ May Substitute _____ M.D.
  ☐ May Not Substitute _____ M.D.
DCA 7000          Noted by: _____ Date: 1/26/15
IL 426-1417

NKDA                              Profile

**State of Illinois**                **PRESCRIPTION ORDER**
**Dept. of Corrections**            Chart Copy (Not a prescription)

Patient  White, Richard _____ Reg. # R14550 _____ Date: 12-19-14

Problem _____
ORDER: (Physician's Signature After Last Order) _____ #15 given

Acyclovir 400mg PO TID X5 days

DEA/Illinois Lic. #_____ Physician (Print) Claude avitoh
  ☐ May Substitute _____ M.D.
  ☐ May Not Substitute _____ M.D.
DCA 7000          Noted by: _____

WHITE SCC (MR) 0292

**\*BEGIN USING FROM BOTTOM UP**

2D29   NKA   10-8-81

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_    Reg. # _R14550_    Date: _7/17/15_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Azelvina 400y PO s.d x10 day

DEA/Illinois Lic. # _____    Physician (Print) _____
☐ May Substitute _____      M.D.
☐ May Not Substitute _____      M.D.
DCA 7000
IL 426-1417    Noted by: _____    Date: _7/17/1_

---

NKDA

2D 29

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_    Reg. # _R14550_    Date: _7/10/15_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

Indovin 50y PO z.d x 1 mo.

DEA/Illinois Lic. # _____    Physician (Print) _____
☐ May Substitute _____      M.D.
☐ May Not Substitute _____      M.D.
DCA 7000
IL 426-1417    Noted by: _____    Date: _7/10/15_

---

Pol 3 10-8-81    2D59    NKDA    profile

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_    Reg. # _R14550_    Date: _7-3-15_

Problem _____

ORDER: (Physician's Signature After Last Order) _Decadron 8mg IM now x1._
_Naproxen 500mg PO x 14 day_
_14 day_

DEA/Illinois Lic. # _____    Physician (Print) _T/O R. Woods NP_
☐ May Substitute _____      M.D.
☐ May Not Substitute _____

WHITE SCC (MR) 0293

**\*BEGIN USING FROM BOTTOM UP**

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _____ M.D.
☐ May Not Substitute _____
DCA 7000
IL 426-1417          Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient White Richard _____ Reg. # R14550 ____ Date: 9/8/15

Problem _____

ORDER: (Physician's Signature After Last Order)
Naprosyn 500mg po BID x 2weeks
To Dr David

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _____ M.D.
☐ May Not Substitute _____
DCA 7000
IL 426-1417          Noted by: J Ciankron Date: 9/8/15

---

10/8/81          NKDA          2D29

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient White, Richard _____ Reg. # R14550 ____ Date: 8/13/15

Problem _____

ORDER: (Physician's Signature After Last Order) _____
Naprosyn 500 y td BID c food x 3 wks

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _____
☐ May Not Substitute _____
DCA 7000
IL 426-1417          Noted by: _____ Date: 8/13/15

WHITE SCC (MR) 0294

**\*BEGIN USING FROM BOTTOM UP**

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_ Reg. # _R14550_ Date _3-14-16_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Naprosyn 500mg tab BID prn x 10 days_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417 Noted by: _____ Date: _____

_given from stock_

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_ Reg. # _R14550_ Date _1/29/16_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Naproxen 500mg PO BID_
_X 14 days_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417 Noted by: _Oleon LPN_ Date: _1/29/16_

_Dental Stock_

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White Richard_ Reg. # _R14550_ Date: _11-20-15_

Problem _____

ORDER: (Physician's Signature After Last Order) _Amoxicillin 500mg_
_1 cap TID x 10 days x1_

DEA/Illinois Lic. # _____ Physician (Print) _Thom v Burrell DDS_
_Thom Burrell DDS_ M.D.

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417 Noted by: _____ Date: _11/20/15_

WHITE SCC (MR) 0295

*BEGIN USING FROM BOTTOM UP

Dental Stach

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _White Richard_ Reg. # _R 14650_ Date: _10-16-17_

Problem _Dental_

ORDER: (Physician's Signature After Last Order) _Ibuprofen 400 mg_
_30 TN X10 DAY_
_Amoxicillin 500 M_
_30 TN X 10 DAY_

DEA/Illinois Lic. # _____  Physician (Print) _Tromy Burell_

☐ May Substitute _____ _Thin Burell_ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417   Noted by: _____ Date: _____

---

Stadc   2066   NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _White, Richard_ Reg. # _R14550_ Date: _8-19-C_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Naproxyn 500mg P.O. BID X/10 days_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417   Noted by: _____ Date: _8/19/17_

---

DOB 10-8-81   NKA   2066

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _White, Richard_ Reg. # _R R5550_ Date: _8-18-16_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Acyclovir 400 g 16 TAB x 1 mo_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417   Noted by: _____ Date: _4-18-16_

WHITE SCC (MR) 0296

**BEGIN USING FROM BOTTOM UP**

Inf.   NKA          DOB 10/08/81

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient  White, Richard          Reg. #  R14550          Date: 3/22/18

Problem _____

ORDER: (Physician's Signature After Last Order)  ASA EC 325 mg ½ po daily x 30 days.
Tylenol #3 ½ tabs po q 4-6° prn x 1 week

DEA/Illinois Lic. # _____          Physician (Print)  V.O.Th David

☐ May Substitute _____                              M.D.
☐ May Not Substitute _____                          M.D.
DCA 7000          Noted by: Williamson RN          Date: 3/22/18
IL 426-1417

---

3064   NKDA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient  White, Richard          Reg. #  R14550          Date: 11-4-17

Problem _____

ORDER: (Physician's Signature After Last Order) _____
Naproxen 500 mg BID X 10 days
From Stock

DEA/Illinois Lic. # _____          Physician (Print)  T/O Dr. David

☐ May Substitute _____                              M.D.
☐ May Not Substitute _____                          M.D.
DCA 7000          Noted by: C. Jay, LPN          Date: 11-4-17
IL 426-1417

---

DOB 10/08/1981          NKDA          30-64

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient  White, Richard          Reg. #  R14550          Date: 10/20/17

Problem _____

ORDER: (Physician's Signature After Last Order) _____
Pepcid x mg R BID LPN x #30
Naso Cort 1 spray each nostril Q daily x 3mo.

DEA/Illinois Lic. # _____          Physician (Print)  Pietragattikulpan

☐ May Substitute _____                              M.D.
☐ May Not Substitute _____                          M.D.
4 7000          Noted by: J. Jaugers, LPN  2:37P          Date: 10/20/17
26-1417

WHITE SCC (MR) 0297

ONE RADIOLOGY
Normal, IL 61761
Date: July 7, 2015

PATIENT: White, Richard
ID#: R14550
DOB: 10/8/81
Ordered by: Dr. David
Shawnee Correctional Center

LEFT KNEE TWO VIEWS   7/6/2015

HISTORY: Pain.

FINDINGS:

Two views demonstrate minimal early tricompartment osteoarthritis with a small knee joint effusion but
no acute bony fracture or dislocation is seen.

Signed_____
N.  Yousuf, M.D.

NY:eg
DIC: 7/7/2015
Films from Shawnee Correctional Center

**M.D. Review**
**Date** 7/8/15
**Signature**                    Pull Chart ☐
                         See Patient ☐
                              File ☑

WHITE SCC (MR) 0298

ONE RADIOLOGY
Normal, IL 61761
Date: August 28, 2015

PATIENT: White, Richard
ID#: R14550
DOB: 10/8/81
Ordered by: Dr. David
Shawnee Correctional Center

LEFT KNEE FOUR VIEWS  8/27/2015

HISTORY: Pain.

FINDINGS: Four views of the left knee demonstrate minimal early degenerative changes without appreciable change since the prior study.

A small knee joint effusion is seen.

There is no acute bony fracture or loose body.

Signed_____

N.  Yousuf, M.D.

NY:eg
DIC: 8/28/2015
Films from Shawnee Correctional Center

M.D. Review
Date 7/1/13
Signature

Pull Chart ☐
See Patient ☑
File ☑

WHITE SCC (MR) 0299

OneRadiology
Normal, Illinois
August 23, 2017

WHITE, RICHARD
ID #: R14550
DOB: 10-08-81
Dr. David
Shawnee Correctional Facility

LEFT KNEE TWO VIEWS 8-21-2017:

HISTORY:  Pain and limited range of motion.

Two views demonstrate mild early tricompartmental osteoarthritis with a small joint effusion
similar to the prior study.  No acute bony fracture or loose body is seen.

Signed_____
                        N. Yousuf, M.D.

Dic:8-23-2017

Films from Shawnee Correctional Facility

M.D. Review          8|25|17
Date
Signature

Pull Chart ☐
See Patient ☐
File ☑

ONE RADIOLOGY

Normal, Illinois

November 7, 2017


PATIENT NAME:  White, Richard

PATIENT NUMBER.  R14550

DOB:  10/8/81

ORDERED BY: Dr. David

Shawnee Correctional Center

LEFT KNEE TWO VIEWS    11/6/2017

HISTORY:  Twisting injury.  Pain and swelling.

FINDINGS:  Comparison is made to the 8/21/2017 study.

No acute bony fracture or dislocation identified.  Mild soft tissue prominence at suprapatellar bursal region is compatible with a small joint effusion.

Articular joint space is relatively preserved, unchanged over the interval.


D. Ha, M.D.


DH:eg

Study from Shawnee Correctional Center


M.D. Review
Date  11. 9. 17
Signature

Pull Chart ☐
See Patient ☐
File ☑

Stateville-Intake
20025 Division Street
Cresthill, IL  60435



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION | |
|---|---|---|---|---|---|---|---|---|
| WHITE, RICHARD R14550 | | A252-14550 | 10/08/1981 | M | Final | | D252 | |

| PHYSICIAN | | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
|---|---|---|---|---|---|---|---|---|
| | | | 12/19/2014 UNKNOWN | 12/19/2014 18:48 | | 12/23/2014   6:29 | | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A252.30688 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 7 | | MG/DL | 6-20 |
| SODIUM | 142 | | MMOL/L | 135-145 |
| POTASSIUM | 4.4 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 106 | | MMOL/L | 98-108 |
| GLUCOSE | 83 | | MG/DL | 65-110 |
| CREATININE | 1.03 | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.9 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.8 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.5 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.4 | | MG/DL | 0-1.2 |
| ALK PHOS | 76 | | U/L | 40-125 |
| AST | 23 | | U/L | 10-40 |
| CO2 CONTENT | 25 | | MMOL/L | 24-32 |
| ANION GAP | 11 | | MMOL/L | 3-11 |
| ALT | 27 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 6.8 L | | 12-20 |
| HEP C ANTIBODY | NEGATIVE | | | NEG |
| | Negative for IgG antibodies to HCV. | | | |
| SYPHILIS INITIAL SER | NON REACTIVE | | | NRRAC |
| | (NOTE) | | | |

```
SYPHILIS  INITIAL  SEROLOGY  RESULT
INTERPRETATION
Result                    Antibody index
------------------------------------------------
Nonreactive      Less than or equal to 0.8 AI
Equivocal        0.9 to 1.0 AI
Reactive         Greater than or equal to 1.1 AI
------------------------------------------------
SYPHILIS SEROLOGY RESULT INTERPRETATION
Syphilis Initial Ser: Non Reactive
                    "Negative for syphilis IgG
antibodies."
Syphilis Initial Ser: Reactive
Syphilis RPR, Qual: Reactive
                    "Consistent with past or
current
                    syphilis infection."(see RPR
Quant)
Syphilis Initial Ser: Reactive
```

12/23/14

Continued on the next page
WHITE, RICHARD R14550                12/23/2014 06:29                D252

WHITE SCC (MR) 0302

Stateville-Intake
20025 Division Street
Cresthill, IL 60435



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION | |
|---|---|---|---|---|---|---|---|---|
| WHITE, RICHARD R14550 | | A252-14550 | 10/08/1981 | M | Final | | | D252 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | | PAGE |
| | | 12/19/2014 UNKNOWN | 12/19/2014 18:48 | | 12/23/2014   6:29 | | | 2 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | | |
| A252.30688 | | | | | | | | |
| COMMENTS: | | | | | | | | |

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |

Syphilis RPR, Qual: Non Reactive
FTA-ABS: Reactive

"Possible syphilis infection requiring

historical and clinical evaluation."

Syphilis Initial Ser: Reactive
Syphilis RPR, Qual: Non Reactive
FTA-ABS: Non Reactive

"Unconfirmed EIA. Unlikely to be syphilis.

If patient is at high risk for syphilis,

retest in 1 month."

NOTE: ALL REACTIVE SYPHILIS SEROLOGY RESULTS ARE REPORTED TO
THE CHICAGO DEPARTMENT OF PUBLIC HEALTH.

End of Report

WHITE, RICHARD R14550                    12/23/2014 06:29                                    D252

WHITE SCC (MR) 0303



Shawnee Correctional Center
6665 Route 146 East
P.O. Box 400
Vienna, IL 62995

**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | | | PATIENT ID | DOB | SEX | STATUS | DESTINATION | |
|---|---|---|---|---|---|---|---|---|
| WHITE, RICHARD R14550 | | | A236-145500 | 10/08/1981 | M | Final | D236 | |
| PHYSICIAN | | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| DAVID, ALFONSO | | | 10/07/2017 02:00 | 10/09/2017 23:00 | | 10/10/2017 6:01 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | | |
| A236.7572 | | | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 13 | | MG/DL | 6-20 |
| SODIUM | 140 | | MMOL/L | 135-145 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.2 |
| (NOTE) | | | | |
| Assay performed on the Beckman AU 5822 platform. New | | | | |
| reference | | | | |
| interval effective 7/10/2017. | | | | |
| CHLORIDE | 104 | | MMOL/L | 98-108 |
| GLUCOSE | 79 | | MG/DL | 65-110 |
| CREATININE | 1.37 | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.7 | | MG/DL | 8.6-10.6 |
| (NOTE) | | | | |
| Assay performed on the Beckman AU 5822 platform. New | | | | |
| reference | | | | |
| interval effective 7/10/2017. | | | | |
| TOTAL PROTEIN | 7.4 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.4 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.5 | | MG/DL | 0-1.2 |
| ALK PHOS | 75 | | U/L | 40-125 |
| AST | 26 | | U/L | 10-40 |
| CO2 CONTENT | 29 | | MMOL/L | 24-32 |
| ANION GAP | 7 | | MMOL/L | 3-11 |
| ALT | 21 | | U/L | 10-50 |
| BUN/CREAT RATIO | | 9.5 L | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 184 | | MG/DL | <200 |
| (NOTE) | | | | |

```
-------------------------------------------------------------
Cholesterol(mg/dl):
            <200          DESIRABLE
            200-239       BORDERLINE HIGH
            >239          HIGH
-------------------------------------------------------------
```

Assay performed on the Beckman AU 5822 platform. New
reference
interval effective 7/10/2017.

| TRIGLYCERIDE | 73 | | MG/DL | <150 |
|---|---|---|---|---|
| (NOTE) | | | | |

```
-------------------------------------------------------------
```

Continued on the next page
WHITE, RICHARD R14550                     10/10/2017 06:01

M.D. Review    10/11/17
Date
Signature

Pull Chart
Sec

D236

Shawnee Correctional Center
6665 Route 146 East
P.O. Box 400
Vienna, IL 62995



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| WHITE, RICHARD R14550 | | A236-145500 | 10/08/1981 | M | Final | | D236 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| DAVID, ALFONSO | | 10/07/2017 02:00 | 10/09/2017 23:00 | | 10/10/2017  6:01 | | 2 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A236.7572 | | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |

Triglycerides (mg/dl):
              <150                    NORMAL
              150-199            BORDERLINE HIGH
              200-499            HIGH
              >499                 VERY HIGH

----------------------------------------------------
Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.
Assay performed on the Beckman AU 5822 platform.  New reference
interval effective 7/10/2017.

HDL                     50                    MG/DL       >40
(NOTE)

----------------------------------------------------
HDL <40 mg/dl is low and constitutes a coronary
           heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for
           coronary heart disease.
----------------------------------------------------
Assay performed on the Beckman AU 5822 platform.  New reference
interval effective 7/10/2017.

LDL, CALCULATED          119                MG/DL       <130
(NOTE)

----------------------------------------------------
LDL, Calculated(mg/dl):
                <100                OPTIMAL
              100-129            NEAR OPTIMAL
               130-159            BORDERLINE HIGH
               160-189            HIGH
              >189                VERY HIGH

----------------------------------------------------
LDL cannot be calculated when triglycerides are >400
mg/dL.The UIMCC Core Laboratory also offers direct
measurement of LDL which may be ordered separately
(LDL Cholesterol, Direct).
----------------------------------------------------
RISK CATEGORY              LDL GOAL(mg/dl)
   CHD or CHD risk equivalent[1]       <100
   Multiple (2+) risk factors[2]       <130

M.D. Review    10|11|17
Date
Signature

Pull Chart ☐
See Patient ☐
File ☐

Continued on the next page
WHITE, RICHARD R14550        10/10/2017 06:01        D236

WHITE SCC (MR) 0305

Shawnee Correctional Center
6665 Route 146 East
P.O. Box 400
Vienna, IL  62995



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street.
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION | |
|---|---|---|---|---|---|---|---|
| WHITE, RICHARD R14550 | | A236-145500 | 10/08/1981 | M | Final | D236 | |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| DAVID, ALFONSO | | 10/07/2017 02:00 | 10/09/2017 23:00 | | 10/10/2017   6:01 | | 3 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A236.7572 | | | | | | | |

COMMENTS:

| | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |

```
              Zero to one risk factor           <160
         [1]CHD risk equivalents include diabetes, other forms of
            atherosclerotic disease and/or multiple risk factors
            that confer a 10-year risk for CHD >20%.
         [2]Major Risk Factors:
            +1   Cigarette smoking
            +1   Hypertension(BP > or =140/90 mmHg or on
                 antihypertensive meds)
            +1   Low HDL cholesterol (<40 mg/dL)
            +1   Family history of premature CHD
            +1   Age: men 45 years and older
                      women 55 years and older
            -1   High HDL cholesterol (60 mg/dl or greater)
         ------------------------------------------------------------
```

        End of Report

M.D. Review
Date
Signature

10/11/17

Pull Chart ☐
See Patient ☐

WHITE, RICHARD R14550                     10/10/2017 06:01                                    D236

WHITE SCC (MR) 0306

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender HIV Counseling and Education

### Section A: Pre-Counseling and Test Consent

The purpose of an HIV (Human Immunodeficiency Virus) test is to determine whether or not you have the virus that causes AIDS (Acquired Immunodeficiency Syndrome). This test will be done by withdrawing a blood sample from you. Testing for HIV is voluntary and you may withdraw your consent to be tested at any time before the laboratory test is completed.

Positive test results will be reported to the Illinois Department of Public Health. Your HIV test results are confidential.

☐ Pursuant to Public Act 94-0629 effective January 1, 2006, upon arrival at your final destination (first parent facility from Reception and Classification) and prior to your release you shall be offered testing for HIV at no cost to you.

☐ Pursuant to Public Act 97-323 effective August 12, 2011, HIV testing will be performed as part of the standard group of tests unless you refuse the testing.

☐ The facility physician has ordered an HIV test be conducted on you. The purpose of the test is to determine whether or not you have the virus that causes AIDS.

⬤ The physician has requested testing for the following reasons: (check only if applicable)

    ☐ You gave a history of IV (Intravenous) drug abuse and sharing needles.

    ☐ You gave a history of sexual contact or sharing of needles with a person known to have AIDS.

    ☐ You have a Tuberculosis skin test reacting 5mm or more.

    ☐ You have tested positive for syphilis.

    ☐ You display signs and symptoms consistent with person having the AIDS virus.

    ☐ Other (specify): _____

    _____

You have the right to obtain more information about the HIV test or a referral for counseling. Please ask if you have questions or you need clarification on anything you do not understand.

After reading and fully understanding the above information:

    ☐ I hereby consent to HIV testing.

    ☒ I refuse the HIV testing.

| Richard White   K14550 | Richard White | 12-19-14 |
|---|---|---|
| Print Offender's Name and ID Number | Signature | Date |

| ENCARNACION | | 12/19/14 |
|---|---|---|
| Print Witness Name and Title | Signature | Date |

☐ Offender refused to sign.

Note: Complete Section B on the reverse side of this form only if the test comes back negative.

WHITE SCC (MR) 0307

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender HIV Counseling and Education

**Section 8:** Negative Post Counseling (To be completed only if the test is negative).

To summarize the oral counseling provided by medical personnel:

Your HIV (Human Immunodeficiency Virus) test for AIDS (Acquired Immunodeficiency Syndrome) was negative. This means, at this time, you do not show HIV antibodies in your blood.

However, if you have engaged in any high risk activities such as needle sharing, sexual contact with a person who is at risk, received a tattoo, or received a blood transfusion in the past six months you could still test positive for HIV in the future.

If you actually have engaged in high-risk behaviors within the past six months, notify the nurse who will schedule you for retesting six months from this date.

**Remember:** Even though you are negative now, you could still become positive if you:

1. Continue to share needles, including tattoo and piercing needles;

2. Have sexual contact (oral, vaginal, rectal) with a person who engages in high-risk activities; or

3. Share razor blades, toothbrushes, or dental floss.

To decrease the chance of getting AIDS:

Do use a condom when engaging in sexual activity.

Do Not share IV (intravenous) drug, tattoo, or piercing needles; toothbrushes; dental floss; or razor blades.

**Know Your Sexual Partner!** Are they engaging in activities that put them at risk for AIDS? If so, protect yourself with a condom or choose a different partner.

If you have any questions, please ask the nurse assisting you.

---

I have completely read the above counseling form and fully understand the contents.

| | | |
|---|---|---|
| Print Offender's Name and ID Number | Signature | Date |
| Print Witness Name and Title | Signature | Date |

WHITE SCC (MR) 0308

Offender Orientation
Shawnee Correctional Center
Health Care Services

Health Care is a right, not a privilege.  The Health Care Unit at Shawnee Correctional Center Health Care Unit has a program for your health needs while assigned to this Center.

1.    **Nurse Sick Call**
Nurse Sick Call is provided seven days a week.  Submit a Resident Request slip stating the medical problem or issue you have and put it in the Nurse Sick Call/Dental Request Slip box located in the entry way of each housing unit (not in the foyer).  The box is checked each evening and triaged.  Offenders are then scheduled and seen as soon as possible, generally within 24-48 hours.

2.    **Doctor/Nurse Practitioner/Physician Assistant Sick Call**
If medically indicated during Nurse Sick Call, you will be scheduled to see the physician, nurse practitioner, or physician's assistant and generally seen within 72 hours for non-emergent referrals.  The physician, nurse practitioner, or physician's assistant see offenders during the day, Monday through Friday.  During their call lines, offenders are seen for nurse sick call referrals, scheduled follow-ups, emergent referrals, and regularly scheduled chronic clinic illness visits.  At present, some offenders will be seen by consultants through tele-medicine.

3.    **Emergency Medical Services**
Nursing staff are available on grounds 24 hours a day, 7 days a week, along with security members who are trained in emergency response and first aid.  If you experience a medical emergency or see someone have a medical emergency, i.e. chest pain or difficulty breathing, etc., notify the nearest staff person who will activate emergency response.

4.    **Dental Services**
Dental Services are provided Monday through Friday from 8:00 a.m. – 4:00 p.m.  Submit a Resident Request slip stating the dental problem or issue you have and put it in the Nurse Sick Call/Dental Request slip box in the entry way of each housing unit.  Again, the box is checked at least every evening.  Dental request slips are given to the dental staff who will schedule their appointments accordingly.  If you wish to have your teeth cleaned, this should be written on a request slip separate from those for fillings, extractions, dentures, etc.  Offenders receive a dental examination every 2 years during their birth month while in the Illinois Department of Corrections.

5.    **Optometrist (Eye Doctor) Services**
If you need to see the optometrist, complete a Resident Request slip stating the problem or issue and put it in the Nurse Sick Call/Dental Request slip box in the entry way of each housing unit.  The optometrist schedule may vary but is generally from 7:00 AM to 3:00 PM one day each week.  Once received, you will be scheduled for the next available appointment.

6.    **Fee for Medical Services**
Effective January 1, 2012, all offenders in adult facilities who request non-emergency treatment shall pay the Department a $5.00 co-pay per visit.  Services are non-emergency services when requested by the offender and determined to be non-emergent by the examining personnel.  An offender who has been diagnosed with a chronic illness shall be exempt from the $5.00 co-pay for treatment of the chronic illness at the regularly chronic illness clinic visit.  At the time of each non-emergent visit, you will be required to sign the co-pay voucher, which will be forwarded to the Business Office.  It is then in the Business Office where being indigent is determined, not Health Care.  Offenders will not be denied necessary medical or dental care because of the inability to pay the co-pay.

7.    **Mental Health Services**
If you need to see a Mental Health Professional for a routine or non-emergency issue, complete a Resident Request slip and place it in the Nurse Sick Call/Dental Request slip box in the entry way of each housing unit.  If your issue is an emergency, let a staff person know and a Crisis Team member will be notified immediately.

Mental Health also offers group therapy sessions, such as anger management, coping skills, grief, co-occurring disorders, etc.  If interested in participating in group therapy please submit a Resident Request slip in the Nurse Sick Call/Dental Request slip box in the entry way of each housing unit.

8.    **Medical Records**
You will need to submit a request slip to review and/or request copies of your medical records, including mental health, dental, and optometry records.  Again, place the Resident Request slip in the Nurse Sick Call/Dental Request Slip box located in the entry way of each housing unit.  You will be scheduled as soon as possible and meet with personnel(s) to release your records and then schedule a time to review them.

WHITE SCC (MR) 0309

The purpose of the medication lines is to obtain medications that have already been ordered or prescribed. Medication lines are not Nurse Sick Call lines, so if you have health care concerns that need to be assessed please follow the guidelines outlined in Nurse Sick Call, Doctor/Nurse Practitioner/Physician Assistant Sick Call, Dental Services, or Emergency Medical Services dependent upon your situation.

Medication lines for Direct Observe Take medications are generally twice a day in the housing units. The morning medication line is between the hours of 5:00 AM and 7:00 AM, while the evening medication line is between 6:00 PM and 8:00 PM. Insulin lines are conducted in the Health Care Unit at approximately 4:30 AM and 4:00 PM.

Prescribed medications which can be issued for the offender to carry will be done by nursing staff in the housing units. The issued medications will be signed for noting the number of pills issued for each medication. For current prescriptions with refills, pull the sticker from the card or bottle of medication and send it to the Health Care Unit on a Resident Request slip that is placed in the Sick Call box in the entry way of each housing unit.

10.   Call Passes
Movement to the Health Care Unit is primarily by call pass. You are expected to report to the Health Care Unit promptly at the time appointed for all appointments.

