044073/19344/TPD/CGT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD WHITE, #R14550, | |
| Plaintiff, | |
| | Case Number 3:18-cv-00165-MJR-MAB |
| v. | |
| NURSE BLAKE, ALFONSO DAVID, NURSES JOHN/JANE DOE #1-6, and WARDEN OF SHAWNEE CORRECTIONAL CENTER, | Magistrate Judge Mark A. Beatty |
| Defendants. | |

## DECLARATION OF BLAKE WOODS, DNP, APRN

I, Blake Woods, DNP, APRN, duly affirm the following statements:

1. My name is Blake Woods. I am of sound mind, over the age of 21 years and capable of making this declaration.

2. I earned a Certificate in Practical Nursing from Shawnee Community College in 2002, an Associate Degree in Nursing from Shawnee Community College in 2003, a Bachelor of Science in Nursing from Jacksonville University in 2011, a Master's Degree in Nursing as a Nurse Practitioner from Maryville University in 2014, and a Doctor of Nursing Practice from Wilkes University In 2017. I hold Registered Nurse and Advanced Practice Nursing licenses in Illinois and Kentucky.

3. I was employed by Wexford Health Sources, Inc. as a Nurse Practitioner at Shawnee Correctional Center from December 2014 through April 2016.

4. I have reviewed Mr. White's IDOC medical records provided to me by my attorney. They are the kinds of records I routinely used in my practice at Shawnee Correctional Center,

and in which I documented the inmate's subjective complaints, my objective findings and assessments, and my plans for the inmates care.

5. I made my entries in IDOC inmates' medical records on the date, and approximate time, that I saw and assessed the inmate.

6. Mr. White's IDOC medical records document that he reported that he injured his left knee on June 26, 2015. A Nurse Sick Call (NSC) note indicates that he reported his pain as a 5 (on a pain scale of 0-10), and that she spoke with me. I gave the nurse a verbal order (documented as VO) for Mr. White to have crutches until I could see him in person, as well as Motrin (Ibuprofen, a nonsteroidal anti-inflammatory pain medication) 600 mg three times a day for 10 days.

7. I saw Mr. White on June 30, 2015. I documented that Mr. White's gait was slow, and he was walking with a limp. Mr. White had no left knee swelling, no bruising, and no deformity of his knee. I advised Mr. White to use crutches, gave him a slow walk permit for two weeks, sports restriction for one month, and scheduled him for a follow-up appointment in 10 days and noted that we would consider an X-ray if Mr. White was not better. Beside my order for Mr. White to follow up in 10 days a nurse wrote "7/10" indicating that he would be scheduled to see me on July 10th.

8. On July 3, 2015, prior to his follow-up appointment, Mr. White was seen by a nurse and reported that his knee "popped again." The nurse contacted me by phone, and I ordered Decadron (a steroid) 8 mg by intramuscular injection to treat inflammation, and Naproxen (another nonsteroidal anti-inflammatory medication). I had initially started Mr. White with the nonsteroidal anti-inflammatory medication Motrin, or Ibuprofen, because it typically causes less stomach irritation than other similar medications. I changed that order to Naproxen because

although it can be more likely to cause stomach irritation it is more effective for pain control. I also ordered an X-ray of Mr. White's left knee and an ACE wrap. Those orders are designated as TO, for telephone order.

9. Plaintiff's Medication Administration Record (MAR) documents that he received Decadron 8 mg by intramuscular injection (abbreviated IM) on July 3, 2015.

10. An X-ray of Mr. White's left knee was done on July 6, 2015.

11. Mr. White was seen by a nurse on July 9, 2015 with complaints regarding his left knee. The nurse noted that Mr. White has an appointment with me the following day, and that he would follow-up with me as scheduled.

12. I saw Mr. White again on July 10, 2015. I documented that Mr. White reported that his left knee was slightly better, and that he was walking without his crutches. I documented that the X-ray of Mr. White's left knee showed early arthritis with a small effusion (a collection of fluid in the joint, which can be due to arthritis), and no fracture. I noted that Mr. White had early osteoarthritis (abbreviated by OA), and a small effusion of his left knee, and advised him to gradually increase his activity and discontinue use of the crutches. I also ordered Indocin (a nonsteroidal anti-inflammatory medication) for one month. Indocin is a more effective Nonsteroidal anti-inflammatory medication, however it is also known to cause stomach irritation. Since previous similar medications were not effective, I believed that changing to Indocin was appropriate at this time.

13. Mr. White was seen by a nurse on July 17, 2015 and reported that he "still walk with a limp & can't straighten my left leg out." He also told the nurse that he had just started the Indocin the previous day. The nurse contacted me and I advised her to tell Mr. Smith to continue

3

the Indocin as I had prescribed, and to follow up with me after he completed the medication. The nurse noted that she had scheduled Mr. Smith to see me on August 13, 2015.

14. I was not responsible for procuring, or dispensing, medications to inmates at Shawnee.

15. Mr. White was seen in NSC on August 10, 2015 with complaints of left knee pain. The nurse documented that his left knee was larger than the right, and that he had decreased range of motion of his left knee. The nurse circled "MD Referral" on the form, and noted that Mr. Smith would have lay in and crutches for five days.

16. I saw Mr. White on August 11, 2015. I documented that Mr. White told me that his left knee was "worse." I documented that Mr. White's left patella (knee cap) was midline, and a drawer test to determine if there was excessive laxity of his anterior cruciate ligament (ACL) was negative. Mr. White had a moderate amount of left knee swelling and mild warmth, and I entered a note referring Mr. White to see Dr. David.

17. I saw Mr. White for the last time on January 29, 2016 regarding his anterior cruciate ligament (ACL) issue being "unresolved," and for an unrelated complaint. He told me he still had pain in his left knee, and was not doing his home exercise program physical therapy (abbreviated as HEP) all the time. I documented that Mr. White was able to walk, and had no knee swelling. I noted that he had a history of a left ACL sprain, and advised and educated him on compliance with his HEP and taking nonsteroidal anti-inflammatory medications. I ordered Naproxen 500 mg twice a day for 14 days.

18. I had no further involvement in Mr. White's care, and left employment with Wexford, and Shawnee Correctional Center, in April 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_5/29/20_  
Date

_Blake Woods, DNP, ARPN_