```
 1                    IN THE UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF ILLINOIS

 3

 4

 5
    RICHARD WHITE,              )
 6            Plaintiff,        )
                               )
 7    Vs.                      )Case No. 18-cv-00165
                               )
 8    WEXFORD HEALTH SOURCES,  )
      INC., et al.,            )
 9            Defendants.      )

10

11

12

13              DEPOSITION OF DR. ALFONSO DAVID

14              Taken on behalf of the Plaintiff

15

16

17                    September 23, 2020

18

19

20

21

22

23

24

25
```

1           I N D E X   O F   E X A M I N A T I O N

2

3

4                                                              Page

5    Questions by MR. FLAXMAN.....................    5

6    Questions by MR. WALLIS.....................   54

7

8

9

10              I N D E X   O F   E X H I B I T S

11    EXHIBIT NO. 1 - Affidavit....................   32
      EXHIBIT NO. 2 - X-Ray - 7/6/15..............   40
12    EXHIBIT NO. 3 - X-ray - 8/28/15.............   42
      EXHIBIT NO. 4 - X-Ray - 8/21/17.............   43
13    EXHIBIT NO. 5 - X-Ray - 11/17/17............   45
      EXHIBIT NO. 6 - Referral to Collegial Review..  12
14    EXHIBIT NO. 7 - Collegial Review Result.......  17
      EXHIBIT NO. 8 - Referral to PT...............   47
15    EXHIBIT NO. 9 - PT Evaluation...............   48
      EXHIBIT NO. 10- MRI - 12/19/17..............   20
16    (Exhibits attached electronically.)
                               *   *   *   *   *
17

18

19

20

21

22

23

24

25

**DR. ALFONSO DAVID  9/23/2020**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF ILLINOIS

 3

 4   RICHARD WHITE,              )

 5            Plaintiff,         )

 6                               )

 7   Vs.                         )Case No. 18-cv-00165
                                 )
 8   WEXFORD HEALTH SOURCES,     )
     INC., et al.,               )
 9            Defendants.        )

10

11

12            DEPOSITION OF WITNESS, DR. ALFONSO DAVID,

13   produced and sworn, and examined on the 23rd day of

14   September, 2020, between the hours of 10:00 in the

15   forenoon and 11:47 in the forenoon of that day at Alaris

16   Litigation Services, 3095 Lexington Avenue, Suite 300,

17   Cape Girardeau, Missouri, before JILL STEWART, a

18   Certified Court Reporter within and for the State of

19   Missouri, in a certain cause now pending in the matter

20   of Richard White vs. Wexford Health Sources, Inc., et

21   al.

22

23

24

25
```

DR. ALFONSO DAVID  9/23/2020

Page 4

```
 1                    APPEARANCES

 2   For the Plaintiff:

 3   KENNETH N. FLAXMAN (appearing by Zoom)

 4   Kenneth N. Flaxman, PC

 5   200 South Michigan Avenue

 6   Suite 201

 7   Chicago, Illinois  60604

 8   312.427.3200

 9   Knf@kenlaw.com

10

11   For the Defendants, Alfonso David & Blake Woods:

12   RYAN C. WALLIS

13   Cassiday Schade, LLP

14   100 North Broadway

15   Suite 1580

16   St. Louis, Missouri  63102
     314.241.1377
17   Rwallis@cassiday.com

18

19

20   The Court Reporter:

21       ALARIS LITIGATION SERVICES
         Jill Stewart
22       Missouri CCR No. 565
         711 North 11th Street
23       St. Louis, Missouri  63101

24

25
```

DR. ALFONSO DAVID  9/23/2020

```
 1                    IT IS HEREBY STIPULATED AND AGREED, by

 2      and between the Plaintiff, Richard White, and counsel

 3      for the Defendants, Wexford Health Sources, Inc., et al.,

 4      that the deposition of DR. ALFONSO DAVID, may be taken

 5      in shorthand by Jill Stewart, a Certified Shorthand

 6      Reporter, and afterwards transcribed into typewriting;

 7      and the signature of the witness is waived.

 8                        *   *   *   *   *

 9              DR. ALFONSO DAVID, of lawful age, being

10      produced, sworn and examined on behalf of the Plaintiff,

11      Richard White, deposes and says:

12

13                        EXAMINATION

14      QUESTIONS BY MR. FLAXMAN:

15      Q.      Good morning, sir.

16      A.      Morning.

17      Q.      Could you state your name and spell your last

18      name for us, please?

19      A.      Alfonso David.   D-A-V-I-D.

20      Q.      And what is your business or occupation, sir?

21      A.      Physician.

22      Q.      And, for how long have you been a physician?

23      A.      I graduated my medical degree in 1974.

24      Q.      Could you just briefly give is your professional

25      history?
```

DR. ALFONSO DAVID  9/23/2020

```
 1   A.       Sure.   Um, as I said, I graduated 1974 the
 2   University of Santo Tomas in 1974.  And, then, I did a
 3   three-year residency in internal medicine at the same
 4   university hospital.   And, I went into private practice
 5   after that.   At the same time I -- I taught in medical
 6   school there, and, I left in 1983.   When I left I was
 7   -- I had the title of assistant professor at the
 8   University and I left for the United States.   And, I --
 9   I did a one-year residency research fellow at the
10   University of Chicago in Chicago, Illinois for one year,
11   1983 to 1984.   After that, I -- I did a two-year
12   clinical fellowship at Loyola University, Maywood,
13   Illinois.   That is also affiliated with Hines VA
14   Hospital at -- in Hines, Illinois.   And, then, I
15   finished my training -- post-graduate training in 1986,
16   and, I got, I transferred to southern Illinois after
17   that in November of 1986.  I was hired as a staff
18   physician at Union County Hospital in Anna, Illinois.
19   And, I started my solo private practice there, and --
20   and, in 1994 I was hired as the medical director of
21   Shawnee Correctional Center at Vienna, Illinois, and I
22   worked there full time at the same time maintaining my
23   private practice in Anna, Illinois.   And, I hired a
24   mid-level practitioner to help me with my private
25   practice.   And I worked at Shawnee until -- well, I
```

1  take that back.   I -- I continued my private practice

2  at the same time working at Shawnee as medical director

3  until 2002 when I sold my private practice and just

4  continue working as the medical director at Shawnee

5  Correctional Center full time -- continued full time.

6  In 2005, I -- after a medical occurrence, a personal

7  medical, I retired for a little over a year, and I came

8  back as the medical director again after that.  And,

9  since then I've been the medical director at Shawnee.

10  Q.      So, are you currently the medical director the

11  Shawnee?

12  A.      Yes.

13  Q.      Okay.   You talked about the university back in

14  the 70's, I guess.   What -- could you give me the name

15  of that university again?

16  A.      That was in 1983, to -- to '84, one year,

17  University of Chicago, in Chicago, Illinois.   And,

18  after that I did a two-year clinical residency

19  fellowship in Loyola University in Maywood, Illinois, a

20  suburb of Chicago.   And, adjacent to that is the Hines

21  VA Hospital.  They have a combined program, Hines VA

22  Hospital.  It's a VA hospital.

23  Q.      Okay.   In the 1970's, after you --

24  A.      Oh, I'm sorry.

25  Q.      -- finished medical?

DR. ALFONSO DAVID  9/23/2020

```
 1   A.      I'm sorry.  I'm a native of the Philippines.
 2   That's where I obtained my medical degree at the
 3   University of Santo Tomas in Manila, Philippines.
 4   Q.      That was my question, thank you.
 5           Have you looked at any documents to prepare for
 6   this deposition?
 7   A.      Yes.
 8   Q.      Could you tell us what you looked at?
 9   A.      I was provided a copy of the medical records on
10   -- on this -- on Mr. White, I'm sorry.  I had to recall
11   his name. Provided by my attorney.
12   Q.      Did you also look at the affidavit you submitted
13   in this case?
14   A.      Yes.
15   Q.      As you sit here today, do you have any personal
16   recollection of Mr. White?
17   A.      Only from the medical records.
18   Q.      Okay.  Do you know -- do you recall what he
19   looks like -- if you saw him on the street, would you
20   recognize him as Mr. White?
21   A.      I haven't -- the medical records that was
22   provided to me didn't have a picture of the -- of Mr.
23   White, so, I don't recall how he looks now.
24   Q.      Now, in those medical records, do you recall
25   seeing a reference to a referral to collegiate review?
```

DR. ALFONSO DAVID  9/23/2020

```
 1   A.      Yes.
 2   Q.      Is -- could you explain to us what collegiate
 3   review is in working for Wexford?
 4   A.      Collegial review is a process where you present
 5   any -- any requests in the management of an offender to
 6   the collegial review, which is established by Wexford
 7   Health Sources.  And, it comprises of a collegial
 8   reviewer and a -- with -- who is a physician, and, a
 9   collegial reviewer, a nurse collegial reviewer, and,
10   I -- if you have any requests for any consultation,
11   outside consultation to a specialist, procedures like.
12   Endorsed copies, x-rays, special x-rays like a CT scan,
13   MRI's.  We submit a request and indicating the reason
14   for that request.
15   Q.      Have you submitted a request for collegiate
16   review in the course of your employment for Wexford?
17   A.      Yes.
18           MR. WALLIS: Just for the record, you're asking
19   any collegiate review and I think Mr. David is talking
20   about a collegial.
21   Q.      I'm sorry, I'm talking about the same thing.
22           Have you submitted a request for collegial
23   review during the course of your work for Wexford?
24   A.      Yes.
25   Q.      About how many times have you done that?
```

DR. ALFONSO DAVID  9/23/2020

```
 1   A.      I couldn't recall.
 2   Q.      Is it -- have you ever submitted requests to
 3   collegial review for MRI's?
 4   A.      Yes.
 5   Q.      How many times have you done that?
 6   A.      Again, you know, the exact number I couldn't
 7   recall.
 8   Q.      Is it more than one?
 9   A.      Yes.
10   Q.      More than 10?
11   A.      Yes.
12   Q.      More than a hundred?
13   A.      That I am not sure.
14   Q.      Okay.  Do you recall whether any of those
15   requests for MRI's were granted the first time the
16   request was submitted to collegial review?
17   A.      I cannot answer that because I don't have any
18   recollection.
19   Q.      What documents do you submit to collegial review
20   before the review occurs?
21   A.      Documents I submit --
22   Q.      Yeah, well, let me rephrase the question.  When
23   you read the medical records, did you, you saw, did you
24   not, your request -- your referral to collegial review
25   for Mr. White?
```

DR. ALFONSO DAVID  9/23/2020

```
 1   A.      There's a form, it's called Medical Specialty

 2   Request Form.   That's the form that the provider uses

 3   if they want to request for any procedure outside

 4   consultation to the collegial reviewer.

 5   Q.      Well, I'm trying to share the screen.  Is that

 6   working?

 7           MR. WALLIS: What's the bates number on that,

 8   Ken?

 9           MR. FLAXMAN:  It's not legible.   Good question.

10   It's page 182 of 260 which you filed of document 942.

11   Doesn't help you, huh?

12           MR. WALLIS: No.

13           MR. FLAXMAN:  Let me unshare the screen and stop

14   sharing, actually find it for you.   Sorry that I

15   obliterated that.   Um, MR182.   Do you see it?

16   A.      Yes, I have the document in front of me.

17           (By Mr. Flaxman)

18   Q.      Okay, all right.   And, does your signature

19   appear on that form?

