IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Richard White, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | No. 18-cv-00165 |
| -*vs*- | ) | |
| | ) | *(Judge Stephen P. McGlynn)* |
| Wexford Health Sources, Inc., Blake Woods, and Dr. Alfonso David, | ) ) ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S RULE 23(a)(3) DISCLOSURES

Plaintiff may present the following evidence at trial:

### (A) Live Witnesses

1. Richard White, Centralia Correctional Center, P.O. Box 7711, Centralia, IL 62801.

2. Dr. Vincent P. Cannestra, M.D., Orthopedic and Spine Surgery Associates, Ltd., Midwest Bone and Joint Institute, 2350 Royal Blvd., Suite 200, Elgin, Illinois 60123-5021 (by zoom or other videoconferencing means)

### (B) Witnesses by Deposition (recorded stenographically)

1. Blake Woods

2. Dr. Alfonso David

### (C) Documents

1. Physical Therapy Records, WHITE 1085-87

2. Operative Report, WHITE 1094-95

3. Request for Medical Referral, White 0182

4. Request for Medical Referral, White 0183

5. MRI, December 18, 2017, WHITE 0188-89

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC No. 830399
Joel A. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
knf@kenlaw.com
*Attorneys for Plaintiff*