044073/19344/TPD/RCW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD WHITE, #R14550,<br><br>            Plaintiff,<br><br>v.<br><br>NURSE BLAKE, ALFONSO DAVID,<br>NURSES JOHN/JANE DOE #1-6, and<br>WARDEN OF SHAWNEE CORRECTIONAL<br>CENTER,<br><br>            Defendants. | Case Number  3:18-cv-00165-SPM<br><br>District Judge Stephen P. McGlynn |

## PRETRIAL DISCLOSURES BY BLAKE WOODS, N.P., AND ALFONSO DAVID, M.D.

COME NOW Defendants, BLAKE WOODS, N.P., and ALFONSO DAVID, M.D., by and through their attorneys, CASSIDAY SCHADE LLP, and for their Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3), state as follows:

(i)     Defendants expect to call the following witnesses pursuant to Rule 26(a)(3)(A)(i):

- Blake Woods, N.P.;
- Alfonso David, M.D.

(ii)    Defendants may call the following witnesses if the need arises pursuant to Rule 26(a)(3)(A)(i):

- Richard White;
- Dr. Vincent Cannestra.

(iii)   Defendant expects to offer the following documents as evidence pursuant to Rule 26(a)(3)(A)(iii):

- The medical file on Plaintiff obtained in response to a subpoena to the Illinois Department of Corrections, Bates Nos. 0001 – 0520.

CASSIDAY SCHADE LLP

By: /s/ Ryan C. Wallis
   One of the Attorneys for Defendants, BLAKE WOODS, and ALFONSO DAVID, M.D.

Ryan C. Wallis
ARDC No. 6288689
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
rwallis@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, I electronically filed the foregoing Pretrial Disclosure with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Kenneth Flaxman
Joel A. Flaxman
200 S. Michigan Avenue
Suite 201
Chicago, IL 60604
(312) 427-3200
(312) 427-3930 Fax
knf@kenlaw.com
jaf@kenlaw.com

/s/ Ryan C. Wallis

11299139