UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

# VIDEO WRIT

| CASE NAME: Richard White v. Blake Woods, et al. | CASE NO.: 18-cv-165-SPM | Date of Hearing: April 6, 2023 at 9:30 AM | Type of Hearing: Settlement Conf. **Length of Hearing:** 4-5 hours |
|---|---|---|---|

TO: **DIRECTOR OF BUREAU OF PRISONS and WARDEN OF CENTRALIA CORRECTIONAL CENTER**

WE COMMAND that you make the following person(s) available at a designated video conference facility to appear in the above proceeding before the **HONORABLE STEPHEN P. MCGLYNN, U.S. DISTRICT JUDGE**, sitting in East St. Louis, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID NO. | LOCATION | DATE | TIME TO APPEAR |
|---|---|---|---|---|
| RICHARD WHITE | R14550 | Centralia CC | 4/6/2023 | 9:30 AM |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:  February 14, 2023

MONICA A. STUMP, Clerk of Court
UNITED STATES DISTRICT COURT

BY:   **s/ Jackie Muckensturm**
      **Deputy Clerk**

cc:   Warden/Records Dept., Centralia CC
      Plaintiff

For any questions associated with this video writ, please contact Jackie Muckensturm, Courtroom Deputy to the Honorable Stephen P. McGlynn, at (618) 482-9374.