IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Richard White, | ) |
|      *Plaintiff* | ) ) ) )   No. 18-cv-00165 |
| -vs- | ) )   *(Judge Stephen P. McGlynn)* |
| Wexford Health Sources, Inc., Blake Woods, and Dr. Alfonso David, | ) ) ) |
|      *Defendants.* | ) |

## NOTICE OF CONSUMMATION OF SETTLEMENT

Plaintiff hereby gives notice that the settlement has been consummated and that the case may therefore be dismissed with prejudice and without costs.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 830399
Joel A. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
knf@kenlaw.com
*Attorneys for Plaintiff*