IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD WHITE,
#R-14550

   Plaintiff,

v.

WEXFORD HEALTH SOURCES,
INC., et al.

   Defendants.

Case No. 18-cv-00165-SPM

# AMENDED JUDGMENT ORDER

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice entered on July 13, 2023 advising that settlement had been consummated (Doc. 157), Plaintiff's claims against Defendant Wexford Health Sources, Inc., Blake Woods and Dr. Alfonso David, are **DISMISSED with prejudice and without costs**.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: **July 14, 2023**

              MONICA A. STUMP,
              Clerk of Court

             By: *s/ Jackie Muckensturm*
               Deputy Clerk

APPROVED: *s/ Stephen P. McGlynn*
      STEPHEN P. MCGLYNN
      U.S. District Judge