11.   Health Education
Individual counseling is available upon written request to anyone who has an interest in a particular health education topic, or who might be at high risk, or affected by a particular health issue. Submit a Resident Request slip stating the specific information you would like to receive and put the slip in the Nurse Sick Call/Dental Request slip box. Offenders who are seen in a regularly scheduled chronic illness clinic will also receive health education pertaining to their specific illness at the time of their clinic illness clinic visit.

Each month, nursing offers a group education class on different health care topics or issues. If interested in attending one of the group education classes by nursing staff, submit a Resident Request slip in the Sick Call box in the housing unit.

12.   Physical Examinations
Offender physical examinations are given every two years for offenders 40 years of age and older, every three years from age 30-39 years of age, and every five years age 29 and less. Dental examinations are done every two years.

Annually, during your birth month, you will be required to complete TB skin testing, unless you have previously had a positive TB skin test. Those who have had a positive TB skin test previously will receive annual education during their birth month regarding tuberculosis.

13.   Refusals
You may refuse medical treatment at any time but you will be asked to sign a refusal with the appropriate health care staff member. You are not allowed, however, to refuse infirmary placement if the physician feels it is necessary or to refuse a tuberculin skin test if previously negative.

14.   Sexual Assault Prevention and Intervention Program
Shawnee Correctional Center/Hardin County Work Camp has a Sexual Assault Prevention and Intervention Program. You may receive medical and mental health services without naming the attacker. If you believe yourself to be the victim of sexual assault, abuse, or harassment, notify a staff member immediately and protection from the alleged assailant will be offered promptly and referral to the Health Care Unit for medical and mental health services will be immediate.

15.   Complaints
If you have a medical issue that you feel has not been resolved to your satisfaction, please notify the Health Care Unit Administrator.

16.   Offender's (Patient's) Responsibility of Health Care Services
   a.   Honor all times you are scheduled to be seen by the Health Care staff.
   b.   Take all medications prescribed and in the manner you have been instructed.
   c.   Return to sick call if no improvement is obtained after seeing the nurse or physician.
   d.   Follow the posted Health Care rules while taking care of your business in the Health Care.

I acknowledge that I have received education regarding Health Care Unit Services and received a copy for my future reference.

WHITE SCC (MR) 0310

Shawnee Correctional Center/Hardin County Work Camp
HIV Information

HIV is the Human Immunodeficiency Virus and is a virus that weakens the body's defense against disease. AIDS is Acquired Immune Deficiency Syndrome and is caused by HIV.

HIV is spread mainly:
1. Through vaginal, oral, or anal intercourse with an infected person.
2. By sharing an infected needle or syringe "works" to "shoot drugs".
3. From an infected mother to her baby before, during, or after birth (through breast feeding).

HIV may also be spread:
1. Through infected blood or blood products, such as during fighting where there are open wounds.
2. By sharing an infected tattoo needle.
3. By sharing a razor or other personal care items that has blood on it.

Your risk depends on what You do!

HIV is not spread by casual contact:  not by shaking hands, not by using the same restrooms, toilet seats, water fountains, or showers, not by eating in the dining hall or through food trays, cups or utensils, not by coughing, sneezing or spitting. HIV is not spread through the air and not by mosquitos or other insects.

A person infected with HIV may have no signs of illness for many years, but he or she can still infect others.

Later symptoms may include:
1. Swollen glands in the neck, underarm, or groin area.
2. Persistent fever or "night sweats."
3. Rapid weight loss.
4. Constant tiredness.
5. Persistent diarrhea and loss of appetite.
6. Unusual spots in the mouth

If you have any of these signs form more than a week, seek medical help.

There is still no known cure for AIDS, but treatments and medications are used to slow the progression of the disease and fight illnesses related to AIDS.

To protect yourself:
1. DON'T use drugs.
2. DON'T share needles/syringes.
3. DON'T share tattoo needles, razors, or personal care items that might have blood on them.
4. Abstinence, have sex with only a faithful partener who is not infected with HIV and has never shot drugs, or reduce your risk with the use of condoms.
5. Seek medical help if you think you are infected.

I acknowledge that I have received education regarding HIV and received a copy for my own reference, as part of my intake interview, request for high risk education, or my pre-release education (discharge planning).

Name: _Rifard white_                          Number: _R-14550_

Witness: _Crank LPN_                          Date: _01/17/15_

WHITE SCC (MR) 0311



R 58.

**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

S.A. Godinez
Director

Shawnee Correctional Center, 6665 State Route 146 East, Vienna, IL 62995 Telephone: 618/658-8331 TDD: 800/526-0844

DATE: 1/26/15

OFFENDER: White R14450
(Offender Name and Number)

RE: Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acyclovir 400mg | |
| | |
| | |
| | |
| | |
| | |
| | |

(Offender Signature)          R14450
                              (Offender's Number )

cc: Medical File

Nurse Issuing Meds Initial _____



**Illinois**
**Department of**
**Corrections**

**Bruce Rauner**
Governor

**Gladyse C. Taylor**
Acting Director

**Shawnee Correctional Center**
**6665 State Route 146 East**
**Vienna, IL  62995**

Telephone: (618) 658-8331
TDD: (800) 526-0844

**MEMORANDUM**

DATE: 6/30/15

TO: White, Richard R14550 (2D-29)
   OFFENDER

FROM:     **HEALTH CARE UNIT – MEDICAL DIRECTOR**

SUBJECT:     **SPORTS RESTRICTION**

OFFENDER: White, Richard     NUMBER: R14 550

LOCATION: 2D29

ASSIGNMENT: 0

At this time, offender was ordered to refrain from all sports for a period of __30__ days.  This order will expire on __7/30/15__.

**THIS OFFENDER IS NOT TO PARTICIPATE IN ANY SPORTS FOR THE ABOVE PERIOD OF TIME.**
**YOUR COOPERATION IN THIS MATTER IS GREATLY APPRECIATED.**

Original:     Offender
       Medical Record
       Housing Unit __2D29__
       Gym Officer
       Assignment Officer



## Illinois
## Department of
## Corrections

**Bruce Rauner**
Governor

**Gladyse C. Taylor**
Acting Director

**Shawnee Correctional Center**
**6665 State Route 146 East**
**Vienna, IL 62995**

Telephone: (618) 658-8331
TDD: (800) 526-0844

DATE: 6/30/15

TO:        Correctional Officers

FROM:      Dr. David,
           Medical Director

SUBJECT:   Slow Walk Pass

Offender Name _White, Richard_  Offender Number: _R14550_

Housing Unit: _2D29_

This is a slow walk permit for the above mentioned offender.  This permit is valid for

Date: _6/30/15_ and will expire _7/14/15_.

Thank you for your assistance in this matter.

cc: Offender
    Medical Record

MEDICAL LAY-IN

Number _R/4550_     Name _White Richard_     Housing _20 29_

The above named inmate has been issued a medical lay-in from

(Date) _8/14/15_ (Time) _1PM_ to (Date) _8/15/15_ (Time) _1PM_

An inmate issued a medical lay-n is restricted to his living unit, but he may have dietary, church services, count line, Health Care Unit and visiting privileges unless specified below. Showering will be permitted as regularly schedules. Lay-ins beyond a 24-hour period must be ordered by the physician. Lay-ins may not be lifted without written approval from the physician.

Special restrictions, etc.: _No yard/Gym May have_
_Meals in Cell_

_____

_____

_____
HCU Staff Signature

cc: Medical Record
    Housing Unit _2029_
    Assignment Supervisor _____ 0_

IL 426-7319
DCA 23 241

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

*Shawnee Correctional* Center

☐ Employee/
☐ Offender

Date: _10, 16 15_

Time: _10:00_  ☑ a.m.  ☐ p.m.

Patient Information:

*White*               *Richard*               ID#: _R14550_
Last Name                First Name        MI

---

☐ **Refusal of Services**

I refuse to authorize the performance upon (myself or) _____
                                                              Name of Patient

of the following treatment _____ *NSC* _____
                                          State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
                                                              Name of Patient

from _____ against the advise of Dr. _____
          Name of Medical Facility                                                Name of Doctor

---

Dr. _____ *David* _____ has explained the risks to me, possible complications and probable
          Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ *Shawnee* _____, the Facility, and
                                                              Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_Richard White  R14550_
Print Name of Patient

_Richard White_
Signature of Patient

_10 , 16 , 15_
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____ / _____ / _____
Date

_AAus)_
Print Name of Witness

_____
Signature of Witness

_10, 16, 15_
Date

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

DOC 0096 (Rev. 2/2004)

WHITE SCC (MR) 0316

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

SHAWNEE CORRECTIONAL  Center

☐ Employee/

☒ Offender

Date: _10/30/15_

Time: _0935_  ☐ a.m.  ☐ p.m.

Patient Information: _White_  _Richard_  MI ___  ID# _R14550_
Last Name      First Name

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
                                                    Name of Patient

of the following treatment _NGC_
                          State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                        Name of Patient

from _____ against the advise of Dr. _____
        Name of Medical Facility                              Name of Doctor

Dr. _____ **DAVID/RAZA** _____ has explained the risks to me, possible complications and probable
            Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____, the Facility, and
                                                       Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

_Richard White  R14550_
Print Name of Patient

_____
Print Name of Person Authorized to Consent

_Richard White  R14550_
Signature of Patient

_____
Signature of Person Authorized to Consent

_____/_____/_____
Date

_____/_____/_____
Date

_R. Barnard RN_
Print Name of Witness

_R. Barnard RN_  _10/30/15_
Signature of Witness    Date

Distribution:  Patient's Medical Record or File        Printed on Recycled Paper        DOC 0083 (Rev. 2/2004)

WHITE SCC (MR) 0317



## Illinois
## Department of
# Corrections

**Bruce Rauner**
Governor

**Donald Stolworthy**
Director

**Shawnee Correctional Center**
**6665 State Route 146 East**
**Vienna, IL  62995**

Telephone: (618) 658-8331
TDD: (800) 526-0844

DATE: _11·20·15_

OFFENDER: _White R14550_
(Offender Name and Number)

RE:          Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription.  I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription.  I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Amoxicillin 500mg  1 cap tid x 10 days | 30 |
| | |
| | |
| | |
| | |

_Richard White_          _R14550_
(Offender Signature)                    (Offender's Number)

Nurse Issuing Meds Initial _____

cc: Medical File

WHITE SCC (MR) 0318

Bruce Rauner
Governor

John Baldwin
Acting Director

20864 **The Illinois Department of Corrections**

Shawnee Correctional Center
6665 State Route 146 East • Vienna, IL 62995 • (618) 658-8331 TDD: (800) 526-0844

DATE: 03/17/16

OFFENDER: White RA550

Offender Name & Number

RE: Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
| --- | --- |
| Naproxen 500mg | #28 Ps |
| | |
| | |
| | |
| | |

Offender Signature                    RA550    Offender's Number

cc: Medical File                    Nurse Issuing Meds Initial VF

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

WHITE SCC (MR) 0319

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

*Shawnee Correctional* Center

☐ Employee/

☐ Offender

**Patient Information:**

Date: 4 , 15 , 14

Time: 2:39    ☐ a.m.   ☒ p.m.

Last Name: White    First Name: Richard    MI: ___    ID#: R1455 e

---

☐ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
<br>Name of Patient

of the following treatment _____ refused extraction #9
<br>State nature and extent of treatment.

---

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
<br>Name of Patient

from _____ against the advise of Dr. _____
<br>Name of Medical Facility                                          Name of Doctor

---

Dr. Burrell _____ has explained the risks to me, possible complications and probable
<br>Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ , the Facility, and
<br>Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Richard White R1455e
<br>Print Name of Patient

Robert White
<br>Signature of Patient

_____
<br>Date

When patient is a Minor or Incompetent to give consent:

_____
<br>Print Name of Person Authorized to Consent

_____
<br>Signature of Person Authorized to Consent

___ / ___ / ___
<br>Date

C. Brown
<br>Print Name of Witness

C. Brown
<br>Signature of Witness

4 , 15 , 16
<br>Date

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

DOC 0083 (Rev. 2/2004)

WHITE SCC (MR) 0320

DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

SHAWNEE CORRECTIONAL Center

☐ Employee/

☒ Offender

Patient Information:

Date: 4 17 16 ☐ a.m.

Time: 9 20 ☐ a.m. ☐ p.m.

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____

of the following treatment _____ NSC _____ _Name of Patient_

_State nature and extent of treatment._

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____

_Name of Patient_

from _____ against the advice of Dr. _____

_Name of Medical Facility_     _Name of Doctor_

Dr. _____ **DAVID/RAZA** _____ has explained the risks to me, possible complications and probable

_Name of Doctor_

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____, the Facility, and

_Name of Medical Facility_

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

X _(signature)_

_Print Name of Patient_

X _(signature)_

_Signature of Patient_

4, 17, 16

_Date_

When patient is a Minor or Incompetent to give consent:

_____

_Print Name of Person Authorized to Consent_

_____

_Signature of Person Authorized to Consent_

____ / ____ / ____

_Date_

_(signature)_ D Perkins

_Print Name of Witness_

_(signature)_ D Perkins

_Signature of Witness_

WHITE SCC MR 0321

Distribution: _____

Bruce Rauner
Governor



John Baldwin
Acting Director

2Dee

**The Illinois Department of Corrections**

Shawnee Correctional Center
6665 State Route 146 East • Vienna, IL 62995 • (618) 658-8331 TDD: (800) 526-0844

DATE: 4-22-16

OFFENDER: White R14550

Offender Name & Number

RE:  Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acyclovir 400mg | 90 |
|  |  |
|  |  |
|  |  |

Offender Signature

cc: Medical File

Offender's Number  r14550

Nurse Issuing Meds Initial  YF

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

(MR) 0322

ILLINOIS DEPARTMENT OF CORRECTIONS

### Medical Services Refusal

_Shawnee Correctional_ Center

☐ Employee/

☐ Offender

Date: _7 / 1 / 16_

Time: _1:50_   ☐ a.m.  ☐ p.m.

**Patient Information:**

Last Name: _White_   First Name: _Richard_   MI: ___   ID#: _B14556_

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _Richard White_
_____
(Name of Patient)

of the following treatment _Refused Fillings_
_____
(State nature and extent of treatment.)

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
(Name of Patient)

from _____  against the advise of Dr. _____
(Name of Medical Facility)                                    (Name of Doctor)

Dr. _Burrell_ has explained the risks to me, possible complications and probable
(Name of Doctor)

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _Shawnee C.C._
(Name of Medical Facility)                                                                    , the Facility, and

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this
refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL
FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring
insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

| | |
|---|---|
| _Richard White B14556_<br>Print Name of Patient | **When patient is a Minor or Incompetent to give consent:** |
| | Print Name of Person Authorized to Consent |
| _Richard White B14556_<br>Signature of Patient | |
| | Signature of Person Authorized to Consent |
| _7 / 1 / 16_<br>Date | |
| | Date |
| _C. Brown_<br>Print Name of Witness | _C. Brown_<br>Signature of Witness |

Distribution: Patient's Medical Record or File

WHITE SCC (MR) 032314

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

SHAWNEE CORRECTIONAL _____ Center

☐ Employee/

☐ Offender

**Patient Information:**

Date: 11 / 1 /16

Time: 12:20  ☐ a.m.  ☒ p.m.

Last Name: White

First Name: _____  MI: _____

ID#: R14550

☐ **Refusal of Services**

I refuse to authorize the performance upon myself or __MYSELF__

Name of Patient

of the following treatment ___BIENNIAL EXAM___

State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____

Name of Patient

from _____ against the advise of Dr. _____

Name of Medical Facility                                      Name of Doctor

Dr. __Burrell__ has explained the risks to me, possible complications and probable

Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the __SHAWNEE CORRECTIONAL CENTER__, the Facility, and

Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

X __Richard White__
Print Name of Patient

Print Name of Person Authorized to Consent

X __Richard White__            X __R14550__
Signature of Patient                    ID #

Signature of Person Authorized to Consent

__11 / 1 / 16__
Date

____ / ____ / ____
Date

X __Harris__
Print Name of Witness

__Harris__            __11 / 1 /16__
Signature of Witness

WHITE SCC (MR) 0324

ILLINOIS DEPARTMENT OF CORRECTIONS

### Medical Services Refusal

Shawnee Correctional Center  SI-20

☐ Employee/

☐ Offender

Date: 11, 30, 16
Time: _____ 9 ☐ a.m. ☑ p.m.

**Patient Information:**
White                Richard          ID#: R14550
Last Name            First Name   MI

☐ **Refusal of Services**

I refuse to authorize the performance upon myself or _White_
Name of Patient

of the following treatment _NSC_
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                           Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

X  _Richard White_  R14550
Print Name of Patient

X  _Richard White_  R14550
Signature of Patient

11, 30, 16
Date

C. Bramlett
Print Name of Witness

| When patient is a Minor or Incompetent to give consent: |

Print Name of Person Authorized to Consent

Signature of Person Authorized to Consent

_____/_____/_____
Data

C. Bram  11, 30, 16
Signature of Witness              Date

WHITE SCC (MR) 0325

SHAWNEE CORRECTIONAL Center

☐ Employee/
☒ Offender

Date: 6 / 28 / 17
Time: 10:30   ☒ a.m.   ☐ p.m.

**Patient Information:**
Last Name: White   First Name: Richard   MI: ___   ID#: R14550

☒ **Refusal of Services**

I refuse to authorize the performance upon (myself or) _____
                                                                  Name of Patient

of the following treatment   NSC- torn ACL x2 yrs.
                                              State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                                                  Name of Patient

from _____ against the advise of Dr. _____
          Name of Medical Facility                                              Name of Doctor

Dr. ___ **DAVID** _____ has explained the risks to me, possible complications and probable
              Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____, the Facility, and
                                                                              Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

|  |  |
|---|---|
| _____<br>Print Name of Patient | When patient is a Minor or Incompetent to give consent: |
| Refused to sign<br>Signature of Patient | _____<br>Print Name of Person Authorized to Consent |
| _____<br>Date | _____<br>Signature of Person Authorized to Consent |
| c/o Austin nsn<br>J. Jaegers, LPN<br>Print Name of Witness | Jessica Jaegers   6 / 28 / 17<br>Signature of Witness      Date |

Distribution: Patient's Medical Record or File

Printed on Recycled Paper

DOC 0083 (Rev. 2/2004)

WHITE SCC (MR) 0326

# Shawnee Correctional Center

## Medical Permit

**Offender Name & Number:** _White R14550_

**Housing Unit:** ~~2 floor~~ 3D64

| | |
|---|---|
| ☑ New Order | ☐ Change |
| ☐ Renewal | ☐ Cancel |
| **Reason** | |
| ☑ Low Bunk | ☐ Orthotic Shoes |
| ☑ Low Gallery | Size: _____ |
| ☐ Cane | ☐ C-PAP Machine |
| ☑ Crutches | ☐ Sports Restriction |
| ☐ Walker | ☐ Medical Lay-In |
| ☐ Slow Walk | |
| ☐ Slow Eat | |
| ☐ Hearing Aid(s) | |
| ☑ Other _No weight_ _bearing_ | ☐ Other _____ |

**Start Date:** _8-19-17_    **Expiration Date:** _Until Further orders_

**Authorized By:** _Dr. David_    **Date:** _8-19-17_

**Nursing Staff Signature:** _____    **Date:** _8-19-17_

**Distribution:**    Offender
Medical File
Assignment Office
Gym Officer
Housing Unit _3D-64_

WHITE SCC (MR) 0327

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

SHAWNEE CORRECTIONAL_ Center

☐ Employee/

☒ Offender

Date: 8 21 17

Time: ___  ☐ a.m.  ☒ p.m.

Patient Information:

White _____ Ronald _____ R14550

Last Name       First Name       MI       ID#:

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
                                                    Name of Patient

of the following treatment ____ Hca Shower ____
                              State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                         Name of Patient

from _____ against the advise of Dr. _____
     Name of Medical Facility                      Name of Doctor

Dr. _____ **DAVID** _____ has explained the risks to me, possible complications and probab[le]
              Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____, the Facility, an[d]
                                                        Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Ronald White
Print Name of Patient

Ronald White
Signature of Patient

8, 21, 17
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

____ / ____ / ____
Date

_____
Print Name of Witness

_____
Signature of Witness

8 21 17

Distribution: Patient's Medical Record or File

Printed on Recycled Paper

WHITE SCC (MR) 0328

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

SHAWNEE CORRECTIONAL  Center

☐ Employee/

☒ Offender

Date: 8 , 22 , 17
Time: 650    ☐ a.m.  ☒ p.m.

**Patient Information:**

White          Michael          MI          ID#: R1450
Last Name      First Name

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or_____
                                                        Name of Patient

of the following treatment _____ HCU Shaw _____
                                              State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
                                                Name of Patient

from _____ against the advise of Dr. _____
       Name of Medical Facility                              Name of Doctor

Dr._____ **DAVID** _____ has explained the risks to me, possible complications and probab
              Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____, the Facility, and
                                                          Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_____
Print Name of Patient

_____
Signature of Patient

8 , 22 , 17
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____
Date

_____
Print Name of Witness

_____
Signature of Witness

8 , 22 , 1

Distribution:  Patient's Medical Record or File          Printed on Recycled Paper

WHITE SCC (MR) 0329

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

_Shawnee Correctional_ Center

☐ Employee/

☐ Offender

Date: 8/23/17

Time: 5   ☐ a.m.   ☐ p.m.

**Patient Information:**

White          Richard          ID#: RL453

Last Name        First Name        MI

☐ **Refusal of Services**

I refuse to authorize the performance upon myself or _____

Name of Patient

of the following treatment _____ Shower in Hcu _____

State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____

Name of Patient

from _____ against the advise of Dr. _____

Name of Medical Facility                    Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable

Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and

Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

R14530

Kicharddc

Print Name of Patient

_Richard white_

Signature of Patient

8, 23, 17

Date

8, 23, 17

When patient is a Minor or Incompetent to give consent:

_____

Print Name of Person Authorized to Consent

_____

Signature of Person Authorized to Consent

____ / ____ / ____

Date

D Perkins

Print Name of Witness

D Perkins          8, 23, 17

Signature of Witness          Date

Distribution: Patient's Medical Record or File

Printed on Recycled Paper

WHITE SCC (MR) 0330

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

*Shawnee Correctional* Center

☐ Employee/

☒ Offender

Date: 8, 24, 17

Time: 7p   ☐ a.m.  ☒ p.m.

**Patient Information:**

Last Name: White   First Name: Richard   MI: ____   ID#: R14550

---

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____

Name of Patient

of the following treatment _____ Shower in Hell _____

State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____

Name of Patient

from _____ against the advise of Dr. _____

Name of Medical Facility                                              Name of Doctor

Dr. David _____ has explained the risks to me, possible complications and probable

Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ SCC _____, the Facility, and

Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Richard White
Print Name of Patient

Richard White
Signature of Patient

8, 24, 17
Date

Print Name of Witness

Signature of Witness

When patient is a Minor or Incompetent to give consent:

Print Name of Person Authorized to Consent

Signature of Person Authorized to Consent

Date

8, 24, 17
Date

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

WHITE SCC (MR) 0331

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

*Shawnee Correctional* Center

☐ **Employee/**

☐ **Offender**

Date: 8-25-17

Time: ☐ a.m. ☐ p.m.

**Patient Information:**

White     Richard     ID#: R14155

Last Name     First Name    MI

☐ **Refusal of Services**

I refuse to authorize the performance upon myself or ____ White ____

Name of Patient

of the following treatment ____ PM tx - Shower ____

State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____

Name of Patient

from _____ against the advise of Dr. _____

Name of Medical Facility        Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable

Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and

Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

| | When patient is a Minor or Incompetent to give consent: |
|---|---|
| Print Name of Patient | Print Name of Person Authorized to Consent |
| Signature of Patient | Signature of Person Authorized to Consent |
| 8, 25, 17 | |
| Date | Date |
| C. Bramlet | C. Braner    8 25 17 |
| Print Name of Witness | Signature of Witness    Date |

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

WHITE SCC (MR) 0332

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

*Shawnee Correctional* Center

☐ **Employee/**

☐ **Offender**

Date: 8 26 17

Time: 530 ☐ a.m. ☑ p.m.

**Patient Information:**

White       Richard           ID# R1455C
Last Name        First Name        MI

☐ **Refusal of Services**

I refuse to authorize the performance upon myself or _____ White _____
Name of Patient

of the following treatment _____ Shower _____
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                    Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Richard White   R1455c
Print Name of Patient

Richard White
Signature of Patient

8 , 26 , 17
Date

C. Bramlett
Print Name of Witness

**When patient is a Minor or Incompetent to give consent:**

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

____ / ____ / ____
Date

_____   8 26 17
Signature of Witness      Date

Distribution: Patient's Medical Record or File

*Printed on Recycled Paper*

WHITE SCC (MR) 0333

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

SHAWNEE CORRECTIONAL Center

☐ Employee/
☒ Offender

Date: 9/1/17
Time: 1130  ☐ a.m. ☐ p.m.

Patient Information:

White Richard

Last Name    First Name    MI    ID#: R14550

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
                                                    Name of Patient

of the following treatment _____
                                    State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                              Name of Patient

from _____, against the advise of Dr. _____
        Name of Medical Facility                              Name of Doctor

Dr. **DAVID** _____ has explained the risks to me, possible complications and probable
        Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____**WEXFORD HEALTH SOURCES**_____, the Facility, and
                                                    Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Richard White
Print Name of Patient

Richard White
Signature of Patient

_____/_____/_____
Date

Nichol
Print Name of Witness

Distribution: Patient's Medical Record or File

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____/_____/_____
Date

Nichol
Signature of Witness

9/19/17

Printed on Recycled Paper

WHITE SCC (MR) 0334



Juhn Baldwi
Acting Direct

## The Illinois Department of Corrections

Shawnee Correctional Center
6665 State Route 146 East • Vienna, IL 62995 • (618) 658-8331 TDD: (800) 526-0844

DATE: 10-16-17

OFFENDER: White Richard R14550
(Offender Name & Number) R14550

RE: Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name & Dosage | Quantity |
|---|---|
| Amoxicillin 500 mg 1 cap tid x 10 days | 30 |
| Ibuprofen 400 mg 1 tab tid x 10 days | 30 |
| | |
| | |

(Offender Signature)                     R14550
(Offender's Number)

cc: Medical File

Nurse Issuing Meds Initial

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

WHITE SCC (MR) 0335

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

_Shawnee Correctional_ Center

☐ Employee/

☑ Offender

Date: _01 / 16 / 20 17_
Time: _3 : 15_  ☐ a.m.  ☑ p.m.