20   A.      I'm sorry, what was that?

21   Q.      Does your signature appear on that form?

22   A.      Yes.

23   Q.      Which is -- okay.  And, just so we have it clear

24   for the record, has that form previously been marked at

25   the bottom left as deposition Exhibit No. 6, September
```

 1   **24, 2020?**

 2   A.       Where, I'm sorry --

 3          MR. WALLIS: He was pointing to -- he was asking,

 4   if that text appears here.   The answer is no, this is

 5   from the document I brought personally.

 6          MR. FLAXMAN:   Is the screen sharing working?

 7          MR. WALLIS: It is, but it's about 30 feet away

 8   from Dr. David.

 9          (By Mr. Flaxman)

10   **Q.       Okay, so on the bottom right-hand corner,**

11   **there's a number.   Could you read that number for us?**

12          MR. WALLIS: Right there.

13   A.       Yeah, oh the number, 0182.

14   **Q.       Okay.   And, I have marked that as Exhibit 6,**

15   **but you can't see the number.**

16          **(WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS**

17   **MARKED AS EXHIBIT NO. 6 TO THE TESTIMONY OF THE WITNESS**

18   **AND IS ATTACHED HERETO.)**

19   **Q.       Is your signature appear in that form?**

20   A.       Yes.

21   **Q.       And, is there -- did you write -- did you write**

22   **your signature on that form?**

23   A.       Yes.

24   **Q.       Did you date when you wrote your signature on**

25   **that form?**

DR. ALFONSO DAVID  9/23/2020

Page 13

```
 1   A.      Yes.
 2   Q.      Did you submit any other information to
 3   collegial review in connection with Richard White back
 4   in September of 2015?
 5   A.      Yes, that's the document that I previously
 6   mentioned.  I think it's called Medical Specialty
 7   Request Form that we submit -- uh, well, the form in
 8   front of me is the referral denial.  That is the form
 9   that we fill out when the request is denied -- denied,
10   I'm sorry.
11   Q.      So, could you tell me the name of the other form
12   that you just referred to?
13   A.      The Medical Specialty Services Referral Form.
14   Q.      Did you see that in the medical records that you
15   reviewed before this deposition?
16   A.      I'm not sure if I saw it now, but, that's what,
17   the form that we use.  Yeah, my attorney just handed me
18   that form that I filled out for Mr. White.  It was --
19   Q.      Yeah, could you read to us the number on the
20   bottom right-hand corner?
21   A.      0183.
22           Give me a moment so I can get on the same page
23   as you are.
24           Okay.  Is this the form that you submitted to
25   collegial review that's previously been marked as 0183?
```

```
 1   A.      Yes.
 2   Q.      Could you read to us what you wrote on that form
 3   next to rationale for referral?
 4   A.      "33-year-old year old BM, stands for black male,
 5   endured left knee playing basketball on 6-26-15.   He
 6   was treated conservatively with no NWB, which stands for
 7   no weight bearing, crutches, and NSAID", which are
 8   standard antiinflammatory drugs, "with no improvement.
 9   He continues to have knee pain.  Ambulates with a limp
10   and able to extend left leg up to 160 degrees, and, flex
11   it only to 60 degrees.   X-rays taken on 7-6-15 and
12   8-27-15 show minimal degenerative changes, open
13   parentheses OA", which stands for osteoarthritis "closed
14   parentheses, and a small effusion.   Impression, left
15   knee ligament tear, question mark sprain."   Um --
16   that's it.
17   Q.      Okay.   Could you tell us why you concluded that
18   Mr. White should receive an MRI of his left knee back in
19   September of 2015?
20   A.      Usually when somebody endures the knee, maybe
21   more commonly playing sports, that's, and, with his
22   presentation of pain on that knee, and, persistent
23   despite initial conservative management, the possibility
24   of a ligament sprain or tear is there, and, to
25   definitely show that, we would like to have an MRI.
```

DR. ALFONSO DAVID  9/23/2020

1  Q.      And, the -- towards the middle of this form is a

2  section that's entitled report of referral; do you see

3  that?

4  A.      In the same document?

5  Q.      In the same document is a section called --

6  A.      Oh, yes, yes.

7  Q.      Okay.  Is there any writing on the copy of the

8  form that you have?

9  A.      No.

10 Q.      Have you ever seen a Medical Special Services

11 Referral and Report that, relating to Richard White from

12 September of 2015 which has writing in that section,

13 report of referral?

14 A.      No.  This form, once it's approved after it's

15 presented to the collegial review, the request that the

16 procedure, in this case, MRI will be scheduled, and,

17 once it's scheduled, and, done, the findings are written

18 in that space by the provider of that, in this case, the

19 radiologist.  And, since this was not approved, so,

20 it's a blank form.  I mean, that space was left blank

21 because the procedure was not done.

22 Q.      Could you explain to us how the collegial review

23 process went forward after you signed this form back in

24 September of 2015?  Is there a meeting --

25 A.      I don't --

DR. ALFONSO DAVID  9/23/2020

1   Q.      Yeah, go ahead.

2   A.      I don't specifically recall that day, but,

3   generally, the collegial review is done weekly at our

4   site.  We submit this request for the prior week, and,

5   then, we set a day at Shawnee.  It's usually done on

6   Wednesday morning, and, that's when all the requests for

7   the medical special services referral for that preceding

8   week are discussed with the collegial reviewer.

9   Q.      How many collegial reviewers are there?

10  A.      It depends.  It varies.

11  Q.      Well, is there -- does it ever -- have you ever

12  discussed a referral to collegial review with more than

13  one collegial reviewer?

14  A.      Over the years, you know, the collegial reviewer

15  changes.

16  Q.      Well, but, when there's a collegial review, have

17  there ever been two collegial reviewers at the same

18  time?

19  A.      It's usually one.  It's time -- I'm sorry.

20  Q.      It's one at a time?

21  A.      One collegial reviewer.  A physician, a referral

22  physician, not the nurse collegial reviewer.

23  Q.      When you present a referral for collegial review

24  to collegial review, do you explain why you want the

25  collegial review?

DR. ALFONSO DAVID  9/23/2020

```
 1   A.      Um, I explained if at the start of the session
 2   if it's -- if it's not approved and, if the collegial
 3   reviewer has further questions, in addition to what was
 4   written in the referral, we discussed that.
 5   Q.      Do you recall providing a collegial reviewer, in
 6   Mr. White's case, back in September of 2015, with any
 7   information other than which appears on the form number
 8   that's Bates No. 183?
 9           (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS
10   MARKED AS EXHIBIT NO. 7 TO THE TESTIMONY OF THE WITNESS
11   AND IS ATTACHED HERETO.)
12   A.      I don't.
13   Q.      Do you recall who the collegial reviewer was?
14   A.      Um, I don't recall, but, I can refer to the form
15   Medical Special Service Referral Denial Or Revision.
16   The first document you presented here.  I wrote there
17   in that referral denial form under initial proposed
18   course of action, MRI left knee, and, then, under that,
19   Dr. Rich of collegial review did not approve that.  So
20   it was Dr. Rich.
21   Q.      Have you ever been at a collegial review with
22   Dr. Rich before?
23   A.      I'm sure I had.
24   Q.      Had you ever been at a collegial review with Dr.
25   Rich before where you were trying to get authorization
```

DR. ALFONSO DAVID  9/23/2020

1    **for an MRI?**

2    A.      I don't recall specifically.  It's possible.

3    **Q.      When you submitted that referral and report, or**

4    **the referral for collegial review, did you suspect that**

5    **there was a tear in Mr. White's knee?**

6    A.      It's possible.

7    **Q.      And, could you tell us why you suspected there**

8    **was a tear?**

9            MR. WALLIS: I'm gonna object to that.

10   Mischaracterizes the previous answer.

11           You can respond.

12   A.      The presentation, the patient had, I -- I'm

13   recalling from what I read in his medical records.

14   It -- it points to an injury to the left knee, and, with

15   conservative initial management.  It doesn't seem to

16   improve, so the possibility of a ligament tear was

17   entertained, and, that's -- that's what I wrote there.

18   **Q.      Was this back in September of the 2015, your**

19   **referral to collegial review for an MRI, the first time**

20   **you had requested an MRI for a presenter?**

21   A.      No.

22   **Q.      Do you recall any time when your request for MRI**

23   **had been approved for a presenter, the first time you**

24   **made that request?**

25   A.      I cannot answer the question.  I don't recall.

DR. ALFONSO DAVID  9/23/2020

```
 1   It's also possible.
 2   Q.      Is there any way for you to find out if you --
 3   if you were trying to find out how many, if any
 4   referrals were MRI's that you made while working at
 5   Shawnee had been approved the first time they were
 6   submitted to collegial review, how would you go about
 7   doing that?
 8   A.      I -- I cannot answer that question.
 9   Q.      Why not?
10   A.      There's just simply no way on my part to -- to
11   verify that.
12   Q.      Well -- well, do you --
13   A.      I don't -- I'm sorry.
14   Q.      After -- when an MRI is performed for a
15   presenting at Shawnee, does the report come back to you?
16   A.      Yes.
17   Q.      And, do you remember reviewing the report that
18   came back in the MRI from Mr. White back in 2017?
19   A.      Yes.  Let me revise that.
20   Q.      Go ahead.
21   A.      I recall based on the medical records that I
22   reviewed.
23   Q.      Okay.  And, do you have those in front of you
24   now?
25   A.      I don't have the report.
```

1    Q.      Um, do you have, um, bates -- what happened to

2    your counsel?

3           Bates No. 183 or 188 -- I can't -- in front of

4    you?  188 and 189.

5           MR. WALLIS: Let's go off the record for a

6    second.

7           MR. FLAXMAN:  Sure.

8           (Break.)

9           (By Mr. Flaxman)

10   Q.      Let me ask you to look at what's previously been

11   marked with bates numbers of 188 and 189.   Which, I

12   have marked as deposition Exhibit No. 10.

13          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS

14   MARKED AS EXHIBIT NO. 10 TO THE TESTIMONY OF THE WITNESS

15   AND IS ATTACHED HERETO.)

16   Q.      But, you can't see that because of our

17   physical -- our technological inability.   Have you ever

18   seen that radiology -- could you tell us what that is?

19   A.      This is a radiology report done at Union County

20   Hospital for Mr. White, and, it's an MRI lower joint

21   slash left knee without contrast report.

22   Q.      And, is there a date on this report?

23   A.      This was dated date of service, D.O.S. 12-19,

24   2017.

25   Q.      Okay.   And, in the bottom right there seems to

DR. ALFONSO DAVID  9/23/2020

```
 1   be stamped MD review date stamp signature.  Did you see
 2   that?
 3   A.      Yes.
 4   Q.      Is that your signature?
 5   A.      Yes.
 6   Q.      And did you review this report on or about
 7   December 27th, of 2017?
 8   A.      Yes.
 9   Q.      When you reviewed it, did you make those
10   underlines that we see in the finding section?
11   A.      I'm not sure whether I did that or somebody else
12   did.
13   Q.      Okay.
14   A.      Now.
15   Q.      Okay.  The first part that underline, as I read
16   it, says "large bucket handle tear medial meniscus", do
17   you see that?
18   A.      Yes.
19   Q.      Could you explain to us what that means?
20   A.      There's a tear in the medial meniscus.
21   Q.      And, is that -- what is the medial meniscus?
22   A.      Medial meniscus is a -- it's a substance between
23   the articulating surfaces of the joint.  In this case,
24   in the knee.  It's the surfaces of the -- between the
25   femoral bone and the tibial bone.
```

DR. ALFONSO DAVID  9/23/2020

1  Q.      **Is a large bucket handle tear something that can**
2  **be repaired surgically?**
3  A.      Yes.
4  Q.      **Is a large bucket handle tear medial meniscus**
5  **something that can be cured with physical therapy?**
6  A.      I don't have any experience on that.  But,
7  from, the cases that involves injuries of the knee that
8  I manage throughout my medical career, especially in the
9  correctional facility where this is quite common, they
10 sometimes -- the first, I take it back.  The first thing
11 to try is conservative management, and, usually, they --
12 there's some cases where they respond.  Sometimes they,
13 with -- with physical therapy.  And, others may not.
14 And, this may take years.
15 Q.      **What may take years?**
16 A.      The conservative management, the response.
17 Q.      **Also, on page 188, the next underlined sentence**
18 **as I read it, says "high-grade partial slash near full**
19 **dash thickness tearing of the ACL."  Do you see that?**
20 A.      Yes.
21 Q.      **Could you tell us what the ACL is?**
22 A.      ACL is -- stands for anterior cruciate --
23 cruciate ligament.
24 Q.      **And, is, what's the tearing of the ACLU --**
25 **excuse me, the ACL?**

DR. ALFONSO DAVID  9/23/2020

```
 1   A.      The ACL is one of the ligaments that stabilizes

 2   the knee joint.   It is attached to the -- to the end of

 3   the femur, and, attached to the -- the proximal end of

 4   the tibia.   And, what the purpose of that is to -- to

 5   prevent the tibia from anterior subluxation.

 6   Q.      Is the tearing of the ACLU -- ACL something that

 7   can be repaired with surgery?

 8   A.      Yes.

 9   Q.      Can a torn ACL be cured in physical therapy?

10   A.      Again, just like the meniscus, sometimes they

11   improve with conservative management, like physical

12   therapy.

13   Q.      Now, you said you've seen that, I think you said

14   something about it being common in the prison to see

15   knee injuries of torn medial meniscus; did I hear that

16   right?

17   A.      That is common.

18   Q.      Yes.

19   A.      We do see cases.   I'm not quite sure exactly

20   whether it's entirely the medial meniscus.   It could be

21   other ligaments.

22   Q.      Is the policy of Wexford that you follow --

23   well, you worked -- in your work at Shawnee, have you

24   followed Wexford policies and procedures?