**Patient Information:**

Last Name: _White_   First Name: _Richard_   MI: ___   ID#: _R14557_

☑ **Refusal of Services**

I refuse to authorize the performance upon myself or _White Richard_
                                                      Name of Patient

of the following treatment _All Extraction_
                            State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
                                        Name of Patient

from _____ against the advise of Dr. _____
        Name of Medical Facility                              Name of Doctor

Dr. _Thomy Quarell_ has explained the risks to me, possible complications and probable
      Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _Shawnee CC_, the Facility, and
                                                Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_Richard White_
Print Name of Patient

_Richard White R14573_
Signature of Patient

_10 , 16 , 17_
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

___ / ___ / ___
Date

_____
Print Name of Witness

_____
Signature of Witness

___ / ___ / ___
Date

Distribution: Patient's Medical Record or File    Printed on Recycled Paper

WHITE SCC (MR) 0336

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

SHAWNEE CORRECTIONAL Center

☐ Employee/

☒ Offender

Date: 10 , 20 , 17

Time: 1110 ☐ a.m. ☐ p.m.

**Patient Information:**

White                    Richard                    ID#: R14550
Last Name                First Name          MI

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or
Name of Patient

of the following treatment Genital Rectal exam
State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or
Name of Patient

from                              against the advise of Dr.
Name of Medical Facility                                    Name of Doctor

Dr. Thittayathikan FNP  has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the  WEXFORD HEALTH Sources , the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

X Richard white
Print Name of Patient

Print Name of Person Authorized to Consent

X Richard white
Signature of Patient

Signature of Person Authorized to Consent

X 10 , 20 , 17
Date

/        /
Date

Thittayathikan PFR
Print Name of Witness

Signature of Witness

10 , 20 , 17
Date

WHITE SCC (MR) 0337

Distribution: Patient's Medical Record or File

3D64

DATE: 10-25-17

OFFENDER: White R14550
Offender Name & Number

RE: Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions.  I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription.  I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Pepcid 20 mg | 30 |
| Nasocort | X1 |
| | |
| | |
| | |

X _White R14550_
Offender Signature                          Offender's Number

cc: Medical File

Nurse Issuing Meds Initial _B_

WHITE SCC (MR) 0338

# Shawnee Correctional Center

## Medical Permit

**Offender Name & Number:** White Richard    R14550

**Housing Unit:** 3 D64

| | |
|---|---|
| ☐ New Order | ☐ Change |
| ☐ Renewal | ☐ Cancel |
| **Reason** | |
| ☐ Low Bunk | ☐ Orthotic Shoes |
| ☐ Low Gallery | Size: _____ |
| ☐ Cane | ☐ C-PAP Machine |
| ☐ Crutches | ☐ Sports Restriction |
| ☐ Walker | ☒ Medical Lay-In |
| ☐ Slow Walk | |
| ☐ Slow Eat | |
| ☐ Hearing Aid(s) | |
| ☐ Other _____ | ☐ Other _____ |
| _____ | _____ |

**Start Date:** 11-4-17        **Expiration Date:** 11-6-17

**Authorized By:** _____        **Date:** _____

**Nursing Staff Signature:** _____   **Date:** 11-4-17

**Distribution:**   **Offender**
**Medical File**
**Assignment Office**
**Gym Officer**
**Housing Unit** 3D64

① entered ①
or distributed 11/6/17 ①
read app'md
already pp'md
J Shull K

WHITE SCC (MR) 0339

3 D 4

**DATE:** White, Richard R14550

**OFFENDER:** 11-4-17

Offender Name & Number

**RE:** Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Naproxen 500mg | 28 |
| | |
| | |
| | |
| | |

X Richard White                    R14550

Offender Signature                 Offender's Number

cc: Medical File

Nurse Issuing Meds Initial _____

WHITE SCC (MR) 0340

3022

DATE: _____1/10/18_____

OFFENDER: __WHITE, RICHARD  R14550__
(Offender Name and Number)

RE:   Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| NASACORT ALLERGY  55 mcg  10.8 ml | 1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

_____
(Offender Signature)

_____Richard White_____
(Offender's Number)

cc: Medical File

Nurse Issuing Meds Initial ___TB___

# Shawnee Correctional Center

## Medical Permit

**Offender Name & Number:** White, Richard R14550

**Housing Unit:** 3D38

| | |
|---|---|
| ☑ **New Order**<br>☐ **Renewal** | ☐ **Change**<br>☐ **Cancel** |
| **Reason** | |
| ☐ **Low Bunk**<br>☐ **Low Gallery**<br>☐ **Cane**<br>☒ **Crutches**<br>☐ **Walker**<br>☐ **Slow Walk**<br>☐ **Slow Eat**<br>☐ **Hearing Aid(s)**<br>☐ **Other** _____ | ☐ **Orthotic Shoes**<br>    **Size:** _____<br>☐ **C-PAP Machine**<br>☐ **Sports Restriction**<br>☐ **Medical Lay-In**<br><br>☐ **Other** _____ |

**Start Date:** 3/22/18          **Expiration Date:** continue until further orders

**Authorized By:** V.O. Dr David _____ **Date:** 3-22-18

**Nursing Staff Signature:** _Williamson_ **Date:** 3-22-18

**Distribution:**
  **Offender**
  **Medical File**
  **Assignment Office**
  **Gym Officer**
  **Housing Unit** 3D38

**DATE:** 3.27.18

**OFFENDER:** White, Richard R14550
Offender Name & Number

**RE:** Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Motrin 600mg | 30 |
| EC ASA 325mg | 27 |
| | |
| | |
| | |

_____   _____
Offender Signature              Offender's Number

cc: Medical File

Nurse Issuing Meds Initial

3D38

**DATE:** 3.31.18

**OFFENDER:** White, Richard R14550

Offender Name & Number

**RE:** Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acyclovir 400mg | #90 |
| | |
| | |
| | |
| | |

Offender Signature                    Offender's Number

cc: Medical File

Nurse Issuing Meds Initial _KF_

WHITE SCC (MR) 0344

# Shawnee Correctional Center

## Medical Permit

**Offender Name & Number:** White, Richard R14550

**Housing Unit:** 3D38

| | |
|---|---|
| ☑ New Order<br>☐ Renewal | ☐ Change<br>☐ Cancel |
| **Reason** | |
| ☐ Low Bunk | ☐ Orthotic Shoes |
| ☐ Low Gallery |    Size: _____ |
| ☐ Cane | ☐ C-PAP Machine |
| ☐ Crutches | ☑ Sports Restriction |
| ☐ Walker | ☐ Medical Lay-In |
| ☐ Slow Walk | |
| ☐ Slow Eat | |
| ☐ Hearing Aid(s) | |
| ☐ Other _____ | ☐ Other _____ |

**Start Date:** 4·4·18      **Expiration Date:** 6·4·18

**Authorized By:** Dr. David      **Date:** 4·4·18
**Nursing Staff Signature:** Mitchell R      **Date:** 4·4·18

**Distribution:**   Offender
               Medical File
               Assignment Office
               Gym Officer  3D38
               Housing Unit  3D38

WHITE SCC (MR) 0345

DATE: 5·25·18

OFFENDER: White, Richard R14550          3D38
(Offender Name and Number)

RE: Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescription. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acyclovir 400 mg | 90 |
| | |
| | |
| | |
| | |
| | |
| | |

_____
(Offender Signature)                    R14550
                                (Offender's Number)

cc: Medical File                    Nurse Issuing Meds Initial __NB__

WHITE SCC (MR) 0346

3038

**DATE:** 7/29/18

**OFFENDER:** White, Richard R14550

Offender Name & Number

**RE:** Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acyclovir 400mg | 90 |
| | |
| | |
| | |
| | |

_____   R14550

Offender Signature          Offender's Number

cc: Medical File

Nurse Issuing Meds Initial ___

Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

**Fracture,
Dislocation, Sprains**

Offender Information:

Last Name: White    First Name: Michael    M: ___    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | (RN NOTE)   LPN/CMT NOTE | P) Refer to MD if: |
| 8/19/17 | S) – When did the injury occur? 3/19/17 250p | - Any deformity, severe pain or swelling, discoloration, (limited motion) lack of warmth to touch, pulses diminished or absent (symptoms of impaired |
| 5/5p | - How did it happen? Fell on steps in | |
| | - Location of injury? Prrsing Unit 7 | circulation) Placed in 72° boot |
| | (L) knee | No MD Referral: |
| | - Any restriction in range of motion? @ AROM OBSERVED | - Cold pack PRN for 24 hrs. |
| | limited PROM | |
| | - Pain scale 1 –10? | - Splint and elevate extremity |
| | 10/10 | - Discuss management of injury with MD on-call if necessary |
| | O)   T 98⁵ P 84 R 16 BP 120/84 WT 185 | - FIRST GIVE – Ibuprofen 200mg 1-2 tabs t.i.d. PRN X 3 days (18 tabs) |
| | - Inspection for anatomical alignment | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)   OR |
| | aligned | |
| | - Presence of swelling | |
| | Ø | |
| | - Presence of discoloration | Patient Teaching: |
| | Ø | - Medication use |
| | - Skin Integrity | - Application of cold |
| | Ø | |
| | - Check for circulatory integrity | - No weight bearing, elevation |
| | Blanchable c̄ color return | - Crutch walking if applicable |
| | - Capillary refill | - Safety measures |
| | < 3sec | |
| | - Distil pulses | - Importance of follow up |
| | Equal Bil of L ext @ AROM | Follow-Up: |
| | - Assess for active ROM | Return to sick call for increased pain, numbness or skin color changes. |
| | limited PROM | |
| | | Nurse Signature |
| | A)   R/O Skeletal Injury | Payment voucher   (YES)   NO |

Rx Naprosyn 500mg BID X 10 days
DX Ray of L knee
V.O- crutch until further orders
crutch walking instructions

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0348

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550

Last Name        First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/9/18 | MD SICK CALL T 97 P 76 R 16 B/P 122/90 WT 185 | |
| | 1 mo F/U | |
| | rescheduled for NP line | Williamson |
| 8/11/18 1:00 | RN Note | |
| | S: Ø | P: As ordered |
| | O: I/m to HCU for Hep | |
| | exercises completed | |
| | A: AM tx | J Joyner RN |
| 8/12/18 9am | LPN Note | |
| | S: Ø | P: cont as sch |
| | O: I/m to HCU for Hep | |
| | exercises c/o pain in knee | |
| | A: tx | Brunner LPN |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0349

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/3/18 9:10a | LPN Note<br>S: Ø<br>O: Inm to HCU for HEP exercises. Offender C/O pain in knee & calf.<br>A: Am tx (month FIU PRN) | P.) Con't as ordered.<br><br>K. _____ ℞ |
| 8/14/18 0915 | NO SICK CALL<br>T____ P____ R____ B/P____ WT____<br><br>Saw by MD on 6/21/18 + plan to FIU p̄ 2 months of documented HEP.<br><br>noted M.Littrell RN<br>8/14/18  1045AM | Reschedule for MD as ordered. on 6/21/18 to be seen 2 months. p̄ HEP exercises<br>sched 8/21/18 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Richard          ID#: R14550
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/14/18 11am | LPN Note offender to HCU & completed HEP exercise | P.) con't as ordered K. ⟋ |
| 8/15/18 10a | LPN Note offender to HCU & completed HEP exercise. | P.) con't as ordered. K. ⟋ |
| 8/16/18 10a | LPN Note offender to HCU & completed HEP exercises. | P.) con't as ordered. K. Freiman RN |
| 8/17/18 10am | LPN Note offender to HCU & completed HEP exercises as ordered. | P.) con't as ordered. K. ⟋ |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0351

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL    Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/18/18 10AM | LPN Note<br>S: ∅<br>O: Offender spent <5 min completing HEP exercises. Continued to stay in healthcare to talk with other offenders<br>A: 8M tx line | P: Sch. to see MD 8/21/18 regarding HEP exercises |
| 8-19-18 10³⁰ ᴬ | LPN note<br>S: ∅<br>O: Im to HCU-TX-Hep ex<br>Hep ex. completed, but c/o "issues" c̄ exercises.<br>A: AM TX Line | P PRN<br><br>M Reed LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0352

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Michael          MI    ID#: R14550
Last Name                First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-20-18<br>5:30p | rn note<br>S: Ø<br>i: ahm completed<br>Hep exercise @ tell.<br>n: Pm Tx | p: Cont Pm Tx |
| 8/21/18<br>appt<br>time 10:30 AM | MD SICK CALL<br>P 70 P L20 R 16 B/P 118/80 WT 185<br>FU p 2 mos. of HEP<br>Rescheduled appt d/t<br>time constraints | Whittaker |
| 8-22-18<br>5:15p | rn note<br>S: Ø<br>o: ahm completed<br>Hep exercise @ Hcu.<br>n: W Pm Tx | p: Cont Pm Tx |

DOC 0084 (Eff 9/2002<br>(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0353

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White   First Name: Michael   MI:   ID#: R44550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-23-18 5:30p | LPN Note S: Ø O: HEP exercises completed in HCU. A: Pm tx | P: Cont as scheduled. H Cape LPN |
| 8/25/18 7pm | LPN Note S: Ø O: Offender spent less than 10 minutes doing exercises in hcu. A: PM treatment | P: cont' as scheduled |
| 8/26/18 6³⁰pm | RN Note HEP exercises done in HCU | M Littrell RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0354

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

Offender Information:

_white_ Last Name    _Richard_ First Name    MI    ID# _R15830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-27-18 7p | IW Note S: Ø c̄ cdm compltd ⨍/up exercises A: PM Tx | p̄ cont as sched. |
| 8/31/18 | NP NO SICK CALL T___ P___ R___ B/P___ WT___ 2 mon. Flu ⨍up exercises -offender resched. r/t Ø show and called for X twice; 2 times; | P.) Flu ⨒ resch app K. ⟋⟍ c̄ |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0355

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/5/18 11⁴⁸ᴬᴹ | MD SICK CALL A03 P 72 R 16 B/P 130 WT 185 2 mo. FU HEP exercises Rescheduled d/t offender showed up at this time for 10 am call pass ↑R went to commissary. | N Littrell |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/29/2018 | ACYCLOVIR 400MG TAB SUB FOR ZOVIRAX DAVID, ALFONSO TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 3/28/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 5386584 | 5/26 x40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial Signature: IF K Remembro

Allergies: NO KNOWN DRUG ALLERGY

Date of Birth or Soc Sec No: 10/08/1981

Charting for 06/01/2018 Through 06/30/2018

Facility: SHAWNEE CORR CTR

Location: 3J38

Inmate Name and Number: WHITE, RICHARD R14550

Form # 6182LMR (Rev. 06/13)

Reorder From: MED-PASS 800-438-8884

## MEDICATION NOTES

### INSTRUCTIONS

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

### INJECTION SITE CODES

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

### RESULT CODES

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

### NON ADMINISTERED MEDICATION REASON CODES

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security Lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT | MEDICATION | DOSE | ROUTE | REASON | RESULT |
|------|------|------|------------|------|-------|--------|--------|
| | | | | | | | |
| | | | | | | | |

Initial / Signature

| DATE | TIME | INT | MEDICATION | DOSE | ROUTE | REASON | RESULT |
|------|------|-----|------------|------|-------|--------|--------|
| | | | | | | | |

Initial / Signature

Form # 6182LMR

Reorder **MED-PASS** 800-438-8884



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1597 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**EFFECTIVE DATES**

Original Order
3/28/2018

ACYCLOVIR 400MG TAB
SUB FOR: ZOVIRAX          DAVID, ALFONSO
TAKE 1 TABLET(S) BY MOUTH THREE
TIMES A DAY

Discontinue
3/28/2019

Rx # 5386864

Allergies
NO KNOWN DRUG ALLERGY

Date of Birth or Soc. Sec. No.
10/08/1981

Facility
SHAWNEE CORR CTR

Charting for
07/01/2018

Through
07/31/2018

Location
3098

Name and Number
WHITE, RICHARD  R14550

Form # 618SLMR  (Rev. 09/13)

Reorder From: MED-PASS  800-438-8884

WHITE SCC (MR) 0359

## MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**
1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NOT ADMINISTERED MEDICATION-REASON CODES:**
1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication hold (state reason)
6. Medication out of stock

Form # 61823.MR

Reorder From P-PASS 800-438-8884

WHITE SCC (MR) 0360



MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 3/29/2018 | **ACYCLOVIR 400MG TAB** SUB FOR: ZOVIRAX  DAVID, ALFONSO TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 3/28/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # A30628844  Ordered  7-26-18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Allergies:** NO KNOWN DRUG ALLERGY

**Facility:** SHAWNEE CORR CTR

Reorder From: **MED-PASS** 800-438-8884

| Location 3D38 | | Date of Birth or Soc. Sec. No. 10/08/1981 | Charting for 08/01/2018 | Through 08/31/2018 |
|---|---|---|---|---|

Inmate Name and Number: WHITE, RICHARD R14550

Form # 1523.MR   (Rev. 08/13)

WHITE SCC (MR) 0361

# MEDICATION NOTES

## INSTRUCTIONS:

- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

## INJECTION SITE CODES:

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right
5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right
9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

## RESULT CODES:

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

## NON-ADMINISTERED MEDICATION REASON CODES:

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication hold (state reason)
6. Medication out of stock

| DATE | TIME | INIT | MEDICATION - DOSE | ROUTE | REASON | RESULT | DATE | TIME | INIT | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|------|-------------------|-------|--------|--------|------|------|------|-------------------|-------|--------|--------|
| | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| | | | | | | | |

Form # 8182LMR

Reorder From: **MED-PASS** 800-438-8884

WHITE SCO (MR) 0362

3038

**DATE:** 7/29/18

**OFFENDER:** White, Richard R14550

Offender Name & Number

**RE:** Issuable Medication Pick-Up

My signature below serves as evidence that I have received the following pills and have been made aware of how to renew my prescriptions or refill my prescriptions. I understand that I may need to utilize the sick call procedures to have medications reordered, besides any chronic clinic medication prescription. I also understand that I may choose to utilize the sick call procedures with my health care concerns, either acute or chronic clinic conditions.

| Drug Name and Dosage | Quantity |
|---|---|
| Acyclovir 400mg | 90 |
| | |
| | |
| | |

Offender Signature _____   R14550

Offender's Number

cc: Medical File

Nurse Issuing Meds Initial _____

WHITE SCC (MR) 0364

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL Center

| Offender Information: | | |
|---|---|---|
| White (Last Name) | Richard (First Name) | MI | ID#: R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/5/18 11⁴⁸ AM | MD SICK CALL  T 98.3 P 72 R 16 B/P 118/78 WT 185  2 mo. FU HEP exercises Rescheduled d/t offender showed up at this time for 10 am call pass  PR went to commissary. | N Littrell |
| 9/17/18 Appt. 1ᵖᵐ | MD SICK CALL  T 97.8 P 76 R 14 B/P 114/66 WT 185  F/u Knee pain  S: He finished the 2 mos HEP ordered in June '18. Claims he still have pain to his ® knee. Started jogging + running but can't tolerate only doing it slightly  → next page | P. advised  Cont daily HEP  ī HCU supervised ē documented by nurse X 2 mos sched.  Submitted request to  Noted Littrell 9/17/18 25ᵖᵐ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Richard                    R14550

Last Name                First Name       MI       ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9-17-18 | Continuation of MD SC because he left knee gives out on him doing this. | Col. Review for Fu c Ortho Dr. Davis Fu after decision is made. |
| | Reviewed recommendation of ortho Dr. Davis on 5-16-18 who expressed concern that he would not be able to complete post-op rehab that it will significantly negate the benefit of reconstructing ACL. Recommended Fu c him for further discussion of ACL reconstruction, if he has persistent instability. | |
| | O. Ambulates normally. | |
| | ① Bruce - is possible ② Lachman's test knee instability SP partial medial meniscectomy c debridement 3-22-18 | |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/18 10:35a | Medical Records Note Per Wexford, orthopedic referral will be discussed during collegial 9/26/18. | Kim Johnston, RHIT Medical Records Dir. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0367

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

*Shawnee CC*
(Facility)

Offender's Name: *White, Richard*        ID# *R 16550*

Reason for Referral:    ☐ Consult          ☐ Non-Formulary Medications   ☐ Medical Equipment
                        ☐ Evaluation       ☐ Management
                        ☐ Procedure/service (specify)
                        ☐ Other (specify) *Orthopedic (Dr. Davis) Follow-up*

Urgent. ☐ Yes    ☐ No

Referred to: _____

Rationale for Referral: *36 y/o BM SP (R) knee arthroscopic partial medial meniscectomy & debridement on 5-2-18. He did a 3 months post-op OHED assessment & documented by HCU nurse today. Claims can tolerate only some missing & running but (R) knee gives out in motion. Still have (R) knee pain. He clos has rupture of (L) ACL and deboroch ACC reconstruction of he is unable to do complete post-op rehds. Dr. Davis' recommended follow-up on him if he has persistent instability and have further discussion of ACC reconstruction*

Print Referring Practitioner's Name          Referring Practitioner's Signature                    Date *9-17-18*
*JR - VNP(W)*

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name          Practitioner's Signature          Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name          Facility Medical Director's Signature          Date

Distribution:  Offender's Medical File, and          Page 1 of 1          WHITE SCC (MR) 0368 4/2007)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/20/18 2:10p | Medical Records Note Received approval from Wexford UR for follow up appt c̄ Dr. J.T. Davis, orthopedic. To be seen at 10:10am on 9/28/18. | Kim Johnston RHIT Medical Records Dir. |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0369

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/18 10:35a | Medical Records Note Per Wexford, orthopedic referral will be discussed during collegial 9/26/18 | RHIT Kim Johnston, Medical Records Dir. |
| 9/19/18 2:50p | Medical Records Note Per Wexford UR orthopedic referral has been approved; awaiting authorization # | K Johnston RHIT |
| 9-19-18 6:45p | RN note cello angled Hep dencies @ HCU. | D [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

WHITE,R SCC (MR) 0370

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Shawnee Correctional_____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/20/18 2:10p | Medical Records Note Received approval from Wexford UR for follow up appt c̄ Dr. J.T. Davis, orthopedic. To be seen at 10:10am on 9/28/18. | Kim Johnston RHIT Medical Records Dir. |
| 9-21-18 1045p | LPN note: S) Ø O) I'm to HU-Tx - Hep ex A) TX | P) PRN M Reed LPN |
| 9-22-18 6p | progress note S) see O) c: Completed Hep ex. A: I'm TX | M Hall as ordered |

**ILLINOIS DEPARTMENT OF OFFENDER**
## Offender Health Status Transfer Summary

**Transferring Facility:** Shawnee _____ Center

**Offender Information:**
Last Name: White   First Name: Richard   MI: ____   ID#: R14550

Date: 840 9-21-18   Time: 840   ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff)   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA

Current / Acute Conditions / Problems: Ø   Food Handler Approved: Yes 10-6-17

Chronic Conditions / Problems: HSV

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Ø

Current Treatments: Hep Ex per ortho consult completed in HCU daily

Therapeutic Diets: Reg.

Follow-Up Care: RHC

Chronic Clinics: Ø

Specialty Referrals: Ø

Significant Medical History: Pneumothorax '11, poly-sub. abuse, hx GC/C, HSV, stab wound-back '12,

Physical Disabilities / Limitations: reading glasses

Assistive Devices / Prosthetics: Ø                                ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: Ø   ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol ☑ Drugs

R & C Use Only:  ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  Other: _____   ☐ Packet Complete

M. Reed LPN
Health Care Staff and Title      M Reed      9-21-18
                                  Signature      Date

**Reception Screening** (completed by receiving facility health care staff)

Facility: _____

Subjective:   Date: _____ Time: _____ ☐ a.m. ☐ p.m.

Current Complaint: _____   Assessment: _____

Current Medications/Treatment: _____

Objective:   Plan: Disposition:
Physical Appearance/Behavior: _____   ☐ Health Information Given   ☐ Emergency Referral: _____
                                         ☐ Sick Call: Urgent / Routine
Deformities: Acute/Chronic: _____        ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
                                           ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other: _____
T: ___ P: ___ R: ___ B/P: ___/___          ☐ Infirmary Placement
                                           ☐ Other (specify): _____

Printed Name and Title _____   Signature _____   Date _____

☐ For Adult Transition Center transfers  ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title _____ Date _____   ☐ Approved   ☐ Denied

Health Care Staff Signature and Title _____ Date _____   ☐ Approved   ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender Signature _____   Date _____   Time _____   ☐ a.m. ☐ p.m.