25   A.      That's the -- the procedure that we follow.   If
```

DR. ALFONSO DAVID  9/23/2020

```
 1   you're referring to collegial review.
 2   Q.      Is there also a procedure or policy of
 3   conservative treatment of knee injuries?
 4   A.      I don't know if it's a policy.  Usually when a
 5   procedure or any request is not approved, or not --
 6   yeah, not approved, I'm sorry -- they always give what
 7   we call an alternative treatment plan or ATP.  In this
 8   particular case, the alternative plan was to do a
 9   referral to physical therapy and to the ATP.
10   Q.      As you sit here today do you think any referral
11   you made to collegial review for an MRI following a knee
12   injury where the request for MRI was approved in the two
13   or three months, in the period -- in the three-month
14   period following the injury?
15           MR. WALLIS: Objection, asked and answered.
16   A.      I didn't quite understand the question.
17           Could you repeat that, please?
18           MR. FLAXMAN:  Ms. Court Reporter, could read
19   that question back please?
20           COURT REPORTER: "Q.  As you sit here today, do
21   you think any referral you made to collegial review for
22   an MRI following a knee injury where the request was
23   approved in the two or three months in the period -- in
24   the three-month period following the injury?"
25           (By Mr. Flaxman)
```

DR. ALFONSO DAVID  9/23/2020

1    Q.      That's a perfectly great question, which I will

2    rephrase.

3            As you sit here today, can you think of any

4    instance where you made a request to collegial review in

5    the three months following a knee injury requesting an

6    MRI where collegial review approved the MRI?

7            MR. WALLIS: Objection, asked and answered.

8    A.      I don't recall.   It varies.

9    Q.      Well, I understand it varies.

10           Can you think of any instance where such a

11   request is approved by collegial reviewed?

12           MR. WALLIS: Asked and answered.

13   A.      I said I didn't recall.

14   Q.      Excuse me -- oh -- oh, you can't, okay.

15           When you reviewed Mr. White's medical records

16   for this deposition, did you see when the date on which

17   the original injury occurred?

18   A.      Yes.

19   Q.      And, would you recall the month and year of that

20   original injury?

21   A.      I see the entry, I believe it was five or six,

22   2015, I think.

23   Q.      Did you see anything in those medical records

24   between June of 2015, and, October, and December of 2017

25   that indicated a subsequent injury to the left knee of

DR. ALFONSO DAVID  9/23/2020

1    Mr. White?

2    A.      Could you repeat the date again, please?

3    Q.      Well, the MRI was December 19, 2017, can we

4    agree on that?

5    A.      Yes, December 19, 2017.

6    Q.      And the original knee injury was June 26th, of

7    2015?

8    A.      Yes.

9    Q.      Did you see anything in the medical records of

10   an injury to the knee after June of 2015 and before

11   December 29th, of 2017?

12   A.      Yeah, when I was reviewing the medical records,

13   and, my recollection is entirely what is written in the

14   medical records, I noticed that Mr. White was seen, in,

15   I believe August of 2017 where he -- he fell on stairs

16   in the housing unit and was seen by the nurse and

17   subsequently referred to the provider.   That was the

18   only -- the only time that I saw another injury accident

19   since 2015.

20   Q.      In the incident in August of 2017, did you see

21   anything in the records you reviewed that's -- that was

22   consistent with that fall resulting in a tear of the

23   medial meniscus?

24   A.      I cannot think of one.

25   Q.      Did you see anything in those records at the

DR. ALFONSO DAVID  9/23/2020

1   accident -- incident of August, 2017, could have

2   resulted in a high grade partial full thickness tear of

3   the ACL?

4   A.      In August, 2017?

5   Q.      Yes.

6   A.      It -- whatever the findings would be in

7   evaluation of the patient and the physical exams at the

8   time.

9   Q.      Did you see Mr. White after the incident of

10  August, 2017?

11  A.      I have to refer to the records.  I don't

12  recall.  I believe I did, but I have to refer to the

13  record.

14  Q.      Well, let's do it chronologically.

15          When is the first time that you examined Mr.

16  White after June 26, 2015 incident?

17  A.      Well, after reviewing the records, I believe it

18  was in August of 2015, the first time I saw him.

19  Q.      And, do you recall -- as you sit here -- other

20  than what's in the medical records, do you have any

21  recollection of that examination on August -- in August

22  of 2015?

23  A.      Unfortunately not.

24  Q.      Okay.  Do you recall that Mr. White was unable

25  to fully extend his knee back in August of 2015?

DR. ALFONSO DAVID  9/23/2020

```
 1   A.       Without reading my entry at that time, I can't.
 2   Q.       Did you order X-Rays after the visit of the
 3   August 13, of 2015?
 4   A.       He already had an X-ray ordered by the nurse
 5   practitioner.
 6   Q.       As you sit here today, do you recall having
 7   discussed Mr. White's case with the nurse practitioner
 8   before August 13th, of 2015?
 9   A.       I don't.
10   Q.       Um, can an X-ray show a tear of the medial
11   meniscus?
12   A.       No.
13   Q.       Could an X-ray show an injury to the ACL?
14   A.       No.
15   Q.       Was there any way that you could have determined
16   other than an MRI that back in 2015 Mr. White had a
17   bucket handle tear of his medial meniscus?
18   A.       Other than indefinite signs directly indicating
19   that there's a tear, there's none that you can
20   definitely say that there was a tear on a regular X-ray.
21   Q.       Yeah.  Do you recall reading your medical
22   record entry for September 8th, of 2015 where you wrote
23   that you want to rule out a ligament tear?
24   A.       I have to refer to the entry.
25   Q.       Yeah, let me see if your counsel can find that.
```

DR. ALFONSO DAVID  9/23/2020

```
 1          MR. WALLIS: Ken, I have not been just putting
 2   records in front of him.
 3          MR. FLAXMAN:  Okay.
 4          MR. WALLIS: Cause I thought I would give you the
 5   chance to control that.  But, do you want me to be
 6   putting medical in front of him?
 7          MR. FLAXMAN:  Yeah, that's perfectly fine for
 8   this deposition.  Thank you for your courtesy to my --
 9          MR. WALLIS: All right, I'm giving him Bates No.
10   0054 and 0056.
11          MR. FLAXMAN:  Thank you.
12          MR. WALLIS: Sure.
13          (By Mr. Flaxman)
14   Q.     Could you look at those and tell us what they
15   are, please.
16   A.     Sure.  This was dated September 8th, 2015 at
17   1:30 p.m.  It's stamped M.D. Sickle.  And, it says
18   "Follow-Up X-ray, left knee.  And, I wrote S which
19   stands for subjective claims still with pain to his left
20   knee on intra and both sides.  Claims certain movement
21   causes his knee to pop or give out.  He has been using
22   his crutches and no weight bearing.  O, stands for
23   objective, ambulates with a limp.  Unable to extend leg
24   to 180 degrees, only up to 160 degrees, and, not able to
25   flex leg 90 degrees.  No muscle atrophy. Lachman test
```

**DR. ALFONSO DAVID  9/23/2020**

1  negative.   A, stands for assessment.   Left knee

2  injury, rule out ligament tear.   And, opposite column,

3  P stands for plan.  Advised to continue crutches and no

4  weight wearing.  Five hundred milligram tablet Asprin

5  BIM for two weeks.  Continue MRI for left knee."

6  **Q.      Was your goal on September 8th, 2015 to rule out**

7  **a ligament tear?**

8  A.      Yes.

9  **Q.      And, the -- the large bucket handle tear of the**

10 **medial meniscus, is that a ligament tear?**

11 A.      It's a meniscus.  It's like a cushion.   It's

12 not the ligament, that's why, it's a cushion between the

13 end of bones.

14 **Q.      And was there any way other than an MRI to rule**

15 **out a ligament tear back in September 8th, of 2015?**

16 A.      Other than the findings, clinically, which means

17 your examination, the history, examinations, and, the

18 response to management, that may indicate a ligament

19 tear.  Those are indirectly.   But the definite

20 diagnosis will be shown through MRI.

21 **Q.      Did you rule out a ligament tear in your**

22 **examination on September 8th, of 2015?**

23 A.      No, I say indicate during assessment rule out

24 ligament tear.  I didn't say it was ruled out.

25 **Q.      And, did you ever rule out a ligament tear on**

1   Mr. White?

2   A.      There's always that possibility.

3   Q.      **Well, did you ever rule it out?**

4   A.      At that point, on September 8 --

5   Q.      **At any point did you ever rule out a ligament**

6   **tear on Mr. White?**

7   A.      When he had the MRI it definitely showed

8   ligament tear.  It was never ruled out.

9   Q.      **And, I'm gonna correct that the reason why Mr.**

10  **White did not receive an MRI in September, 2015 was**

11  **because of collegial review did not approve the request?**

12  A.      Um, could you repeat the question again?  I'm

13  sorry.

14  Q.      **Certainly.  Well, okay.   Could you tell us why**

15  **Mr. White did not receive the MRI back in September of**

16  **2015?**

17  A.      I can tell I presented it, it was not approved,

18  so I cannot answer that.

19  Q.      **And, the doctor who -- who -- who -- and who was**

20  **it who did not approve the MRI?**

21  A.      I think I wrote under the document, medical

22  special service referred denial.  I wrote Dr. Rich of

23  collegial review did not approve this.

24  Q.      **Was he employed by Wexford back in 2015?**

25  A.      Yes.

DR. ALFONSO DAVID  9/23/2020

```
 1   Q.       And, do you recall what his position was?
 2   A.       He's the collegial reviewer.
 3   Q.       And, he's a physician; is that right?
 4   A.       Yes.
 5   Q.       Was he your supervisor?
 6   A.       No.
 7   Q.       Do you have your affidavit in front of you or,
 8   could I ask you, is, I've marked that as deposition
 9   Exhibit No. 1, and it's marked at the top with page I.D.
10   528, Exhibit A.
11           (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS
12   MARKED AS EXHIBIT NO. 1 TO THE TESTIMONY OF THE WITNESS
13   AND IS ATTACHED HERETO.)
14   Q.       Is that your signature on the last page?
15   A.       Yes.
16   Q.       Do you recall when it was that you signed that?
17   A.       I don't recall.
18   Q.       Okay.  Did you see any indication at all in
19   this document of the date by which you signed the
20   affidavit, or, we could stipulate it's not there if that
21   will save time.
22           MR. WALLIS: If it's not with your signature we
23   can stipulate it's not there.  It should be.
24   A.       This?
25           MR. WALLIS: Yeah.
```

DR. ALFONSO DAVID  9/23/2020

1   **Q.      Who prepared this affidavit?**

2   A.      My counsel at the time, or, still is.

3   **Q.      In the affidavit you referred to a second**

4   **submission to collegial review for an MRI.   Let me --**

5   **let me back up.   Did you ever make -- after the initial**

6   **request for an MRI that was rejected, did you ever make**

7   **another request for an MRI to collegial review?**

8   A.      I think the second one was in December, where I

9   read the report for the MRI.   December, 2017, I'm

10  sorry.

11  **Q.      And, did you -- did you submit another request**

12  **to collegial review to get that MRI authorized?**

13  A.      Before the December?

14  **Q.      Yes.**

15  A.      Uh, I -- I believe that was dated September --

16  this was -- September 8, 2015.   I don't have the --

17  this was the first request.   I don't have --

18          MR. WALLIS: Feel free to read your declaration

19  before answering.

20  A.      Okay, what number is that?

21  **Q.      Let me direct your attention to paragraph 20,**

22  **which is on page 5.**

23  A.      Yes, I saw that.   And, that's referring to my

24  entry in the progress notes when I saw him in September

25  -- no, I'm sorry, I was a bit confused there.   I don't

DR. ALFONSO DAVID 9/23/2020

1    have any entry when I saw him November -- November 16,

2    number 20, in my declaration.    On November 16th, 2017,

3    and, I indicate in there that I -- I would submit a

4    request for an MRI to collegial and the request was

5    approved and he had the MRI on December 19th, 2017?

6    **Q.        Could you tell us what, if anything, was**

7    **different than your second request to collegial review**

8    **from your first request to collegial review?**

9    A.        Without -- I don't have any entry.

10   **Q.        If I can refer to that on November 16th, 2017?**

11   A.        My entry indicates under S, "exam rooms using

12   crutches.    Claims he needs MRI because he thinks he has

13   ligament injury.    History reviewed.    Injured right knee

14   playing basketball June 26th, 2015.    Open parentheses,

15   8-13-15 notes, closed parentheses.    He was treating

16   conservatively with NSAID and crutches.    He was referred

17   to physical therapy and finished two months half daily.

18   Supervised in October to November, 2015.    Continues to

19   have pain in his left knee.    Repeat X-ray unchanged.

20   Try compartmental osteoarthritis with small joint

21   effusion."    And, under my objective exam, "left knee no

22   swelling.    Slight limitation with full extension limited

23   to 180 degrees.    Assessment osteoarthritis left knee

24   without ligament injury."    Yes, since, the left knee

25   complaints recurred again in -- in 2017, and, this I

DR. ALFONSO DAVID  9/23/2020

```
 1   recall after reviewing the medical records recently,
 2   from the initial injury in June, 20 -- 26, of 2015,
 3   where he was treated conservatively with the crutches
 4   NSAID and have that was supervised for two months, since
 5   then, he persisted complained of left knee pain until, I
 6   believe, the end of 2000 -- not the end, but until March
 7   of 2017, after reviewing his record.   He -- he then
 8   didn't complain anymore of left knee pain for over a
 9   year until in July, end of July when he -- of 2017.
10   So, that's, like, over a year, maybe one, almost one and
11   a half years of not complaining about his left knee.
12   And, the first time that he complained in, I mean, after
13   that, not complaining of over -- of one and a half
14   years, when he complained in July of 2017 to the nurse,
15   initially he complained of his left knee having some
16   tingling sensation, but not pain.   And, then in August
17   of 2017, that's when another injury, the second injury
18   was reported to the nurse when he fell in the stairs.
19   And, since then he hasn't been complaining again of his
20   left knee.   So I'm not quite sure if this is still a
21   recurrence of the initial injury, or there was another
22   second injury that occurred when he fell on his stairs.
23   And, with him still complaining of this after a couple
24   of years now, and with my current, and his presentation
25   and my notes that I wrote on -- when I saw him November
```

DR. ALFONSO DAVID  9/23/2020

```
 1    16, 2017, I thought another -- I thought that he

 2    probably would need to have to request an MRI again.