WHITE,R SCC (MR) 0373

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

Offender Information:

Last Name: White    First Name: Richard    MI: _____    ID#: R1455☐

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/23/18 6:30p | · LPN tx Note | P; cont as Ordered |
|  | S: ∅ |  |
|  | O: Hep exercise done |  |
|  | A: tx | (illegible signature) |
| 9-24-18 5:20p | RN Note | P: Ct as needed |
|  | S: ∅ |  |
|  | O: clm completed Hep exercise × rcu. clm complains of pain + "popping" in ®+© knee. clm states there is more pain in ® knee. |  |
|  | P: PM tx | D. (illegible signature) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE,R SCC (MR) 0374

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Michael | | ID# R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-26-18 4p | RN not | P: Ct as obsed |
| | S: Ø | |
| | O: celms completed | |
| | Hep exercises @ HCU | |
| | A: PMTx | |
| 9/27/18 4p | LPN note: | P: cont. as ordered |
| | S: Ø | |
| | O: Hep exercises @ HCU. | |
| | A: PM tx | Ricks LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE,R SCC (MR) 0375

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/28/18 2pm | RN Note  Returned from med furlough. Paperwork flagged for MD review Whittler | |
| 9-29-18 6:00P | · RN note  S- Ø  O: I/m to HCU. Hep exercises Completed.  A: Pm Tx | P: cont. as ordered  a. Forcht, RN |
| 9-30-18 6:00P | RN note  S: Ø  O: I/m to HCU. Hep exercises Completed.  A: Pm Tx | P: Cont. as ordered  a. Forcht, RN |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE,R SCC (MR) 0376

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Shawnee Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| White | Michened | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-1-18 | RN Net | P: Cont as adiced |
| 634p | S'ee | |
| | O: celm completed | |
| | Hey exercise @ sail | |
| | A: Mtp | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**SHAWNEE CORRECTIONAL** Center

Offender Information:

Last Name: White   First Name: Richard   MI:   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10·2·18 | MD SICK CALL  T 97.6 P 79 R 18 B/P 138/72 WT 165 | |
| 10:45 am | F/u outside appointment | |
| | S: Discussed findings | P: Advised |
| | & recommendations of | Please F/u c |
| | Ortho on his last visit | Ortho what their |
| | 9-28-18. They will | requirements prior to |
| | notify the facility of | scheduling ACL recons- |
| | their requirements to | truction to be submitted |
| | schedule ACL reconstruction | to Col. Rev. |
| | If facility is not able to | |
| | do that, Ortho said it would | |
| | be in his interest to defer | |
| | surgery until his release | |
| | date. | |
| | O- no exc. done | |
| | A. Persistent (L) knee insta- | |
| | bility c ACL tear | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/3/18 | S: Ø | P: Continue tx as ordered |
| 6pm | O: Ym to Hcu for pm tx of | |
| | Hep. | |
| | A: Pm treatment | J Miller, LPN |
| | | 10/3/18 6pm |
| 10-5-18 | meds | |
| 6:34p | S:Ø | |
| | O: exam completed | |
| | Hep exercises | |
| | P: PM Tx | D |
| | | |
| 10-6-18 | RN note | P: cont. as ordered |
| 6P | S: Ø | |
| | O: Ilm to Hcu. Hep | |
| | exercises completed. | |
| | A: PM Tx | C. Torch, RN |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE,R SCC (MR) 0379

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | R14550 |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-7-18 | LPN Note | P: cont as ordered |
| 6P | S: ∅ | |
| | O: HEP exercise done | |
| | in holding pin | |
| | A: tx | TB |
| 10-8-18 | RN Note | P: Ct as ordered |
| 615p | S:∅ | |
| | O: elm completed HEP | |
| | exercises in holding | |
| | pin. | |
| | A: PMTx | |
| 10-9-18 | RN Note | P: Cut as noted |
| 545p | S:∅ | |
| | O: elm completed HEP | |
| | exercises in the holding pin | |
| | P: PmTx | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE,R SCC (MR) 0380

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-10-18 | Rn note | P: cont. as ordered |
| 6P | S: Ø | |
| | O: I/m to HCU. HEP | |
| | exercises completed. | |
| | A: PM Tx | a. tocht, rn |
| 10-11-18 | LPN Note | P: cont as sched. |
| 6 P | S/ Ø | |
| | O: HEP exercise completed | |
| | in Hcu. | |
| | A: tx | T Seee, lpn |
| 10-12-18 | pn note | p: Tx as sched. |
| 630p | S: Ø | |
| | O: clm sent in holdly pn | |
| | & did not participate in | |
| | exercise | |
| | p: Pm Tx | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL Center

Offender Information:

White                    Richard              ID#: R14550
Last Name              First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-13-18 | Rn note | P: cont. as ordered |
| LeP | S: Ø | |
| | O: I/m to HCU. HEP | |
| | exercises completed. | |
| | A: PMTx | a. forcht, Rn |
| | | |
| 10-14-18 | Rn note | P: cont. as ordered |
| LeP | S: Ø | |
| | O: I/m to HCU. HEP exercises | |
| | Completed. Voiced complaint to | |
| | this nurse about doing exercises | |
| | in the bull pin rather than | |
| | privately. Advised I/m to write | |
| | Concern to E. Wilke or K. Smoot. | |
| | A: PM tx | a. forcht, Rn |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)
WHITE,R SCC (MR) 0382

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### SHAWNEE CORRECTIONAL   Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

WHITE,R SCC (MR) 0383

423058241

~~Oct. 2nd~~
Sept. 28 Herrin
10:10am

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Shawnee CC
(Facility)

Offender's Name: White, Richard          ID# R 16550

Reason for Referral:
☐ Consult          ☐ Non-Formulary Medications     ☐ Medical Equipment
☐ Evaluation       ☐ Management
☐ Procedure/service (specify)
☐ Other (specify) Orthopedic (Dr. Davis) Follow-up

Urgent. ☐ Yes   ☐ No

Referred to: Dr. J.T. Davis

Rationale for Referral: 36 y/o BM s/p ® knee arthroscopic partial medial meniscectomy & debridement on 3-27-18. He did a 3 month post-op (HEP) supervised & documented by HCU nurse. Today, claims can tolerate only some jogging & running but ® knee gives out so often. Still have ® knee pain. He also has rupture of ® ACL and deferred ACL reconstruction if he is unable to do complete post-op rehab. Dr. Davis may want to follow PM or him & he has persistent instability and have further discussion of ACL reconstruction.

Print Referring Practitioner's Name          Referring Practitioner's Signature          Date 9-17-18
MR DAVID

Report of Referral (Use Reverse Side, if necessary)

Findings: ACL insufficiency.

Assessment: ® knee ACL tear

Recommendations/Plans: ACL reconstruction if pt. is able to complete postop protocol. i.e. Brace + crutches x 4 whs, physical therapy 2x/wk x 6-8 wks.

Jeremy Trimmer PAC
Print Practitioner's Name          Practitioner's Signature          9-28-18
                                                                    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

DR. DAVID
Print Facility Medical Director's Name      Facility Medical Director's Signature          10-2-18
                                                                                          Date

WHITE,R SCC (MR) 0385





| Patient: | **Richard White** |
|---|---|
| Date of Birth: | **10/08/1981** Age: 36 |
| Date | **09/28/2018 10:10 AM** |
| Visit Type: | **Office Visit** |

## CHIEF COMPLAINT:
Left knee pain and instability.

## HISTORY OF PRESENT ILLNESS:
1.  knee

The patient is here today for followup after his previous partial medial meniscectomy done on 03/22/2018. He did have a known ACL tear, which was treated nonoperatively initially. He has been doing home exercises and failing to improve in terms of instability. He gets a sharp pain in the knee from time to time as well. No mechanical complaints. He does get a little intermittent swelling.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|---|---|---|---|
| Arthroscopy knee | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)
Patient reports there is no relevant family history.

## MEDICATIONS:
Medication Reconciliation

White, Richard    000000211589 10/08/1981 09/28/2018 10:10 AM Page: 1/3

WHITE,R SCC (MR) 0386

WHITE,R SCC (MR) 0387

Medications reconciled today.
Patient is on no medications.

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Asthma, Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations and Leg swelling. |
| GI | Negative | Abdominal pain and Black tarry stools. |
| GU | Negative | Dysuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Weight gain and Weight loss. |
| Neuro | Negative | Headache and Paresthesia. |
| Psych | Negative | Depression and Insomnia. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint and Muscle weakness. |
| Hema/Lymph | Negative | Bruising and Easy bleeding. |
| Allergic/Immuno | Negative | Environmental allergies. |

Vital Signs

**Comments**

| Time | Comments |
|---|---|
| 10:52 AM | Unable to obtain All Vitals. |

## PHYSICAL EXAM:

On exam today reveals no effusion. Incisions have healed well, no focal joint line tenderness. He has 5/5 strength in all motor groups tested distally. He does have a positive Lachman and glides with pivot shift. No varus or valgus instability demonstrated. Posterior drawer is stable. Otherwise, no signs of infection or DVT.

## DIAGNOSTICS:

| Modifier | Study | Result/Report |
|---|---|---|
| LT | Knee Xray 1 Or 2 Views | |
| | Knee Xray Both Knees Standing AP | |

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|---|---|

White, Richard    000000211589 10/08/1981 09/28/2018 10:10 AM Page: 2/3

WHITE,R SCC (MR) 0388

WHITE,R SCC (MR) 0389

| 1. | Assessment | Pain in left knee (M25.562). |
|----|------------|------------------------------|
| 2. | Assessment | Bucket-hndl tear of medial mensc, crnt injury, l knee, subs (S83.212D). |
| 3. | Assessment | Sprain of anterior cruciate ligament of left knee, subs (S83.512D). |
| 4. | Other Orders | Orders not associated to today's assessments. |
|    | Plan Orders | Further diagnostic evaluations ordered today include(s) Knee Xray 1 Or 2 Views to be performed and Knee Xray Both Knees Standing AP to be performed. |

## Assessment:

Persistent left knee instability with ACL tear following previous arthroscopic debridement, medial meniscectomy done on 03/22/2018.

## Plan:

I reviewed that diagnosis, expectations, and treatment options with the patient today. Questions were invited and answered. We had a length discussion today with regard to surgical and nonsurgical treatment of an ACL tear. We discussed his options. At this point with persistent instability of bracing, continued home exercises versus surgical reconstruction. We discussed the risks and benefits of each. He is interested in proceeding with the knee surgery. We outlined ACL reconstruction including the risks, benefits, expected outcome, and rehabilitative course. We discussed that it is imperative he have adequate postoperative treatment including bracing and crutching for a period of 3 to 4 weeks and regular therapy beyond just home exercises that he has been doing. We will notify the facility of these requirements to scheduling for an ACL reconstruction. If they are not able to do that, then it would be likely in his better interest to defer this until his release date. He verbalized understanding and agreement. We did discuss graft options today including allograft versus autograft. At this point, he expresses greater interest in hamstring autograft, which would be our plan for left knee arthroscopic ACL reconstruction with hamstring autograft. He verbalized understanding and agreement. We will contact the facility and then work on getting him scheduled pending medical facility clearance.

Jeremy D. Palmer, PA-C/60007

Electronically signed by : *Jeremy D. Palmer PA-C*  *09/29/2018 1:56 AM*

Document generated by: NextGen Admin 09/29/20    EMV 8.4/8.9
v.8.4/8.9

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9635 - www.orthopaedicinstitute.com

White, Richard    000000211589 10/08/1981 09/28/2018 10:10 AM Page: 3/3

WHITE,R SCC (MR) 0390

WHITE,R SCC (MR) 0391

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/28/18 2pm | RN Note Returned from med furlough. Paperwork flagged for MD review | Mwhittelle |
| 9-29-18 6:00P | · RN note S: Ø O: Ilm to HCU. Hep exercises Completed. A: Pm Tx | P: cont. as ordered a.forcht, RN |
| 9-30-18 6:00P | RN note S: Ø O: Ilm to HCU. Hep exercises Completed. A: Pm Tx | P: Cont. as ordered a.forcht, RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0392

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

White                    Michenel         ID#: R14550
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-1-18 | RN Not | P. Cont as adured |
| 63p | S-ee | |
| | O. celon completed | |
| | Hep exercise @ Hall | |
| | A. M.T. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0393

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**SHAWNEE CORRECTIONAL**   Center

Offender Information:

Last Name: White   First Name: Richard   MI:   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10·2·18 10:45 am | MD SICK CALL<br>T 98 P 79 R 18 B/P 132/72 WT 165<br>Flu outside appointment<br>S: Discussed findings<br>& recommendations of<br>Ortho in his last visit<br>9-28-18. They will<br>notify the facility of<br>their requirements to<br>schedule ACL reconstruction.<br>If facility is not able to<br>do that, Ortho said it would<br>be in his interest to defer<br>surgery until his release<br>date.<br>O - no exe done<br>A. Pronated ① knee instability c̄ ACL tear | P Advised<br>Phone Flu c̄<br>Ortho what their<br>requirements prior to<br>scheduling ACL reconstruction to be submitted<br>to Col. Rev. |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White     First Name: Richard     MI: ____     ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/3/18 | S: Ø | P: Continue tx as ordered |
| 4pm | O: I/m to Hcu for pm tx of | |
| | Hep. | |
| | A: Pm treatment | J. Miller, LPN  10/3/18 |
| 10-5-18 | meds | |
| 6:34p | S: Ø | |
| | O: exam completed | |
| | Hep exercises | |
| | P' Pm tx | D |
| 10-6-18 | Rn note | P: cont. as ordered |
| 4p | S: Ø | |
| | O: I/m to Hcu. Hep | |
| | exercises completed. | |
| | A: Pm Tx | A. Toucr, RN |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

WHITE SCC (MR) 0395

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Richard                    RI4550
Last Name                First Name        MI       ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10-7-18 | LPN Note | P: cont as ord |
| 6P | S: ∅ | |
| | O: HEP exerc. & done | |
| | in Holdy pin | |
| | A: tx | TB |
| 10-8-18 | RN Note | P: Cnt as ordered |
| 615p | S:∅ | |
| | O: clm emptied Hep | |
| | exercises in Holding | |
| | pin. | |
| | A: PM Tx | |
| 10-9-18 | RN Nite | P: Cnt as noted |
| 545p | S∅ | |
| | O: clm completed HEP | |
| | exercises in the holdy pin | |
| | P: PM Tx | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-10-18 6P | Rn note<br>S: Ø<br>O: I/m to HCU. HEP exercises completed.<br>A: PM Tx | P: cont. as ordered<br><br>a. Focht, RN |
| 10-11-18 6P | LPN Note<br>S/ Ø<br>O: HEP exercise completed in Hcu.<br>A: tx | P: cont as sched,<br><br>T Berry Lpn |
| 10-12-18 6³⁰p | RN note<br>S: Ø<br>O: clm seet in holding pen & did not participate in exercises<br>P: PM Tx | P: At as sched. |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL  Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name    MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-13-18 | Rn note | P: cont. as ordered |
| 6P | S: Ø | |
| | O: I/m to HCU. HEP | |
| | exercises completed. | |
| | A: PMTx | a.forcher, RN |
| | | |
| 10-14-18 | Rn note | P: cont. as ordered |
| 6P | S: Ø | |
| | O: I/m to HCU. HEP exercises | |
| | Completed. Voiced complaint to | |
| | this nurse about doing exercises | |
| | in the bull pin rather than | |
| | privately. Advised I/m to write | |
| | Concern to E.Wilke or K.Smoot. | |
| | A: PM tx | a.forcher, RN |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0398

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### SHAWNEE CORRECTIONAL   Center

Offender Information:

White                Michael                    ID#: K14550
_Last Name_          _First Name_         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-15-18 | RN Note | P: Cont as ordered. |
| 4p | S: CO | |
| | O: edm completed Hep exercises in holding pen. | |
| | A: PM Tx | |
| 10-16-18 | RN note | P: Cont as ordered. |
| 6p | S. O | |
| | O: edm to Hell for Hep exercises. Completed @ HU. | |
| | A: PM Tx | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

WHITE SCC (MR) 0399

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-17-18 | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO** | |
| 10:05A | Have you ever had an allergic reaction to flu vaccine? | Yes _____ No _____ |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve, damage, and muscle weakness)? | Yes _____ No _____ |
| | Are you allergic to Thirmerosal (a mercury-based preservative)? | Yes _____ No _____ |
| | Are you allergic to latex? | Yes _____ No _____ |
| | Do you feel ill today or do you have a fever? | Yes _____ No _____ |
| | Are you currently taking an Antibiotic for infection? | Yes _____ No _____ |
| | | |
| | _____ I consent to have the vaccine  Signature _____ Date _____ | |
| | ✓ I refuse a flu vaccination at this time  Signature _Richard White_ Date 10-17-18 | 10-17-18 shhhh |
| | | |
| | FOR CLINIC USE ONLY | |
| | Manufacturer: AFLURIA          Lot#: 02444621A | |
| | Expiration Date:    06 08 2019 | |
| | Site of Injection _____ Right _____ Left Deltoid _____ Other _____<br>Vaccine Information State Provided: __X__ Yes _____ No | |
| | Signature and Title of Vaccine Administrator _____ | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7347)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### SHAWNEE CORRECTIONAL   Center

Offender Information:

White                    Richard                    ID#: R14550
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-13-18 Sp | RN Noti 5:0 O: calm in holding. Pt observed doing exercises A: PM Tx . | P: PM Tx |
| 10-19-18 5³⁰ᵖ | LPN note: S: 0 O: I'm to HCU-TX-Hep Ex. Did not observe I'm Completing TX A) PM TX . | P) as sch. / PRN M Reed LPN |
| 10/20/18 | Rn TX note 5 0 O Into HCU for Hep Exercises I'm doing Exercises A TX | Cont TX |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0401

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/21/18 7p | RN Note I/m to HCU & completed H8 Exercises | Sk nurses |
| 10-22-18 5:45p | RN note S: O i: celm to HCU. Did not observe celm completing exercise. p: IM ↑x | p: Cont as ordered |
| 10-23-18 5:24p | RN note S: O i: Did not observe celm participating in Hep exercises. celm was in holding pin p: IM ↑x | p: Cont as ordered |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_out of sequence_

Shawnee Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/22/18 | Lab Note: | P) Read in 48-72 hours |
| | S) PPD | Repeat Annually |
| | O) PPD Lot # C55618A | |
| | Exp. Date 2-14-2021 | |
| | O. Icc in Left forearm | |
| | A) PPD | Nurse signature      10/22/18 |
| | | Date |
| 10/25/18 | S) PPD Read | P) If Positive: Per Order of the MD |
| | O) _____ mm | Schedule for LFT, _____ |
| | | Date |
| | A) PPD Read | Schedule HBsAg _____ |
| | | Date |
| | | Chest X-ray _____ |
| | | Date |
| | | HIV test _____ |
| | | Date |
| | | HCV Ab _____ |
| | | Date |
| | | Baseline TB Clinic _____ |
| | | Date |
| | | Notify CC Nurse _____ |
| | | Date |
| | | Food Handler Status Update  yes |
| | | Date |
| | | Nurse Signature _____ |
| | | Date |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**SHAWNEE CORRECTIONAL** Center

Offender Information:

_White_ — Last Name    _Michael_ — First Name    _____ MI    ID#: _R40080_

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10-24-18 | RN note | p: cont Tx |
| 50 | s: ∅ | |
| | o: clm did not | |
| | participate in step | |
| | exercises | |
| | p: cont Tx | J.L. |
| 10-25-18 | RN note | p: cont Tx |
| 50 | s: ∅ | |
| | o: clm was not | |
| | observed doing | |
| | step exercises. | |
| | p: cont Tx | D. |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>SHAWNEE CORRECTIONAL</u>   Center

Offender Information:

White          Michael          ID# R14550
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10·26·18 | awake | P: Cont as ordered |
| 520p | S: Ø | |
| | O: calm not observed | |
| | doing exercises | |
| | A: PM Tx | |
| 10·27·18 | RN note | P: cont. as ordered |
| 6P | S: Ø | |
| | O: Ilm completed HEP | |
| | exercise Hcu. | |
| | A: PM Tx | O. forcher RN |
| 10·28·18 | RN note | P: cont. as ordered |
| 6P | S: Ø | |
| | O: Ilm completed HEP | |
| | exercises in Hcu. | |
| | A: PM Tx | O. forchner |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-31-18<br>7p | RN Note<br>S- ∅<br>O- Pt to HCU and completed HEP exercises<br>A- Tx completed | P. To cont. as sch<br><br>Thakra |
| 11-3-18<br>7P | RN note<br>S: ∅<br>O: Ilm to HCU. HEP exercises Completed.<br>A: Pm Tx | P: Cont. as ordered<br><br>D. Foraht, RN |
| 11-7-18<br>6P | RN note<br>S: ∅<br>O: Ilm Completed HEP exercises in HCU.<br>A: PM tx | P: Cont. as ordered<br><br>D. Foraht, RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0406

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

_____ **SHAWNEE CORRECTIONAL** ____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ____   ID#: 214550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/8/18 | LPN note | |
| 6P | Hep Exercise done in Hcu. | Bee LPN |
| 11-9-18 6:10P | LPN note S: ∅ O: Inm to Hcu - TX - Hep Ex A: TX | P as ordered M Reed LPN |
| 11-10-18 6:15P | LPN note: S: ∅ O: Inm to Hcu - TX - Hep Ex A: TX | P as ordered M Reed LPN |
| 11-11-18 6P | Rn note S: ∅ O: Inm completed HEP exercises in Hcu. A: Pm tx | P: Cont. as ordered C. Forem Rn |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name  MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/12/18 | LPN Note | P: cont as sched. |
| 6ᴾ | S: Ø | |
| | O: HEP exercise done in Hcy | |
| | S/P knee is "popping" more | |
| | tonight during exercise. | |
| | A: tx. | T. Berg RN |
| 11/13/18 | LPN Note | |
| 630ᴾ | HEP exercise done in Hcy | T. Berg RN |
| 11.14.18 | LPN Note | P: cont as Scheduled |
| 6ᴾᵐ | S: Ø | |
| | O: offender to Hcu: | |
| | did HEP exercises for | |
| | approx 5 minutes before Packing | |
| | his things up: leaving. | |
| | A/P: m tx | [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0408

SHAWNEE CORRECTIONAL    Center

| Offender Information: | | |
|---|---|---|
| Last Name: White | First Name: Richard | MI: | ID#: R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/15/18 30 6 PM | LPN tx <br> S: Ø <br> O: HEP exercise done <br> A: tx | P: cont as ordered <br> T. Jeseff RN |
| 11-16-18 6:10 P | LPN note <br> S: Ø <br> O: Im to HCU-TX - Hep Ex <br> A: TX | P as sch. <br> M Reed LPN |
| 11-17-18 550 PM | LPN note <br> S: Ø <br> O: IM to HCU Hep exercises complete. <br> A: PM TX | P: cont. tx as ordered <br> H. M LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>SHAWNEE CORRECTIONAL</u>   Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/18/18 | LPN Note | P: cont as ordered |
| SP | S: ∅ | |
| | O: HEP exercises done in HCU | |
| | A: tx | T Beegy Leon |
| 11/19/18 | LPN note | P: cont as ordered |
| LP | S: ∅ | |
| | O: I/m to HCU for | |
| | HEP eif; comp. | |
| | A: tx | M Yon LPN |
| 11/26/18 | Medical Records Note | |
| 3:50p | Sent referral request to | RHIT |
| | Wexford UR for Ⓛ knee | Kim Johnston, |
| | ACL Reconstruction. | Medical Records Dir. |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

SHAWNEE CORRECTIONAL    Center

Offender Information:

White            Richard            R 14550
Last Name          First Name        MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-12-18 | MD Note | |
| 1030 | Discussed c Collegial Review c Dr. Garcia re request of Ortho not doing surgery unless he will have PT beyond HEP. Dr. Garcia wanted Dr. David to discuss c Dr. Young, orth that this cannot be assured at all time Compliance due to factors beyond our control. | Kim Johnston to sched. time for Dr. David to discuss it c Dr. Young. noted K. Aru 12-12-18 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White
First Name: Richard
MI: ___
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/12/18 2:40p | Medical Records Note Called Dr. Young's office + left message for Dr. ~~D~~ Young to call back + discuss ACL reconstruction surgery + therapy recommendations. | Kim Johnston Medical Records Dir RAH |
| 12-13-18 0900 | MD Note Dr. Davis' office (Ortho) called returning message to call me. Christine from his office said Dr. Davis is in surgery all day. She asked was told about the issue was to relay to | R Batman 12/14/18 |

— next page —

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White
First Name: Richard
MI:
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-13-18 | Cont MD Note. Dr. Davis the discussion in our Col. Rev. Q. Davis of Col. Rev. is approving a one time PT referral post-surgery ō do HEP. She was told of the problem ō doing PT at outside the institution — not be 100% compliance there that is beyond our control. Christi said she will relay this to Dr. Davis. | R.Bauman 12/14/18 |

WHITE SCC (MR) 0413

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **SHAWNEE CORRECTIONAL** ___ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | R14550 |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/14/18 3p | Medical Records Note Spoke to Chris at Dr. Davis' office re: (L) Knee ACL reconstruction. Surgery scheduled for 1/10/19 at their on-site surgery center. — | Kim Johnston RHIT Medical Records Dir. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

## SHAWNEE CORRECTIONAL   Center

Offender Information:

_____   _____   _____   ID#: _____
Last Name                           First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0415

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED DEC 0 5 2018

Date/Time: 12/05/201808:59:05

Subject:   Inmate Name:   WHITE, RICHARD
           Inmate Number:  R14550
                    Site:  SHAWNEE
                 Service:
                          29888   KNEE ARTHROSCOPY/SURGERY

Authorization ID: 925352957

Based upon a review of the information provided, Service is Approved.


   Comments:
   12-04-2018 request for ACL reconstruction w autograft hamstring r/t
   36 y/o s/p L knee arthroscopic partial medial menisectomy and
   debridement on 3/22/2018. He did 3 months post-op HEP supervised
   and documented by HCU nurse. Today claims he can tolerate only some
   jogging and running but Lt. knee gives out. Still has Lt. knee
   pain.  Ortho visit 9/28/2018: recommended ACL Reconstruction w
   hamstring autograft.Reviewed and approved by Dr. Garcia.

   MCG=A




From:_____
       Dedicated Utilization Management

   --------------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                      412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

WHITE SCC (MR) 0416



**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-625-1397 · Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Order
**ACYCLOVIR 400MG TAB**
SUB FOR: ZOVIRAX
TAKE 1 TABLET(S) BY MOUTH THREE
TIMES A DAY
DAVID ALFONSO

3/29/2018

Discontinue
3/28/2019

Rx# 53868944

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

| Initial / Signature | | | Initial / Signature | | | Initial / Signature | | | Initial / Signature | |
|---|---|---|---|---|---|---|---|---|---|---|

Allergies
**NO KNOWN DRUG ALLERGY**

Date of Birth or Soc. Sec. No.
**10/08/1981**

Facility
**SHAWNEE CORR CTR**

Charting for **10/01/2018**   Through **10/31/2018**

Diagnosis

Location
**3D38**

Inmate Name and Number
**WHITE, RICHARD  R14550**



WHITE SCC (MB) 0417

# MEDICATION NOTES

**INSTRUCTIONS:**
- Initial appropriate box when medication or treatment is given.
- Circle initials when medication or treatment is refused.
- State reason for refusal under Medication Notes.
- State reason and result for PRN Medication or Treatment.
- Indicate injection site with appropriate code.

**INJECTION SITE CODES:**

1. Abdomen Left
2. Abdomen Right
3. Arm (Deltoid) Left
4. Arm (Deltoid) Right

5. Buttocks (Gluteus) Left
6. Buttocks (Gluteus) Right
7. Thigh (Quadriceps) Left
8. Thigh (Quadriceps) Right

9. Upper Back Left
10. Upper Back Right
11. Upper Chest Left
12. Upper Chest Right

**RESULT CODES:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**NON ADMINISTERED MEDICATION REASON CODES:**

1. Refused by Inmate
2. Inmate did not show
3. Inmate not in cell
4. Security lockdown
5. Medication held (state reason)
6. Medication out of stock

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DATE | TIME | INIT. | MEDICATION - DOSE | ROUTE | REASON | RESULT |
|------|------|-------|-------------------|-------|--------|--------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Initial   Signature

Initial   Signature

Initial   Signature

Initial   Signature

Initial   Signature

Initial   Signature

Form # 6182LMR

Reorder From **MED-PASS** 800-438-8884

423058241

~~Oct. 2nd~~
Sept. 28 Herrin
10:10am

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

*Shawnee CC*
(Facility)

Offender's Name: *White, Richard*   ID# *R 10550*

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify)
☐ Other (specify) *Orthopedic (Dr. Davis) Follow-up*

Urgent.  ☐ Yes   ☐ No

Referred to: *Dr. J.T. Davis*

Rationale for Referral: *36 y/o BM SP L knee arthroscopic partial medial meniscectomy & debridement on 3-22-18. He did a 3 months post-op (HEP supervised & documented by HCU nurse. Today, claims can tolerate only some jogging & running but L knee gives out on him. Still have L knee pain. He also has rupture of L ACL and deleted ACL reconstruction of L. He is unable to do complete post-op rehab. Dr. Davis requested follow up so or him of he has persistent instability and have further discussion of ACL reconstruction)*

Print Referring Practitioner's Name
Referring Practitioner's Signature   Date *9-17-18*

Report of Referral (Use Reverse Side, if necessary)

Findings: *ACL insufficiency.*

Assessment: *L knee ACL tear.*

Recommendations/Plans: *ACL reconstruction if pt. is able to complete postop protocol. i.e. Brace + crutches x 4 wks, physical therapy 2x/wk x 6-8 wks.*

*Jeremy Bruner PAC*
Print Practitioner's Name   Practitioner's Signature   Date *9-28-18*

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

*DR. DAVID*
Print Facility Medical Director's Name   Facility Medical Director's Signature   Date *10-2-18*

Distribution:  Offender's Medical File, and   Page 1 of 1

WHITE SCC (MR) 0419
DOC 0254 (Eff.4/2007)

R14550



THE ORTHOPAEDIC INSTITUTE OF SOUTHERN ILLINOIS

| | |
|---|---|
| Patient: | **Richard White** |
| Date of Birth: | **10/08/1981** Age: 36 |
| Date: | **09/28/2018 10:10 AM** |
| Visit Type: | **Office Visit** |

## CHIEF COMPLAINT:
Left knee pain and instability.

## HISTORY OF PRESENT ILLNESS:
1. knee

The patient is here today for followup after his previous partial medial meniscectomy done on 03/22/2018. He did have a known ACL tear, which was treated nonoperatively initially. He has been doing home exercises and failing to improve in terms of instability. He gets a sharp pain in the knee from time to time as well. No mechanical complaints. He does get a little intermittent swelling.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|---|---|---|---|
| Arthroscopy knee | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)
Patient reports there is no relevant family history.