 3    And that's the reason I requested an MRI.

 4    Q.      Could you give us the page numbers that you are

 5    looking at at the document in front of you, the bottom

 6    right-hand number?

 7    A.      104 and 105.

 8    Q.      Is that -- does your handwriting appear on 104?

 9    A.      Yes.

10    Q.      Is there writing on 104 that is not in your

11    handwriting?

12    A.      The nurses -- oh, the top of the page of 104,

13    that's a entry by the radiology technician.

14    Q.      Where it says radiology note?

15    A.      Yes.

16    Q.      And, is the rest of it where M.D. Sickle, is the

17    handwriting, is that your --

18    A.      I'm sorry, the vital signs there where entries,

19    and it says follow up X-ray, that's an entry by the

20    nurse.  The rest are all in my handwriting.

21    Q.      And, if we look at 105, is that your handwriting

22    also?

23    A.      Yes.  Other than when it says there at the

24    bottom of each page 104 and 105 noted, dated and signed

25    by the nurse.
```

DR. ALFONSO DAVID  9/23/2020

1    Q.     But, other than that, is your handwriting where,

2    in the column it's entitled "subjective/objective

3    assessment"?

4    A.     Yes.

5    Q.     And, at one point in your answer you refer to

6    the injury in June of 2016.   Did you mean June of 2015?

7           MR. WALLIS: As far as when the injury occurred?

8    Q.     Right.   I heard you refer to June of 2016.

9    Did I mishear it?

10   A.     Yeah, I think you -- I was, I think I said June

11   of 2015 -- 2015, not '16.

12   Q.     Did anything happen in June of 2016 in this,

13   involving --

14   A.     Other than.

15   Q.     Involving -- yeah, go ahead.

16   A.     I'm sorry.

17   Q.     Let's start over.   Let me finish the question.

18          Did anything happen in June of 2016 that

19   involved Mr. White in connection with the injury we've

20   been talking about?

21   A.     I didn't hear you, the last statement.

22   Q.     Okay.   Did anything happen to Mr. White, which

23   you're aware, in June of 2016 which, with reference to

24   the injury that we have been talking about today?

25   A.     I believe in, that happened in August of 2017.

 1   The second injury.

 2   **Q.      Okay.**

 3   A.      When he fell.

 4          MR. WALLIS: I think he's trying to clear up your

 5   testimony.  He said that he thought you testified about

 6   June of 2016.   Do you recall anything happening in June

 7   of 2016.

 8   A.      No, other than he was seen intermittently for

 9   his HEP.

10          MR. WALLIS: Dr. David used the word HEP, H-E-P,

11   you got that?

12          COURT REPORTER:  Yes.

13   **Q.      Can you tell us what HEP is?**

14   A.      ATP?

15   **Q.      No, HEP?**

16   A.      I'm sorry, HEP, I apologize.  I've been having

17   problems hearing.

18   **Q.      I'm having trouble talking.**

19   A.      I recently lost my left ear, total hearing, and

20   that's the reason why, I, you know, have problems now

21   hearing.   I apologize for that.

22          But, HEP stands for home exercise program.

23   That's usually after an initial assessment by the

24   physical therapy department.  They formulate a home

25   exercise program for the patient to do depending on how

DR. ALFONSO DAVID  9/23/2020

1    often the repetitions and sets that they do daily for

2    the physical therapy exercises that they can do at home,

3    or, in this case, at Shawnee site.

4    **Q.        And, in your long answer before, I -- I recall**

5    **hearing you say that Mr. White did not complain about**

6    **knee pain for a year.   Did I hear that right?  Do you**

7    **recall mentioning that?**

8    A.       Yeah, after I reviewed his medical records that

9    was given to me by my counsel, I'm not -- I didn't

10   notice that until I reviewed it, that, the last entry

11   where he complained of his left knee was, I believe, in

12   March of 2016.   And, then, the next entry in his

13   progress notes where he complained of the left knee

14   again was in July of 2017.   That's when he complained

15   of no pain, but, a tingling sensation, I believe, of his

16   left knee.

17   **Q.        Is your testimony that Mr. White did not**

18   **complain about knee pain between March of 2016 and July**

19   **of 2017 based on anything other than your review of the**

20   **medical records?**

21   A.       Yes.

22   **Q.        And what is it -- what else is it based on?**

23   A.       I'm sorry?

24   **Q.        You said -- you said, yes, it's based on**

25   **something in addition to your review of the medical**

DR. ALFONSO DAVID  9/23/2020

Page 40

```
 1   records?
 2   A.      Oh, no, that's -- that's the only basis.  I
 3   misunderstood you then.
 4   Q.      Thank you.
 5   A.      You're welcome.
 6   Q.      When's the last time you saw Mr. White?
 7   A.      I don't recall.  I have to refer again to his
 8   medical records.
 9   Q.      Well, have you  -- did you see Mr. White since
10   he left the penitentiary?
11   A.      Did I see?
12           MR. WALLIS: Have you seen him since he left the
13   penitentiary?
14   A.      No.
15   Q.      Thank you.
16           I want to briefly go over some exhibits, and
17   we'll see if we can find them.   And, I -- if you could
18   find the extra report that says page 298, which I had
19   marked as Exhibit 2.
20           (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS
21   MARKED AS EXHIBIT NO. 2 TO THE TESTIMONY OF THE WITNESS
22   AND IS ATTACHED HERETO.)
23   Q.      Could you tell us what that -- what page 298 or
24   Exhibit 2 is?
25   A.      The date of this X-ray?  Or.
```

DR. ALFONSO DAVID  9/23/2020

1    Q.      Yes.  Well, is it an X-ray report?

2    A.      It's an X-ray report from One Radiology, the

3    contractual radiologist for Shawnee, and, it was on Mr.

4    White, done at Shawnee.  An X-ray of left knee, two

5    views dated July 6th, 2015.  And --

6    Q.      I don't want to interrupt you, I'm sorry.

7    A.      I was gonna read to you the findings.

8    Q.      Go ahead.  Go ahead.

9    A.      "Findings.  Two views, demonstrate minimal early

10   tricompartmental osteoarthritis with a small knee joint

11   effusion, but no acute body fracture or dislocation is

12   seen."

13   Q.      Does your handwriting appear on this form?

14   A.      No.

15   Q.      Do you know who -- who -- whose handwriting that

16   is an MD review?

17   A.      I'm guessing -- I think that was a nurse

18   practitioner at the time.  I'm not sure.

19   Q.      Do you recall seeing this form on page 298 on or

20   about July 8th, of 2015?

21   A.      I mentioned it in my entry in the progress notes

22   when I saw him September 9, 2015 about the X-ray report.

23   Q.      Was -- was it the practice back in 2015 for the

24   actual x-rays to be sent to you along with the report?

25   A.      I'm sorry, could you repeat the question?

DR. ALFONSO DAVID  9/23/2020

Page 42

1    Q.      Okay.   This X-ray report refers to two views.
2    Were those two views sent with the X-ray report to you
3    back in 2015?
4    A.      The films, you mean?  The films.
5    Q.      Yes.
6    A.      The X-ray -- no, it's -- it's the official
7    report from the radiologist that is sent to the
8    facility.
9    Q.      Do you know what happened to the films, or the
10   images?
11   A.      After the X-ray is taken by the extra
12   technician, this ER mailed to the -- to the radiologist.
13   In this case to One Radiology company.
14   Q.      And, do you know what happens after they're
15   mailed to the One Radiology?
16   A.      I'm not sure if they send them back, the films
17   to the facility.   I'm assuming they -- they do because
18   I see X-ray films there on file.
19   Q.      Were the X-Rays -rays taken at Shawnee?
20   A.      Yes.
21   Q.      If your counsel could find page 299 which I've
22   marked as Exhibit 3.
23           (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS
24   MARKED AS EXHIBIT NO. 3 TO THE TESTIMONY OF THE WITNESS
25   AND IS ATTACHED HERETO.)

DR. ALFONSO DAVID  9/23/2020

Page 43

1    Q.       Could you tell us what this is?

2    A.       This is another X-ray of the left knee report

3    taken, but it was taken on August 27, 2015.

4    Q.       And was this another X-ray that was taken at

5    Shawnee and sent to One Radiology for evaluation?

6    A.       Yes.

7    Q.       Does your handwriting appear on page 299, which

8    I have marked as Exhibit 3?

9    A.       No.

10   Q.       Do you recall reviewing this report?

11   A.       Yes, I think I mentioned it when I first saw the

12   patient in August, I believe, or September.   I read --

13   just a few minutes ago that I reference in my entry the

14   two x-rays taken at the time, July and August.

15   Q.       Do you know why there were four views in the

16   August 28th report and two views in the July 6th report?

17   A.       No.

18   Q.       Excuse me for a minute.   I dropped my notes.

19            Do you know whose handwriting appears on page

20   299, on the bottom right?

21            MR. WALLIS:  Whose handwriting?

22   A.       No, I believe I'm seeing the same signature, and

23   I believe, as I said earlier, that that's Blake Woods'

24   signature.

25   Q.       All right, let me ask you to look at page 300,

 1    which I have marked as Exhibit 4.

 2         (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS

 3    MARKED AS EXHIBIT NO. 4 TO THE TESTIMONY OF THE WITNESS

 4    AND IS ATTACHED HERETO.)

 5    Q.    Could you tell us what this is?

 6    A.    This is another X-ray of the left knee done by

 7    One Radiology at Shawnee, on August 21, 2017, and, this

 8    is the official interpretation of that X-ray.

 9    Q.    Does your handwriting appear on this form?

10    A.    No.

11    Q.    Does that appear to be Mr. Woods?

12    A.    I don't think it's Blake Woods' signature.  It's

13    different from the first two.

14    Q.    Yeah, as we go back to page 298, July 7th

15    radiology report, it says history pain, and the one

16    we're looking at now says pain and limited range of

17    motion, on page 300; do you see that?

18    A.    Could you repeat that again, please?

19    Q.    Okay.  The page 298, which is the X-ray, One

20    Radiology dated July 7th, 2015 is a line that says

21    history, colon and it says pain?

22    A.    July 6th, 2015.

23    Q.    Well, okay.  July 6th -- okay.  It's, it's at

24    page 298, it says history, pain.  Do you see that?

25    A.    Yes.

DR. ALFONSO DAVID  9/23/2020

1  Q.      And the one we've just looked at now is page

2  300, it says history, pain, and limited range of motion;

3  is that correct?

4  A.      Yes.

5  Q.      Do you know why it was that One Radiology had a

6  more detailed history in 2017 than it had in 2015?

7  A.      I don't know.

8  Q.      Did -- did Mr. White have a limited range of

9  motion back in 2015?

10  A.      My belief is that when an X-ray request is given

11  to the radiologist, the nurse writes -- there's a

12  portion there where it says history.  And I believe

13  that's where they got it -- they got that information.

14  Q.      All right.  And, now, if your counsel could

15  find the next page 301, which I've marked as Exhibit 5.

16          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS

17  MARKED AS EXHIBIT NO. 5 TO THE TESTIMONY OF THE WITNESS

18  AND IS ATTACHED HERETO.)

19  Q.      Could you tell us what that is?

20  A.      It's another X-ray of the left knee done by One

21  Radiology at Shawnee, date November 6th, 2017 on Mr.

22  White.

23  Q.      And, this has -- can you tell us what this has

24  for history?

25  A.      History?  Are you asking about --

DR. ALFONSO DAVID  9/23/2020

1   Q.     Well, next to history does it state "twisting

2   injury, pain and swelling"?

3   A.     Yes.

4   Q.     Do you know why it says twisting injury on this

5   form and it didn't say twisting injury on any of the

6   earlier radiology reports?

7   A.     Just, like the answer that I told you, just a --

8   a few minutes ago, that, I believe it is how the request

9   for the X-ray was written by the nurse where they put an

10   entry there on the history in these request for X-ray.

11   Q.     And, by the nurse, you mean, Mr. Blake, or a

12   nurse practitioner, or somebody else?

13   A.     It can be Blake, or it can be a nurse, a regular

14   nurse.

15   Q.     Does your signature appear -- does your

16   handwriting appear on this exhibit?

17   A.     Yes.

18   Q.     301?

19   A.     Yes.

20   Q.     Where is your handwriting?

21   A.     The signature, the date, and I checked file.

22   Q.     Do you recall signing any other One Radiology

23   reports concerning Mr. White, other than 301?

24   A.     I have to review again the chart.

25   Q.     Okay.