## MEDICATIONS:
Medication Reconciliation



White, Richard    000000211589 10/08/1981 09/28/2018 10:10 AM Page: 1/3

WHITE SCC (MR) 0420

Medications reconciled today.
Patient is on no medications.

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Eyes | Negative | Vision loss. |
| Respiratory | Negative | Asthma, Cough and Dyspnea. |
| Cardio | Negative | Chest pain, Irregular heartbeat/palpitations and Leg swelling. |
| GI | Negative | Abdominal pain and Black tarry stools. |
| GU | Negative | Dysuria and Urinary incontinence. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Weight gain and Weight loss. |
| Neuro | Negative | Headache and Paresthesia. |
| Psych | Negative | Depression and Insomnia. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except as noted in HPI and Chief complaint and Muscle weakness. |
| Hema/Lymph | Negative | Bruising and Easy bleeding. |
| Allergic/Immuno | Negative | Environmental allergies. |

## Vital Signs

### Comments

| Time | Comments |
|---|---|
| 10:52 AM | Unable to obtain All Vitals. |

## PHYSICAL EXAM:

On exam today reveals no effusion. Incisions have healed well, no focal joint line tenderness. He has 5/5 strength in all motor groups tested distally. He does have a positive Lachman and glides with pivot shift. No varus or valgus instability demonstrated. Posterior drawer is stable. Otherwise, no signs of infection or DVT.

## DIAGNOSTICS:

| Modifier | Study | Result/Report |
|---|---|---|
| LT | Knee Xray 1 Or 2 Views | |
| | Knee Xray Both Knees Standing AP | |

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|---|---|

White, Richard    000000211589 10/08/1981 09/28/2018 10:10 AM Page: 2/3

WHITE SCC (MR) 0421

| 1. | Assessment | Pain in left knee (M25.562). |
|----|-----------|------------------------------|
| 2. | Assessment | Bucket-hndl tear of medial mensc, crnt injury, l knee, subs (S83.212D). |
| 3. | Assessment | Sprain of anterior cruciate ligament of left knee, subs (S83.512D). |
| 4. | Other Orders | Orders not associated to today's assessments. |
|    | Plan Orders | Further diagnostic evaluations ordered today include(s) Knee Xray 1 Or 2 Views to be performed and Knee Xray Both Knees Standing AP to be performed. |

## Assessment:
Persistent left knee instability with ACL tear following previous arthroscopic debridement, medial meniscectomy done on 03/22/2018.

## Plan:
I reviewed that diagnosis, expectations, and treatment options with the patient today. Questions were invited and answered. We had a length discussion today with regard to surgical and nonsurgical treatment of an ACL tear. We discussed his options. At this point with persistent instability of bracing, continued home exercises versus surgical reconstruction. We discussed the risks and benefits of each. He is interested in proceeding with the knee surgery. We outlined ACL reconstruction including the risks, benefits, expected outcome, and rehabilitative course. We discussed that it is imperative he have adequate postoperative treatment including bracing and crutching for a period of 3 to 4 weeks and regular therapy beyond just home exercises that he has been doing. We will notify the facility of these requirements to scheduling for an ACL reconstruction. If they are not able to do that, then it would be likely in his better interest to defer this until his release date. He verbalized understanding and agreement. We did discuss graft options today including allograft versus autograft. At this point, he expresses greater interest in hamstring autograft, which would be our plan for left knee arthroscopic ACL reconstruction with hamstring autograft. He verbalized understanding and agreement. We will contact the facility and then work on getting him scheduled pending medical facility clearance.

Jeremy D. Palmer, PA-C/60007

Electronically signed by : *Jeremy D. Palmer PA-C*  *09/29/2018 1:56 AM*

Docur ent generated by. NextGen Admin 09/29/201      M v 8.4/8/9
v.8.4/8.9

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9635 - www.orthopaedicinstitute.com

White, Richard    000000211589 10/08/1981 09/28/2018 10:10 AM Page: 3/3

WHITE SCC (MR) 0422

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

Offender Information:

| White | Richard | | R14550 |
|-------|---------|---|--------|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/14/18 3p | Medical Records Note Spoke to Chris at Dr. Davis' office re: (L) Knee ACL reconstruction. Surgery scheduled for 1/10/19 at their on-site surgery center. —— | Kim Johnston RHIT Medical Records Dir. |
| 1/2/18 1157 | NP note See H&P completed for Orthopaedic Inst. ♂ S. th. C/o slow voids. ♀ dysuria. ∅ penile dc. | JTIME P: Colace Fiber-lax UA. F/U PRN. ML 2-27-18 |

DOCUSATE SOD 100MG CAP
53996962  SHAWNEE, STOCK
DAY X

FIBER-LAX CAPTABS
54017574  SHAWNEE, STOCK

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL Center

Offender Information:

Last Name: White
First Name: Richard
MI:
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/9/18 6:00p | LPN note IM to HCU. He reports exercise completed. IM states he hears popping in knee and increased pain c exercise. IM states knee sound like a snap and T am exercise | Cont as charted

MD/KK LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0424

## Offender Health Status Transfer Summary

**Transferring Facility:** Shawnee Center

**Offender Information:** White (Last Name)   Richard (First Name)   MI   ID# R14880

**Date:** 12·28·18   **Time:** 10:20   ☑ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Current / Acute Conditions / Problems:** ∅   **Food Handler Approved:** 10·28·18  6mm – 4?s

**Chronic Conditions / Problems:** HSV – genital

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:**

**Chronic Long-term:** Acyclovir 400mg TID x 1 year – ends 3·27·19

**Chronic Psychotropic:**

**Current Treatments:** HEP exercises daily

**Therapeutic Diets:** Regular diet

**Follow-up Care:** Routine

**Chronic Clinics:** ∅

**Specialty Referrals:** ∅ Referrals

**Significant Medical History:** Lt. Knee injury; S/P HSV genital

**Physical Disabilities / Limitations:** ∅

**Assistive Devices / Prosthetics:** ∅

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: _____  ☐ Hx Psych Med ☐ Hx MPC / STC   ☐ Glasses ☐ Dentures ☐ Hearing Aid

**R·S·C Use Only:** ☑ LAB. ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____   Substance Abuse: ☐ Alcohol ☐ Drugs   ☐ Packet Complete

K. Freeman LPN
_Health Care Staff and Title_     K. Freeman LPN _Signature_     12·28·18 _Date_

**Reception Screening** (completed by receiving facility health care staff):

**Facility:**

**Subjective:**   **Date:** _____   **Time:** _____  ☐ a.m. ☐ p.m.
**Current Complaint:** _____   **Assessment:**

**Current Medications/Treatment:**

**Objective:**

**Physical Appearance/Behavior:** _____   **Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
**Deformities: Acute/Chronic:** _____   ☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): _____
☐ Infirmary Placement:
**T:** ____ **P:** ____ **R:** ____ **B/P:** ___ / ___   ☐ Other (specify): _____

_Printed Name and Title_     _Signature_     _Date_

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

_Mental Health Professional Signature and Title_     **Date** _____   ☐ Approved   ☐ Denied

_Health Care Staff Signature and Title_     **Date** _____   ☐ Approved   ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_Offender Signature_     _Date_     _Time_   ☐ a.m. ☐ p.m.

**Distribution:** Offender's Medical Record
Transferring Facility
Receiving Facility

_Printed on Recycled Paper_     DOC 0090 (Rev. 3/2018)

WHITE SCC (MR) 0425

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

SHAWNEE CORRECTIONAL   Center

Offender Information:

White    Richard    ID#: R14550
Last Name       First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-9-19 9:10p | RN note | P: 23° Obs |
| | S: ∅ | |
| | O: I/m to HCU and placed in bed #8 in infirmary. Advised NPO @ midnight for surgery tomorrow Morning. Voiced understanding. VS 98.0, 77, 138/80, 16, 98%. | |
| | A: Inf. Placement | ∝ torcher RN |
| 1/9/19 11:14p | RN Note | |
| | S: "Im fine" | P. NPO C 0000. |
| | O: Resting C nos/sx distress. BP: 112/60   HR 80 T: 978   RR 16 SpO2 98% RA | Cont' 23° Obs. & await med furlough |
| | A: Welfare Check | [signature] RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)
WHITE SCC (MR) 0426

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

SHAWNEE CORRECTIONAL   Center

Offender Information:

Last Name: White
First Name: Richard
MI: ___
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/19 5:30A | RN NOTE — Offender left for medical furlough. ⟲ mm RN | |
| 1/10/19 12:30p | RN NOTE — error S: "I'M alright" | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0427

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Vital Sign Graphic Flow Sheet**

Offender Information:
Last Name: White   First Name: Richard   MI:   ID#: R14050
Facility: Shawnee Correctional Center

| Date | 1/10/19 | 1/11/19 | 1/2/19 | 1/3/19 | 1/4/19 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Pulse | 92 | 91 80 91 | 86 83 87 | 77 88 89 | 92 71 16 |
| Respiration | 16 | 14 16 16 | 16 14 16 | 12 14 16 | 16 16 |

Blood Pressure:
- 8 AM: 114/60, 130/56, 174/74, 130/50
- 4 PM: 128/86, 130/88, 129/82, 140/78, 128/84
- Midnight: 128/76, 142/82, 132/80, 130/78, 112/82

Diet: DAT / Regular / DAT
Activity: WBAT / WBAT / WBAR / 
Other: Bone to LLE, TED RLE, Polar Pack / crutches, brace UE, TED RLE, Polar Pack / crutches WBAT, Bed Hom locup, Palag / crutches, Braces, Polar Pack / crutches, brace UE, TED hose RLE, polar pack

Staff Name:
- 7-3: Wagner RN / Wittrull R / / / Wittrull
- 3-11: / Wittrull R / / Williamson / Wittrull R
- 11-7: Wagner RN / / / / Wagner RN

Distribution: Offender's Medical Record
DOC 0110 (Eff. 9/2002)
WHITE SCC

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

Last Name: Chit

First Name: Richard

MI:

ID#: R14550

Facility: Shawnee Correctional Center

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | 1/5/19 | 1/6/19 | 1/6/19 | 1/7/19 | | | 1/9/19 |
| **Hosp Day/Po Day** | | | | | | | |
| **Hour** | | | | | | | |

**Temperature** (106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96)

| **Pulse** | 70 | 88 | 70 | 84 | 92 | 80 | 80 | 80 | | 86 | 74 |
| **Respiration** | 16 | | 16 | | | 16 | | | | | 16 |

**Hours** 4 AM
5 AM

| **Blood Pressure** | 4 AM | 124/80 | 110/80 | 160 | 112/80 | 110 | | | 86 | 74 |
| Noon | | | | | | | | | 76 | 16 |
| 4 PM | 124/80 | 112/82 | 127/86 | | | | | | |
| 6 PM | | | | | | | | | |
| Midnight | | | | 124/78 | | 124/80 | 112/82 | |

**Weight / Height**: 110/72

**Stools / Urine**

**Bath: C-P-T-S**

**Oral Hygiene**: no shower, no bed sponge bath

**PM Care**

**Diet**: DAT | DAT | Diet Advanced to 1D1. | DAT | DAT

**Ate W F P**

**Slept W F P**

**Activity**

**Bed Rest**: PCA Liq / LLE Brace | Pudate Brace LLE | Ad lib c brace | Ad lib | Ad lib

**Bed positioning**

**R.O.M. Exercises**

**Whirlpool**

**Transfers**: Self | Self

**Walk**

**Other**: WC crutches, LLE brace, TED RLE, Polar Pack | WC crutches LLE brace TED RLE Polar Pack | WC crutches LLE brace TED RLE Polar Pack | WC crutches LLE brace TED RLE Polar Pack

**Staff Name**
7-3
3-11
11-7: Wagner RN

Distribution:   Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
WHITE SCC (MR) 0429 DC 1706

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Vital Sign Graphic Flow Sheet**

Offender Information:
Last Name: White
First Name: Richard
ID#: R14550

Facility: Shawnee Correctional Center

| Date | 1/20/19 | 1-21-19 | 1/22/19 | 1/23/19 | | |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pulse | | 96 | | 72 | | | |
| Respiration | | 10 | | | | | |
| Blood pressure Midnight | 123/74 | | 120/74 | Refused All vis | Refused All vis | | |
| Diet | BAT | | DAT | Regular Diet | Regular Diet | | |
| Activity | Ad Lib | | ↑ AD Lib | Ad Lib & brace | Ad Lib | | |
| Whirlpool | Self | | well | AdLib | AdLib | | |
| Other: | w/c crutches LLE Brace polar pac | | w/c crutches LLE Brace LE RLE Polar Ther | crutches, LLE brace and Polar Pack, RLE TED | crutches, RL ETED, LLE polar pack, LLE brace until Good quad control-then d/c | | |
| Staff Name 7-3 | | | | | Wagner RN | | |
| 3-11 | | | | | | | |
| 11-7 | Ramaus | A chickerer | Wagner RN | Wagner RN | | | |

Distribution:   Offender's Medical Record

DOC 0110 (Eff. 9/2002)
WHITE SCC (MR) 0490 (DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

_____ Last Name _____   First Name _____  MI   ID#:_____

Facility:  Shawnee Correctional Center

| Date | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | / | | / | | / | | / | | / |
| Hour | | | | | | | | | | | | | | | | | | | | | | | | |
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | |

Pulse
Respiration
Hours  4 AM
          6 AM
Blood   Noon
Pressure  4 PM
          8 PM
          Midnight
Weight  Height
Stools  Urine
Bath: C-P-T-S
Oral Hygiene
PM Care
Diet
Ate  W  F  P
Slept  W  F  P
          Activity
Bed Rest
Bed positioning
R.O.M. Exercises
Whirlpool
Transfers
Walk
Other:

Staff Name
7-3
3-11
11-7

Distribution:  Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)

WHITE SCC (MR) 0431

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_Shawnee_ Center

Offender Information:

_White_      _Richard_      ID#: _R10000_
Last Name         First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-11-19 1015 | **DOCTOR INFIRMARY ADMISSION NOTE** | **PLAN:** |
|  | BY: (circle one): MD NP PA DDS LICENSED MENTAL HEALTH PROFESSIONAL | **VITAL SIGN FREQUENCY:** |
|  | ACUTE          CHRONIC |  |
|  | **SUBJECTIVE:** | **DIET:** |
|  | HISTORY: 36 y/o BM admitted post ACL ⊕ knee arthroscopic reconstruct. c̄ hamstring. Claim did | **ACTIVITY:** |
|  |  | **MEDICATION ORDERS:** |
|  | DURATION: 1-10-19 | Please follow all orders of Ortho ACL Protocol. |
|  | **OBJECTIVE:** |  |
|  | PHYSICAL EXAMINATION: 98⁸ - 91 - 114/60 - 16 N.A.D. LLE c̄ knee immobilizer neuro vac status ⊕ LLE - OK. | **OTHER ORDERS:** Subritre a Col Rev request for a on to PT eval & recommendate after his ACL reconstruc- tion surgery ⓁL knee. |
|  | CURRENT CONDITION: stable |  |
|  | OTHER MEDICAL CONDITIONS: |  |
|  | **ADMITTING DIAGNOSIS:/ASSESSMENT** S/P Arthroscopic recons duction c̄ hamstring graft ⓁL knee |  |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7/17)

WHITE SCC (MR) 0432

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____Shawnee_____ Center

Offender Information:

| | | |
|---|---|---|
| Last Name | First Name | MI   ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **_Infirmary Nurse Admission Note_:** Acute Care          Chronic Care | **_PLAN:_** |
| | **_Subjective:_** Chief Compliant | MD NOTIFIED: |
| | | HCUA NOTIFIED: |
| | | DIETARY NOTIFIED: |
| | | TYPE OF DIET:_____ FORM SENT |
| | | MEDICATION ORDERS: |
| | Duration: | |
| | **_Objective:_** | |
| | BP____ T____ P____ R____ Wt____ | |
| | Oxygen Saturation_____ | |
| | Peak Flow:  1_____  2_____ | OTHER ORDERS: |
| | HEART: | |
| | LUNGS: | |
| | EYES: | |
| | SKIN: (circle) WARM  MOIST  DRY  CLAMMY | |
| | SKIN COLOR: | TREATMENT: |
| | SPEECH: (circle) CLEAR  SLURRED | |
| | MOBILITY: | |
| | | ACTIVITY: |
| | ELIMINATION: | ORIENTATION TO THE INFIRMARY |
| | | RULES, CALL FOR HELP, PLAN OF CARE |
| | MENTAL STATUS: | |
| | **_ASSESSMENT:_** | OTHER: |
| | NURSING DIAGNOSIS: | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0433

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**Shawnee Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | R14550 |
| Last Name | First Name | MI | ID# |

| Date/Time | RN    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/19 12:30p | **INFIRMARY NURSE ADMISSION NOTE:** (ACUTE) CHRONIC | **PLAN:** |
| | **SUBJECTIVE:** Chief Complaint | MD NOTIFIED: ✓ |
| | "My leg hurts" | HCUA NOTIFIED: ✓ |
| | | DIETARY NOTIFIED: |
| | | TYPE OF DIET: Regular |
| | | FORM SENT TO DIETARY ✓ |
| | Duration: | |
| | **OBJECTIVE:** | MEDICATION ORDERS TO: Dr. Daund |
| | BP 108/64  97.8 P 95 R 16 WT | Tylenol #3 ÷ tabs PO q 4-6° PRN x 5 days |
| | Oxygen Saturation: 97% RA | ASA EC 81mg PO QD x 30 days |
| | Peak Flow: 1 NA  2 NA | |
| | HEART: WNL | |
| | LUNGS: Clear all fields | **OTHER ORDERS:** |
| | EYES: WNL | Elevate LLE. Apply ice to |
| | SKIN: (circle) (WARM) MOIST (DRY) CLAMMY | ↓ pain & swelling. WBAT. |
| | SKIN COLOR: WNL | TEDS to RLE. Keep brace on |
| | SPEECH: (circle) (CLEAR)  SLURRED | **TREATMENT:** at all times until |
| | MOBILITY: Bedrest 24°, then WBAT c Crutches | next follow-up appt. |
| | ELIMINATION: Self | |
| | MENTAL STATUS: AO x 4 | **ACTIVITY:** WBAT |
| | | ORIENTATION TO THE INFIRMARY ✓ |
| | **ASSESSMENT/NURSING DIAGNOSIS:** | RULES, CALL FOR HELP, PLAN OF CARE ✓ |
| | Alteration in comfort | OTHER: N/A |
| | | ___ RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0434

**Offender Infirmary Progress Notes**

## Shawnee Correctional Center

Offender Information:

| | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/18<br>1/10/19<br>1:00pm | RN NOTE —<br>S: "I'm alright. It hurts<br>some. The numbness<br>is going away"<br>O: A&O x4. Resp. even and<br>nonlabored. Leg brace<br>to (L)LE. Set @ 0° to<br>keep knee from flexing.<br>Polar pack in place.<br>Elevated LLE on pillow.<br>TED hose in place to<br>RLE. Pedal pulses present<br>and equal.<br>A: Welfare Check | P: Continue acute POC<br>Administered Tyl. #3<br>"" tabs per MAR.<br><br><br><br><br><br><br><br><br><br>RN |
| 1/10/19<br>3:00pm | RN NOTE<br>S: "It still hurts"<br>O: Resp even etc unlabored. Brace<br>in place to LLE. Cold therapy<br>continues. LLE elevated @<br>this time. VSS<br>A: Ø apparent distress. | P: Continue continue Authare<br><br><br><br><br>RN |
| | | |
| | | |

DOC 0085 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0435

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Shawnee Correctional Center

Offender Information:

White                         Richard                    ID#: R14550
Last Name                     First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/19<br>11:20 pm | RN NOTE —<br><br>S: "I'm still hurting. Also, I don't want this ice pack on right now."<br>O: AOx4. Resp. even and nonlabored. Leg brace on and set at 0°. LLE elevated. Refuses use of polar pack at this time. TED hose on (R) leg. Pedal pulses present & equal. Denies numbness/tingling LLE.<br>A: Welfare Check | P: Vital signs recorded in flowsheet. Continue acute POC.<br><br>__ mmm RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0436

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/11/19 7:45pm | RN NOTE — <br> S: "Still have pain" <br> O: A0x4. Resp even + non labored. Ø numbness or tingling to LLE. Pedal pulses present and equal. Brace to LLE in place at 0° flexion. TED to RLE. Refuses polar pack at this time. Continues to ↑ LLE. <br> A: Welfare Check | P: Cont acute POC |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/11/19 4pm | RN Note S: No C/o voiced. O: Resting in bed. Awakens easily. Resp even et non. Clabored. Brace et polar pack present on LLE. TED hose in place RLE. No S/sx Of impaired circulation. A: No apparent distress (M Littrell RN) | P: Cont acute care |
| 1/11/19 11³⁰ pm | RN note S: Ø O: Pm currently resting in bed. Polar pack utilized PRN. LLE elevated. Resp even et non-labored. VSS. A: Ø apparent distress | P: Cont acute care S (illegible signature) |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002) (Replaces DC 7147)

WHITE SCC (MR) 0438

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

Last Name: White    First Name: Richard    MI: ___    ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-12-19 8A | Inmate SOK I dont want pom pill. O alert + verbal advised im he is not to take a shower always sponge bath til sur appt Im asked nurse to wrap his leg up this is not necessary for sponge bath cms to L/s extremity what he described as tactile sensation otself in to deep to leg a lot but does not | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7/47)

WHITE SCC (MR) 0439

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee Correctional Center

Offender Information:

White _____ Richard _____ ID# R14550
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/2/19 9A | R note Cont Want pamphel Oriented Blup loon nox labsul Dressing appleon CO brace inplace Advesd to elevat leg Im Se understand my welfare | P Cont ac lut PLC |
| 1/2/19 8:45A | Inmatt SØ Ø alut no cspan Spoke i. Dr David assessment Reported no Shower Dr David Sponge bach as ordr | TO Explained to Im DO Showers, Sponge baths Cont. ac lut PLC OK m |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0440

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

White _____ Last Name _____ Richard _____ First Name _____ MI _____ ID#: R045550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/12/19 3:15pm | RN NOTE | P: Cont acute care |
| | S: Ø | |
| | O: Resp even at non-labored. | |
| | Breath clear. Brace in place | |
| | to LLE. TED hose to RLE | |
| | LLE elevated. VSS. | |
| | A: Ø apparent distress. | ___ |
| | RN Note | |
| | S: Ø | |
| | O: Resting in bed awake | |
| | & current voiced C/O. Resp | |
| | even & non labored. LLE | |
| | elevated, brace in place. | |
| | ⊕ S/Sx of complications pedal | |
| | pulses present. Denies any | |
| | numbness & tingling, sensation⊕ | |
| | A: Ø apparent distress ___ even a.m. | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0441

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ MI ___ ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/13/19 750A | Inmate S/OK Pain 10 to Ⓛ Knee but I don't want any pain medicine. Ⓞ alert & oriented X 3. Responsive non labored mood fair ↓ Left not elevated on pillow Advised into elevate L Leg Ind. OTO. Dressing c/o Brace in place CMS to L ↓ int intact toes ____ Pink Pink nailbed pedal pulse Ⓑ Ted hose to R Left in place "to pain meds we form | Cont acute Pa |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

White                    Richard                    B14550

Last Name          First Name          MI          ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-3-19 8:90 SA | Inmate 50 I call Dr Dave Report + assessment given Reported edema to L foot SL pitting advised to elevate L foot, ICE packs to L knee no new orders Im to pain 10 but Im refused pain med reported no new orders will fout | Cont a Cutic Pox [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

White     Richard     ID# B14550

Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-13-19 1130A | RN note S "yes. I have eye drops. I me yes I have been taking med 3X daily O advised im meds in infirmary to be given by nurse. Scheduled dosing TID while in infirmary A med review nd returned to nurse | Cont eye drops dosing by nurse [signature] |
| Addendum 1-13-19 1140A | RN note S Ø O officer Meyers present when im made statement above partial card in im property | cont acute POC [signature] |

Printed on Recycled Paper

DOC 0085 (Eff. 8/2002
(Replaces DC 7147)

WHITE SCC (MR) 0444

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Shawnee Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | BJ4580 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-13-19 4pm | RN note<br>s: ∅<br>o: Sitting in SOB c̄ (L) leg elevated. Splint intact.<br>PPP. Cap refill WNL. ∅ S/Sx any apparent distress.<br>VSS-97⁹-88-16-140/78.<br>A: Welfare ✓ | P: cont acute<br><br><br><br><br>N Williamson RN |
| 1-13-19 11³⁰p | RN Note<br>S: ∅<br>O: laying in bed awake<br>& current voiced c̄ trouble in<br>dale. Pedal pulses +) ∅ S/Sx<br>of distress or complication<br>VSS. Respiration et<br>non labored.<br>A: Welfare ✓ | <br><br><br><br><br><br>R Barnard |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/14/19 7:30pm | RN Note<br>S: No c/o voiced.<br>O: Resting in bed. Awakens easily. Resp even ut nonlabored. Brace intact LLE. TED hose in place RLE. Has LLE ↑. No S/sx of impaired circulation.<br>A: No apparent distress (M Littrell RN) | P: Cont acute care |
| 1-14-19 0910 | MD RG.<br>S- Pt complains<br>Requesting dc Acyclovir<br>not compliant c this<br>Acyclovir submitted request to<br>Col Rev for outpt PT | P. Advise<br>DC Acyclovir<br>Cont |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-14-19 | Cont Med RX aal č HEP (agreed by Dr. Davis, asks for his PT post op - see letter fr Dr. Davis dated 12-13-18 Pt is ambulal; š crutches. O- LUE a knee immobilizer A- S/P Arthroscopic reconstruct; (knee | |
| 1/14/19 320pm | RN Note S: Ø O: Resting in bed. Resp even et nonlabored. A&Ox3. LUE č brace intact. Using polar pack. RUE —CONT— | P. Cont acute care N. Littrell |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Shawnee Correctional Center

Offender Information:

Last Name: White

First Name: Richard

MI: 

ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/14/19 3:30pm | RN Note Cont c̄ TED hose in place. LLE ↑. no s/sx of impaired circulation A: no apparent distress | [signature] RN Rithiller |
| 1/14/19 11:22pm | RN NOTE — S: ∅ O: Resting in bed s̄ s/sx distress or complaints at this time. LLE brace applied @ 0° flexion, LLE & polar pack in use. TED to RLE. Denies numbness/tingling LLE. AOx4 Resp. even and nonlabored. A: Welfare Check | P: Cont' acute POC [signature] RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0448

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-5-19 8A | Rn note

S They said my Tyl #3 expired
O Explained to Inm would discuss c Dr Dowd Co p am by Inm request - renewal T3 inj included the Tyl was on. Insp wen was Inward Brace in place LLE Dressing appears c/o Pain Pain at bed side, Inm SL ys he has been using it SL e symec to rest not 2. Advised | Rn note cont
DHm |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____ ID#: R14550
Last Name            First Name        Mi

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1158 4A | *(illegible handwritten notes)* 830A | *(illegible handwritten notes)* |

V 597°-82-16-124/80
025 ± 98/.