```
 1   A.      I'm sorry.
 2   Q.      All right.   Let me ask you to look at another
 3   -- I don't -- I don't think we've done this one yet.
 4   It's page 180 -- do you need a break?
 5           MR. WALLIS: Yeah, I was gonna let you finish
 6   saying what bates number.   You're looking for it, but,
 7   yeah, now would be a good time for a break.
 8           MR. FLAXMAN:  That's fine.
 9           (Break.)
10           (By Mr. Flaxman)
11   Q.      Sir, let me ask you to direct your attention to
12   what's numbered at the bottom right, 184, that I've
13   marked as Deposition Exhibit No. 8.
14           (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS
15   MARKED AS EXHIBIT NO. 8 TO THE TESTIMONY OF THE WITNESS
16   AND IS ATTACHED HERETO.)
17   Q.      Could you tell us what this is?
18   A.      This is a -- the heading is Medical Special
19   Services Referral, a report.   This is a, initially a
20   request to Union County Hospital physical therapy
21   involved for home exercise program of his left knee, and
22   I wrote there "discuss in collegial review on September
23   9, 2015."  And I signed it.
24   Q.      Could you --
25   A.      And down at the bottom, not bottom, but the mid
```

DR. ALFONSO DAVID  9/23/2020

Page 48

```
 1   portion under report of referral it was written by the
 2   physical therapy at Union County Hospital, their
 3   findings, and, recommendation.
 4   Q.      Well, which is -- well, at the bottom where it
 5   says facility, medical director signature, is that your
 6   handwriting?
 7   A.      Yes.
 8   Q.      At the top where it says "rationale for
 9   referral".  Is any part after that your handwriting?
10   A.      Yes.  As I said, I added discuss in collegial
11   review on 909-15.
12   Q.      Do you -- do you know who wrote the material
13   before that, physical therapy eval or home exercise
14   program, left knee?
15   A.      I think it is a -- a, this was written by the,
16   by Kim Johnston, our medical records director, who
17   usually is with me when we do our weekly collegial
18   review discussions.
19   Q.      Okay.  Let me ask you to look at, what's
20   previously been marked at the bottom right as No. 185
21   and there are two pages after that, total three pages,
22   which I marked as deposition Exhibit No. 9.
23           (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS
24   MARKED AS EXHIBIT NO. 9 TO THE TESTIMONY OF THE WITNESS
25   AND IS ATTACHED HERETO.)
```

DR. ALFONSO DAVID  9/23/2020

1    Q.      Could you tell us what this is?

2    A.      This is Union County Hospital physical therapy

3    evaluation on Mr. White.

4    Q.      Have you ever seen this before, other than in

5    preparing for this deposition?

6    A.      I believe at the time I saw this form because I

7    -- I signed it September 24th, 2015.

8    Q.      And, is that your signature on the third page

9    which what's been marked as No. 187?

10   A.      Yes.

11   Q.      Now, the first page, there's a table that's

12   entitled subjective; do you see that?

13   A.      Yes.

14   Q.      And, there it says "profile slash CC".   Do you

15   know what that means?

16   A.      I think that's the same thing as subjective or

17   history.

18   Q.      And the material to the right of that, which

19   starts out "PT period states", is it your understanding

20   that that's information that Mr. White relayed to the

21   physical therapist?

22   A.      Yes.

23   Q.      Do you see anything in that physical therapy

24   evaluation that relates to this, a second injury falling

25   on the stairs that you referred to before?

DR. ALFONSO DAVID  9/23/2020

```
 1   A.       Regarding a second injury?

 2   Q.       Yes.

 3   A.       No, I believe this was -- there's no mention of

 4   a second injury, that I see.

 5   Q.       I did -- I'm not sure I heard you.   There is or

 6   there's not?

 7   A.       There's not.

 8   Q.       And, am I correct that collegial review approved

 9   Mr. White for one physical therapy session?

10   A.       It's a one-time physical therapy evaluation for

11   HEP.

12            MR. FLAXMAN:  Okay, I have no further questions.

13            MR. WALLIS: All right, Dr. David, I have one or

14   two.

15

16                             EXAMINATION

17   BY MR. WALLIS:

18   Q.       Would you tell someone who maybe doesn't, hasn't

19   performed the test or doesn't know about the test, would

20   you describe what a Lachman's testify is?

21   A.       A Lachman's test is a physical exam test that we

22   -- that the orthopaedic surgeon usually performs to

23   indicate whether there is a -- an ACL interior

24   translation or the varus-valgus distress.

25   Q.       Did you perform a Lachman's test on -- on Mr.
```

DR. ALFONSO DAVID  9/23/2020

1  **White?**

2  A.     Yeah, I if I recall in my first entry, or when I

3  first saw him or this injury, back in 2015, I mentioned

4  that the Lachman test was negative.

5  **Q.     And, what does a Lachman's test being negative,**

6  **what does that tell a physician evaluating a patient?**

7  A.     When the Lachman's test, you demonstrate that

8  the tibia, which is the bigger bone in the leg,

9  that's -- that is not anteriorly when you try to put the

10  force, pushing it anteriorly against the femur.  And,

11  because the ACL, the anterior cruciate ligament prevents

12  that, prevents the anterior displacement of the tibia.

13  If the ACL is torn or there is injury there, there's no,

14  it's not limited, it goes further forward which would

15  indicate that it's loose or that ligament is not -- is

16  not performing the way it should.

17  **Q.     So when you performed a Lachman's test on Mr.**

18  **White in 2015, you were testing to see if you could see**

19  **that movement of the tibia that would happen if the ACL**

20  **was not properly keeping it in place?**

21  A.     Yes.

22  **Q.     And you found that you did not find any movement**

23  **and that's what a negative test means, correct?**

24  A.     Yes.

25  **Q.     You answered several questions today about**

DR. ALFONSO DAVID  9/23/2020

1    physical therapy.   Why -- why did Mr. White have

2    physical therapy?

3    A.      He had physical -- you're referring to 2015?

4    Q.      Yes.

5    A.      Cause he had other physical therapy.

6    Q.      Let me ask you over all, why did Mr. White have

7    physical therapy?

8    A.      It's because that's another way of treating

9    injuries to the ligaments, like ACL tear, or, you know.

10   And, it's, that's -- the other form of treatment, that's

11   what we call conservative management in contrast to

12   having surgery, surgical management.   And, usually

13   that's a way to treat any joint injuries first, you

14   know, we try conservative management.

15   Q.      When Mr. White, you said, ceased complaining

16   about his knee in March of 2016, until late July of

17   2017, looking back on it now, clinically, and -- let me

18   try that again.   When a patient with a knee injury

19   ceases complaint for over a year about that knee injury

20   after undergoing physical therapy, does that suggest

21   anything to you, typically, the status of that injury?

22   A.      You mean after -- after complaining of pain then

23   managing it conservatively and then after that he didn't

24   have anymore complaints for over a year?

25   Q.      Yes.

DR. ALFONSO DAVID  9/23/2020

1   A.        It may mean that he recovered.

2           MR. WALLIS:  Okay.   I don't have any other

3   questions.

4           MR. FLAXMAN:  Um, I have nothing.

5           MR. WALLIS: I didn't ask you today, about

6   reading and signing.   Would you prefer to read and sign

7   or would you like to waive that right and have her

8   finalize the transcript?

9           THE WITNESS:  I think I can waive it.

10                          *   *   *   *   *

11    (Deposition concluded at 11:47 a.m., witness excused.)

12

13   [Signature waived.]

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

 3        I, Jill Stewart, a Certified Court Reporter (MO CCR

 4    No. 565), do hereby certify that the witness whose

 5    testimony appears in the foregoing deposition was duly

 6    sworn by me; that the testimony of said witness was duly

 7    sworn by me; that the testimony of said witness was

 8    taken by me to the best of my ability and thereafter

 9    reduced to typewriting under my direction; that I am

10    neither counsel for, related to, nor employed by any of

11    the parties to the action in which this deposition was

12    taken, and further, that I am not a relative or employee

13    of any attorney or counsel employed by the parties

14    thereto, nor financially or otherwise interested in the

15    outcome of the action.

16

17

18                      /s/ Jill Stewart

19                      Jill Stewart

20

21

22

23

24

25
```

DR. ALFONSO DAVID  9/23/2020

**A**

a.m 53:11
ability 54:8
able 14:10
    29:24
ABOVE-MEN...
    12:16 17:9
    20:13 32:11
    40:20 42:23
    44:2 45:16
    47:14 48:23
accident 26:18
    27:1
ACL 22:19,21
    22:22,25 23:1
    23:6,9 27:3
    28:13 50:23
    51:11,13,19
    52:9
ACLU 22:24
    23:6
action 17:18
    54:11,15
actual 41:24
acute 41:11
added 48:10
addition 17:3
    39:25
adjacent 7:20
Advised 30:3
affidavit 2:11
    8:12 32:7,20
    33:1,3
affiliated 6:13
age 5:9
ago 43:13 46:8
agree 26:4
AGREED 5:1
ahead 16:1
    19:20 37:15
    41:8,8
al 1:8 3:8,21 5:3
Alaris 3:15 4:21
Alfonso 1:13
    3:12 4:11 5:4,9
    5:19

alternative 24:7
    24:8
ambulates 14:9
    29:23
Anna 6:18,23
answer 10:17
    12:4 18:10,25
    19:8 31:18
    37:5 39:4
    46:7
answered 24:15
    25:7,12 51:25
answering
    33:19
anterior 22:22
    23:5 51:11,12
anteriorly 51:9
    51:10
antiinflammat...
    14:8
anymore 35:8
    52:24
apologize 38:16
    38:21
appear 11:19,21
    12:19 36:8
    41:13 43:7
    44:9,11 46:15
    46:16
APPEARANC...
    4:1
appearing 4:3
appears 12:4
    17:7 43:19
    54:5
approve 17:19
    31:11,20,23
approved 15:14
    15:19 17:2
    18:23 19:5
    24:5,6,12,23
    25:6,11 31:17
    34:5 50:8
articulating
    21:23
asked 24:15
    25:7,12

asking 9:18 12:3
    45:25
Asprin 30:4
assessment
    30:1,23 34:23
    37:3 38:23
assistant 6:7
assuming 42:17
ATP 24:7,9
    38:14
atrophy 29:25
attached 2:16
    12:18 17:11
    20:15 23:2,3
    32:13 40:22
    42:25 44:4
    45:18 47:16
    48:25
attention 33:21
    47:11
attorney 8:11
    13:17 54:13
August 26:15
    26:20 27:1,4
    27:10,18,21,21
    27:25 28:3,8
    35:16 37:25
    43:3,12,14,16
    44:7
authorization
    17:25
authorized
    33:12
Avenue 3:16
    4:5
aware 37:23

**B**

B 2:10
back 7:1,8,13
    13:3 14:18
    15:23 17:6
    18:18 19:15,18
    19:18 22:10
    24:19 27:25
    28:16 30:15
    31:15,24 33:5

41:23 42:3,16
    44:14 45:9
    51:3 52:17
based 19:21
    39:19,22,24
basis 40:2
basketball 14:5
    34:14
bates 11:7 17:8
    20:1,3,11 29:9
    47:6
bearing 14:7
    29:22
behalf 1:14 5:10
belief 45:10
believe 25:21
    26:15 27:12,17
    33:15 35:6
    37:25 39:11,15
    43:12,22,23
    45:12 46:8
    49:6 50:3
best 54:8
bigger 51:8
BIM 30:5
bit 33:25
black 14:4
Blake 4:11 43:23
    44:12 46:11,13
blank 15:20,20
BM 14:4
body 41:11
bone 21:25,25
    51:8
bones 30:13
bottom 11:25
    12:10 13:20
    20:25 36:5
    36:24 43:20
    47:12,25,25
    48:4,20
break 20:8 47:4
    47:7,9
briefly 5:24
    40:16
Broadway 4:14
brought 12:5

bucket 21:16
    22:1,4 28:17
    30:9
business 5:20

**C**

C 4:12
call 24:7 52:11
called 11:1 13:6
    15:5
Cape 3:17
career 22:8
case 1:7 3:7 8:13
    15:16,18 17:6
    21:23 24:8
    28:7 39:3
    42:13
cases 22:7,12
    23:19
Cassiday 4:13
cause 3:19 29:4
    52:5
causes 29:21
CC 49:14
CCR 4:22 54:3
ceased 52:15
ceases 52:19
Center 6:21 7:5
certain 3:19
    29:20
Certainly 31:14
CERTIFICATE
    54:1
Certified 3:18
    5:5 54:3
certify 54:4
chance 29:5
changes 14:12
    16:15
chart 46:24
checked 46:21
Chicago 4:7
    6:10,10 7:17,17
    7:20
chronologically
    27:14
claims 29:19,20

DR. ALFONSO DAVID  9/23/2020

34:12
clear 11:23 38:4
clinical 6:12 7:18
clinically 30:16
  52:17
closed 14:13
  34:15
collegial 2:13,14
  9:4,6,7,9,9,20
  9:22 10:3,16
  10:19,24 11:4
  13:3,25 15:15
  15:22 16:3,8,9
  16:12,13,14,16
  16:17,21,22,23
  16:24,25 17:2
  17:5,13,19,21
  17:24 18:4,19
  19:6 24:1,11,21
  25:4,6,11 31:11
  31:23 32:2
  33:4,7,12 34:4
  34:7,8 47:22
  48:10,17 50:8
collegiate 8:25
  9:2,15,19
colon 44:21
column 30:2
  37:2
combined 7:21
come 19:15
common 22:9
  23:14,17
commonly 14:21
company 42:13
compartmental
  34:20
complain 35:8
  39:5,18
complained
  35:5,12,14,15
  39:11,13,14
complaining
  35:11,13,19,23
  52:15,22
complaint 52:19
complaints