1/15/19 4:40P

Distribution: Offender's Medical Record

WHITE SCC (MR) 0450

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | RV4500 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-15-19 4p | Pt note _illegible handwriting_ SOK O alert + verbal mood fair _illegible_ been not _illegible_ Pt not cooperative Brace to LLE in place mood fair _illegible_ to ambulate at times _illegible_ walking Not using crutches Im advised nurse that MD told him he could walk Ad lib. Cautioned Im RT using Crutches using C/P provided _illegible_ welfare | Cont acute care |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Shawnee Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14500 |
| Last Name | First Name   MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/15/19 | In hate | UA pending |
| 7P | 51 have Specimen | |
| | Urine Specimen | |
| | provided. Placed | |
| | in UA tube | |
| | Prepaid for labs | E. White RN |
| 1/15/19 | RN NOTE — | |
| 11:20p | S: Ø | P: Cont' acute POC |
| | O: AOx4. Resp. even + nonlabored. | |
| | Ø S/Sx impaired circulation | |
| | to LLE. Brace to LLE on | |
| | @ 0° Flexion c̄ polar pack. | |
| | TED to RLE in place. | |
| | A: Wellfare Check | ____ RN |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0452

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/16/19 4:12A | RN NOTE — <br> S: ∅ <br> O: AOx4. Resp even + nonlabored. <br> ∅ S/Sx impaired circulation <br> to R LLE. Brace intact @ <br> 0° flexion c̄ polar pack. <br> TED to LLE in place. <br> A: Welfare Check | P: Cont' acute POC <br><br> ~~~~~ RN |
| 1/16/19 4A | Rn note <br> S: OK <br> O: resting in bed <br> no distress resp <br> even non labored <br> LLE not elevated at <br> this time advised <br> Pnto elevate LLE | Rn note cont <br> ~~~ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/4/19 | Remote cont | Cont acute POC |
| | O Brace in place | |
| | to LLE Pedal | |
| | Pulse ⊕ L foot warm | |
| | w/o ⊕ nail edema | |
| | D Left no 1 c a | |
| | pain at this Time | |
| | No flexion to LLE | |
| | +malaise VS 97³ | |
| | 84 6 119/80 O₂SO₂ 96%. | |
| | naco distress | |
| | wellappr | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0454

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

White                    Richard                    ID#: R14550
Last Name                First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/16/19 0940 | NP note<br>S: s/p doing well + able to ambulate slowly. Asking about showering ∅ N/V/fever/chills.<br>O: 97³ 84-16- 110/80-98%. Brace + dsg + ① leg intact.<br>A: s/p ① ACL reconstruction. | A ↑ non-acute status<br>P: Per directions for Ortho - sponge bathe only w/ f/u appt. Advised. Cont tx plan as written. [signature] 1/16/18 1300 |
| 1-16-19 3:25P | Rn note<br>S: ∅ c/o voiced<br>O: Resting in bed. Brace to UE in place. No S/sx of impaired Circulation. Responsive and non-labored. No distress noted.<br>A: Welfare ✓ | P: cont. non-acute care [signature] |

WHITE SCC (MR) 0455

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____, Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-16-19 1130 p | RN Note<br>S: Ø<br>O: laying in bed awake @<br>Current voiced c/o. Brace<br>to LLE in place. Pedal pulses (+)<br>Sensation (+) Ø s/sx of<br>Compromised circulation Ø<br>Complications. Resp even<br>Et non labored. VSS<br>A: Ø apparent distress B. Barnett | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee CC _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14650 |
| Last Name | First Name | MI   ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/7/19 7:12A | RN NOTE —<br>S: "I dont need anything"<br>O: AOx4. resp. even +<br>nonlabored. Ø S/SX<br>impaired circulation<br>to LLE. Brace in-<br>tact @ 0° flexion<br>to LLE ē Polar Pack.<br>TED RLE intact.<br>A: Wellfare check | P: Cont' acute<br>POC —<br>_(signature)_ |
| 1/7/19 3⁴⁰pm | RN note<br>S: Ø<br>O: Resp even et nonlabored.<br>Brace in place to LLE. PPX2.<br>Such clear. LSS<br>A: Ø apparent distress. | P: Cont' non acute Care<br>_(signature)_ SOLAR |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002<br>(Replaces DC 7147)

WHITE SCC (MR) 0457

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Shawnee _____ Center

Offender Information:

White _____ Richard _____ ID#: R14850
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-17-19 11:30/D | RN Note<br>S: 0<br>O: Aware in bed watching TV @ voiced c/o. Knee brace in place. Pedal pulses (+) Sensation(+) @ S/sx of complications. Resp even Et non labored. VSS<br>A: Welfare ✓ | RBarnett |
| 1/18/19 7:25am | RN NOTE —<br>S: "I don't need anything"<br>O: AOx4. Resting c̄ LLE brace applied @ 0° flexion + polar pack in place. TED RLE. Refuses to ↑LLE. Ø S/sx impaired circ. LLE.<br>A: Welfare Check | P. Cont' non acute POC<br>~~~~ RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0458

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee CC _____ Center

| Offender Information: | | |
|---|---|---|
| White | Richard | R14550 |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| LE 1/17/19 1:30p | RN NOTE — Spoke c̄ Dr. David regarding POC. | VO: Dr. David/ Change to non-acute POC. ˜˜˜RN |
| 1/18/19 3³⁰p | RN NOTE S: Ø O: Resp even + non labored. Brace in place on LLE. I/O hose on RLE. Pedal pulses in place. Speech clear. Apparent distress A: Welfare ck | P: Cont non-acute POC SOWR |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0459

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

Transferring Facility: _Shawnee CC_ Center

Offender Information:
Last Name: _White_    First Name: _Richard_    MI: ____    ID#: _R14660_

Date: _1/18/19_    Time: _10:46_    ☐ a.m.   ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: _NKDA_

Current / Acute Conditions / Problems: _Post-op (L) ACL reconstruction (Jan 2019)_    Food Handler Approved: _Approved_

Chronic Conditions / Problems: _HSV-genital_

Current Medications (name, dosage, frequency, and duration):
  Acute Short-term: _Tylenol #3 ii tabs q 4-6° PRN, ASA 81mg PO QD_
  Chronic Long-term: _HSV-genital error_   ∅
  Chronic Psychotropic: _∅_

Current Treatments:

Therapeutic Diets: _Regular Diet_

Follow-Up Care: _Appt 1/23/19_

Chronic Clinics: _∅_

Specialty Referrals: _STOC_

Significant Medical History: _(L) ACL reconstruction (Jan 2019)_

Physical Disabilities / Limitations: _0° flexion to UE c̄ brace_

Assistive Devices / Prosthetics: _Crutches_

Mental Health Issues:  ☐ Hx Suicide Attempt Date: ____    ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs    ☐ Glasses ☐ Dentures ☐ Hearing Aid

R & C Use Only:  ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ____    ☐ Packet Complete

Health Care Staff and Title: _Wagner RN_    Signature: _RN_    Date: _1/18/19_

**Reception Screening** (completed by receiving facility health care staff):

Facility: ____

Subjective:    Date: ____    Time: ____   ☐ a.m. ☐ p.m.
  Current Complaint: ____    Assessment: ____

  Current Medications/Treatment: ____

Objective:
  Physical Appearance/Behavior: ____

  Deformities: Acute/Chronic: ____

  T: ____  P: ____  R: ____  B/P: ____ / ____

Plan: Disposition:
  ☐ Health Information Given      ☐ Emergency Referral: ____
  ☐ Sick Call:  Urgent / Routine
  ☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
  ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ____
  ☐ Infirmary Placement:
  ☐ Other (specify): ____

Printed Name and Title ____    Signature ____    Date ____

☐ For Adult Transition Center transfers  ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title ____    Date ____    ☐ Approved    ☐ Denied

Health Care Staff Signature and Title ____    Date ____    ☐ Approved    ☐ Denied

Distribution:  Offender's Medical Record
  Transferring Facility
  Receiving Facility

_Printed on Recycled Paper_

DOC 0080 (Rev. 12/2018)

WHITE SCC (MR) 0460

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Center

Offender Information:

White          Richard          ID#: R14550
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-18-19 11³⁸p | MN Note S: Ø Voiced C/o O: Awake watching tv. Brace in place pedal pulses (+) oedema noted Sensation (+). Occurrent Voiced c/o. Resp even et non labored. A: Welfare Innoto | RBarnard |
| 1-9-19 7·50A | 50 K advised Im to alert to POC, LLE brace in place Dlug not elevat'd No codntrss Resp num has labored no change in Status welfare | Co↑ non acute |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Center

Offender Information:

Last Name: White   First Name: Richard   MI:   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1195 910A | Knote 5 O O 3pole ē Dr David lipst apiont new and of 1 uf #3 order end my tadang A To recieved | To Tylenol #3 ½ tab pog 4-6 hrs Prn X10 days To Dr David [signature] |
| 1.19.19 33ap | knote S It sok lm co brace slipping down O 1 male right ambul mood fair Experier Nas blamed brace appears to be in position no acute distress welfare | Cont nonacute POK [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

_____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/19/19 7:30p | RN NOTE. S: Ø D: Rsp even et non-labord. Currently laying in bed øNAD. Tru Speech clear. USS A: Ø apparent distress | P: Cont non-acute care |
| 1/20/19 8A | Rn note S: "I felt a little twinge in my knee when brace was slipped down" O: Noted l m left leg inbed L leg protected brace slipped slightly down leg L leg straight dressing in place; Im | Rn note cont |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0463

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Center

Offender Information:

White          Richard          ID#:
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/9/14 8A | Inmate Cont<br>O repositioned brace Dressing + ace wrap to (L) knee, wrap in place, Polar pack Cushion due to brace Tactile Sensation in place. Pedal Pulse (+) to swelling advised inm not to bend L leg. No flexion in SR understanding Resting in bed NO C/O ↑ Pain at this time welfare ✓ | Cont non acute Pox [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Shawnee _____ Center

Offender Information:

| | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12019<br>1aA | Rn note<br>Spoke = Dr David cont noralustra<br>Reported to Dr David POX<br>In CO is not feeling Cont to Monitor<br>11/9/19 no acute P<br>CO pain reported<br>by the Brace in<br>place Cont to<br>Monitor per<br>Dr David | P |
| 1/20/19<br>3³⁰p | RN NOTE<br>S: Ø<br>O: Bruise in place to LUE. RP<br>has to RLE. dyspea monitored<br>Ø s/s apparent distress<br>A: welfre chck. | P: Cont monitor PRN |

Distribution: Offender's Medical Record

DOC 0065 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0465

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-20-19 1130 p | RN Note S: ∅ voiced c/o O: laying in bed, knee brace in place. ∅ apparent complications noted. Resp even ∅ non labored A: Welfare ✓ | P: con non acute R(Burnside) |
| 1/21/19 730 pm | RN Note S: "This brace needs adjusted. I need to see the doctor." O: Resting in bed. Resp even ∅ nonlabored. No distress noted. Brace inplace on LLE. A: Welfare ✓ | P: Cont non-acute care Whitnelle |

Printed on Recycled Paper

DOC 0065 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0466

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee _____ Center

| Offender Information: | | | |
|---|---|---|---|
| White | Richard | | ID#: R14550 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/21/19 10⁵⁵pm | RN Note Message left on voice mail for Dr. J.T. Davis in regards to D'ing disg. Awaiting return call ——— | MLittrell |
| 1/21/19 11³⁰pm | RN Note Spoke c̄ Christine at Dr. Davis's office. Okay to Δ drsg. Use 4x4's + wrap c̄ ACE. then replace brace ——— | MLittrell |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0467

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Center

Offender Information:

White                    Richard            ID#: R14550
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-21-19 | RN Note | P. Dsg Δ per order |
| 3:30pm | S: It's swollen in the back. | |
| | O: Old dressing removed, small | |
| | amount of dried blood noted. | |
| | Steri-strips intact. Area cleansed | |
| | w/ NS and dried. 4x4 + ACE | |
| | bandage applied, cooling pad | |
| | in place, brace reapplied. | |
| | Ø heat, or redness noted to | |
| | back of knee. Ø s/s of | |
| | infection. Small amount of | |
| | swelling noted. Encouraged to | |
| | keep elevated and use | |
| | cooling pad. | |
| | A: Dsg Δ. | S.White |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0468

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee Correctional Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 01-21-19 3:30p | Rn note<br>S: Ø C/O voiced<br>O: Resting in bed. AEОX3.<br>Brace in place on LLE.<br>LLE elevated. Resp even<br>et non-labored. No distress<br>noted.<br>A: Welfare ✓ | P: cont. non-acute care<br><br><br><br><br><br>a. tacht, Rn |
| 1-21-19 11:15p | Rn note<br>S: Ø C/O voiced<br>O: Resting in bed. LLE<br>brace in place. Resp even<br>et non-labored. No distress<br>noted. VSS<br>A: Welfare ✓ + VS | P: cont. non-acute care<br><br><br><br><br>a. forchten |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0469

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Shawnee _____ Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: B14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-22-19 07:30AM | RN Note<br>S: Ø c/o voiced<br>O: laying in bed aunke watching tv. Brace in place. Bilateral pedal pulses (+) no edema noted. Resp. even + unlabored. No distress noted.<br>A: welfare ✓ | P: Cont non acute care.<br><br><br><br><br><br><br>m/Emery RN |
| 1-22-19 3:55P | RN note 8pm<br>S: Ø c/o voiced<br>O: Resting in bed. LLE brace in place. Resp even et non-labored. No distress noted.<br>A: Welfare | P: Cont. non acute care.<br><br><br><br><br>a. forcht, RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

Last Name: White   First Name: Richard   MI: ____   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/22/19 | RN NOTE - | |
| 11:12p | S: "You aren't going to touch me. You can't get my vitals look at my leg, or anything else. I'm not taking my medicine from you or signing the refusal" | P: Cont' non-acute POC. Refusal co-signed c̄ c/o. |
| | O: Alert / oriented x4. Resp. even + nonlabored. No s/sx distress. Unable to assess offender any further. | |
| | A: Welfare Check | ~~~~ RN |
| 1/23/19 | RN NOTE - | |
| 7:05A | S: ∅ | P: Cont' non-acute POC |
| | O: Resting. Movement noted. Resp. even / nonlabored. | |
| | A: Welfare Check | ~~~~ RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0086 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0471

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee cc _____ **Center**

| Offender Information: | | |
|---|---|---|
| White | Richard | ID#: R14550 |
| Last Name | First Name   MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-23-19 | MD RB | |
| 0830 | S: SR WE Brace is | P: Advised |
| | loose. Office of Ortho. | last mo |
| | pedic do not want the | |
| | dresing changed | |
| | He is to see ortho | |
| | soly for Fn. | |
| | O. saw PE | |
| | A. SP Arthroscopic | |
| | reconstruch c ham- | |
| | string graft ⓁR knee | |
| | | [signature] 1/23/19 |
| | | sea Apr |
| | | [signature] |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0086 (Eff. 9/2002
(Replaces DC 7147)

WHITE SCC (MR) 0472

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee CC _____ Center

Offender Information:

White _____ Richard _____ MI ___ ID#: R14550
Last Name                First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/23/19 9:30AM | RN NOTE — Offender left for medical furlough. | Jmmmm RN |
| 1/23/19 12:35pm | RN NOTE — Returned to Infirmary from medical furlough. | Jmmm RN |
| 1/23/19 12:36pm | S: "You can't check my vitals or do anything" O: AOx4. Resp. even/nonlabored. Ø S/SX distress. Unable to assess any further d/t refusal of vitals and assessment. A: Welfare Check | P: Cont noacure POC — Jmmm RN |
| | | |

Distribution: Offender's Medical Record

DOC 0086 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Shawnee ___ Center

Offender Information:

Last Name: White
First Name: Richard
MI: ___
ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/23/19 1:00p | RN NOTE — Per JDavis, d/c brace when Offender has good quad. control. Spoke c̄ K. Johnson for P.T. eval. | VO: Dr. Davit / MAC8:p D/C brace. When Offender has good quad control. ___ RN |
| 1-23-19 3:45p | RN note S: Ø O: Appears to be asleep. Movement noted. Resp even ǣ non-labored. No distress noted. A: Wellness | P: cont. non-acute care ___ RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0474

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee CC Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/23/19 | RN NOTE – | |
| 11:22pm | S: "Man. I already told you. | P: Cosigned refusal c̄ C/O. |
| | I ain't gonna give you a | Cont. non acute POC |
| | chance to feel up on me. | |
| | You can get a female | |
| | nurse to check my | |
| | vitals + look at my leg, | |
| | but you cant. I'm not | |
| | signing a refusal either" | |
| | O: AOx4. Resp. even/nonlabored. | |
| | Ø S/Sx distress. Unable | |
| | to assess any further | |
| | due to noncompliance. | |
| | A: Welfare Check | ~~~~~ RN |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0065 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0475

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_Shawnee_ Center

Offender Information:

_White_ _Richard_ MI __ ID#: R14560
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/24/19 7:30pm | RN Note | P: Cont non·acute care |
| | S: "I need some pain pills." | |
| | O: Awakens easily. Resp even yet nonlabored. Resting in bed. No medical Co voiced. No distress noted. | |
| | A: Welfare ✓ | (M Gittreller) |
| 1/24/19 9:50am | Medical Records Note Offender scheduled for follow up appt c̄ Dr. J.T. Davis, ortho at 8:10am on 2/27/19; will submit referral request to Wexford UR. | Kim Johnston RHIT Medical Records Dir |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002
(Replaces DC 714T)

WHITE SCC (MR) 0476

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Shawnee _____ Center

Offender Information:

White          Richard       ID#: R14550
Last Name      First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/24/19 10a | Medical Records Note Received authorization # from Wexford for one time physical therapy evaluation. Called Union Co. Hospital to Schedule — left message. | Kim Johnston RHIT Medical Records Di |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0065 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WHITE SCC (MR) 0477

(FRI)DEC 14 2018  4:28/ST. 4:27/No. 7534884915 P  2

FROM



# Pre-Op/Surgery Orders

**Today's Date:** 12/14/2018 03:44 PM        **Encounter Date:** 12/14/2018
**Patient Name:**            Richard White
**DOB:**                10/08/1981
**SSN:**
**Primary Insurance:**        Wexford Health Sources Claims
**Other Insurance:**
**Phone:**            H: (618)658-8331

| Side | Indication | Diagnosis | Type of Treatment | Proc Code | Date |
|------|-----------|-----------|-------------------|-----------|------|
| left | Rupture of anterior cruciate ligament of left knee | S83.512D | Knee Arthscpy ACL Reconstruction Or Repair | 29888 | 01/10/2019 |

**Operative Consent:**      LEFT KNEE ARTHROSCOPIC ACL RECONSTRUCTION WITH HAMSTRING
ATUOGRAFT, PAN

**Surgeon:**            John T. Davis, MD
**Facility:**            Southern Illinois Orthopedic Center
**Surgical Assistant Required:** palmer-carter
**Status:**            Outpatient
**Pre-op Visit:**        Southern Illinois Orthopedic Center
**Preop H&P Physician:**    DR AT CORRECTIONAL CENTER

**Anesthesia:**        Choice.
**Requested Start Time:**    am.

## Lab Diagnosis:

**Pre-Op Labs**        Per Anesthesia
**Pre-op Prep:**
        NPO past midnight
        Routine clip and skin cleanse to operative site
        Patient to initial operative site
        IVLR 1000cc @ KVO
        Accucheck if diabetic
**Pre-op Meds:**
80-120 kilograms - 2 gm Ancef IVPB in holding area (if < 80 give 1 gm Ancef, if >120 give 3 gm Ancef)

**Other:** MAY GIVE PRE OP OR POST OP BLOCK FOR PAIN MANAGEMENT IF OK BY DOCTOR

| Allergies: Ingredient | Reaction (Severity) | Medication Name | Comment |
|-----------------------|---------------------|-----------------|---------|
| NO KNOWN ALLERGIES | | | |

White, Richard    10/08/1981            1/2

WHITE SCC (MR) 0478

Electronically signed by : *John T. Davis MD* *12/14/2018 3:44 PM*

Document generated by: Christine Carter 12/14/2018

510 Lincoln Drive Herrin, IL 62948 · Phone: 618.997.5800 · Fax: 618.998.9635 · www.orthopaedicinstitute.com

White, Richard      10/08/1981              2/2

WHITE SCC (MR) 0479

FROM                                                    (WED)DEC 12 2018 23:55/ST. 23:54/No. 7534884812 P  2



R14550

RECEIVED
DEC 1 3 2018



Patient MRN:    000000211589
Date:           12/13/2018
Description:    Nurse Note

White, Richard
10/08/1981

DR JT DAVIS IS OK WITH RICHARD WHITE HAVING A 1 TIME VISIT APOINTMENT
WITH PHYSICAL THERAPY AFTER HIS ACL SURGERY AND THEN COMPLETING THE
REST OF IT AT THE FACILITY THAT HE IS IN WITH THE PROTOCAL THAT PHYSICAL
THERAPY GIVES HIM. JT DAVIS IS FINE WITH THIS TREATMENT OF CARE.

Rendering Provider: John T. Davis MD

ment generated by: Christine Carter 12/13/2018 11:26 AM

M.D. Review
Date  12-13-18
Signature

Pull Chart ☐
See Patient ☐
File ☐

FROM                                    (FRI)DEC 14 2018  4:28/ST. 4:27/No. 7534884815 P  4



# Orthopaedic Institute of Southern Illinois

| | | |
|---|---|---|
| Roland J. Barr, M.D. | Robert J. Golz, M.D. | Swaz Sinha, M.D. |
| Treg D. Brown, M.D. | Jeffery M. Jones, D.O. | C. David Wood, M.D. |
| J. Michael Davis, M.D. | Bret H. Miller, M.D. | John B. Wood, M.D. |
| J.T. Davis, M.D. | Richard L. Morgan, M.D. | Steven D. Young, M.D. |

## HISTORY AND PHYSICAL

√SIOC
___ Memorial Hospital of Carbondale     ___ Herrin Hospital
___ Harrisburg Medical Center     ___ Heartland Regional Medical Center

R 14550     SURGERY DATE: 1/10/19

PATIENT'S NAME: Richard White     DATE OF BIRTH 10/8/81

ORTHOPEDIC SURGEON: J T Davis     PHYSICAN: ____

CHIEF COMPLAINT: LT knee pain

PAST MEDICAL HISTORY/SURGERIES: ⓛ knee arthroscope partial medial meniscectomy + debridement, chest tube 2011 ⓡ lung pneumothorax, Herpes

MEDICATIONS: Acyclovir 400mg TID

ALLERGIES: NKDA

FAMILY HISTORY/ROS: Denies any fam h/o     RoS ⊝

PERTINENT LABS/DIAGNOSTICS STUDIES: No recent labs or EKG

| PHYSICAL EXAM | NORMAL | ABNORMAL | EXPLANATION |
|---|---|---|---|
| GENERAL | ✓ | | |
| HEENT | ✓ | | |
| HEART | ✓ | | |
| LUNGS | ✓ | | |
| ABDOMEN | ✓ | | |
| NEUROLOGIC | ✓ | | |
| EXTREMITIES | ✓ | | |
| VITALS | BP: 132/68 | P: 108 | wt: 185; Ht: 6ft; R:16,T:96.9,0²:98% |

ADMITTING DIAGNOSIS: LT knee Acl Rupture

PROCEDURE: LT knee Scope Acl reconstruction ⊂ hamstring Autograft, PAN

THE NECESSITY FOR THIS PROCEDURE STILL EXISTS.  POTENTIAL RISKS, BENEFITS AND
COMPLICATIONS EXPLAINED TO THE PATIENT AND INFORMED CONSENT OBTAINED

Physician Signature: _____ Date: 12/27/18

## HISTORY & PHYSICAL ADDENDUM

☐ No change in the patient's condition since the history and physical was performed.

☐ Changes identified since the history and physical was completed: _____

Physicians Signature: _____ Date: _____

510 Lincoln Drive • Herrin, IL 62948 • 618.997.6800 • Fax 618.998.9124 • www.orthopaedicinstitute.com

WHITE SCC (MR) 0481

## Operative Report

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard White | **Date of Service:** | January 10, 2019 |
| **Patient ID:** | 36419 | **Date of Birth:** | October 8, 1981 |
| **Clinician:** | J.T. Davis, M.D. | | |

### SOUTHERN ILLINOIS ORTHOPEDIC CENTER

### OPERATIVE REPORT

RECEIVED

JAN 24 2019

PREOPERATIVE DIAGNOSIS: Left knee ACL tear.

POSTOPERATIVE DIAGNOSIS: Left knee ACL tear.

PROCEDURE: Left knee arthroscopic anterior cruciate ligament reconstruction with hamstring autograft.

SURGEON: J.T. Davis, MD

ASSISTANTS:
1. Jeremy Palmer, PA-C
2. Christine Carter

ANESTHESIA: General tracheal intubation.

ESTIMATED BLOOD LOSS: Minimal.

COMPLICATIONS: None.

SPECIMENS: None.

DRAINS: None.

HARDWARE:
1. 1 Arthrex 8 x 23-mm bio-composite screw.
2. 1 Arthrex 9 x 23-mm bio-composite screw.

INDICATIONS FOR PROCEDURE: This is a 37-year-old male with left knee pain and giving way. After the risks, benefits, expected outcome, and rehabilitative course were discussed in detail with the patient, an informed consent was signed to come to the operating room for surgical management.

DETAILS OF THE PROCEDURE: The patient was brought into the operating room and placed supine on the table. After general tracheal intubation, he underwent examination under anesthesia that revealed full passive range of motion of the joint, +2 Lachman, positive pivot shift, and otherwise a stable ligamentous exam. After identification of the preoperative marking made by the patient in the surgical holding area, the left lower extremity was prepped and draped in the usual sterile fashion. The nurse called timeout in the room and the patient received IV antibiotics prior to the beginning of the procedure.