34:25 52:24
comprises 9:7
concerning
  46:23
concluded 14:17
  53:11
confused 33:25
connection 13:3
  37:19
conservative
  14:23 18:15
  22:11,16 23:11
  24:3 52:11,14
conservatively
  14:6 34:16
  35:3 52:23
consistent
  26:22
consultation
  9:10,11 11:4
continue 7:4
  30:3,5
continued 7:1,5
continues 14:9
  34:18
contractual 41:3
contrast 20:21
  52:11
control 29:5
copies 9:12
copy 8:9 15:7
corner 12:10
  13:20
correct 31:9
  45:3 50:8
  51:23
correctional
  6:21 7:5 22:9
counsel 5:2
  20:2 28:25
  33:2 39:9
  42:21 45:14
  54:10,13
County 6:18
  20:19 47:20
  48:2 49:2
couple 35:23

course 9:16,23
  17:18
Court 1:1 3:1,18
  4:20 24:18,20
  38:12 54:3
courtesy 29:8
cruciate 22:22
  22:23 51:11
crutches 14:7
  29:22 30:3
  34:12,16 35:3
CT 9:12
cured 22:5
  23:9
current 35:24
currently 7:10
cushion 30:11,12

D

D 2:1,10
D-A-V-I-D 5:19
D.O.S 20:23
daily 34:17 39:1
dash 22:19
date 12:24
  20:22,23 21:1
  25:16 26:2
  32:19 40:25
  45:21 46:21
dated 20:23
  29:16 33:15
  36:24 41:5
  44:20
David 1:13 3:12
  4:11 5:4,9,19
  9:19 12:8
  38:10 50:13
day 3:13,15 16:2
  16:5
December 21:7
  25:24 26:3,5
  26:11 33:8,9
  33:13 34:5
declaration
  33:18 34:2
Defendants 1:9
  3:9 4:11 5:3

definite 30:19
definitely 14:25
  28:20 31:7
degenerative
  14:12
degree 5:23
  8:2
degrees 14:10,11
  29:24,24,25
  34:23
demonstrate
  41:9 51:7
denial 13:8 17:15
  17:17 31:22
denied 13:9,9
department
  38:24
depending
  38:25
depends 16:10
deposes 5:11
deposition 1:13
  3:12 5:4 8:6
  11:25 13:15
  20:12 25:16
  29:8 32:8
  47:13 48:22
  49:5 53:11
  54:5,11
describe 50:20
despite 14:23
detailed 45:6
determined
  28:15
diagnosis
  30:20
different 34:7
  44:13
direct 33:21
  47:11
direction 54:9
directly 28:18
director 6:20
  7:2,4,8,9,10
  48:5,16
discuss 47:22
  48:10

discussed 16:8
  16:12 17:4
  28:7
discussions
  48:18
dislocation 41:11
displacement
  51:12
distress 50:24
DISTRICT 1:1,2
  3:1,2
doctor 31:19
document 11:10
  11:16 12:5,16
  13:5 15:4,5
  17:9,16 20:13
  31:21 32:11,19
  36:5 40:20
  42:23 44:2
  45:16 47:14
  48:23
documents 8:5
  10:19,21
doing 19:7
Dr 1:13 3:12 5:4
  5:9 12:8 17:19
  17:20,22,24
  31:22 38:10
  50:13
dropped 43:18
drugs 14:8
duly 54:5,6

E

E 2:1,1,10,10
ear 38:19
earlier 43:23
  46:6
early 41:9
effusion 14:14
  34:21 41:11
electronically
  2:16
employed 31:24
  54:10,13
employee 54:12
employment

DR. ALFONSO DAVID  9/23/2020

9:16
Endorsed 9:12
endured 14:5
endures 14:20
entertained
 18:17
entirely 23:20
 26:13
entitled 15:2
 37:2 49:12
entries 36:18
entry 25:21 28:1
 28:22,24
 33:24 34:1,9
 34:11 36:13,19
 39:10,12 41:21
 43:13 46:10
 51:2
ER 42:12
especially 22:8
established 9:6
et 1:8 3:8,20 5:3
eval 48:13
evaluating 51:6
evaluation 2:15
 27:7 43:5
 49:3,24 50:10
exact 10:6
exactly 23:19
exam 34:11,21
 50:21
examination
 5:13 27:21
 30:17,22
 50:16
examinations
 30:17
examined 3:13
 5:10 27:15
exams 27:7
excuse 22:25
 25:14 43:18
excused 53:11
exercise 38:22
 38:25 47:21
 48:13
exercises 39:2

exhibit 2:11,11,12
 2:12,13,13,14
 2:14,15,15
 11:25 12:14,17
 17:10 20:12,14
 32:9,10,12
 40:19,21,24
 42:22,24 43:8
 44:1,3 45:15,17
 46:16 47:13,15
 48:22,24
exhibits 2:16
 40:16
experience
 22:6
explain 9:2
 15:22 16:24
 21:19
explained 17:1
extend 14:10
 27:25 29:23
extension
 34:22
extra 40:18
 42:11

F

F 2:1,10
facility 22:9
 42:8,17 48:5
fall 26:22
falling 49:24
far 37:7
Feel 33:18
feet 12:7
fell 26:15 35:18
 35:22 38:3
fellow 6:9
fellowship 6:12
 7:19
femoral 21:25
femur 23:3
 51:10
file 42:18 46:21
filed 11:10
fill 13:9
filled 13:18

films 42:4,4,9
 42:16,18
finalize 53:8
financially 54:14
find 11:14 19:2,3
 28:25 40:17
 40:18 42:21
 45:15 51:22
finding 21:10
findings 15:17
 27:6 30:16
 41:7,9 48:3
fine 29:7 47:8
finish 37:17 47:5
finished 6:15
 7:25 34:17
first 10:15 17:16
 18:19,23 19:5
 21:15 22:10,10
 27:15,18 33:17
 34:8 35:12
 43:11 44:13
 49:11 51:2,3
 52:13
five 25:21 30:4
Flaxman 2:5
 4:3,4 5:14 11:9
 11:13,17 12:6,9
 20:7,9 24:18
 24:25 29:3,7
 29:11,13 47:8
 47:10 50:12
 53:4
flex 14:10 29:25
follow 23:22,25
 36:19
Follow-Up
 29:18
followed 23:24
following 24:11
 24:14,22,24
 25:5
force 51:10
foregoing 54:5
forenoon 3:15
 3:15
form 11:1,2,2,19

11:21,24 12:19
 12:22,25 13:7
 13:7,8,11,13,17
 13:18,24 14:2
 15:1,8,14,20
 15:23 17:7,14
 17:17 41:13,19
 44:9 46:5
 49:6 52:10
formulate 38:24
forward 15:23
 51:14
found 51:22
four 43:15
fracture 41:11
free 33:18
front 11:16 13:8
 19:23 20:3
 29:2,6 32:7
 36:5
full 6:22 7:5,5
 22:18 27:2
 34:22
fully 27:25
further 17:3
 50:12 51:14
 54:12

G

generally 16:3
Girardeau 3:17
give 5:24 7:14
 13:22 24:6
 29:4,21 36:4
given 39:9
 45:10
giving 29:9
go 16:1 19:6,20
 20:5 37:15
 40:16 41:8,8
 44:14
goal 30:6
goes 51:14
gonna 18:9 31:9
 41:7 47:5
good 5:15 11:9
 47:7

grade 27:2
graduated 5:23
 6:1
granted 10:15
great 25:1
guess 7:14
guessing 41:17

H

H 2:10
H-E-P 38:10
half 34:17 35:11
 35:13
handed 13:17
handle 21:16
 22:1,4 28:17
 30:9
handwriting
 36:8,11,17,20
 36:21 37:1
 41:13,15 43:7
 43:19,21 44:9
 46:16,20 48:6
 48:9
happen 37:12
 37:18,22 51:19
happened 20:1
 37:25 42:9
happening 38:6
happens 42:14
heading 47:18
Health 1:8 3:8
 3:20 5:3 9:7
hear 23:15
 37:21 39:6
heard 37:8
 50:5
hearing 38:17
 38:19,21 39:5
help 6:24 11:11
HEP 38:9,10,13
 38:15,16,22
 50:11
HERETO 12:18
 17:11 20:15
 32:13 40:22
 42:25 44:4

DR. ALFONSO DAVID  9/23/2020

45:18 47:16
48:25
high 27:2
high-grade
  22:18
Hines 6:13,14
  7:20,21
hired 6:17,20
  6:23
history 5:25
  30:17 34:13
  44:15,21,24
  45:2,6,12,24
  45:25 46:1,10
  49:17
home 38:22,24
  39:2 47:21
  48:13
hospital 6:4,14
  6:18 7:21,22
  7:22 20:20
  47:20 48:2
  49:2
hours 3:14
housing 26:16
huh 11:11
hundred 10:12
  30:4

I
I.D 32:9
Illinois 1:2 3:2
  4:7 6:10,13,14
  6:16,18,21,23
  7:17,19
images 42:10
Impression
  14:14
improve 18:16
  23:11
improvement
  14:8
inability 20:17
incident 26:20
  27:1,9,16
indefinite 28:18
indicate 30:18

30:23 34:3
50:23 51:15
indicated 25:25
indicates 34:11
indicating 9:13
  28:18
indication 32:18
indirectly 30:19
information 13:2
  17:7 45:13
  49:20
initial 14:23
  17:17 18:15
  33:5 35:2,21
  38:23
initially 35:15
  47:19
Injured 34:13
injuries 22:7
  23:15 24:3
  52:9,13
injury 18:14
  24:12,14,22
  24:24 25:5,17
  25:20,25
  26:6,10,18
  28:13 30:2
  34:13,24 35:2
  35:17,17,21,22
  37:6,7,19,24
  38:1 46:2,4,5
  49:24 50:1,4
  51:3,13 52:18
  52:19,21
instance 25:4
  25:10
interested
  54:14
interior 50:23
intermittently
  38:8
internal 6:3
interpretation
  44:8
interrupt 41:6
intra 29:20
involved 37:19

47:21
involves 22:7
involving 37:13
  37:15

J
Jill 3:17 4:21 5:5
  54:3,18,19
Johnston 48:16
joint 20:20
  21:23 23:2
  34:20 41:10
  52:13
July 35:9,9,14
  39:14,18 41:5
  41:20 43:14,16
  44:14,20,22
  44:23 52:16
June 25:24
  26:6,10 27:16
  34:14 35:2
  37:6,6,8,10,12
  37:18,23 38:6
  38:6

K
keeping 51:20
Ken 11:8 29:1
Kenneth 4:3,4
Kim 48:16
knee 14:5,9,15
  14:18,20,22
  17:18 18:5,14
  20:21 21:24
  22:7 23:2,15
  24:3,11,22
  25:5,25 26:6
  26:10 27:25
  29:18,20,21
  30:1,5 34:13
  34:19,21,23
  34:24 35:5,8
  35:11,15,20
  39:6,11,13,16
  39:18 41:4,10
  43:2 44:6
  45:20 47:21

48:14 52:16,18
  52:19
Knf@kenlaw.c...
  4:9
know 8:18 10:6
  16:14 24:4
  38:20 41:15
  42:9,14 43:15
  43:19 45:5,7
  46:4 48:12
  49:15 50:19
  52:9,14

L
Lachman 29:25
  51:4
Lachman's
  50:20,21,25
  51:5,7,17
large 21:16 22:1
  22:4 30:9
late 52:16
lawful 5:9
left 6:6,6,8
  11:25 14:5,10
  14:14,18 15:20
  17:18 18:14
  20:21 25:25
  29:18,19 30:1
  30:5 34:19,21
  34:23,24 35:5
  35:8,11,15,20
  38:19 39:11,13
  39:16 40:10,12
  41:4 43:2 44:6
  45:20 47:21
  48:14
leg 14:10 29:23
  29:25 51:8
legible 11:9
let's 20:5 27:14
  37:17
Lexington 3:16
ligament 14:15
  14:24 18:16
  22:23 28:23
  30:2,7,10,12

30:15,18,21,24
30:25 31:5,8
34:13,24 51:11
  51:15
ligaments 23:1
  23:21 52:9
limitation 34:22
limited 34:22
  44:16 45:2,8
  51:14
limp 14:9 29:23
line 44:20
Litigation 3:16
  4:21
little 7:7
LLP 4:13
long 5:22 39:4
look 8:12 20:10
  29:14 36:21
  43:25 47:2
  48:19
looked 8:5,8
  45:1
looking 36:5
  44:16 47:6
  52:17
looks 8:19,23
loose 51:15
lost 38:19
Louis 4:16,23
lower 20:20
Loyola 6:12 7:19

M
M 2:1
M.D 29:17 36:16
mailed 42:12,15
maintaining
  6:22
male 14:4
manage 22:8
management
  9:5 14:23
  18:15 22:11,16
  23:11 30:18
  52:11,12,14
managing

52:23
Manila 8:3
March 35:6
    39:12,18 52:16
mark 14:15
marked 11:24
    12:14,17 13:25
    17:10 20:11,12
    20:14 32:8,9
    32:12 40:19,21
    42:22,24 43:8
    44:1,3 45:15,17
    47:13,15
    48:20,22,24
    49:9
material 48:12
    49:18
matter 3:19
Maywood 6:12
    7:19
MD 21:1 41:16
mean 15:20
    35:12 37:6
    42:4 46:11
    52:22 53:1
means 21:19
    30:16 49:15
    51:23
medial 21:16,20
    21:21,22 22:4
    23:15,20
    26:23 28:10
    28:17 30:10
medical 5:23
    6:5,20 7:2,4,6
    7:7,8,9,10,25
    8:2,9,17,21,24
    10:23 11:1 13:6
    13:13,14 15:10
    16:7 17:15
    18:13 19:21
    22:8 25:15,23
    26:9,12,14
    27:20 28:21
    29:6 31:21
    35:1 39:8,20
    39:25 40:8