After exsanguination with an Esmarch bandage, the tourniquet was insufflated to 300 mmHg for a total tourniquet time of 40 minutes. An incision was made over the pes anserinus insertion and the gracilis and semitendinosus tendons were harvested in standard fashion, taken to the back, and prepared in quadruple-looped fashion by my assistant Jeremy Palmer, PA-C. It was stored under a moist lap under tension.

PATIENT: Richard White
SS#: 36419
DOB: 10/8/1981

SURGEON: J.T. Davis, M.D.
SURGERY DATE: 1/10/2019

WHITE SCC (MR) 0482

After infiltration of the portal sites with 0.5% Marcaine with epinephrine, a 0.5-cm vertical incision was made on either side of the patellar tendon. The scope trocar was inserted into the lateral portal and up into the suprapatellar pouch where a sequential diagnostic arthroscopy ensued. There were no loose bodies in the suprapatellar pouch or medial or lateral gutters. There were no articular cartilage defects in the patellofemoral joint. Entry into the medial compartment revealed a prior medial meniscectomy. There were no focal articular cartilage defects in the medial compartment. There were some nonfocal grade 1 to 2 changes on the chondral surface. Entry into the lateral compartment revealed no articular cartilage defects and no lateral meniscal tearing with direct inspection and meniscal probing. Entry into the intercondylar notch revealed the ACL was torn. It was debrided back to a stable rim. The over-the-top position was revealed with a curette and 4.0 Tomcat shaver. A guide was placed in the footprint of the ACL and drilled to a depth with a 9-mm diameter corresponding to the graft diameter. The over-the-top guide was used to drill the Beath pin out the anterolateral thigh at about the 1:30 position. The 9-mm acorn reamer was hand passed the PCL and drilled to a depth of 25 mm with care to preserve the posterior 1 to 2 mm of wall. Once this was accomplished, the graft was passed into position. A notch was placed for the guidepin. With the knee hyperflexed, the guidepin in position, and the graft in position with good tension on equal ends, a protective sheath was placed over an 8 x 23-mm bio-composite screw, which was seated flush with the femoral aperture. There was excellent proximal stability. The knee was cycled from full extension to full flexion with minimal pistoning of the graft. With equal tension pulled on the 4 free tendinous ends, a 9 x 23-mm bio-composite screw was seated flush with the tibial aperture with excellent distal purchase. The graft was cut 1 cm distal to the exit out of the tibia. Fluid was copiously lavaged through the joint. The graft was inspected intraarticularly and there was no roof or lateral wall impingement with direct inspection and meniscal probing. There was excellent positioning and tensioning of the graft. Fluid was copiously lavaged through the joint and the harvest site, which was closed using simple interrupted stitches as were the portals. The wounds were dressed with Xeroform, 4 x 4s, ABD, and a bias dressing. The patient was placed in a hinged knee brace, transferred to the stretcher, and brought to the recovery room in stable condition. He tolerated the procedure well after anesthesia. All counts are correct at the end of the case.

Please note my assistant Jeremy Palmer, PA-C, was present throughout the entire case. He assisted with patient positioning, instrumentation, and manipulation of the extremity.

J.T. Davis, M.D.

Date Dictated:        01/10/2019
Date Transcribed:   01/10/2019
JD/jl
Job #: 185172705

PATIENT: Richard White
SS#: 36419
DOB: 10/8/1981

SURGEON: J.T. Davis, M.D.
SURGERY DATE: 1/10/2019

WHITE SCC (MR) 0483

## SOUTHERN ILLINOIS ORTHOPEDIC CENTER
### MEDICATION RECONCILIATION FORM

**ATTENTION:** Do not use abbreviations on this form. A copy of this form goes home with the patient upon discharge.

guards / Prison

DATE: 1-10-19   SOURCE: ☑ Patient  ☐ Family Member  ☐ Provided List  ☐ Pharmacy _____

NKA ☑  OR  ~~ALLERGIES/REACTIONS~~: _____

☐ Unable to obtain medication list  ☐ No Home Meds _____

### MEDICATION(S) PRIOR TO ADMISSION
(List all medications, nutritional or herbal supplements, pumps or patches used prior to this admission)

| Medications | Directions (strength, dose, route, how often) | Reason (why do I take it?) | Resume upon discharge | | Comments |
|---|---|---|---|---|---|
| Acyclovir | 400mg TID | HSV | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |
| | | | YES | NO | |

**New medications prescribed today based on the procedure performed:**

| Medications | Directions | Reason | Comments |
|---|---|---|---|
| Norco | as directed | Pain | |
| Aspirin 81mg | enteric coated | Daily - CIDA prevention | |

☐ There are no changes to the medications based on the procedure performed today therefore you may continue ONLY the medications circled "YES" above in addition to the new medications added today if they are needed for pain control. If you have any questions, please contact your primary physician.

Rhoda Wallace   Date: 1-10-19.
**Nurse Signature**

Physician Signature   Date: 1-10-19.

☐ Medication reconciliation form reviewed with the patient and the responsible adult. Voiced understanding. Copy given to the patient.

_____  _____
**Patient/ Responsible Adult Signature**   Date

NAME: WHITE, RICHARD
ACT#: 36419
DOB: 10/08/81   AGE: 37
DR: DAVIS, JOHN T
DOS: 01/10/19

# SOUTHERN ILLINOIS SIOC ORTHOPEDIC CENTER

## (ANTERIOR CRUCIATE LIGAMENT)
## ACL RECONSTRUCTION
### Dr. J. T. Davis

1. **KEEP** operative area clean and dry.
2. **DO NOT** remove dressing, keep it dry and intact
3. **APPLY** ice for 20 minutes out of every hour for the first 48 hours to decrease pain and swelling (during day time hours).
4. **BEDREST** for the first full day.
5. **KEEP** affected leg elevated on pillows.  Move toes and ankle every hour while awake.
6. **MAY** bear weight as tolerated unless instructed otherwise by your physician.
7. **USE** walker or crutches as instructed by physical therapy, may go up and down stairs as tolerated with brace intact.
8. **KEEP** brace on at all times until removed by physical therapy.
9. **KEEP** your follow-up appointments with the physical therapy department.
10. **TAKE** sponge baths only.
11. **DIET** as tolerated, progress slowly to help prevent nausea and vomiting. Include plenty of fluids to remain hydrated.
12. **MAY** take milk of magnesia, 2 tablespoons every night as needed for constipation.
13. **PLAN** to go home and rest quietly.  You may be drowsy for a period of up to 12 hours.
14. **SCHEDULED** appointment to see your doctor is ___1-24-19. 3:20pm___
Herrin

**WHAT TO WATCH FOR:** Check for each of the following signs at least three times daily.  If any of these warning signs occur, **CALL THE DOCTOR.**

1. Increased pain, redness, swelling of the incision area.
2. Numbness, tingling or change in color of the affected extremity.
3. Continuous bleeding that soaks through the dressing or drainage with a foul odor.
4. Pain or tenderness in the calf.
5. Fever of 101 degrees or higher, orally.

If any problems occur or if you have any further questions, please contact your physician immediately at the Orthopaedic Institute of Southern Illinois (1-618-997-6800) or the Southern Illinois Orthopedic Center (1-618-997-3100), between the hours of 6:30am to 6:30pm.  If you find that you cannot contact your physician but feel that your signs and symptoms warrant a physician's attention, please go to the nearest Emergency Department.

ACL Protocol
Southern Orthopedic Associates     JTDausski

| | CONSIDERATIONS | TREATMENT | GOALS |
|---|---|---|---|
| I. Motion and Leg Control 0-7 days post-op | Wound Healing Full extension Edema Control Pain Control DVT precautions | Ice, compression, elevation PROM, emphasize extension and flexion- no limits Gait PWB in brace with crutches Quad control, SLR- 4 position Patellar mobilization Ankle strengthening NMES to quads Modalities prn | Wound closure Decrease pain 0-90 degrees AROM Independent straight leg raise |
| IB. Motion and Control 1 week-3 weeks | Full range of motion Pain control Good quad control | Stretching and strengthening, closed chain Bike, ROM only TKE, SLR, HSS, Hip Strengthening, Step ups/downs, Closed chain strengthening and balance Gait training Aquatherapy | Full wound closure No pain/swelling Full active/passive extension 120 flexion Normal gait/stairs 3+ quads/hams, 4- hip |
| II. Endurance and Stability 3-6 weeks | Don't irritate PF joint Progress ADLS as tolerated Rehab activities low resistance - high reps Emphasis on leg stability | Progress above, increase resistance and challenges Walk up to 2 miles Stability training Less than body weight- plyometrics | Full ROM 4/5 quad 5/5 hamstrings 30% or better one leg stability Fit for functional knee brace. per physician discretion |

Hamstring Autograft — No active knee flexion
for 4-6w (lean closer
to 6w)
1-11-19

ACL Protocol
Southern Orthopedic Associates

| | | | |
|---|---|---|---|
| III. Strength and Function 6-12 weeks | Don't irritate the PF joint Increase 90-45 resistance Begin full arc high speed isokinetics at 9-10 weeks, limit extension to -20 degrees One leg hopping and jumping | Progress above, increase resistance and challenges Two leg to one leg hopping and jumping Progress to running with successful walking Isokinetic test at speeds of 180 and 300 deg/sec Hop test at 12 weeks Gait analysis/stability test | Less than 30% deficit quads Less than 10% deficit Hamstrings 30% or better 1 leg stability Normal Gait Normal one leg stability/balance |
| IV. Advanced Activity Training 12-24 weeks | Don't irritate the PF jt. Sports specific activities Continue quad strengthening Power and agility drills | Progress 90 – 0 isotonics Sports specific activities Plyometrics Total body development | 10% or less deficit quad One leg hop tests symmetrical Prepare to start sports practice |
| V. Return to Activity 6-9 months | Monitor PF jt | If sport training and practice don't emphasize, continue quad and leg strengthening | Return to sport |

General considerations:
-For 45-0 degrees OKC quads, no more than 10 pounds with isotonics, and no less than 180 deg/sec for 3 months
-For hamstring graphs, hamstring strengthening should remain minimal for 6 weeks
-If meniscal repair is involved, consider repair site and ROM limitations per MD. May protect gait for up to 6 weeks .   Hold twisting/pivoting activities up to 6 months
-Get full extension, protect PF joint, Pre-op Home exercise important!
-Drop lock brace locked in full extension during ambulation, per physician discretion

WHITE SCC (MR) 0487

# ⟨Φ ORTHOPAEDIC INSTITUTE OF SOUTHERN ILLINOIS

Dr. Roland Barr          Dr. J.T. Davis          Dr. Richard Morgan     Dr. Steven Young          **510 LINCOLN DRIVE**
Dr. Trey Brown           Dr. Robert Golz        Dr. C. David Wood                                **HERRIN, IL 62948**
Dr. J. Michael Davis     Dr. Bret Miller        Dr. John Wood                                    **(618) 997-6800**
                                                                                                 **Fax: (618) 998-9385**

☑ **Physical Therapy**          ☐ **Occupational Therapy**

Name _Richard White_  _10/8/81_          Date _1/10/19_

Diagnosis _S/P L T knee Scope  Acl Reconstruction_  Precautions _DVT Precautions_
_£ hamstring Autograft_

☑ Evaluate and Treat              ☑ **Modalities of Choice**              ☐ Splinting _____
☐ Range of Motion Exercises       ☐ Ultrasound                           ☐ Wound/Pin Care
☐ Progressive Resistance Exercises ☐ Superficial heat/cold               ☐ Edema Control
☐ Home Exercise Program           ☐ Iontophoresis/phonophoresis          ☐ Scar Management
☐ Sport Specific Testing          ☐ Fluidotherapy                        ☐ Brace Fitting/type _____
☐ FCE/Work Conditioning           ☐ Electrical Muscle Stimulation        Frequency: _2-3_ x /week for _4-6_ weeks
☐ Isokinetic Testing              ☐ Aquatic Therapy

Other Instructions: _JT Davis Acl Protocol_

Physician's Signature _____

DISCHARGE INSTRUCTION SHEET     (618) 997-3100
                                                Ext. 1073

**SOUTHERN ILLINOIS S⬡OC ORTHOPEDIC CENTER**

PATIENT NAME:_____

The following instructions are guidelines for your recuperation at home. A member of the Southern Illinois Orthopedic Center will be calling you in the next few days following your surgery to check on your progress. If you have any questions regarding your care, please feel free to call the Surgical Center Monday – Friday 6:30 a.m. to 6:00 p.m. Out of concern for your safety, the anesthesia department recommends that you arrange for a **responsible adult to be with you for 24 hours following surgery.** Emergency questions or situations should be referred to your physician. Below is a list of instructions to follow after your surgery. Please read them carefully and follow those that are checked.

**DIET:**
____ No restrictions.
✓ Begin with liquids and light foods (jello, soup, etc). Progress to a normal diet if you do not experience nausea.
✓ No alcoholic beverages for 24 hours.

**ACTIVITY:**

✓ Do **NOT** drive a car, operate machinery, or make important decisions for 24 hours following a general anesthetic.

**INCISION CARE/DRESSINGS:**
✓ Keep dressings clean and dry.
✓ Do **NOT** change your dressing until you see your doctor at your return appointment.

✓ See Guideline Sheet.

~~Remove dressings after _____ day(s)~~

✓ If you show signs of infection, such as temperature elevation (over 101°) reddened swollen incision, foul smelling drainage from incision, incision feels more sore instead of less as days go by, you should call your physician.

✓ You may ~~shower/bathe after~~ Sponge Bathe

✓ You are at a **high risk for falls** due to the block on your lower extremity. You must use your crutches at all times and limit your activities until the sensation in your leg returns. **Do not attempt to walk by yourself.**

**MEDICATION INSTRUCTIONS:**

✓ Reviewed the Medication Reconciliation Form (attached)

✓ Prescription called to: to facility

**Remember to pick up the prescription.**

✓ Your medication may cause drowsiness. Do **NOT** drive a motor vehicle or work any dangerous machinery while taking this medication.
✓ Do **NOT** drink alcoholic beverages while taking this pain prescription medication.

**SPECIAL INSTRUCTIONS:**
✓ Call your doctor if the affected extremity becomes cold to touch, blue, tingly or numb, or if you have excessive swelling or pain.
✓ Elevate the affected extremity. —f o]ar care
✓ Apply ice to the affected area.

**FOLLOW UP APPOINTMENTS:** 1-24-19   3²⁰ pm
✓ Return appointments: _____  Herrin DISI

For your safety, **do not drive a vehicle** while crutches are being used or while your sling is in place. Check with your surgeon at your next appointment for clarification as to when you can drive again.

**OTHER INSTRUCTIONS:**
_____
_____
_____

IF YOU HAVE ANY QUESTIONS, PLEASE CALL YOUR DOCTOR OR THE SIOC.

_____    _____        Rhoda Walland     1-10-19
Patient Signature            Date          Nurse Signature           Date

_____                  _____
Signature of Responsible Adult with Patient    Relationship to Patient

1/23/19
10:45

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Shawnee
(Facility)

Offender's Name: White, Richard    ID# R14550

Reason for Referral:    ☐ Consult        ☐ Non-Formulary Medications    ☐ Medical Equipment
                        ☐ Evaluation     ☐ Management
                        ☐ Procedure/service (specify) _____
                        ☐ Other (specify) _____

Urgent ☐ Yes    ☑ No

Referred to: Dr. J.T. Davis, Ortho

Rationale for Referral: Follow up ® Knee ACL reconstruction Surgery. Surgery done 1/10/19

Dr. David
Print Referring Practitioner's Name        Referring Practitioner's Signature        Date 1/10/19

---

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: Resume physical therapy 3 times a week for 6 weeks. D/C brace when patient has good quad control. F/u in 6 weeks

John T Davis MD
Print Practitioner's Name        Practitioner's Signature        Date 01-23-2019

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

DR. DAVID
Print Facility Medical Director's Name        Facility Medical Director's Signature        Date 1-23-19

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

WHITE SCC (MR) 0490



**Richard White**
10/08/1981 Age 37
01/23/2019 11:00 AM
Office Visit

CHIEF COMPLAINT:
Left knee pain

HISTORY OF PRESENT ILLNESS:
1. knee

The patient is here today for followup after a left   e ACL reconstruction with hamstring autograft done on
01/10/2019. His pain is doing well, no complaints   concerns today. He has been working on some home exercises in
his brace.

PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|---|---|---|---|
| Arthroscopy knee | | | |
| ACL repair | | | |

SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Smoking status: Current every day smoker.

M.D. Review
Date *1-23-19*
Signature

Pull Chart ☐
See Patient ☐
File ☑

FAMILY HISTORY (Detailed)
Patient reports there is no relevant family history

MEDICATIONS:

White  Richard   000000211589 10/08/1981 01...   2019 11:00 AM Page: 1/3

WHITE SCC (MR) 0491

Completed with information received for patient transitioning into care.
reconciliation

Medications reconciled today.
Reviewed

| Medication Name | Prescribed Elsewhere | Status |
|---|---|---|
| Norco 7.5 mg-325 mg tablet | N | verified |
| aspirin 81 mg tablet,delayed release | N | verified |

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Detail |
|---|---|---|
| Constitutional | Negative | Chills, and Night sweats. |
| Eyes | Negative | Vision |
| Respiratory | Negative | Asthma and Dyspnea. |
| Cardio | Negative | Chest pain, irregular heartbeat/palpitations and Leg swelling. |
| GI | Negative | Abdomen and Black tarry stools. |
| GU | Negative | Dysuria, Urinary incontinence. |
| Endocrine | Negative | Cold intol, Heat intolerance, Weight gain and Weight loss. |
| Neuro | Negative | Headache, Paresthesia. |
| Psych | Negative | Depression, Insomnia. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except in HPI and Chief complaint and Muscle weakness. |
| Hema Lymph | Negative | Bruising, Easy bleeding. |
| Allergy/Immuno | Negative | Environ, allergies. |

## VITAL SIGNS

| BP mm/Hg | Ht ft | Ht in | Ht cm | Wt lb | BMI kg | Pulse /min | Resp /min | Temp F | Time | Measured_by |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.0 | 0.00 | 182.88 | 180.00 | 24 | | | | 10:58 AM | Christine Carter |

## PHYSICAL EXAM:

On exam today of the left lower extremity reveals incisions have healed well. He lacks the terminal 2 to 3 degrees of extension. Flexion is to 80. He can perform a straight leg raise, no signs of infection or DVT, otherwise neurovascularly intact distally.

## DIAGNOSTICS:

| Ordered Date | Completed Date | Dx./Indication | Study | Result |
|---|---|---|---|---|
| 01/23/2019 | | Pain in left knee | Knee Xray | Views |
| 01/23/2019 | | Pain in left knee | Knee Xray, Standing | Views |

White  Richard   000000211589 10/08/1981 0   019 11:00 AM Page: 2/3

WHITE SCC (MR) 0492

Diagnostic Interpretation: Radiographs reviewed ... ay included AP and lateral views of the left knee that shows good
placement of the tibial and femoral tunnels follo... ACL reconstruction.

CLINICAL AND RADIOGRAPHIC IMPRESSION
Status post left knee ACL reconstruction.

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description | | |
|---|---|---|---|---|
| 1 | Assessment | Pain in left knee (M25.562 | | |
| 2 | Assessment | Bucket-hndl tear of media | ...nt injury, l knee. subs (S83.212D). | |
| 3 | Assessment | Sprain of anterior cruciat | ...nt a left knee, subs (S83.512D). | |
| 4 | Other Orders | Orders not associated to | assessments. | |
| | Plan Orders | Further diagnostic evaluati... | dered today include(s) Knee Xray 1 Or 2 Views to be performed and | |
| | | Knee Xray Both Knees Stan | ...P to be performed. | |

Assessment:
Status post left knee arthroscopic ACL reconstr... with hamstring autograft done on 01/10/2019.

Plan:
I reviewed the surgical procedure, arthroscopic... es, expectations and rehabilitative course with the patient today.
Questions are invited and answered. We remove... sutures today, applied Steri-Strips, gave him wound care
instructions. Continue with his aspirin and DVT... ylaxis measures. Gave him home exercises today to work on
progressive quad strengthening. We instructed... patellar mobilization. Would like to get him into some therapy,
will check with the prison facility, and give order... that. He will discontinue his brace over the next 2 weeks as he
has good quad control. We will unlock it today... on. He is full weightbearing. We will see him back in 4 to 6 weeks
to check on his progress and continue to update... home exercises and therapy. If there are any problems or
concerns in the interim, he is encouraged to co... is again, continue with protective body mechanics as discussed.

Jeremy D. Palmer, PA-C/60001

Electronically signed by : *Jeremy D. Palm...*  *A-C  0 /24/2*019 5:06 AM

...by  NextGen Admin 01/24...

510 Lincoln Drive Herrin, IL 62948 - Ph... ... / 6.800 - Fax ...8.998.9635 - www.orthopaedicinstitute.com

WHITE SCC (MR) 0493

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                        DELIVERED DEC 0 5 2018

Date/Time: 12/05/201808:59:05

Subject:   Inmate Name:  WHITE, RICHARD
           Inmate Number: R14550
                   Site:  SHAWNEE
                Service:
                          29888   KNEE ARTHROSCOPY/SURGERY

Authorization ID: 925352957

Based upon a review of the information provided, Service is Approved.


Comments:
12-04-2018 request for ACL reconstruction w autograft hamstring r/t
36 y/o s/p L knee arthroscopic partial medial menisectomy and
debridement on 3/22/2018. He did 3 months post-op HEP supervised
and documented by HCU nurse. Today claims he can tolerate only some
jogging and running but Lt. knee gives out. Still has Lt. knee
pain.  Ortho visit 9/28/2018: recommended ACL Reconstruction w
hamstring autograft.Reviewed and approved by Dr. Garcia.

MCG=A




From: _____
      Dedicated Utilization Management

-----------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                   Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                   877-939-2884 or 800-353-8384 - Phone
                                      412-937-9151 - Fax
                   WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED  JAN 2 3 2019

Date/Time: 01/23/201909:25:18

Subject:   Inmate Name:  WHITE, RICHARD
           Inmate Number: R14550
                  Site:  SHAWNEE
               Service:
                  97161   PT EVAL LOW COMPLEX 20 MIN

Authorization ID: 685272219

Based upon a review of the information provided, Service is Approved.


   Comments:
   1-16-19 request for one time PT eval for HEP r/t 37 y/o s/p
   arthroscopic ACL reconstruction L knee 1/10/2019. Ortho recommends
   one time PT eval for HEP. Reviewed and approved by Dr. Garcia




From:_____
     Dedicated Utilization Management

------------------------------------------------------------------------------

      INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                 Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                 877-939-2884 or 800-353-8384 - Phone
                                      412-937-9151 - Fax
                 WWW.WEXFORDHEALTH.COM

WHITE SCC (MR) 0495

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management          DELIVERED  JAN 2 3 2019

Date/Time: 01/23/201909:25:18

Subject:   Inmate Name:   WHITE, RICHARD
           Inmate Number: R14550
                 Site:    SHAWNEE
              Service:
                   29888   KNEE ARTHROSCOPY/SURGERY
                   99024   POSTOP FOLLOW-UP VISIT

Authorization ID: 925352957

Based upon a review of the information provided, Service is Approved.

Comments:
    1/16/2019 request for orthopedic f/u visit r/t Request for f/u L
    knee ACL reconstruction surgery done 1/10/2019. Reviewed and
    approved by Dr. Garcia

From:_____
      Dedicated Utilization Management

--------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

              Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
              877-939-2884 or 800-353-8384 - Phone
                                   412-937-9151 - Fax
              WWW.WEXFORDHEALTH.COM

WHITE SCC (MR) 0496

*BEGIN USING FROM BOTTOM UP

NKDA   DOB 10/8/81

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient White, Richard _____ Reg. # R14550 _____ Date: 1/10/19

Problem _____

ORDER: (Physician's Signature After Last Order) _____

ASA EC 81mg PO QD x30 days
Tylenol #3 :: tabs q 4-6° PO PRN x5days

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____   M.D.
DCA 7000        Noted by _____   M.D.
IL 426-1417                     Date: 1/10/19

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient White, Richard _____ Reg. # R14550 _____ Date: 4-3-18

Problem _____

ORDER: (Physician's Signature After Last Order) _____

ultram 50mg QD x 1 month

DEA/Illinois Lic. # _____ Physician (Print) Dr David

☐ May Substitute _____
☐ May Not Substitute _____   M.D.
DCA 7000        Noted by: Chief LPN   M.D. 4-3-18
IL 426-1417                     Date:

---

DOB 10.8.81   NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient White, Richard _____ Reg. # R14550 _____ Date:

Problem _____

ORDER: (Physician's Signature After Last Order)

Aspirin 200 g H PO x 1g
Motrin 600 mg H PO pm

DEA/Illinois Lic. # _____ Physician (Print)

☐ May Substitute
☐ May Not Substitute
Noted by:

WHITE SCC (MR) 0497

*BEGIN USING FROM BOTTOM UP

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_  Reg. # _R14550_  Date: _1-19-19_

Problem _____

ORDER: (Physician's Signature After Last Order) _Tylenol #3  2 tabs po q 4-6 hrs_

_Prn x 10 day_

DEA/Illinois Lic. # _____  Physician (Print) _Dr David_ M.D.

☐ May Substitute _____
☐ May Not Substitute _____  M.D.
Noted by: _____  Date: _1-9-19_

DOA 7000
IL 400-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White Richard_  Reg. # _R14550_  Date: _1-15-19_

Problem _____

ORDER: (Physician's Signature After Last Order) _Tylenol #3  ii tabs q_
_4-6 hrs Prn x 5 days_

DEA/Illinois Lic. # _____  Physician (Print) _____ M.D.