47:18 48:5,16
medicine 6:3
meeting 15:24
meniscus 21:16
    21:20,21,22
    22:4 23:10,15
    23:20 26:23
    28:11,17 30:10
    30:11
mention 50:3
mentioned 13:6
    41:21 43:11
    51:3
mentioning
    39:7
Michigan 4:5
mid 47:25
mid-level 6:24
middle 15:1
milligram 30:4
minimal 14:12
    41:9
minute 43:18
minutes 43:13
    46:8
Mischaracteri...
    18:10
mishear 37:9
Missouri 3:17,19
    4:16,22,23
misunderstood
    40:3
MO 54:3
moment 13:22
month 25:19
months 24:13
    24:23 25:5
    34:17 35:4
morning 5:15,16
    16:6
motion 44:17
    45:2,9
movement
    29:20 51:19
    51:22
MR182 11:15
MRI 2:15 14:18

14:25 15:16
    17:18 18:1,19
    18:20,22 19:14
    19:18 20:20
    24:11,12,22
    25:6,6 26:3
    28:16 30:5,14
    30:20 31:7,10
    31:15,20 33:4
    33:6,7,9,12
    34:4,5,12 36:2
    36:3
MRI's 9:13 10:3
    10:15 19:4
muscle 29:25

N

N 2:1,1,1,10 4:3,4
name 5:17,18
    7:14 8:11 13:11
native 8:1
near 22:18
need 36:2 47:4
needs 34:12
negative 30:1
    51:4,5,23
neither 54:10
never 31:8
North 4:14,22
note 36:14
noted 36:24
notes 33:24
    34:15 35:25
    39:13 41:21
    43:18
notice 39:10
noticed 26:14
November 6:17
    34:1,1,2,10,18
    35:25 45:21
NSAID 14:7
    34:16 35:4
number 10:6
    11:7 12:11,11,13
    12:15 13:19
    17:7 33:20
    34:2 36:6

47:6
numbered
    47:12
numbers 20:11
    36:4
nurse 9:9 16:22
    26:16 28:4,7
    35:14,18
    36:20,25
    41:17 45:11
    46:9,11,12,13
    46:14
nurses 36:12
NWB 14:6

O

O 2:1,1,10 29:22
OA 14:13
object 18:9
Objection 24:15
    25:7
objective 29:23
    34:21
obliterated 11:15
obtained 8:2
occupation
    5:20
occurred 25:17
    35:22 37:7
occurrence 7:6
occurs 10:20
October 25:24
    34:18
offender 9:5
official 42:6
    44:8
oh 7:24 12:13
    15:6 25:14,14
    36:12 40:2
okay 7:13,23
    8:18 10:14
    11:18,23 12:10
    12:14 13:24
    14:17 15:7
    19:23 20:25
    21:13,15 25:14
    27:24 29:3

31:14 32:18
    33:20 37:22
    38:2 42:1
    44:19,23,23
    46:25 48:19
    50:12 53:2
old 14:4
once 15:14,17
one-time 50:10
one-year 6:9
open 14:12
    34:14
opposite 30:2
order 28:2
ordered 28:4
original 25:17
    25:20 26:6
orthopaedic
    50:22
osteoarthritis
    14:13 34:20
    34:23 41:10
outcome 54:15
outside 9:11 11:3

P

P 30:3
p.m 29:17
page 2:4 11:10
    13:22 22:17
    32:9,14 33:22
    36:4,12,24
    40:18,23 41:19
    42:21 43:7,19
    43:25 44:14,17
    44:19,24 45:1
    45:15 47:4
    49:8,11
pages 48:21,21
pain 14:9,22
    29:19 34:19
    35:5,8,16
    39:6,15,18
    44:15,16,21,24
    45:2 46:2
    52:22
paragraph

DR. ALFONSO DAVID  9/23/2020

33:21
parentheses 14:13,14 34:14 34:15
part 19:10 21:15 48:9
partial 22:18 27:2
particular 24:8
parties 54:11,13
patient 18:12 27:7 38:25 43:12 51:6 52:18
PC 4:4
pending 3:19
penitentiary 40:10,13
perfectly 25:1 29:7
perform 50:25
performed 19:14 50:19 51:17
performing 51:16
performs 50:22
period 24:13,14 24:23,24 49:19
persisted 35:5
persistent 14:22
personal 7:6 8:15
personally 12:5
Philippines 8:1 8:3
physical 20:17 22:5,13 23:9 23:11 24:9 27:7 34:17 38:24 39:2 47:20 48:2,13 49:2,21,23 50:9,10,21 52:1,2,3,5,7 52:20
physician 5:21

5:22 6:18 9:8 16:21,22 32:3 51:6
picture 8:22
place 51:20
Plaintiff 1:6,14 3:5 4:2 5:2,10
plan 24:7,8 30:3
playing 14:5,21 34:14
please 5:18 24:17,19 26:2 29:15 44:18
point 31:4,5 37:5
pointing 12:3
points 18:14
policies 23:24
policy 23:22 24:2,4
pop 29:21
portion 45:12 48:1
position 32:1
possibility 14:23 18:16 31:2
possible 18:2,6 19:1
post-graduate 6:15
practice 6:4,19 6:23,25 7:1,3 41:23
practitioner 6:24 28:5,7 41:18 46:12
preceding 16:7
prefer 53:6
prepare 8:5
prepared 33:1
preparing 49:5
present 9:4 16:23
presentation 14:22 18:12 35:24

presented 15:15 17:16 31:17
presenter 18:20 18:23
presenting 19:15
prevent 23:5
prevents 51:11 51:12
previous 18:10
previously 11:24 13:5,25 20:10 48:20
prior 16:4
prison 23:14
private 6:4,19 6:23,24 7:1,3
probably 36:2
problems 38:17 38:20
procedure 11:3 15:16,21 23:25 24:2,5
procedures 9:11 23:24
process 9:4 15:23
produced 3:13 5:10
professional 5:24
professor 6:7
profile 49:14
program 7:21 38:22,25 47:21 48:14
progress 33:24 39:13 41:21
properly 51:20
proposed 17:17
provided 8:9,11 8:22
provider 11:2 15:18 26:17
providing 17:5
proximal 23:3
PT 2:14,15 49:19

purpose 23:4
pushing 51:10
put 46:9 51:9
putting 29:1,6

_____

**Q**

question 8:4 10:22 11:9 14:15 18:25 19:8 24:16,19 25:1 31:12 37:17 41:25
questions 2:5,6 5:14 17:3 50:12 51:25 53:3
quite 22:9 23:19 24:16 35:20

_____

**R**

radiologist 15:19 41:3 42:7,12 45:11
radiology 20:18 20:19 36:13,14 41:2 42:13,15 43:5 44:7,15 44:20 45:5,21 46:6,22
range 44:16 45:2,8
rationale 14:3 48:8
rays 42:19
read 10:23 12:11 13:19 14:2 18:13 21:15 22:18 24:18 33:9,18 41:7 43:12 53:6
reading 28:1,21 53:6
reason 9:13 31:9 36:3 38:20
recall 8:10,18,23

8:24 10:1,7,14 16:2 17:5,13,14 18:2,22,25 19:21 25:8,13 25:19 27:12,19 27:24 28:6,21 32:1,16,17 35:1 38:6 39:4,7 40:7 41:19 43:10 46:22 51:2
recalling 18:13
receive 14:18 31:10,15
recognize 8:20
recollection 8:16 10:18 26:13 27:21
recommendat... 48:3
record 9:18 11:24 20:5 27:13 28:22 35:7
records 8:9,17 8:21,24 10:23 13:14 18:13 19:21 25:15,23 26:9,12,14,21 26:25 27:11,17 27:20 29:2 35:1 39:8,20 40:1,8 48:16
recovered 53:1
recurred 34:25
recurrence 35:21
reduced 54:9
refer 17:14 27:11 27:12 28:24 34:10 37:5,8 40:7
reference 8:25 37:23 43:13
referral 2:13,14 8:25 10:24 13:8,13 14:3

DR. ALFONSO DAVID  9/23/2020

16:12,21,23
17:4,15,17 18:3
18:4,19 24:9
24:10,21 47:19
48:1,9
referrals 19:4
referred 13:12
26:17 31:22
33:3 34:16
49:25
referring 24:1
33:23 52:3
refers 42:1
Regarding 50:1
regular 28:20
46:13
rejected 33:6
related 54:10
relates 49:24
relating 15:11
relative 54:12
relayed 49:20
remember 19:17
repaired 22:2
23:7
repeat 24:17
26:2 31:12
34:19 41:25
44:18
repetitions 39:1
rephrase 10:22
25:2
report 15:2,11,13
18:3 19:15,17
19:25 20:19,21
20:22 21:6
33:9 40:18
41:1,2,22,24
42:1,2,7 43:2
43:10,16,16
44:15 47:19
48:1
reported 35:18
Reporter 3:18
4:20 5:6
24:18,20
38:12 54:1,3

reports 46:6,23
request 9:13,14
9:15,22 10:16
10:24 11:2,3
13:7,9 15:15
16:4 18:22,24
24:5,12,22
25:4,11 31:11
33:6,7,11,17
34:4,4,7,8
36:2 45:10
46:8,10 47:20
requested
18:20 36:3
requesting
25:5
requests 9:5,10
10:2,15 16:6
research 6:9
residency 6:3,9
7:18
respond 18:11
22:12
response 22:16
30:18
rest 36:16,20
Result 2:14
resulted 27:2
resulting 26:22
retired 7:7
review 2:13,14
8:25 9:3,4,6
9:16,19,23
10:3,16,19,20
10:24 13:3,25
15:15,22 16:3
16:12,16,23,24
16:25 17:19,21
17:24 18:4,19
19:6 21:1,6
24:1,11,21 25:4
25:6 31:11,23
33:4,7,12 34:7
34:8 39:19,25
41:16 46:24
47:22 48:11,18
50:8

reviewed 13:15
19:22 21:9
25:11,15 26:21
34:13 39:8,10
reviewer 9:8,9
9:9 11:4 16:8
16:13,14,21,22
17:3,5,13 32:2
reviewers 16:9
16:17
reviewing 19:17
26:12 27:17
35:1,7 43:10
revise 19:19
Revision 17:15
Rich 17:19,20
17:22,25
31:22
Richard 1:5 3:4
3:20 5:2,11
13:3 15:11
right 11:18 12:12
20:25 23:16
29:9 32:3
34:13 37:8
39:6 43:20
43:25 45:14
47:2,12 48:20
49:18 50:13
53:7
right-hand 12:10
13:20 36:6
rooms 34:11
rule 28:23 30:2
30:6,14,21,23
30:25 31:3,5
ruled 30:24
31:8
Rwallis@cassi...
4:17
RYAN 4:12
_____
S
S 2:10 29:18
34:11
s/ 54:18
Santo 6:2 8:3

save 32:21
saw 8:19 10:23
13:16 26:18
27:18 33:23
33:24 34:1
35:25 40:6
41:22 43:11
49:6 51:3
saying 47:6
says 5:11 21:16
22:18 29:17
36:14,19,23
40:18 44:15,16
44:20,21,24
45:2,12 46:4
48:5,8 49:14
scan 9:12
Schade 4:13
scheduled 15:16
15:17
school 6:6
screen 11:5,13
12:6
second 20:6
33:3,8 34:7
35:17,22 38:1
49:24 50:1,4
section 15:2,5
15:12 21:10
see 11:15 12:15
13:14 15:2
20:16 21:1,10
21:17 22:19
23:14,19 25:16
25:21,23 26:9
26:20,25
27:9 28:25
32:18 40:9,11
40:17 42:18
44:17,24
49:12,23 50:4
51:18,18
seeing 8:25
41:19 43:22
seen 15:10
20:18 23:13
26:14,16 38:8

40:12 41:12
49:4
send 42:16
sensation 35:16
39:15
sent 41:24 42:2
42:7 43:5
sentence 22:17
September 1:17
3:14 11:25 13:4
14:19 15:12,24
17:6 18:18
28:22 29:16
30:6,15,22
31:4,10,15
33:15,16,24
41:22 43:12
47:22 49:7
service 17:15
20:23 31:22
services 3:16
4:21 13:13
15:10 16:7
47:19
session 17:1
50:9
set 16:5
sets 39:1
share 11:5
sharing 11:14
12:6
Shawnee 6:21
6:25 7:2,4,9,11
16:5 19:5,15
23:23 39:13
41:3,4 42:19
43:5 44:7
45:21
shorthand 5:5,5
show 14:12,25
28:10,13
showed 31:7
shown 30:20
Sickle 29:17
36:16
sides 29:20
sign 53:6