☐ May Substitute _____
☐ May Not Substitute _____
Noted by: _____  Date: _1-15-19_

DOA 7000
IL 400-1417

---

DOB
10-8-81     NKA     INF

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _White, Richard_  Reg. # _R14550_  Date: _1-14-19_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_DC Tylenol_

DEA/Illinois Lic. # _____  Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____
Noted by: _____  Date: _____

DOA 7000
IL 400-1417

WHITE SCC (MR) 0498

Shawnee Correctional Center
6665 Route 146 East
P.O. Box 400
Vienna, IL 62995



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

FASTING: N

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| WHITE, RICHARD R14550 | | A236-145500 | 10/08/1981 | M | Final | | D236 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| | | 01/16/2019 19:00 | 01/16/2019 23:30 | | 01/18/2019 6:01 | | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A236.135 | | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| URINALYSIS | | | | |
| URINE COLOR | YELLOW | | | |
| URINE CLARITY | HAZY | | | |
| URINE SP GRAV | 1.024 | | | 1.003-1.035 |
| URINE PH | 5.0 | | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | MG/DL | NEG |
| URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE KETONES | NEGATIVE | | MG/DL | NEG |
| URINE BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | NEGATIVE | | EU/DL | 0.1-1.9 |
| URINE BLOOD | NEGATIVE | | | NEG |
| LEUK ESTERASE | NEGATIVE | | | NEG |
| URINE RBC'S | <1 | | /HPF | 0-2 |
| URINE WBC'S | 1 | | /HPF | 0-5 |
| BACTERIA | | NONE SEEN | | NONE |

Credited Orders
    URIC ACID          REQUEST CREDITED
                       IMPROPER SPECIMEN, PLEASE RECOLLECT

        End of Report

M.D. Review                1/19/18
Date
Signature

                                    Pull Chart ☐
                                    See Patient ☐
                                           File ☑

WHITE, RICHARD R14550          01/18/2019 06:01                    D236

WHITE SCC (MR) 0499

# Shawnee Correctional Center

## Medical Permit

**Offender Name & Number:** White, Richard R14550

**Housing Unit:** Hl 08

| ☒ New Order<br>☐ Renewal | ☐ Change<br>☐ Cancel |
|---|---|
| **Reason** | |
| ☐ ~~Low Bunk~~ | ☐ ~~Orthotic Shoes~~ |
| ☐ ~~Low Gallery~~ |      ~~Size~~_____ |
| ☐ ~~Cane~~ | ☐ ~~CPAP Machine~~ |
| ☒ Crutches | ☐ ~~Sports Restriction~~ |
| ☐ ~~Walker~~ | ☐ ~~Medical Lay in~~ |
| ☐ ~~Slow Walk~~ | |
| ☐ ~~Slow Eat~~ | |
| ☐ ~~Hearing Aid(s)~~ | |
| ☐ ~~Other~~_____ | ☒ Other TED hose (x2) |
| _____ | _____ |

**Start Date:** 01/10/19          **Expiration Date:** 02/10/19

**Authorized By:** Dr. David          **Date:** 01/10/19

**Nursing Staff Signature:** ~~~~~~ RN     **Date:** 01/10/19

**Distribution:**     Offender
                      Medical File
                      Assignment Office
                      Gym Officer
                      Housing Unit _____

WHITE SCC (MR) 0500

## Medical Services Refusal

SHAWNEE CORRECTIONAL Center

☐ Employee/

☒ Offender

Date: 1 , 22 , 19

Time: 11:15   ☐ a.m.   ☒ p.m.

**Patient Information:**

White              Richard              ID#: R14550
Last Name          First Name      MI

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
                                                        Name of Patient

of the following treatment  Vital signs + assessment + ASA 81mg soln. for 6A '1/28/19
                                            State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                            Name of Patient

from _____ against the advise of Dr. _____
        Name of Medical Facility                                      Name of Doctor

Dr. _____**DAVID**_____ has explained the risks to me, possible complications and probable
        Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____**WEXFORD HEALTH SOURCES**_____, the Facility, and
                                                        Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

| | When patient is a Minor or Incompetent to give consent: |
|---|---|
| Richard White | |
| Print Name of Patient | Print Name of Person Authorized to Consent |
| - Refused to Sign-Cosigned c̄ c/o - | |
| Signature of Patient | Signature of Person Authorized to Consent |
| 1 , 22 , 19 | |
| Date | Date |
| Wagner | Dale 9355  1 , 22 , 19 |
| Print Name of Witness | Signature of Witness          Date |

Distribution: Patient's Medical Record or File          Printed on Recycled Paper          DOC 0683 (Rev. 2/2004)

WHITE SCC (MR) 0501

Medical Services Refusal

SHAWNEE CORRECTIONAL Center

☐ Employee/
☒ Offender

Patient Information:
White                    Richard                    ID#: R14550
Last Name                First Name            MI

Date: 1 , 23 , 19
Time: 12:35   ☐ a.m.   ☒ p.m.

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
Name of Patient

of the following treatment  Vital Signs & assessment
State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                   Name of Doctor

Dr. _____ **DAVID** _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____ , the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

Richard White
Print Name of Patient

─Refused to sign─
Signature of Patient

1 , 23 , 19
Date

Wagner RN
Print Name of Witness

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____
Date

Smth ____ /110/19
Signature of Witness

1 /23/ 19
Date

Distribution: Patient's Medical Record or File          Print on Recycled Paper          DOC 0083 (Rev. 2/2004)

WHITE SCC (MR) 0502

## Medical Services Refusal

SHAWNEE CORRECTIONAL Center

☐ Employee/
☒ Offender

Date: 1 / 23 / 19
Time: 11:22   ☐ a.m. ☒ p.m.

**Patient Information:**
White   Richard   ID#: R14550
Last Name   First Name   MI

---

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
Name of Patient

of the following treatment Vital signs / assessment / ASA 81mg Sch. for 6Am 1/24/19
State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                    Name of Doctor

---

Dr. _____ **DAVID** _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ **WEXFORD HEALTH SOURCES** _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Richard White
Print Name of Patient

—Refused to sign—
Signature of Patient

1 , 23 , 19
Date

Wagner RN
Print Name of Witness

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

/ /
Date

c/o Shiffli 1730

_____ RN
Signature of Witness

1/23/19
Date

Distribution: Patient's Medical Record or File        Printed on Recycled Paper        DOC 0083 (Rev. 2/2004)

WHITE SCC (MR) 0503

**Offender Infirmary Progress Notes**

Shawnee Correctional Center

Offender Information:

Last Name: White   First Name: Richard   MI: ___   ID#: R14550

LE

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12819 8A | RN note S⊘ O alert + verbal mood fair Calm + cooperative no co distress up dressed to go to School Brace in place to LLE Gait steady noted no diff Walking smiling. oriented √3 no c/o distress # welfare | Ⓟ Cont non-[illegible] Poc PT eval in 2 days may go to School must wear brace monitor c/o pain [signature] |
| 1/28/19 3:50p | Medical Records note Sent referral request to Wexford for follow up appt c̄ Dr. Davis, ortho. appt scheduled for 8:10 am on 2/27/19. | Kim Johnston RHIT Medical Records Dir |

## Offender Infirmary Progress Notes

Shawnee Correctional _____ Center

Offender Information:

| Last Name | First Name | MI | ID |
|-----------|-----------|----|----|
| White | Richard | | R14550 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 01-28-19 3:40P | RN note<br>S: Ø c/o voiced<br>O: Up on side of bed watching TV. A&Ox3. Resp even & non-labored. No distress noted.<br>A: Welfare ✓ | P: Cont. non-acute care<br><br>A Forcher, RN |
| 1/28/19 11:30pm | RN Note —<br>S: "I don't want anything from you, you to do anything to me, & I'm not signing anything"<br>O: AOx4 Resp. even/non-labored. Rest q15x distress. Unable to assess further d/t non-compliance.<br>A: Welfare check | P: Refused v/s, wt, assessment, and morning meds. Cont' non-acute loc —<br><br>_____ RN |
| 1-29-19 8:05A | RN note<br>S: my nose is keeping me from taking a deep breath.<br>O: VS 675 88 16 129/72<br>O2 Sat 98% Resp even non-labored. Lungs clear | RN to Cont |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0505

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ Shawnee Correctional _____ Center

Offender Information:

White _____ Richard _____  R14550
Last Name          First Name          MI          ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-29-19 8:15A | Inmate cont. On note, no sniples. Cont no nac cites able to take deep PO breath 5 day I'm up for school prior to nurse checking ears throat + nose no cough no acute distress noted. Braces in place. LLE GAIT steady vs normal temp well focus | no nac cites PO |
| | | no new orders cont non acute PO |
| 1-29-19 1:20pm | SO. Inmate D/C nurse requested J Wayne RN to assess. Im nose otoscope. He reported nasal redness. Chg nurse S/O to Dr David reported Im CO felling in nose makes it hard to breath assessment refused + MD report | |

**Offender Infirmary Progress Notes**

_____ **Shawnee Correctional** _____ **Center**

| Offender Information: | | | | |
|---|---|---|---|---|
| White | Richard | | ID | R14550 |
| Last Name | First Name | MI | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 01-29-19<br>3:45P | RN note<br>S: Ø c/o voiced<br>O: Up on side of bed. A&Ox3.<br>Resp even et non-labored.<br>No distress noted.<br>A: Welfare ✓ | P: cont. non-acute care<br><br><br><br>C. Forcher RN |
| 1/29/19<br>11:23pm | RN NOTE —<br>S: "You still ain't doing anything<br>with me"<br>O: A&Ox4. Resp. even/nonlabored.<br>Ø s/sx distress. Unable to<br>assess further d/t<br>non-compliance.<br>A: Welfare check | P: Refused v/s, assessment,<br>and AM meds. Cont'<br>non-acute POC.<br><br><br><br>J. ___ RN |

Printed on Recycled Paper

## Offender Infirmary Progress Notes

Shawnee Correctional _____ Center

**Offender Information:**

| White | Richard | R14550 |
|---|---|---|
| Last Name | First Name   MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/30/19 10:05a | Medical Records Note Per Wexford collegial, approved for follow up dept c ortho. awaiting authorization #. LE | Kim Johnston RHIT Medical Records Dir. |
| 1/30/19 810A | Inmate SDK Ø In up wheel way going to RT well med available calm, brace on no c/o distress funct. | Cont a/cell poc. Okub |
| 13019 1115A | Ø In returned from bld for x-ray RT PT eval. W/ [illegible] evaluation + exercise [illegible] undelito [illegible] [illegible] Z On [illegible] [illegible] [illegible] to need adk [illegible] print out [illegible] c RT Johnston will needs | Burd[illegible] |

**Offender Infirmary Progress Notes**

Shawnee Correctional _____ Center

Offender Information:

Last Name: White    First Name: Richard    MI: ____    IE: R14550

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1309 / 1115A | _Illegible handwriting_ | _Illegible handwriting_ |
| 1/3/19 3:45p | RN NOTE<br>S: Ø c/o voiced<br>O: Resp even & unlabored<br>Gait clear Tadlib.<br>Able to make needs known.<br>Ø apparent distress.<br>A: welfare check | P: Cont non-acute POC |
| 1/30/19 1:30p | RN NOTE.<br>S: Ø<br>O: Base in plate to C/E. Growth<br>resting in bed. moves noted.<br>Ø apparent distress<br>A: welfare check | P: cont non-acute POC |

Printed on Recycled Paper

DOC 0505 (Eff. 9/2002)
(Replaces DC 7147)

WHITE SCC (MR) 0509

1/23/19
10:45

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Shawnee

Offender's Name: White, Richard _____ (Facility)  ID# R14550

Reason for Referral:   ☐ Consult    ☐ Non-Formulary Medications   ☐ Medical Equipment
                       ☐ Evaluation  ☐ Management
                       ☐ Procedure/service (specify) _____
                       ☐ Other (specify) _____

Urgent ☐ Yes   ☑ No

Referred to: Dr. J. T. Davis, Ortho

Rationale for Referral: Follow up (L) Knee ACL reconstruction
Surgery. Surgery done 1/10/19

Dr. David
Print Referring Practitioner's Name          Referring Practitioner's Signature          Date 1/10/19

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _____

Assessment: _____

Recommendations/Plans: Resume physical therapy 3 times a week
for 6 weeks; D/c brace when patient has good quad.
Control. Fli in 6 weeks

John T Davis. MD
Print Practitioner's Name          Practitioner's Signature          Date 01-23-2019

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

DR. DAVID
Print Facility Medical Director's Name          Facility Medical Director's Signature          Date 1-28-19

Distribution. Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised. Heath Care Unit Administrator                              (Replaces DC 7105)

WHITE SCC (MR) 0510



**THE ORTHOPAEDIC INSTITUTE OF SOUTHERN ILLINOIS**

Richard White
th:         10/08/1981 Age 37
            01/23/2019 11:00 Al
            Office Visit

## CHIEF COMPLAINT:
Left knee pain

## HISTORY OF PRESENT ILLNESS:
1. knee

The patient is here today for followup after a left e ACL reconstruction with hamstring autograft done on 01/10 2019. His pain is doing well, no complaint concerns today. He has been working on some home exercises in his brace.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---------|-----------|----------|
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|-----------|-----------|------|----------|
| Arthroscopy knee | | | |
| ACL repair | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Smoking status: Current every day smoker.

M.D. Review
Date _1-23-19_
Signature

Pull Chart ☐
See Patient ☐
File ☑

## FAMILY HISTORY (Detailed)
Patient reports there is no relevant family history.

## MEDICATIONS:

WHITE SCC (MR) 0511

Completed with information received for patient transition into care.
reconciliation
Medications reconciled today.
reviewed

| Medication Name | Prescribed Elsewhere | Status |
|---|---|---|
| Norco 7.5 mg-325 mg tablet | N | verified |
| aspirin 81 mg tablet,delayed release | N | verified |

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Detail |
|---|---|---|
| Constitutional | Negative | Chills, and Night sweats. |
| Eyes | Negative | Vision |
| Respiratory | Negative | Asthma, cough and Dyspnea. |
| Cardio | Negative | Chest p regular heartbeat/palpitations and Leg swelling. |
| GI | Negative | Abdc pain and Black tarry stools. |
| GU | Negative | Dysuria Urinary incontinence. |
| Endocrine | Negative | Cold in incre Heat intolerance. Weight gain and Weight loss. |
| Neuro | Negative | Headac nd Paresthesia |
| Psych | Negative | Depress and Insomnia. |
| Integumentary | Negative | Rash. |
| MS | Negative | Except in HPI and Chief complaint and Muscle weakness. |
| Hema Lymph | Negative | Bruising, Easy bleeding. |
| Allergy/Immuno | Negative | Enviro allergies. |

## VITAL SIGNS

| BP mm/Hg | Ht ft | Ht in | Ht cm | Wt lb | BMI kg | Pulse /min | Resp /min | Temp F | Time | Measured_by |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6.0 | 0.00 | 182.88 | 180.00 | 24 | | | | 10:58 AM | Christine Carter |

## PHYSICAL EXAM:

On exam today of the left lower extremity reveal    isions have healed well. He lacks the terminal 2 to 3 degrees of
extension. Flexion is to 80. He can perform a sira   le; raise, no signs of infection or DVT, otherwise neurovascularly
intact distally.

## DIAGNOSTICS:

| Ordered Date | Completed Date | Dx./Indication | Study | Result |
|---|---|---|---|---|
| 01/23/2019 | | Pain in left knee | Knee Xray Views | Views |
| 01/23/2019 | | Pain in left knee | Knee Xray Standing | Views |

White Richard   000000211589 10/08/1981 0      019 11:00 AM Page: 2/3

Diagnostic Interpretation: Radiographs reviewed ... lay included AP and lateral views of the left knee that shows good placement of the tibial and femoral tunnels foll... ACL reconstruction.

CLINICAL AND RADIOGRAPHIC IMPRESSION
Status post left knee ACL reconstruction.

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description | |
|---|---|---|---|
| 1 | Assessment | Pain in left knee (M25.562 | |
| 2 | Assessment | Bucket-hndl tear of medi: | ... ot in ury, l knee, subs (S83.212D). |
| 3 | Assessment | Sprain of anterior cruciat: | nt o left knee, subs (S83.512D). |
| 4 | Other Orders Plan Orders | Orders not associated to Further diagnostic evaluati. Knee Xray Both Knees Stan | assessments. dered today inclulde(s) Knee Xray 1 Or 2 Views to be performed and AP to be performed. |

Assessment:
Status post left knee arthroscopic ACL reconstr... with hamstring autograft done on 01/10/2019.

Plan:
I reviewed the surgical procedure, arthroscopic p... es, expectati ns, and rehabilitative course with the patient today.
Questions are invited and answered. We remove ... sutures today, applied Steri-Strips, gave him wound care
instru tions. Continue with his aspirin and DVT ... ylax s measures. Gave him home exercises today to work on
progressive quad strengthening, we instructed ... patellar mobilization. Would like to get him into some therapy,
will check with the prison facility, and give orde... tha . He will discontinue his brace over the next 2 weeks as he
has good quad control. We will unlock it today f... m. He is full weightbearing. We will see him back in 4 to 6 weeks
to check on his progress and continue to update ... home exercises and therapy. If there are any problems or
concerns in the interim, he is encouraged to co... us again, continue with protective body mechanics as discussed.

Jerem D. Palmer, PA-C/60001

Electronically signed by : **Jeremy D. Palmer** PA-C 01/24/2019 5:06 AM

ated by: NextGen Admin 01/24 ...

510 Lincoln Drive Herrin, IL 62948 - Ph... 98 6800 - Fax 18.998.9635 - www.orthopaedicinstitute.com

White Richard   000000211589 10/08/1981 01... 019 11:00 AM Page: 3/3



**Patient MRN:** 000000211589
**Date:** 01/24/2019
**Description:** Nurse Note

White, Richard
10/08/1981



RICHARD WHITE MAY GO TO SCHOOL BUT MUST ALSO WEAR HIS BRACE AS HE GOES TO SCHOOL.

Rendering Provider: John T. Davis MD

Document generated by: Christine Carter 01/24/2019 12:50 PM

M.D. Review
Date *1-24-19*
Signature

Pull Chart ☐
See Patient ☐
File ☑

685272219

Jan. 30th
9:20 am

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

_Shawnee CC_
(Facility)

Offender's Name: _White, Richard_   ID# _R46550_

Reason for Referral:  ☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent ☐ Yes  ☐ No

Referred to: _One-time PT eval post-Arthroscopic ACL reconstruction ® knee._

Rationale for Referral: _Has, surgery done 1-10-19. Dr. Davis, Ortho_
_approved on this PT surface. ? to do HEP ®_
_ex as recommended for PT (See attach. Written_
_ACL protocol expo order)_

_DR. DAVID_
Print Referring Practitioner's Name          Referring Practitioner's Signature          _1-11-19_
Date

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _Pt has weight shift ® ® knee flex ® ankle, PT, and decreased weight_
_bearing through ®LE. Pt ambulates with cantankerous gait, weight shift ® decreased ®_
_step length during stance, decreased ®knee flex during swing phase ®LE ?'s all directions_
_® clt flex ¾ ® knee flex ½ ext ¾ ® released quad contracture on ®_
_®knee AROM flex 105, ext 44, PROM flex 114, ext 4     Compared to ®_

Assessment: _Pt has increased pain, avt posture and deviations decreased ®_
_knee ROM decreased ®knee strength, decreased quad contracture associated_
_with s/p ACL reconstruction ® knee._

Recommendations/Plans: _1 time visit for HEP_

_Cody Hubble DPT_
Print Practitioner's Name          Practitioner's Signature          _1/30/19_
Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name          Facility Medical Director's Signature          Date

Distribution:  Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised, Health Care Unit Administrator                              (Replaces DC 7105)

WHITE SCC (MR) 0515

Routine For:
Created By: Cody Hubble

Jan 30, 2019

### HIP / KNEE - 9 Self-Mobilization: Knee Flexion (Hook-Lying)

Bend left knee as far as possible, then use other leg to gently push until stretch is felt. Hold 5 seconds. Relax.

Repeat 10 times per set. Do 1 sets per session.
Do 1-2 sessions per day.

### HIP / KNEE - 64 Arthrokinetic Isometric

### HIP / KNEE - 70 Knee Extension Mobilization: Towel Prop

With rolled towel under right ankle, place _____ pound weight across knee. Hold 20 minutes.

Repeat 2 times per set. Do 1 sets per session.
Do 1-2 sessions per day.

### HIP / KNEE - 47 Knee Wall Slide    with BB LE at 90's?

Slowly "walk" or slide feet on wall toward floor until stretch is felt in knees.    5ec x10

Repeat _____ times per set.
Do _____ sets per session.
Do _____ sessions per day.

### HIP / KNEE - 17 Strengthening: Straight Leg Raise (Phase 1)

Tighten muscles on front of right thigh, then lift leg _____ inches from surface, keeping knee locked.

Repeat 2x10 times per set. Do _____ sets per session.
Do 1-2 sessions per day.

### HIP / KNEE - 16 Strengthening: Hip Adduction - Isometric

With ball or folded pillow between knees, squeeze knees together. Hold 5 seconds.

Repeat 10 times per set. Do 1 sets per session.
Do 1-2 sessions per day.

### HIP / KNEE - 46 PROM: Knee Flexion

With towel around left heel, gently pull knee up with towel until stretch is felt. Hold 5 seconds.

Repeat 10 times per set.
Do 1 sets per session.
Do 1-2 sessions per day.

### HIP / KNEE - 63 Stretching: Calf - Towel

Sit with knee straight and towel looped around left foot. Gently pull on towel until stretch is felt in calf. Hold 1 seconds.

Repeat 1-2 times per set. Do _____ sets per session.
Do 1-2 sessions per day.

Copyright © VHI. All rights reserved.

Page 1 of 1

**UNION COUNTY HOSPITAL**

**DEPARTMENT OF REHABILITATION**

517 N MAIN ST

ANNA IL 62906

Date: *1-30-19*

To: *Dr. Alfonso Dawd*

Fax Number: *618-658-4090*

From:

Name: _____

Department Name: DEPARTMENT OF REHABILITATION

Department Phone Number: 618-833-9694

Department Fax Number: 618-833-2378

Page Count: (includes fax cover sheet) *4*

Comments: *R. White-PT Evaluation*

**Confidentiality Notice** The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please call the facility's main number and notify the Facility Privacy Officer immediately to arrange for the return or destruction of these documents.

Fax Cover Sheet
31-QHC-HIM-4501-ADDHMS-PDF     01/15 (Rev. 03/15)

MD Review

Date

Signature

Pull Chart ☐
See Patient ☐
File ☐



UNION COUNTY HOSPITAL

WHITE SCC (MR) 0517



# PHYSICAL THERAPY EVALUATION
## Page 1 of 3

| Today's Date: | 1/30/19 | Onset Date: | 1-10-19 |
|---|---|---|---|
| Patient Name: | Richard White | Referring Physician: | Dr. Alfonso David |
| DOB: | 10/08/1981 | Medical Dx: | Post- arthroscopic ACL reconstruction L knee |
| Orders: | One time PT eval | | |
| Treatment Dx: | s/p ACL reconstruction L knee | | |

| SUBJECTIVE: | |
|---|---|
| Profile/CC: | Pt reports playing basketball went up to shoot, got uncut, which caused him to land awkwardly and tear his ACL. Pt had surgery on 1-10-19 and is full weight bearing on L LE. Pt has a hinged brace that he wears when he is on his feet. Pt reports some pain in L knee and that he cannot bend or straighten L knee. Pt unsure when follow up is |
| MOI: | See above |
| Pain Scale: | Does not rate |
| Pain Description: | Pain localized to L knee that is achy but with more movement becomes more severe |
| AGG factors: | Bending, straightening, walking |
| EAS factors: | Rest |
| 24 hour behavior: | Pt does not report any issues sleeping at night |
| Pmhx: | Unremarkable |
| Pshx: | 2010 ear surgery |
| Meds: | See list |
| Special Studies: | No imagining since surgery |
| Special Questions: | Pt denies numbness and tingling. Has increased difficulty/pain with walking and stairs |
| Prior Rx: | None |
| Occupation: | Prisoner |
| Social Hx: | Lives in prison |
| Hobbies: | Sports |
| Prior Level Function: | Independent with ADLs and iADLs |
| Current Level of Function: | Independent with ADLs and does not perform iADLs |
| Learning Barriers: | None at this time |

-Physical Therapy Evaluation

WHITE SCC (MR) 0518



# PHYSICAL THERAPY EVALUATION
## Page 2 of 3

| Learning Style: | Age specific approach utilized with combination of visual, verbal and demonstration |
| --- | --- |
| Patient Goal: | To gain ROM and strength in L knee while decreased pain |

| OBJECTIVE: | |
| --- | --- |
| Obs: | Pt presents to PT in 4 point shackles, L knee hinged brace, and 2 guards present. Guards able to unshackle B LE during PT evaluation. Pt has weight shift R during static stance, L knee flex, L ankle PF, and decreased weight bearing through L LE. Pt ambulates with antalgic gait, weight shift R, decreased L knee extension during stance phase, decreased L knee flex during swing phase Swelling noted along medial and lateral joint line. Incisions on L anterior knee are closed and healing well. No obvious signs of infection present |
| AROM: | L knee flex 105 degrees, ext 9 degrees |
| PROM: | L knee flex 124, ext 4 |
| MMT: | R LE 5/5 all directions L hip flex 4+/5 knee ext 4/5, knee flex 4/5 Decreased quad contraction on L compared to R |
| NEURO: | Intact sensation |
| Special Tests: | Not assessed |
| Palpation: | Min tenderness along medial and lateral joint line |

| Rx Today: | Pt was educated on PT findings, plan of care, and HEP. Surgical protocol was not received prior to PT evaluation. While filling out paperwork the 2 guards brought to PT evaluation surgical protocol was found but this was after evaluation was performed. During evaluation pt performed active L knee flexion but stressed importance to pt to not perform active L knee flexion for at least 3 more weeks per protocol. Pt voiced concern about not coming for physical therapy treatment sessions so extra time was spent going over HEP. |
| --- | --- |
| Patient verbalized and demonstrated appropriate understanding today on their role of the recovery process and agreeing to the plan of care. | |

| ASSESSMENT: | Pt has increased pain, poor posture, gait deviations, decreased L knee ROM, decreased L LE strength, increased swelling, and tenderness to palpation associated with s/p ACL reconstruction L knee |
| --- | --- |
| | Patient is considered appropriate for skilled PT eval for HEP |
| Impairments: | Pain: Increased L knee pain |
| | ROM: Decreased L knee ROM |

-Physical Therapy Evaluation



# PHYSICAL THERAPY EVALUATION
Page 3 of 3

| | | |
|---|---|---|
| | Strength/Endurance/Motor Control: Decreased L LE strength | |
| | Other: Poor posture, gait deviations, increased swelling, tenderness to palpation | |
| Functional limitation: | Self-Care Tasks: Independent with ADLs | |
| | Home Tasks: Does not perform iADLs | |
| | Community/Work Tasks: Unable to ambulate for distance | |
| Outcome Scale: | | |

**SHORT TERM GOALS x 1 visit**
1. Pt will understand difference between active vs passive L knee flexion **GOAL MET**

**LONG TERM GOALS x 1 visit**
1. Pt will verbalized understanding and be independent with HEP **GOAL MET**

| PLAN: | Will see for skilled PT 1 time eval for HEP | | |
|---|---|---|---|
| Frequency/Duration: | 1 visit | Total Visits: | 1 visit |

DISCHARGE PLAN: will discharge from skilled PT when goals are met or maximum functional improvement has been reached

| | | |
|---|---|---|
| Physical Therapist's Signature | Cody Hubble, DPT | |
| | Therapists Name | Date: 1/30/19 |
| Certification Period From: | 1/30/19    Through: | 1/30/19 |

I have read the plan of care for this patient and have determined that this service is reasonable and medically necessary.

| | | |
|---|---|---|
| Physician's Signature | Date: | Physician's Name |

-Physical Therapy Evaluation