DR. ALFONSO DAVID  9/23/2020

signature 5:7
  11:18,21 12:19
  12:22,24 21:1
  21:4 32:14,22
  43:22,24
  44:12 46:15,21
  48:5 49:8
  53:13
signed 15:23
  32:16,19
  36:24 47:23
  49:7
signing 46:22
  53:6
signs 28:18
  36:18
simply 19:10
sir 5:15,20 47:11
sit 8:15 24:10
  24:20 25:3
  27:19 28:6
site 16:4 39:3
six 25:21
slash 20:21
  22:18 49:14
Slight 34:22
small 14:14
  34:20 41:10
sold 7:3
solo 6:19
somebody
  14:20 21:11
  46:12
sorry 7:24 8:1,10
  9:21 11:14,20
  12:2 13:10
  16:19 19:13
  24:6 31:13
  33:10,25
  36:18 37:16
  38:16 39:23
  41:6,25 47:1
Sources 1:8 3:8
  3:20 5:3 9:7
South 4:5
southern 1:2 3:2
  6:16

space 15:18,20
special 9:12
  15:10 16:7
  17:15 31:22
  47:18
specialist 9:11
Specialty 11:1
  13:6,13
specifically 16:2
  18:2
spell 5:17
sports 14:21
sprain 14:15,24
St 4:16,23
stabilizes 23:1
staff 6:17
stairs 26:15
  35:18,22
  49:25
stamp 21:1
stamped 21:1
  29:17
standard 14:8
stands 14:4,6,13
  22:22 29:19
  29:22 30:1,3
  38:22
start 17:1 37:17
started 6:19
starts 49:19
state 3:18 5:17
  46:1
statement 37:21
states 1:1 3:1 6:8
  49:19
status 52:21
Stewart 3:17
  4:21 5:5 54:3
  54:18,19
stipulate 32:20
  32:23
STIPULATED
  5:1
stop 11:13
street 4:22 8:19
subjective
  29:19 49:12,16

subjective/obj...
  37:2
subluxation
  23:5
submission
  33:4
submit 9:13
  10:19,21 13:2,7
  16:4 33:11
  34:3
submitted 8:12
  9:15,22 10:2
  10:16 13:24
  18:3 19:6
subsequent
  25:25
subsequently
  26:17
substance
  21:22
suburb 7:20
suggest 52:20
Suite 3:16 4:6
  4:15
supervised
  34:18 35:4
supervisor 32:5
sure 6:1 10:13
  13:16 17:23
  20:7 21:11
  23:19 29:12,16
  35:20 41:18
  42:16 50:5
surfaces 21:23
  21:24
surgeon 50:22
surgery 23:7
  52:12
surgical 52:12
surgically 22:2
suspect 18:4
suspected 18:7
swelling 34:22
  46:2
sworn 3:13 5:10
  54:6,7

T

T 2:1,10
table 49:11
tablet 30:4
take 7:1 22:10
  22:14,15
taken 1:14 5:4
  14:11 42:11,19
  43:3,3,4,14
  54:8,12
talked 7:13
talking 9:19,21
  37:20,24
  38:18
taught 6:5
tear 14:15,24
  18:5,8,16 21:16
  21:20 22:1,4
  26:22 27:2
  28:10,17,19,20
  28:23 30:2,7
  30:9,10,15,19
  30:21,24,25
  31:6,8 52:9
tearing 22:19
  22:24 23:6
technician
  36:13 42:12
technological
  20:17
tell 8:8 13:11
  14:17 18:7
  20:18 22:21
  29:14 31:14,17
  34:6 38:13
  40:23 43:1
  44:5 45:19,23
  47:17 49:1
  50:18 51:6
test 29:25
  50:19,19,21,21
  50:25 51:4,5
  51:7,17,23
testified 38:5
testify 50:20
testimony 12:17

17:10 20:14
  32:12 38:5
  39:17 40:21
  42:24 44:3
  45:17 47:15
  48:24 54:5,6
  54:7
testing 51:18
text 12:4
thank 8:4 29:8
  29:11 40:4,15
therapist 49:21
therapy 22:5,13
  23:9,12 24:9
  34:17 38:24
  39:2 47:20
  48:2,13 49:2
  49:23 50:9,10
  52:1,2,5,7,20
thereto 54:14
thickness 22:19
  27:2
thing 9:21 22:10
  49:16
think 9:19 13:6
  23:13 24:10,21
  25:3,10,22
  26:24 31:21
  33:8 37:10,10
  38:4 41:17
  43:11 44:12
  47:3 48:15
  49:16 53:9
thinks 34:12
third 49:8
thought 29:4
  36:1,1 38:5
three 24:13,23
  25:5 48:21
three-month
  24:13,24
three-year 6:3
tibia 23:4,5 51:8
  51:12,19
tibial 21:25
time 6:5,22,22
  7:2,5,5 10:15

DR. ALFONSO DAVID  9/23/2020

16:18,19,20
18:19,22,23
19:5 26:18
27:8,15,18
28:1 32:21
33:2 35:12
40:6 41:18
43:14 47:7
49:6
times 9:25 10:5
tingling 35:16
39:15
title 6:7
today 8:15
24:10,20 25:3
28:6 37:24
51:25 53:5
told 46:7
Tomas 6:2 8:3
top 32:9 36:12
48:8
torn 23:9,15
51:13
total 38:19
48:21
training 6:15,15
transcribed 5:6
transcript 53:8
transferred 6:16
translation
50:24
treat 52:13
treated 14:6
35:3
treating 34:15
52:8
treatment 24:3
24:7 52:10
tricompartme...
41:10
trouble 38:18
try 22:11 34:20
51:9 52:14,18
trying 11:5 17:25
19:3 38:4
twisting 46:1,4
46:5

two 16:17 24:12
24:23 30:5
34:17 35:4
41:4,9 42:1,2
43:14,16 44:13
48:21 50:14
two-year 6:11
7:18
typewriting 5:6
54:9
typically 52:21

———————
U

uh 13:7 33:15
um 6:1 11:15
14:15 17:1,14
20:1,1 28:10
31:12 53:4
unable 27:24
29:23
unchanged
34:19
undergoing
52:20
underline 21:15
underlined
22:17
underlines
21:10
understand
24:16 25:9
understanding
49:19
Unfortunately
27:23
Union 6:18
20:19 47:20
48:2 49:2
unit 26:16
United 1:1 3:1
6:8
university 6:2,4
6:8,10,12 7:13
7:15,17,19 8:3
unshare 11:13
use 13:17
uses 11:2

usually 14:20
16:5,19 22:11
24:4 38:23
48:17 50:22
52:12

———————
V

VA 6:13 7:21,21
7:22
varies 16:10
25:8,9
varus-valgus
50:24
verify 19:11
Vienna 6:21
views 41:5,9
42:1,2 43:15
43:16
visit 28:2
vital 36:18
vs 1:7 3:7,20

———————
W

waive 53:7,9
waived 5:7
53:13
WALLIS 2:6
4:12 9:18 11:7
11:12 12:3,7,12
18:9 20:5
24:15 25:7,12
29:1,4,9,12
32:22,25
33:18 37:7
38:4,10 40:12
43:21 47:5
50:13,17 53:2
53:5
want 11:3 16:24
28:23 29:5
40:16 41:6
way 19:2,10
28:15 30:14
51:16 52:8,13
we'll 40:17
we're 44:16
we've 37:19

45:1 47:3
wearing 30:4
Wednesday
16:6
week 16:4,8
weekly 16:3
48:17
weeks 30:5
weight 14:7
29:22 30:4
welcome 40:5
went 6:4 15:23
Wexford 1:8 3:8
3:20 5:3 9:3,6
9:16,23 23:22
23:24 31:24
When's 40:6
White 1:5 3:4
3:20 5:2,11
8:10,16,20,23
10:25 13:3,18
14:18 15:11
19:18 20:20
26:1,14 27:9
27:16,24
28:16 31:1,6,10
31:15 37:19,22
39:5,17 40:6,9
41:4 45:8,22
46:23 49:3,20
50:9 51:1,18
52:1,6,15
White's 17:6
18:5 25:15
28:7
witness 3:12 5:7
12:17 17:10
20:14 32:12
40:21 42:24
44:3 45:17
47:15 48:24
53:9,11 54:4,6
54:7
Woods 4:11
44:11
Woods' 43:23
44:12

word 38:10
work 9:23
23:23
worked 6:22
6:25 23:23
working 7:2,4
9:3 11:6 12:6
19:4
write 12:21,21
writes 45:11
writing 15:7,12
36:10
written 15:17
17:4 26:13
46:9 48:1,15
wrote 12:24
14:2 17:16
18:17 28:22
29:18 31:21,22
35:25 47:22
48:12

———————
X

X 2:1,1,10,10
X-Ray 2:11,12,12
2:13 28:4,10
28:13,20
29:18 34:19
36:19 40:25
41:1,2,4,22
42:1,2,6,11,18
43:2,4 44:6,8
44:19 45:10
45:20 46:9,10
x-rays 9:12,12
14:11 28:2
41:24 42:19
43:14

———————
Y

yeah 10:22
12:13 13:17,19
16:1 24:6
26:12 28:21
28:25 29:7
32:25 37:10
37:15 39:8

DR. ALFONSO DAVID  9/23/2020

44:14 47:5,7
51:2
**year** 6:10 7:7,16
14:4 25:19
35:9,10 39:6
52:19,24
**years** 16:14
22:14,15 35:11
35:14,24

---
**Z**

**Zoom** 4:3

---
**0**

**0054** 29:10
**0056** 29:10
**0182** 12:13
**0183** 13:21,25

---
**1**

**1** 2:11 32:9,12
**1:30** 29:17
**10** 10:10 20:12
20:14
**10-** 2:15
**10:00** 3:14
**100** 4:14
**104** 36:7,8,10,12
36:24
**105** 36:7,21,24
**11/17/17** 2:13
**11:47** 3:15 53:11
**11th** 4:22
**12** 2:13
**12-19** 20:23
**12/19/17** 2:15
**13** 28:3
**13th** 28:8
**1580** 4:15
**16** 34:1 36:1
37:11
**160** 14:10 29:24
**16th** 34:2,10
**17** 2:14
**18-cv-00165** 1:7
3:7
**180** 29:24

**34:23** 47:4
**182** 11:10
**183** 17:8 20:3
**184** 47:12
**185** 48:20
**187** 49:9
**188** 20:3,4,11
22:17
**189** 20:4,11
**19** 26:3,5
**1970's** 7:23
**1974** 5:23 6:1,2
**1983** 6:6,11 7:16
**1984** 6:11
**1986** 6:15,17
**1994** 6:20
**19th** 34:5

---
**2**

**2** 2:11 40:19,21
40:24
**20** 2:15 33:21
34:2 35:2
**200** 4:5
**2000** 35:6
**2002** 7:3
**2005** 7:6
**201** 4:6
**2015** 13:4 14:19
15:12,24 17:6
18:18 25:22
25:24 26:7,10
26:19 27:16,18
27:22,25 28:3
28:8,16,22
29:16 30:6,15
30:22 31:10,16
31:24 33:16
34:14,18 35:2
37:6,11,11 41:5
41:20,22,23
42:3 43:3
44:20,22
45:6,9 47:23
49:7 51:3,18
52:3
**2016** 37:6,8,12

**37:18,23** 38:6
38:7 39:12,18
52:16
**2017** 19:18
20:24 21:7
25:24 26:3,5
26:11,15,20
27:1,4,10 33:9
34:2,5,10,25
35:7,9,14,17
36:1 37:25
39:14,19 44:7
45:6,21 52:17
**2020** 1:17 3:14
12:1
**21** 44:7
**23** 1:17
**23rd** 3:13
**24** 12:1
**24th** 49:7
**26** 27:16 35:2
**260** 11:10
**26th** 26:6 34:14
**27** 43:3
**27th** 21:7
**28th** 43:16
**298** 40:18,23
41:19 44:14,19
44:24
**299** 42:21 43:7
43:20
**29th** 26:11

---
**3**

**3** 2:12 42:22,24
43:8
**30** 12:7
**300** 3:16 43:25
44:17 45:2
**301** 45:15 46:18
46:23
**3095** 3:16
**312.427.3200**
4:8
**314.241.1377**
4:16
**32** 2:11

**33-year-old**
14:4

---
**4**

**4** 2:12 44:1,3
**40** 2:11
**42** 2:12
**43** 2:12
**45** 2:13
**47** 2:14
**48** 2:15

---
**5**

**5** 2:5,13 33:22
45:15,17
**528** 32:10
**54** 2:6
**565** 4:22 54:4

---
**6**

**6** 2:13 11:25
12:14,17
**6-26-15** 14:5
**60** 14:11
**60604** 4:7
**63101** 4:23
**63102** 4:16
**6th** 41:5 43:16
44:22,23
45:21

---
**7**

**7** 2:14 17:10
**7-6-15** 14:11
**7/6/15** 2:11
**70's** 7:14
**711** 4:22
**7th** 44:14,20

---
**8**

**8** 2:14 31:4
33:16 47:13,15
**8-13-15** 34:15
**8-27-15** 14:12
**8/21/17** 2:12
**8/28/15** 2:12
**84** 7:16
**8th** 28:22 29:16

**30:6,15,22**
41:20

---
**9**

**9** 2:15 41:22
47:23 48:22
48:24
**90** 29:25
**909-15** 48:11
**942** 11:10